AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DAVID KIDECKEL

was received by me on *(date)* 12/08/2024.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* DEFENDANT WAIVED SERVICE OF THE SUMMONS, REQUESTING TO BE SERVED ELECTRONICALLY

My fees are $ 0.00 for travel and $ 25.00 for services, for a total of $ 25.00.

I declare under penalty of perjury that this information is true.

Date: 12/08/2024

*Server's signature*

BRENT KIDECKEL
*Printed name and title*

PO BOX 20901
FLORAL PARK, NY 11002
(917)634-0637

*Server's address*

**RECEIVED**
**DEC 8 2024**
**Clerk, U.S. District & Bankruptcy Court for the District of Columbia**

Additional information regarding attempted service, etc:

DEFENDANT SENT AN EMAIL TO PLAINTIFF REQUESTING TO BE SERVED ELECTRONICALLY FOR THIS ANTICIPATED LEGAL ACTION AND WAS SERVED AT THE SAME EMAIL ADDRESS THAT REQUEST WAS SENT FROM; KIDECKEL.DAVID@GMAIL.COM