CO 538
Rev. 5/2020

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Brent Kideckel
Plaintiff(s)

vs.                                                                             Civil Action No. __1-24cv02907__

Foregn Nation of Canada et al
Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __7__ day of __December__, __2024__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) __DAVID KIDECKEL__ was [were] (select one):

☒ personally served with process on __OCTOBER 16, 2024__.

☐ served via registered or certified mail pursuant to provisions of Rule 4(C) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____.

☐ served via First Class Mail pursuant to provisions of Rule 4(C) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

☐ The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: _____.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

☒ no extension has been given and the time for filing has expired
☐ although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

*[signature: Brent N. Kideckel]*

Attorney for Plaintiff(s) [signature]
BRENT KIDECKEL
PO BOX 20901
FLORAL PARK, NY 11002
(917)634-0637

**RECEIVED**
DEC 8 2024
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

PRO SE
Bar Id. Number                                          Name, Address and Telephone Number