AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DAVID KIDECKEL
was received by me on *(date)* 10/18/2024 .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Special Arrangement; Defendant requested to be served electronially, and was done so on October 18, 2024.

My fees are $ 0.00 for travel and $ 25.00 for services, for a total of $ 25.00 .

I declare under penalty of perjury that this information is true.

Date: 12/20/2024

*Server's signature*

Brent Kideckel
*Printed name and title*

Plaintiff, pro se
PO box 20901
Floral Park, NY 11002

*Server's address*

Additional information regarding attempted service, etc:
Please see attached email service, and email from Defendant requesting electronic service.



DEC 20 2024
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**From:** David Kideckel <kideckel.david@gmail.com>
**Date:** May 8, 2024 at 5:36:24 AM PDT
**To:** "Brent R. Kideckel" <brentkideckel@gmail.com>
**Subject: Statement of Claim | Service to Brent Kideckel**

Brent:

Please confirm that you will accept electronic service of my Statement of Claim, filed in the Ontario Superior Court of Justice. Alternatively, please specify a date, time and location of your choosing within the US or Canada, within the next 5 business days, where you will accept service of same, in person.

Given your most recent threats of litigation (May 7, 2024) against myself, family members, including your own mother, counsel (and partners within his firm), the Toronto Police Service and the Attorney General of Ontario, I will give you the same courtesy to serve me electronically.

Please respond by 5pm EST today, May 8, 2024.

Thank you.

David Kideckel

Email from David Kideckel requesting to be served electronically received May 8, 2024



Brent K <brentkideckel@gmail.com>

# 1:24-02907-CJN (District of Columbia)| DAVID KIDECKEL | SERVICE OF PROCESS
1 message

**Brent R. Kideckel** <brentkideckel@gmail.com>                                    Fri, Oct 18, 2024 at 1:32 PM
To: David Kideckel <kideckel.david@gmail.com>
Cc: aram.simovonian@gmail.com, Aram Simovonian <simovonian.aram@gmail.com>, gary@sclawpartners.ca

TO; DAVID KIDECKEL

IN ACCORDANCE WITH YOUR EMAIL REQUEST TO BE SERVED ELECTRONICALLY YOU ARE HEREBY SERVED WITH PROCESS FOR THE FOLLOWING;

1. SUMMONS TO APPEAR IN UNITED STATES DISTRICT COURT
2. COMPLAINT
3. NOTICE OF CONSTITUTIONAL QUESTION
4. NOTICE OF MAGISTRATE RULE

SERVICE IS EFFECTED ON OCTOBER 18, 2024.

I HAVE COPIED YOUR CANADIAN ATTORNEY ON THIS SERVICE.

**4 attachments**

 **DDC02907.pdf**
1611K

**DavidKideckelSummons.pdf**
109K

**NoticeConstQ.pdf**
107K

**Magistratenotice.pdf**
302K