UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT KIDECKEL | ) |
|     Plaintiff?Petitioner | ) CASE NO.:   1:24-cv-02907-CJN |
| V. | ) |
| | ) |
| THE FOREIGN NATION OF CANADA, et al. | ) |
|     Defendants/Respondent. | ) |
| _____ | _) |

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO USCIS' MOTION TO DISMISS**

This memorandum is submitted in opposition to the United States Citizenship and Immigration Services (USCIS) Motion to Dismiss the Plaintiff's Petition for Writ of Mandamus. The Plaintiff respectfully requests that the Court deny the Motion to Dismiss for the reasons set forth below as responded to USCIS.

I.  Plaintiff acknowledges that the relief sought from USCIS was inadvertently not recited and reaffirmed in the in the body of the Complaint/Petition. Plaintiff is *not* seeking relief from the United States due to any failure, act, or omission, but rather is listed as a means for

RECEIVED
JAN 11 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

    Plaintiff to seek the extraordinary relief as a last-resort option for this court. The relief sought from the USCIS Plaintiff respectfully requests that this court adjourn adjudication on this motion, or stay any adverse disposition, so to preserve Plaintiff's ability to seek adequate and approbate relief .The Foreign Nation of Canada (herein,"Canada") has failed to file any responsive pleading or dispositive action nit his case. Canada was served electronically in October pursuant to its request to serve the "Crown", however unable to locate the relevant statute in Canada permitting such Service as a foreign defendant, Plaintiff had the Clerk of this court dispatch service in accordance with 28 USC § 1608 (a)(3) on November 15, 2024. This was the date that the Canada Post Labor Strike commenced, resulting in delayed Service to the Central Authority, with Canada still within its statutory sixty days to respond. Plaintiff remans hopeful that Canada will participate, however as the country is devolving in real-time, with Parliament prorogued, the Prime Minister a lame-duck, it appears unlikely. Plaintiff has asked Canada to waive its immunity, consistent with its own request of same from the Republic of India over crimes committed within their sovereign territory. Plaintiff respectfully requests that this court allow Plaintiff to preserve his right to relief from the United States.

II. Subject-matter jurisdiction lies within this court pursuant to 28 USC § 1330(a), with Supplemental Jurisdiction over the USCIS in this claim pursuant to 28 USC § 1367. Given the nature of the Complaint, Rule 21 inclusion also applied. Plaintiff has since made application under Section 1447(b) and stresses that relief is not being sought due to any fault

of the USCIS' procedures. Plaintiff acknowledges the status-quo is detrimental due to his own inactions however this is again being brought as a last resort.

III. Plaintiff had been obscuring his physical address due to the violent nature of the defendant and the Plaintiff's husband being a direct victim of violent crime. Plaintiff's spouse, Samuel Bracamonte's grandparents, Rod and Lois Houser were gunned down in their own home in one of the most notorious crimes in Central Oregon (Oregon v Guzek.) Sadly, one of the offenders was just recently paroled from the Oregon Department of Corrections (Mark Wilson) after failed attempts by the family, and DA Josh Marquis. Plaintiff was attempting to obscure his physical location due to this and the family's hyper-sensitivity to violence, and Dr. David Kideckel's history of violence (*see Motion for Default Judgement.*)  Plaintiff does not reside in the Eastern District of New York, with this court being the appropriate venue for the specific relief sought as aforementioned under the FSIA. As reflected in included evidence, this attempt has been in vain; Plaintiff and his husband have public property tax records within the Souther District of California, from where Plaintiff has been traveling to the District monthly to prosecute this case.

Plaintiff respectfully requests that this court adjourn this Motion, or Stay its ruling, pending the participation of the Foreign Nation, and full reconciliation of Plaintiff's Citizenship Benefits by the United States. Given the sensitive, personal, and confidential nature of supporting documents, Plaintiff requests an *in camera* hearing, or alternatively leave to file under seal.

January 11, 2025

*Brent N. [signature]*

Brent Kideckel

Plaintiff, pro se

PO Box 20901

Floral Park, NY 11002

(917)634-0637

BrentKideckel@gmail.com