UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT KIDECKEL | ) |
|    Plaintiff?Petitioner | ) **CASE NO.:   1:24-cv-02907-CJN** |
| V. | ) |
| | ) |
| THE FOREIGN NATION OF CANADA, et al. | ) |
|    Defendants/Respondent. | ) |
| _____ | ) |

**PLAINTIFF'S SUPPLEMENTARY REPLY TO DAVID KIDECKEL'S OPPOSITION TO**

**ENTRY OF DEFAULT**

This Supplementary Reply is submitted with the court to include a missing exhibit.

This exhibit shows Defendant being advised in January 2024 that if he continues, a lawsuit will be filed in the United States against him.



RECEIVED

JAN 11 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

January 13, 2025

*Brent R. [signature]*

Brent Kideckel

Plaintiff, pro se

Po Box 20901

Floral Park, NY 11002

(917)634-0637

**EXHIBIT "A"**



Brent K <brentkideckel@gmail.com>

# Fwd: Lynn Burton | Brent Kideckel | Phone conversation ~ January 22, 2024
5 messages

**Brent K** <brentkideckel@gmail.com>  
To: hopespringman@gmail.com, Dad <Howkideckel@gmail.com>  
Cc: sari.herman@utoronto.ca
Tue, Jan 23, 2024 at 9:37 AM

Howard and Hope - your son is harassing us and we are taking it extremely seriously.

If David attempts to contact me or anyone in my circle even once more, I'm going to report it to the FBI, and sue him here in the US for harassment—David will be barred for life from the United States as a felon.

As you know, my husband's uncle is 

For once - just once - try to be decent humams and express to David the severity of his harassment and the implications that will follow.



Oh and I'm in Sarasota and was sitting beside Lynn last evening and recorded the entire conversation. Surely you know your son and the words he could have used- it's very scary and I have it if anyone wants to hear it.

I hope you'll do what you need to do get your son the professional mental health assistance he's long needed. Think of your grandchildren. You should both be ashamed of yourselves. I'm in touch with Alan and Debbie-we know he pulled this on them too.

And Sari - if you get this you might want to consider limiting David's interactions with your daughter. I wouldn't trust him with a pair of shoes.


Brent Kideckel

Begin forwarded message:

> **From:** David Kideckel <kideckel.david@gmail.com>  
> **Date:** January 22, 2024 at 9:28:22 PM EST  
> **To:** "Brent R. Kideckel" <brentkideckel@gmail.com>, "Burton, Lynn" <lburton177@aol.com>, David Kideckel <kideckel.david@gmail.com>  
> **Subject: Fwd: Lynn Burton | Brent Kideckel | Phone conversation ~ January 22, 2024**
>
>
> Fair warning to Lynn's very close friend and cousin: Brent. See below.
>
> ---------- Forwarded message ---------  
> From: **David Kideckel** <kideckel.david@gmail.com>  
> Date: Mon, Jan 22, 2024 at 8:05 PM  
> Subject: Lynn Burton | Brent Kideckel | Phone conversation ~ January 22, 2024  
> To: Burton, Lynn <lburton177@aol.com>  
> CC: David Kideckel <kideckel.david@gmail.com>
>
> Hi Lynn. David Kideckel here. You just called me and now have now blocked me on Facebook (the number you called me from was: 416-569-6659, which you also blocked me from). You had indicated that you're