UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT KIDECKEL | ) |
|    Plaintiff | ) **CASE NO.:   1:24-cv-02907-CJN** |
| V. | ) |
| | ) |
| THE FOREIGN NATION OF CANADA, et al. | ) |
|    Defendants. | ) |
| _____ | ) |

**NOTICE OF INTENT TO OPPOSE DEFENDANTS CITY OF TORONTO**

**AND DAVID WILSON'S MOTION TO DISMISS**

The notice is filed to inform the court and the parties of Plaintiff's intent to oppose Defendants' Motion to Dismiss, filed January 9, 2025. Plaintiff intends to file a formal Memorandum of Opposition to Defendants City of Toronto and David Wilson's Motion to Dismiss by January 31, 2025.

January 18, 2025



RECEIVED
JAN 18 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

*[signature: Brent N. Kideckel]*

Brent Kideckel

Plaintiff, pro se

Po Box 20901

Floral Park, NY 11002