# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT KIDECKEL,<br><br>                    Plaintiff,<br><br>   v.<br><br>THE FOREIGN NATION OF CANADA, DOUG DOWNEY as Attorney General of Ontario, THE PROVINCE OF ONTARIO CANADA, THE CITY OF TORONTO CANADA, DAVID J.N. WILSON, DAVID KIDECKEL, DAHLIA SAIBIL, ARAM SIMOVONIAN, GARY CAPLAN, IAN SINKE, JOHN DOE 1-15, UNITED STATES CITIZENSIHP & IMMIGRATION SERVICES "USCIS"<br><br>                    Defendants. | No. 1:24-cv-02907-CJN |

### PRAECIPE REGARDING PLAINTIFF'S MOTION FOR
### SUMMARY JUDGMENT (OR DEFAULT) AGAINST DAVID KIDECKEL

Plaintiff Brent Kideckel ("Plaintiff") moved for entry of default against Defendant David Kideckel ("D. Kideckel") on December 13, 2024. ECF 8, 13 (the "Motion for Entry of Default"). D. Kideckel opposed the Motion for Entry of Default on December 26, 2024, arguing that he did not agree to accept service of process electronically and that he was not, as Plaintiff erroneously asserts, served on October 16, 2024. ECF 23. As Plaintiff conceded to electronic service in this matter (ECF 2), he was served with D. Kideckel's opposition on December 26, 2024. Plaintiff's reply, if any, was due on January 2, 2025. *See* LCvR 7(d). Plaintiff submitted an untimely reply memorandum on January 11, 2025. ECF 29, 30. The Motion for Entry of Default is fully briefed and pending before this Court.

On January 21, 2025, Plaintiff filed a Motion for Summary Judgment (or Default) Against David Kideckel. ECF 39. The motion is procedurally improper. If intended as a motion for summary judgment, it

critically lacks a statement of material facts (LCvR 7(h)), and if seeking default judgment, it is premature. *See* Fed. R. Civ. P. 55; *Peak v. Dist. of Columbia*, 236 F.R.D. 13, 15-16 (D.D.C. 2006) (noting that "plaintiff must first obtain an entry of default from the clerk of court, and then she may seek an entry of default judgment," and holding that a motion for default judgment was improper without first completing the predicate step of obtaining entry of default). More importantly, because D. Kideckel argues in his opposition to the Motion for Entry of Default that he has not been properly served in this matter, he is not obligated to respond. *See, e.g.*, *id.* Accordingly, and absent instructions from the Court to the contrary, D. Kideckel will not file a response to Plaintiff's motion for summary judgment.

Dated: January 23, 2025                              Respectfully submitted,

                                                                            */s/ Jeffrey D. Robinson*
Jeffrey D. Robinson, D.C. Bar No. 376037
LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
1050 K Street NW, Suite 400
Washington, DC 20001
Telephone: (202) 833-8900
Facsimile: (202) 466-5738
Jeffrey.Robinson@lbkmlaw.com

Elizabeth Velez
LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
115 E. 44th Street, 25th Floor
Telephone: (212) 826-7001
Facsimile: (212) 826-7146

Elizabeth.Velez@lbkmlaw.com

*Counsel for Defendant*