## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT KIDECKEL,<br><br>            Plaintiff,<br><br>  v.<br><br>THE FOREIGN NATION OF CANADA, DOUG DOWNEY as Attorney General of Ontario, THE PROVINCE OF ONTARIO CANADA, THE CITY OF TORONTO CANADA, DAVID J.N. WILSON, DAVID KIDECKEL, DAHLIA SAIBIL, ARAM SIMOVONIAN, GARY CAPLAN, IAN SINKE, JOHN DOE 1-15, UNITED STATES CITIZENSIHP & IMMIGRATION SERVICES "USCIS"<br><br>            Defendants. | No. 1:24-cv-02907-CJN |

## WAIVER OF THE SERVICE OF SUMMONS

**To: Brent Kideckel**

      I have received your request to waive service of a summons in this action.

      I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

      I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

      I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 90 days from January 21, 2025, the date when this request was sent, because it was sent outside the United States. If I fail to do so, a default judgment will be entered against me or the entity I represent.

**DAHLIA SAIBIL**
*Party Waiving Service of Summons*

**RECEIVED**

JAN 23 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Dated: January 21, 2025

                                      **LEWIS BAACH KAUFMANN**
                                      **MIDDLEMISS PLLC**

By: _____
      Jeffrey D. Robinson
      1050 K Street NW, Suite 400
      Washington, DC  20001
      jeffrey.robinson@lbkmlaw.com
      Telephone: (202) 833-8900
      *Attorney for Defendant Dahlia Saibil*