## UNITED STATES DISTRICT COURT

## FOR THE

## DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT KIDECKEL | ) |
|     Plaintiff?Petitioner | ) **CASE NO.:   1:24-cv-02907-CJN** |
| V. | ) |
| | ) |
| THE FOREIGN NATION OF CANADA, et al. | ) |
|     Defendants/Respondent. | ) |
| _____ | ) |

## NOTICE OF WITHDRAWAL OF MOTION TO SERVE DAHLIA SAIBIL

## IN ACCORDANCE WITH THE HAGUE CONVENTION OF 1965

Plaintiff withdrawals his Motion to Serve Dahlia Saibil by Publication/Email in accordance with The Hague Convention of 1965 on Service Abroad as moot. Defendant has Waived Service of the Summons.

January 24, 2025



**RECEIVED**
JAN 24 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

*[signature: Brent N. Kideckel]*

Brent Kideckel

Plaintiff, pro se

Po Box 20901

Floral Park, NY 11002

(917)634-0637