UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT KIDECKEL | ) |
|     Plaintiff/Petitioner | ) **CASE NO.:   1:24-cv-02907-CJN** |
| V. | ) |
| | ) |
| THE FOREIGN NATION OF CANADA,  et al. | ) |
|     Defendants/Respondent. | ) |
| _____ | ) |

**NOTICE OF PARTIAL DISMISSAL OF DEFENDANTS CANADA, DOWNEY, AND ONTARIO**

In light of current events involving this country and the Foreign Nation, Plaintiff hereby notifies the court and the parties of the Partial Dismissal of Defendants "Foreign Nation of Canada", "Doug Downey" and "Province of Ontario."

At the time of filing of the Initial Pleading none of the Government entities had participated in the non-duplicative litigation in the Ontario Superior Court of Justice, hence this *last resort* venue, however they have since made an appearance and Plaintiff will proceed under Canadian law against the Government.

**RECEIVED**
FEB 5 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

While the Defendants were Served with Process in accordance with The Hague Convention as dispatched by this Court to the Central Authority of Canada, no responsive pleading has been filed, albeit *defaulted*.

February 4, 2025

Brent Kideckel

Plaintiff, pro se

Po Box 20901

Floral Park, NY 11002

(917)634-0637