IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT KIDECKEL | ) |
|     Plaintiff/Petitioner | ) CASE NO.: 1:24-cv-02907-CJN |
| V. | ) |
| | ) |
| THE FOREIGN NATION OF CANADA, et al. | ) |
|     Defendants/Respondent. | ) |
| _____ | ) |

NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE

TO SERVE ARAM SIMOVONIAN IN ACCORDANCE WITH THE HAGUE

CONVENTION OF 1965

Plaintiff withdraws his Motion for Leave to Serve Aram Simovonian by Publication as moot. Mr. Simovonian was Personally Served with Process on February 15, 2025, at his home; 17 Turnberry Lane, Barrie, Ontario, Canada.

February 15, 2025

*[signature]*

Brent Kideckel

**RECEIVED**

FEB 18 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Plaintiff, pro se

Po Box 20901

Floral Park, NY 11002

(917)634-0637