IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT KIDECKEL | ) |
|     Plaintiff/Petitioner | ) CASE NO.:   1:24-cv-02907-CJN |
| V. | ) |
| | ) |
| THE FOREIGN NATION OF CANADA, et al. | ) |
|     Defendants/Respondent. | ) |
| _____ | ) |

### NOTICE OF VOLUNTARY PARTIAL DISMISSAL OF RESPONDENT "USCIS"

This notice is submitted to voluntarily dismiss USCIS from this proceeding as extraordinary relief is no longer required from the United States.

February 15, 2025

*[signature]*

Brent Kideckel

Plaintiff, pro se

Po Box 20901

Floral Park, NY 11002

(917)634-0637

**RECEIVED**
FEB 18 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia