AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-02907

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Aram Simovonian

was received by me on *(date)*    02/23/2025     .

☑ I personally served the summons on the individual at *(place)*  17 Turnberry Lane, Barrie, Ontario, Canada

L9J 0M8                                                   on *(date)*    02/23/2025      ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____  on *(date)* _____  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $    17.85    for travel and $    87.95    for services, for a total of $    105.80    .

I declare under penalty of perjury that this information is true.


Date:    02/23/2025                                _____
                                                        Server's signature

                                                   Justin Graham, Process Server
                                                   _____
                                                        *Printed name and title*

                                                   7 Elgin Street
                                                   New Lowell, Ontario
                                                   L0M 1N0
                                                   _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

**RECEIVED**

FEB 23 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Crystal Mary Partricia Brox,
a commissioner, etc., Province of Ontario, for
Lormit Management Systems Inc. o/a
Lormit Legal Support Solutions,
and for process serving only.
Expires January 4, 2026