IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT KIDECKEL | ) |
|    Plaintiff | ) **CASE NO.:  1:24-cv-02907-CJN** |
| V. | ) |
| | ) |
| THE FOREIGN NATION OF CANADA, et al. | ) |
|    Defendants. | ) |
| _____ | _) |

## NOTICE SEEKING CLARIFICATION OF

## DEFENDANT ARAM SIMOVONIAN'S LAW FIRM AFFILIATION

Plaintiff respectfully submits this notice to seek **clarification regarding the professional affiliation of Defendant Aram Simovonian**, who has identified himself as a partner at multiple law firms, including:

- **Scalzi Caplan LLP**
- **Lima Law Professional Corporation**

However, business registry records indicate that Defendant is affiliated with:

- **Lima Lee Simovonian LLP**
- **Simovonian Professional Corporation**

To ensure accuracy in the record and avoid any potential confusion, Plaintiff respectfully requests that Defendant confirm **the law firm with which he was officially affiliated** during the time period relevant to this litigation.

**RECEIVED**

MAR 8 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Plaintiff further requests that Defendant, or his designated counsel, **file a statement clarifying his current and primary law firm affiliation** in relation to this matter.

DATED March 7, 2025

*[signature]*

Brent Kideckel

Plaintiff, pro se

PO Box 20901

Floral Park, NY 11002

brentkideckel@gmail.com

(917)634-0637