UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT KIDECKEL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE FOREIGN NATION OF CANADA, *et al.*,<br><br>　　　　　　Defendants. | Case No.: 24-2907 (CJN) |

## ARAM SIMOVONIAN'S MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6), Aram Simovonian, by and through his undersigned counsel, respectfully moves to dismiss Plaintiff's Complaint. In support of his motion, Mr. Simovonian respectfully refers the Court to the accompanying memorandum of law and exhibits. A proposed order is submitted herewith.

Dated: March 10, 2025

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　/s/ *Jeffrey D. Robinson*
　　　　　　　　　　　　　　　　　　　　Jeffrey D. Robinson
　　　　　　　　　　　　　　　　　　　　(D.C. Bar #376037)
　　　　　　　　　　　　　　　　　　　　LEWIS BAACH KAUFMANN
　　　　　　　　　　　　　　　　　　　　MIDDLEMISS PLLC
　　　　　　　　　　　　　　　　　　　　1050 K Street, NW
　　　　　　　　　　　　　　　　　　　　Suite 1400
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　　　　　　(202) 833-8900 (voice)
　　　　　　　　　　　　　　　　　　　　(202) 466-5738 (facsimile)
　　　　　　　　　　　　　　　　　　　　jeffrey.robinson@lbkmlaw.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Aram Simovonian*