# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BRENT KIDECKEL,<br><br>          Plaintiff,<br><br>     v.<br><br>THE FOREIGN NATION OF CANADA, *et al.*,<br><br>          Defendants. | Case No.:  24-02907 (CJN) |

## DECLARATION OF ARAM SIMOVONIAN

Aram Simovonian hereby declares as follows:

1.  I am a partner at Lima Lee Simovonian LLP in Toronto, Ontario. I am a Canadian citizen and resident of Ontario, Canada. I am neither a resident nor a citizen of the United States of America.

2.  I am a named defendant in the above-captioned matter and submit this declaration in connection with my motion to dismiss. Unless otherwise indicated, I have personal knowledge of the facts stated herein, including knowledge based on my review of documents in my possession.

3.  In January 2024, I was retained by David Kideckel to help him address harassing communications that had been sent to Mr. Kideckel; his wife, Dahlia Saibil; Mr. Kideckel's minor daughter; and Mr. Kideckel's professional colleagues. Mr. Kideckel suspected that the source of the communications was his brother, Brent Kideckel, and informed me that the messages were sent from several different phone numbers. He showed me the harassing messages: one called Ms. Saibil a "Cuntwife;" another threatened litigation that "will see [Mr. Kideckel] barred for life from the United States" and informed that the sender (presumably Plaintiff) is "well connected;" and

another threatened that Mr. Kideckel would be "shot and killed with no warning" if he were to come to Plaintiff's property. True and correct copies of these text messages are included on pages 29-39 of Exhibit A, referenced below.

4.  On January 26, 2024, I sent Plaintiff a cease-and-desist letter on behalf of Mr. Kideckel requesting that Plaintiff cease sending Mr. Kideckel and his family these harassing messages. The letter is attached to Plaintiff's Complaint as Appendix One.

5.  Plaintiff responded to my letter that same day. On January 26, 2021, Plaintiff wrote in an email that he "welcome[s] a lawsuit" and threatened to report me to the Law Society of Ontario, the regulating and governing body of all lawyers in Ontario, and the body with which we must maintain "good standing" in order to carry on the practice of law. A true and correct copy of that email is included on page 43 of Exhibit A, referenced below.

6.  On February 1, 2024, Mr. Kideckel initiated a lawsuit in the Ontario Superior Court of Justice seeking general damages for defamation, publicly placing a person in false light, and intentional infliction of mental suffering, as well as punitive damages and a permanent injunction restraining Plaintiff from making or causing to make false or defamatory statements relating to Mr. Kideckel. I am counsel of record for Mr. Kideckel in the lawsuit, which is captioned *David Kideckel v. Brent Kideckel* and designated by Court File No. CV-24-00713955-0000.

7.  A true and correct copy of Mr. Kideckel's Motion Record[1] in *David Kideckel v. Brent Kideckel*, which was filed on November 28, 2024, is attached hereto as Exhibit A. This document provides a description of the factual underpinnings and progression of the lawsuit at pages 6-27.

---

[1] A Motion Record is a form of "brief" which is composed of a (i) Notice of Motion, outlining the relief sought by the moving party, in this case, Mr. Kideckel; and (ii) an Affidavit with supporting evidence in the name of Mr. Kideckel.

8.  A true and correct copy of Mr. Kideckel's Factum[2] in *David Kideckel v. Brent Kideckel*, which was filed on November 28, 2024, is attached hereto as Exhibit B. This document, which makes the legal argument that a default judgment should be entered against Plaintiff, provides a description of the factual underpinnings of the litigation at pages 3-11.

9.  Mr. Kideckel continued to receive harassing communications after commencing the lawsuit. As a result, Mr. Kideckel filed a police report with the Toronto Police in February 2024, and the Toronto Police issued an arrest warrant for Plaintiff for "uttering death threats and harassment." Details of this arrest warrant are provided on pages 23-25 and 166-169 of Exhibit A, and page 11 of Exhibit B.

10. Plaintiff responded to Mr. Kideckel's lawsuit and the arrest warrant by threatening retaliatory litigation in Canada and the United States. True and correct copies of these threats are provided on pages 43, 45, 73, 75, and 77 of Exhibit A.

11. On May 9, 2024, Plaintiff filed an action against Mr. Kideckel, Ms. Saibil, Hope Springman, Kenneth Norwich, Gary Caplan, Carmine Scalzi, Scalzi Caplan LLP, David Wilson, Toronto Police Service, The Province of Ontario, Canada, Doug Downey, and me. Plaintiff's case is captioned *Brent Kideckel v. David Kideckel, et al.*, and designated by Court File No. CV-24-00719990-0000.

12. In his suit, Plaintiff alleges claims of, *inter alia*, harassment, negligence, malicious prosecution, fraud, negligent infliction of emotional distress, and intentional infliction of emotion distress. A true and correct copy of Plaintiff's Statement of Claim is included on pages 84-154 of Exhibit A.

---

[2] A Factum is a legal document containing the "legal argument" made in "support" of the motion brought by the moving party. The Factum will have the background, the law, and the application of the law to the background facts.

*13.* I am counsel of record for Mr. Kideckel and Ms. Saibil in *Brent Kideckel v. David Kideckel, et al.*

14. Plaintiff is actively litigating his own claim before the Ontario Supreme Court. He defaulted in *David Kideckel v. Brent Kideckel* on August 1, 2024.

15. Both of the Canadian cases are ongoing, and because Plaintiff is representing himself *pro se* in both matters, he communicates with me often in connection with the proceedings. In his communication, he copies parties not involved in the action.

16. In the above-captioned proceeding, Plaintiff alleges that I was fired from my former law firm, Scalzi Caplan LLP. This allegation is untrue. I resigned from Scalzi Caplan LLP to start my own law firm, Lima Lee Simovonian LLP, and remain close with my former colleagues.

17. Plaintiff also alleges in the above-captioned proceeding that the Law Society of Ontario found that I committed some type of wrongdoing. This, too, is untrue. The Law Society of Ontario receives complaints from the public with respect to the conduct of lawyers, which it then reviews. If the Law Society of Ontario determines that a complaint has merit, it contacts the lawyer licensee for comment. Plaintiff alleges that he filed such complaints against me. However, the Law Society of Ontario has not contacted me, nor engaged with me with respect to this or any matter involving Plaintiff. Accordingly, I believe that the Law Society of Ontario has made no finding that I acted improperly. I remain a good standing member of the Law Society of Ontario.


I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 10 March, 2025
Toronto, Canada

_____
        Aram Simovonian

4

EXHIBIT A

Court File No. CV-24-00713955-0000

### *ONTARIO*
### SUPERIOR COURT OF JUSTICE

B E T W E E N:

DAVID KIDECKEL

Plaintiff

and

BRENT RICHARD KIDECKEL

Defendant

**MOTION RECORD OF THE PLAINTIFF**
**(Returnable January 17, 2025)**
**(*ex parte* motion)**

November 28, 2024                    **LIMA LEE SIMOVONIAN LLP**
                                     320 Bay St., Suite 454
                                     Toronto, ON  M5H 4A6
                                     **Aram Simovonian (73974D)**
                                     E: asimovonian@limalaw.ca
                                     T: 647.677.8009

                                     Lawyers for the Plaintiff

**TO:**          **THIS HONOURABLE COURT**

Court File No. CV-24-00713955-0000

*ONTARIO*

**SUPERIOR COURT OF JUSTICE**

B E T W E E N:

DAVID KIDECKEL

Plaintiff

and

BRENT RICHARD KIDECKEL

Defendant

**INDEX**

| TAB | DOCUMENT |
|-----|----------|
| 1 | Notice of Motion |
| 2 | Affidavit of David Kideckel |
| A | Various Texts from Brent |
| B | E-mail of January 23, 2024, at 1:13 p.m. |
| C | Cease and Desist Letter of January 26, 2024 |
| D | E-mail of January 26, 2024 |
| E | E-mail of January 26, 2024 |
| F | Statement of Claim |
| G | Order of AJ La Horey |
| H | Requisition to Note in Default, Affidavit of Service, and Confirmation of Filing |
| I | E-mail of March 12, 2024 |
| J | E-mail of May 7, 2024 at 9:19 p.m. |
| K | E-mail of May 8, 2024, 9:02 a.m. |

| L | E-mail between Mr. Simovonian and Mr. Freudman |
|---|---|
| M | E-mail of May 8, 2024 |
| N | Brent's Statement of Claim |
| O | E-mail of May 9, 2024, at 2:57 p.m. |
| P | E-mails between Mr. Simovonian and the Brokerage |
| Q | Statement of Defence |
| R | Various e-mails between me, Brent and the Toronto Police |

TAB 1

Court File No. CV-24-00713955-0000

## *ONTARIO*
## SUPERIOR COURT OF JUSTICE

B E T W E E N:

DAVID KIDECKEL

Plaintiff

and

BRENT RICHARD KIDECKEL

Defendant

**NOTICE OF MOTION**

The Plaintiff will make a motion to the Court, on January 17, 2025, pursuant to the Endorsement of Justice Akazaki, dated November 26, 2024, or as soon as this motion may be heard.

**PROPOSED METHOD OF HEARING**: The motion is to be heard:

☐ In writing under subrule 37.12.1 (1) because it is without notice and the Defendant has been noted in default.

☐ In writing as an opposed motion under subrule 37.12.1 (4);

☐ In person;

☐ By telephone conference;

X By video conference.

at the following location: 393 University Ave., Toronto.

**THE MOTION IS FOR:**

1.      Judgment on the Statement of Claim;

2.      a permanent injunction restraining the Defendant, and all persons who have knowledge or notice of the Judgment, from making, publishing, or causing to be published, any false or defamatory statements relating to the Plaintiff, whether oral, written, or published electronically, and distributed by way of internet, or otherwise;

3.      costs of this motion and action on a substantial indemnity scale;

4.      all applicable taxes; and

5.      such further relief as this Honourable Court deems just.

**THE GROUNDS FOR THE MOTION ARE:**

1.      The Plaintiff and the Defendant are estranged brothers with no relationship.

2.      The Defendant is a vexatious litigant and resides, to the best of the Plaintiff's knowledge, in the state of California, in the United States of America.

3.      Since August 2023, the Defendant has engaged in a malicious campaign of defamation, and intimidation against the Plaintiff, his family, and colleagues.

4.      On January 26, 2024, the Plaintiff through his lawyers, delivered to the Defendant a "cease and desist" letter in the hope that such letter will deter the Defendant's behaviors.

5.      The "cease and desist" letter caused an opposite effect. On January 26, 2024, the Defendant e-mailed the Plaintiff's lawyer and advised that he "welcome[s] a lawsuit".

6.      The Plaintiff commenced the immediate proceeding by way of Statement of Claim on February 1, 2024. The Plaintiff seeks general damages in the sum of $180,000 for defamation, intimidation, publicly placing a person in false light, and intentional infliction of mental suffering. The Plaintiff also seeks punitive damages in the sum of $20,000, and a permanent injunction Order restraining the Defendant, and others, from making, publishing, or causing to be published, any false or defamatory statements relating to the Plaintiff.

7.      The Plaintiff, by his lawyers, made effort to personally serve the Statement of Claim on the Defendant. These efforts were not successful.

8.      On May 22, 2024, the Honourable Associate Justice L. La Horey ("**AJ La Horey**") granted to the Plaintiff and Order for substituted service of the Statement of Claim.

9.      On May 27, 2024, the Defendant was served with the Statement of Claim pursuant to the Order of AJ La Horey.

10.     On August 1, 2024, the Defendant was noted in default.

11.     The Plaintiff now moves for Judgment, and injunctive relief, as outlined in the Statement of Claim.

**THE FOLLOWING RULES AND STATUTES will be relied upon at the hearing of the motion:**

12.     Rules 1.02, 1.04, 2, 3.02, 19, 37, 39, and 40 of the *Rules of Civil Procedure*; and

13.     Such further grounds as counsel may advise and this Honourable Court may permit.

**THE FOLLOWING DOCUMENTARY EVIDENCE will be used at the hearing of the Motion:**

1.     The Affidavit of David Kideckel sworn on August  27, 2024; and

2.     Such further evidence as counsel may advise and this Honourable Court may permit.

November 28, 2024

LIMA LEE SIMOVONIAN LLP
320 Bay St., Suite 454
Toronto, ON  M5H 4A6
**Aram Simovonian (73974D)**
E: asimovonian@limalaw.ca
T: 647.677.8009

Lawyers for the Plaintiff

Court File No. CV-24-00713955-0000

DAVID KIDECKEL                    and                                    BRENT KIDECKEL

Plaintiff                                                                        Defendants

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
PROCEEDING COMMENCED AT
TORONTO

**NOTICE OF MOTION OF THE PLAINTIFF**

LIMA LEE SIMOVONIAN LLP
320 Bay St., Suite 454
Toronto, ON  M5H 4A6
**Aram Simovonian (73974D)**
E: asimovonian@limalaw.ca
T: 647.677.8009

Lawyers for the Plaintiff

TAB 2

Court File No. CV-24-00713955-0000

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**

B E T W E E N:

DAVID KIDECKEL

Plaintiff

and

BRENT RICHARD KIDECKEL

Defendant

**AFFIDAVIT OF DAVID KIDECKEL**
**(sworn on August 27, 2024)**

I, David Kideckel, of the City of Toronto, in the Province of Ontario, MAKE OATH AND SAY:

1.      I am the Plaintiff in this action and as such have knowledge of the matters to which I hereinafter depose to. Where I rely on information received from others, I state the source of such information and verily believe such information to be true.

**A.   DRAMATIS PERSONAE**

**A.1 MY BACKGROUND**

1.      I am 44 years old. I live in Toronto, Ontario, with my wife, Dahlia Saibil, and our (3) three children. My wife is an Ontario lawyer and is employed by the Ministry of the Attorney General. My wife is currently on maternity leave.

2.       I hold a PhD from the Institute of Medical Science & Program in Neuroscience at the University of Toronto, and an MBA from the Rotman School of Management.

3.      I am the Founder and Principal of Kideckel Advisory Group Inc., a boutique firm providing expert financial and capital markets analysis and functions within Healthcare & Life Sciences.

4.      I am also the Chairman of the Board of PharmaDrug, a publicly-listed and specialized biotechnology company focused on research, development and commercialization of natural-based medicines.

5.      I have a modest online presence, including reference to me on various websites, and a personal LinkedIn Account. Putting it another way, in my line of work, reputation is important,

and people certainly "Google" search me to determine whether they wish to work with me. Below are some (not all) references made to me online, along with my personal LinkedIn profile:

    a.   https://ca.linkedin.com/in/davidkideckel;

    b.   https://toronto-wealth.com/dr-david-kideckel/;

    c.   https://pharmadrug.ca/meet-our-board-of-directors/;

    d.   https://thedeepdive.ca/pharmadrug-names-dr-david-kideckel-as-chairman-while-securedose-finalizes-formulation/;

    e.   https://www.newsfilecorp.com/release/199251/PharmaDrug-Appoints-Current-Board-Member-Dr.-David-Kideckel-as-Chairman; and

    f.   https://www.marsdd.com/bio/david-kideckel/.

6.    Over a span of more than twenty (20) years, I have worked diligently to garner a reputation of trust, and reliability. I am a professional, and my reputation is of paramount importance to me on a personal and professional level. My reputation is directly connected to my livelihood.

**A.2 MY ESTRANGED BROTHER: BRENT RICHARD KIDECKEL**

7.    The Defendant, Brent Richard Kideckel, is my estranged brother. Brent was born on November 1, 1983, and is presently 40 years old.

8.    Brent and I have no relationship. The last time Brent and I saw one another, in person, was in or about 2008.

9.    From about 2008, until about August 2023, I did not have any form of communication with Brent whatsoever.

10.    To the best of my knowledge, Brent currently lives in the United States of America, at 1528 Rock Spring Road, San Marcos, CA 92069.

11.    It is my opinion that Brent has engaged in a vicious, carefully orchestrated and unlawful campaign of defamation against me. Brent's campaign has been planned with malice for the

express purpose of publicly embarrassing me, harming my reputation in the community, and tarnishing my career.

**A.3 BRENT, THE VEXATIOUS LITIGANT**

12.    Brent is a vexatious litigant and has been labelled as such in various Courts in the U.S.A (California & Nevada). I offer a summary of Brent's numerous legal proceedings, and relevant website links to them:

    a.    *Brent Kideckel v Wells Fargo Bank, N.A*., Case No.: 20-cv-00681-DMS (JLB), in the Southern District of California: This is a Court order requiring Brent to pay sanctions of $75 for failure to appear at a Mandatory Settlement Conference;[1]

    b.    Vexatious Litigant List: Prepared and maintained by the Judicial Council of California: Brent Kideckel, Case Number PSC2000944;[2]

    c.    Vexatious Litigant List (updated as of August 1, 2024): Prepared and maintained by the Administrative Office of the Courts from Prefilling Orders Received from Nevada Courts: Case Number 19C-027549 (Order granting motion for vexatious litigant determination);[3]

    d.    *Brent Kideckel v Lyft, Inc.,* Case No.: CGC-19-574331, in the Superior Court of California, County of San Francisco;[4]

    e.    *Brent Kideckel v Patricia Hodges et al*, in the Riverside County Superior Court, California;[5]

    f.    *Brent Kideckel v Parmendra "Patrick" Prasad*, Case No.: 77983, in the Supreme Court of Nevada;[6]

---

[1] https://www.govinfo.gov/content/pkg/USCOURTS-casd-3_20-cv-00681/pdf/USCOURTS-casd-3_20-cv-00681-1.pdf
[2] https://www.courts.ca.gov/documents/vexlit.pdf
[3] https://nvcourts.gov/__data/assets/pdf_file/0023/13496/Vexatious_Litigant_web_8_1_2024_web.pdf
[4] https://trellis.law/case/cgc19574331/brent-kideckel-vs-lyft-inc
[5] https://unicourt.com/case/ca-riv-kideckel-vs-hodges-1753986
[6] https://caselaw.findlaw.com/court/nv-supreme-court/1989592.html

      g.  *Brent Kideckel v Paige Huffman et al*, in the Palm Springs Courthouse, in Riverside County Superior Court, Riverside California;[7] and

      h.  *Brent Kideckel v Michael Rowe et al,* No 82133, in the Supreme Court of Nevada.[8]

13.    The above information is readily available by a simple "Google" search. The point is this: Brent is no stranger to lawsuits.

14.    It is my opinion that Brent's *modus operandi* is to cause heartache to people by abusing justice systems, including Ontario's justice system (more on this later). In fact, Brent has threatened another lawsuit against the Government of Canada on May 8, 2024.

**B.  BRENT'S DEFAMATORY CAMPAIGN AGAINST ME AND MY FAMILY**

15.    My nightmare began in August 2023. At that time, Brent, with what I believe is intention to cause anxiety, and emotional and psychological upset to me and my family, began his campaign of defamation, harassment, and intimidation, and against me. Brent's preferred modes of communication are various phone numbers and e-mails, specifically:

      a.  Phone Numbers used: (i) 204-674-5452, (ii) 647-497-4428, (iii) 365-440-4340, (iv) 917-634-0637 (Brent's main phone number), (v) 647-559-5515, (vi) 647-691-7411, (vii) 289-497-1538, and (viii) 204-818-6743;

      b.  E-mails used: brentkideckel@gmail.com and kideckelsaibilsprinmanlawsuit@gmail.com.

16.    I offer, below, a summary of Brent's defamatory and threatening statements:

      a.  on December 24, 2023, at 8:35 p.m., Brent texted me the following: "Not really How come you haven't divorced your cheating loser husband It was meant for your Cuntwife I'll send it to her. C U Next Tuesday";

      b.  on December 28, 2023, at 7:09 p.m., Brent texted me the following: "Maybe it's time for [my daughter] to know more about you. Not before you finish paying alimony for your 2. It's just a matter of time until Wifie #2 kicks you out. Lol I think

[7] https://unicourt.com/case/ca-riv-kideckel-vs-huffman-1706869
[8] https://caselaw.findlaw.com/court/nv-supreme-court/2103805.html

I'll send all these to wifie. She's going to kick you out soon enough loser boy. C U Next Tuesday. Looooser!!!";

c.  on December 28, 2023, at 7:09 p.m., Brent texted me the following: "Loser in jobs, Loser in marriage, Loser with life, Loser with [daughter]. Just ask your ex if you're a loser. Your ex wife was right about you. She regrets ever having known you and having a remnant of you. Wifie#2 will think the same after she kicks you out. CUNext Tuesday.";

d.  on December 30, 2023, at 12:29 a.m., Brent texted me the following: "…Let's pray mommy dearest will die this year. Wifie2 will kick you out ASAP. You'll be twice divorced. Failure in marriage, work and life. You hit the trifecta bro!!!!";

e.  on January 18 and 19, 2024, Brent texted me the following: "How is the failure in life feeling??? You are such a lonesome loser in life. Fired. Divorced twice, no family. You've hit the trifecta bro.";

f.  on January 22 and 23, 2024, at 6:57 p.m., Brent texted me the following: "Do you know where I am right now?.. think long and hard where I might be at this minute. I forwarded everything to Sari as we're concerned you may cause physical harm to her daughter given your present manic state. I have a feeling you haven't been entirely forthcoming with your current spouse (if she hasn't already left you) so when the Toronto Police Service show up to 2 Peveril Hill South to do a welfare check on the physical safety of the children, you understand why. Pardon me ~23 PH road. I know how to use google. I misheard you when I was sitting beside Lynn last evening.";

g.  on January 22, 2024, at 12:39 p.m., Brent texted the CEO & Director at PharmaDrug, Robert Steen, the following: "1.Origin merchant partners 2.intelgenx. He gets fired and then sues them And settles out of court with NDA's That's his M.O. He lasted until they found out about him";

h.  on January 22, 2024, at 6:49 p.m., Brent texted Mr. Steen the following: "DK [reference to me] has mental health issues that percolate to the surface quite often His exwife was subjected to that all the time";

i.  on January 23, 2024, at 8:19 a.m., Brent texted me the following: "David, If you call me but one more time I'm going to go to the FBI and report this harassment, backed up with a lawsuit against you that will see you barred for life from the United States. Is that what you want? My husband's uncle is Phil Knight, the founder of Nike- we're well connected. This stops now.";

j.  on January 27, 2024, at 11:07 a.m., Brent texted my wife the following: "You are married to such a loser in life.";

k.  on January 27, 2024, at 11:56 am, Brent texted Mr. Steen, and Daniel Cohen (former CEO of PharmaDrug), the following: "Kideckel has been arrested charged and convicted of drunk driving and driving under the influence. Good for you for having such an upstanding person as your chairman and director"; and

l.  on January 29, 2024, at 1:04 p.m., Brent texted Mr. Steen and Mr. Cohen the following: "He [reference to me] has undiagnosed mental illness."

Attached and marked as **Exhibit "A"** are each of the above mentioned texts.

17.    Brent took things further than texts, e-mails, and calls. It is my opinion, and I do verily believe that Brent's false allegation were not only harmful to my career and reputation, but also imposed a real and serious risk of physical and other harm to me, and my family.

18.    On January 23, 2024, at 1:13 p.m., Brent e-mailed me, and others, and in the e-mail said this:

I own a house […]. We have guns and if you're seen on our cameras on our property, and based on your past physical abuse of your ex wife Sari, your presence on my property will be construed as an immediate threat to my family's safety. **You will be shot and killed with no warning. Is that understood?**

[…]

Have you considered checking yourself in to CAMH?

[…]

**If the Toronto Police Service shows up at your house for a welfare check on your children, don't be surprised**. [**emphasis added**]

Attached and marked as **Exhibit "B"** is a copy of this e-mail.

19.    On January 23, 2024, at approximately 9:15 p.m., and true to his threat, two uniformed police officers attended at my residence, and informed me that Brent had called 911 and advised the 911 operator that my children are in danger. My wife and I had to explain to the officers the background of my dispute with Brent, and that out children were, in fact, not in danger, and that Brent's call was a complete fabrication.

20.    It is my opinion, and I do verily believe, that Brent, by making a false call to 911, intended to defame me, and cause me and my family anxiety, depression and/or physical harm.

21.    In order to try to mitigate the damages caused by Brent, on or about January 26, 2024, I, through my lawyers, served on Brent a "cease and desist" letter. In this letter, I notified Brent that his allegations are false and defamatory and I demanded that he execute an apology, retraction and undertaking, which I can publish at my discretion. Attached and marked as **Exhibit "C"** is a copy of the "cease and desist" letter.

22.    Unfortunately, the "cease and desist" letter caused an opposite effect: on January 26, 2024, Brent responded to the "cease and desist": he said that he "welcome[s] a lawsuit. Please do it.". Attached and marked as **Exhibit "D"** is a copy of this e-mail.

23.    On January 26, 2024, Brent sent a further e-mail to my lawyer saying "[d]on't forget you're an officer of the Court. Be careful what kind of frivolous suits you bring. You have a reputation too." and "[w]ill you accept service electronically for my countersuit? […] Let's get going to file your compaint [sic] and let's open discovery!!". Attached and marked as **Exhibit "E"** is a copy of this e-mail.

###    C.    DAVID v BRENT: THE IMMEDIATE ACTION

24.    My Statement of Claim was issued on February 1, 2024.

25.    I seek general damages in the sum of $180,000 for (i) defamation; (ii) intimidation; (iii) publicly placing a person in false light; and (iv) intentional infliction of mental suffering. I also seek punitive damages in the sum of $20,000, and a permanent injunction to restrain the Brent, and those associated with Brent, from further defaming me, and having any communication with my wife and children. Attached and marked as **Exhibit "F"** is a copy of my Statement of Claim.

26.    I was advised by my lawyers that a Statement of Claim must personally be served on a Defendant. I made my best effort to personally serve Brent, however, was not successful. On the advice of my lawyers, I brought a motion for validation of service and/or substituted service of the Statement of Claim, on Brent, by e-mail.

27.    On May 22, 2024, the Honourable Associate Justice L. La Horey, granted to me an Order for substituted service to serve the Statement of Claim on Brent by e-mail to brentkideckel@gmail.com and kideckelsaibilsprinmanlawsuit@gmail.com. Attached and marked as **Exhibit "G"** is a copy of the Order of AJ La Horey.

28.    The Statement of Claim was served on Brent, as per the Order of AJ La Horey, on May 27, 2024.

29.    Brent, unsurprisingly, did not respond, and was noted in default on August 1, 2024. Attached and marked as **Exhibit "H"** is the Requisition to Note in Default, Affidavit of Service, and confirmation of filing same with the Court.

### D.  BRENT'S ONTARIO LAWSUIT

30.    On March 12, 2024, Brent e-mailed, among others, me, my lawyer, the Toronto Police (Alexandra Miller, Dave Lim, Michelle Olszevski), the Ministry of the Attorney General, and our father, with the following (exceprted):

> […] I'm sure you too will want to seek redress against David Kideckel for filing a false report and wasting your limited resources.

> […]

> David Kideckel – harassment/stalking, defamation, identity theft, intentional infliction of emotional distress

[…]

Police reports have been filed with the Sarasota Police Department and the FBI against David Kideckel for stalking and identity theft. I called Toronto Police to file reports for same to no avail.

[…]

I have a seventeen minute phone call that was recorded between David Kideckel and Mrs. Lynn Burton, for which I present in Sarasota. Mr. David Kideckel makes explicitly clear he seeks revenge against me for suing our mother for stealing the contents of my bar mitzvah trust account.

[…]

[…] there is a long list of individuals to whom David Kideckel has harassed, ostracized, belittled, and bullied, not limited to my uncle Dr. Alan Jeroff, cousin Mrs. Lynn Burton, victim Mara Koven, and his own father, Howard Kideckel, who will affirm under oath the he is "physically frightened of David."

31.    On May 7, 2024, I, alongside various other individuals, including by lawyer, Aram Simovonian, my and Brent's mother, my wife, my and Brent's father, and even the Toronto Police and Doug Downey, received numerous e-mails from Brent.

32.    In summary, the e-mails received on May 7, 2024, include threats of legal proceedings against me, my lawyers, my mother, and others, and defamatory and disparaging comments made against me. An excerpt from an e-mail dated May 7, 2024, at 9:19 p.m. is this:

You [my wife] and your spouse [me] have impersonated my identity via the creation of fake text messages purporting to be from phone numbers that have been disproven to not have any association with me. You will be held accountable in the United States for your fraud.

Due to Mr. David Kideckel's toxic, vitriolic, and harassing messages along with his history of physical abuse and Anger Management programs, I am seeking both his and your [my wife's] PERMANENT EXCLUSION from the United States. I can only

assume you are equally threatening to my family's physical safety. Entering the United States is a privilege and I intend to prove in Court that you are no worthy of that privilege.

Attached and marked as **Exhibit "J"** are copies of these May 7, 2024, e-mails.

33.    On May 8, 2024, at 9:02 a.m., Brent sent an e-mail to me, and to others, including individuals from the Toronto Police and the Attorney General of Ontario, Doug Downey, stating that "[y]ou are being sued for One Million Dollars and my Canadian attorney Daniel Freudman, will seek ALL costs and fees in the countersuit against you.". Attached and marked as **Exhibit "K"** is a copy of this e-mail.

34.    My lawyer, Aram Simovonian, contacted Mr. Freudman and inquired whether Mr. Freudman is counsel to Brent. Mr. Freudman advised that he was retained "some time ago on a limited scope retainer but since have not been retained for any further services". Brent lied by saying that Mr. Freudman was his lawyer. Attached and marked as **Exhibit "L"** are copies of e-mails between Mr. Simovonian and Mr. Freudman.

35.    On May 8, 2024, the Defendant, using a newly created e-mail address, specifically, [kideckelsaibilspringmanlawsuit@gmail.com](mailto:kideckelsaibilspringmanlawsuit@gmail.com), e-mailed me, my wife, my young and minor daughter, our parents, my lawyer, the Toronto Police, Doug Downey, and others , in an effort to serve what he thinks is a court document, specifically, a Statement of Claim. The e-mail reads, in part, as follows:

[…]

You have been sued in the Canadian Province of Ontario Superior Court of Justice for the following claims for relief:

*identity theft, defamation, harassment, stalking, public mischief, malicious prosecution, false prosecution, filing a false police report, fraud, and the negligent and intentional infliction of emotional distress.*

[…]

Miss Saibil [my wife], Ms. Springman [mine, and Brent's mother], and Mr. Norwhich [my mother's husband, and my step-father], if I don't receive your approval for electronic

service by end of business day Friday May 10, 2024, you will be served over the weekend in person at your homes, 23 Peveril Hill Road, and 2 Covington Road, respectively.

**Mr. Simovonian: it appears, unsurprisingly, that you have been terminated from Scalzi Caplan, based on a cursory look at their website. It also appears you have not regained employment. I trust your former employer will ensure you can be appropriately served – they are lawyers, afterall.**

Messrs Caplan and Scalzi: Do you have a forwarding address for your former employee, Aram Simovonian?

**ALL DEFENDANTS SHOULD NOTE THAT THIS IS ONE OF THREE LAWSUITS BEING BROUGHT AGAINST YOU, FOR VARIOUS CAUSES OF ACTION PURSUANT TO THE LAWS OF THE DIFFERING JURISDICTIONS. THE OTHERS, IN CANADA FEDERAL COURT, AND THE UNITED STATES DISTRICT COURT ARE TO FOLLOW**. (**Your willingness to be served electronically will be applied to all pending lawsuits against you.)

If you have been carbon copied (or CC'd) on this e-mail, you will be required to be deposed and/or answer document demands under subpoena. If you wish to participate in good faith in providing said documents, I will do my best to avoid issuing a subpoena for your relevant testimonies. **All filings in US District Court are available by simple google search-in perpetuity. I am mindful of this**.

**My friends who have been blind carbon copied (or BCC'd) on this e-mail—it is for your reference. I've told you my brother is an unstable abusive narcissi, and my mother is a goldigger. Now you'll see why I want nothing to do with these disgusting humans. [emphasis added]**

Attached and marked as **Exhibit "M"** is a copy of this e-mail.

36.    The above e-mail is concerning for a variety of reasons:

   a.    First, Brent threatens to sue me, and others, in both Canada and the U.S.A., and revels in the publication of these lawsuits online. The publication of meritless proceedings online grants access to the public to see that I am, somehow, involved in litigation as a defendant.

b.  Second, Brent appears to "bcc" his friends. I do not know the identity of his "friends", however, it is my opinion and I do verily believe that, given Brent's want to make these issues as public as possible, and to cause to me as much harm as possible, it is not unreasonable to conclude that Brent has publicized his defamatory campaign to as large an audience as he could muster. In other words, he wants, and thrives, from the attention. Brent, in my opinion, makes effort to paint himself as the innocent victim, when, in reality, he is the perpetrator.

37.     The above e-mail also contained an attachment, a document titled "Plaintiff's Statement of Claim for the Causes of Action of Identity Theft, Defamation, Harassment, Stalking, Public Mischief, False Prosecution, Malicious Prosecution, Fraud, and Intentional Infliction of Emotional Distress." This "pleading" is an action against me, my parents, my wife, my lawyer, my lawyer's former firm and its partners, Doug Downey, the Toronto Police, and others. I outline below some of the scandalous and false allegations made by Brent in his alleged "pleading":

2. Hope Springman [mine and Brent's mother] is a thief who stole thousands of dollars from her own son; and a predatory hold digger […].

12. […] I was not of course, but I was included to file a complaint with the Law Society of Ontario. **They [the LSO] performed an investigation of Mr. Simovonian's malpractice, concluded discipline was warranted, and was subsequently terminated from Scalzi Caplan.** (On attempting to locate the newly- fired Mr. Simovonian for Service of Process, he made an explicit threat on my life on May 9, 2024,) Exhibit "S").)

13. I in turn responded to this so-called lawyer advising him of what he was doing, and that a complaint was being filed **seeking David Kideckel, David Wilson, and Dahlia Saibil's PERMANENT EXCLUSION FROM THE UNITED STATES given their toxic, politely, unpredictable, and historic behavior**.

24. […] Having been informed of his actionable behavior, he stopped contacting Plaintiff, and, presumably ceased sending fake text messages to himself, including those where he refers to his brother as a "FAGGOT" on multiple occasions. (Maybe David was finally focusing his attention on his soon-to-be-born child?)

27. […] **I guess he means the fired Aram Simovonian. (The only thing Aram will be a partner of is his local food co-op.). Can't be a partner of a firm you're fired from, and definitely can't have a lawyer whose career you've upended**.

28. […] **David has always been envious of me, though. Social life, sex life, or standing amongst friends- Plaintiff has what David's fortune could never buy him- inner peace, happiness, and insatiable likability. David doesn't have friends**. […]

30. **Fortunately, the truth will always prevail. Even in the Third World Kangaroo Criminal Justice System of Ontario Canada**. […]

Attached and marked as **Exhibit "N"** is a copy of Brent's Statement of Claim.

38.     It is my opinion and I do verily believe that Brent's objective is to file frivolous civil proceedings against me, and have them readily available online, for millions of people to see. In fact, on January 23, 2024, Brent, in an e-mail, said that he would "be honored to battle [me] in court and embarrass [me] in front of [my] children."

39.     In response to my Statement of Claim, Brent has chosen to attack me, and any person associated with me (even those persons with whom Brent has had no direct dealings, such as Gary Caplan and Carmine Scalzi). Mr. Caplan and Mr. Scalzi are victims in this campaign by the simple fact that their firm name was on the letterhead of the "cease and desist" letter. My current lawyer, Mr. Simovonian, is also a victim, by the simple fact that I hired him to represent me.

40.     Brent signed on page 10 of 70 of this "pleading" and notes that he is signing from Las Vegas, Nevada. Despite this, Brent noted his address as C/O 302-207 Watson St. Winnipeg, MB R2P 2E1, and his e-mail as [brentkideckel@gmail.com](mailto:brentkideckel@gmail.com), and his phone number as 917.634.0637. I can advise this Court that this Winnipeg address is my father's address and that is not where the Brent resides. In fact, Brent, on page 10 of 70 of the "pleading" states the following *"\*\*Plaintiff is withholding actual US address to protect the physical safety of his family\*\* A PO Box in the United States will be provided to the Court.*".

41.     Brent does appear to have reported me to the FBI. The report is found on page 44 of 70 of the "pleading". Brent, unsurprisingly, blurred out his address but did not blur out his e-mail of [brentkideckel@gmail.com](mailto:brentkideckel@gmail.com), or his phone number. This is of grave concern to me. Regardless of

the meritless nature of the complaint, any complaint to the FBI will yield to an opening of an FBI file, and, perhaps, an investigation. Further, this meritless complaint causes me further anxiety as I regularly travel to the U.S.A. and now have fear of what may happen to me during those travels (i.e., inquiries by U.S.A. authorities, detainment, or otherwise).

42.    Brent went further. On May 9, 2024, at 2:57 p.m., Brent contacted my lawyer, Aram Simovonian's mother, Alvart Simovonian (a realtor), and sent her the following e-mail, stating, among other things: "*[A]re you related to Aram Simovonian? I am trying to locate him to serve him with Court documents. He has been sued for fraud and harassment, along with his former employers, Gary Caplan and Carmine Scalzi.*" Attached and marked as **Exhibit "O"** is a copy of this e-mail.

43.    My lawyer contacted his mother's real estate brokerage and advised that Brent has undertaken a campaign of harassment and defamation of everyone involved in the litigation I started against him. Putting it another way, my lawyer had to explain to the brokerage the background of this matter, and apologize to the brokerage for the inconvenience of Brent's contact. This, of course, was embarrassing to me, and embarrassing to my lawyer. Attached and marked as **Exhibit "P"** are communications sent by my lawyer to the brokerage.

44.    My lawyer, in light of Brent's action, was forced to report himself to his insurer, LawPro. My lawyer has advised me, and I do verily believe, that LawPro is bringing a motion to strike the claim against him on the grounds that it is frivolous, vexatious and/or an abuse of process.

45.    On June 10, 2024, my lawyer served mine and my wife's Statement of Defence to Brent's action on Brent. The Statement of Defence was a temporary pleading to ensure that Brent is unable to note me and my wife in default. I can advise this Court that my intention, and my wife's intention, is to bring a motion to strike the claim against us on the grounds that it is frivolous, vexatious, and an abuse of process. Attached and marked as **Exhibit "Q"** is a copy of the Statement of Defence.

### E.    MY COMPLAINT TO THE POLICE

46.    In light of Brent taking things further than e-mails, texts, and phone calls, that is, by the false report to 911 of my children being in danger, and visit by two police officers to my home on

January 23, 2024, my wife and I have become fearful, and continue to have concern, on what Brent would consider to do next.

47.    Consequently, in order to protect my family from Brent's actions, I contacted and attended at the 13 Police Division, and met with Officer Harlander. I explained to Officer Harlander the situation. In turn, Detective Constable D'Souza, Detective Wilson, and Detective Sergeant Lim advised me that they had obtained an arrest warrant for Brent should he choose to come back to Canada. The arrest warrant was for "*uttering death threats, and harassment*".

48.    I outline below communications between myself and the Toronto Police:

   a.   May 13, 2024: E-mail from Detective Lim to me stating that Brent is "continuing to send us e-mails and other court documents, we have been ignoring them as our legal department is involved."

   b.   May 13, 2024, at 10:09 a.m.: E-mail from Detective Lim to me stating that there is a "warrant issued for your brother's arrest, but it will only be executed if he tries to enter Canada. We can do two things, we can add a charge for harassing your daughter upon his arrest or start a new investigation with your daughter as the victim (this will require you to file a new report and having your daughter provide a statement.) This is a very difficult situation as I don't anticipate your brother ever re-enter Canada."

   c.   March 4, 2024,: E-mail from Detective Lim , to Brent stating that the warrant for Brent' arrest, pertaining to "uttering death threats and harassment" is "legitimate".

Attached and marked as **Exhibit "R"** is a copy of the e-mail communication between myself and the Toronto Police, as well as the police complaint and file.

49.    It is my opinion and I do verily believe that it is unlikely that Brent will ever enter Canada. Despite this, he continues his campaign of defamation and intimidation against me and my family.

50.    It is my opinion and I do verily believe that the harm Brent can cause, even when not in Canada, is substantial, due to the availability of the internet, in that one click of a button exposes you to the world at large.

   **F.  DAMAGE TO MY REPUTATION**

51.    Brent has made a mockery of me on a personal and professional level.

52.    Brent has defamed me and has caused me and my family mental suffering.

53.    Brent has caused, and continues to cause harm to me and my family.

54.    I started my own consultancy firm in 2021. I have considered going back to being employed on a full-time basis to a client and/or clients. However, in light of Brent's e-mails to my colleagues, in which I am a Chairman and Director of two companies, respectively, I am anxious that, should Brent  discover the identity of the company in which I am employed, he will, as before, send poisonous e-mails to the company making unfounded allegations against me, tarnish my reputation and put my career in jeopardy.

55.    I also have fear in posting professional content online (LinkedIn, Facebook, Instagram etc) as I am concerned that Brent may contact my connections and further defame me.

56.    I can advise this Court that my reputation has suffered. I provided this Court with as much evidence of Brent's attacks on me as I have available. To date, Brent's false and defamatory statements paint me as a person who is:

   a.   a liar;

   b.   immoral;

   c.   deceitful;

   d.   incompetent;

   e.   unprofessional;

   f.   a drug addict;

   g.   abusive and dangerous to his family and children;

h. dishonorable; and

i. a criminal.

57.     It is my opinion and I do verily believe that Brent continues his campaign against me (and others), and it will be difficult for me, if not impossible, to know the full extent of the damage he has caused, until that damage has already occurred.

58.     I can further advise this court that Brent's actions have caused be serious levels of stress, disturbed sleep, and mood related issues. I now live in a constant state of stress and anxiety with respect to my professional reputation, and personal life.

59.     I can further advise this Court that my claim against Brent is a form of vindication of my goodwill and reputation. I appreciate that Brent will likely never return to Canada and I will likely never be able to enforce on a Judgment that I might secure. However, I can still use a Judgment from the Ontario Superior Court as evidence that the Court has found wrongdoing in Brent's actions, and I can rely on the Judgment in the future to, for example, explain to people the steps I took to protect my name.

**PERMANENT INJUNCTION**

60.     In addition to the monetary Judgment, I seek a permanent injunction restraining Brent, and those associated with him in this defamatory campaign, from publishing further defamatory statements, and ban them from republishing the already made defamatory statements.

61.     It is my opinion, and I do verily believe, given Brent's pattern of behavior, there is a likelihood that Brent will continue to publish defamatory statements despite the finding that he is liable to me for defamation.

62.     It is my further opinion and I do verily believe that there is a real possibility that I will not receive any compensation from Brent (even with a Judgment of this Court) because Brent has no assets in Canada (or the U.S.A., that I am aware of).

**CONCLUSION**

63.     I am advised by my lawyers and do verily believe that when a defendant has been noted in default, a plaintiff may make a motion for Judgment.

64.    In light of all of the above, and as Brent has been noted in default, I now seek Judgment against Brent pursuant to the Statement of Claim.

65.    I make this affidavit in support of the relief set forth in the Notice of Motion and for no other or improper purpose.

**SWORN REMOTELY** by David Kideckel stated
as being the City of Toronto, before me, in the
City of Barrie, today, August 27, 2024,
pursuant to O.Reg 431/20.

_____          _____
A Commission for Taking Affidavits                    David Kideckel
Aram Simovonian (73974D)

This is Exhibit "A" to the Affidavit of David
Kideckel sworn on August 27, 2024.

_____
Aram Simovonian (73974D)

Brent Alias ›

Text Message
Sun, Dec 24 at 8:35 PM

How's the loser?
Been fired lately??

Mental health issues for you
deteriorating I see.

Not really
How come you haven't
divorced your cheating loser
husband

It was meant for your Cuntwife
I'll send it to her.

C U Next Tuesday

**B**

Brent Alias ›

you're a loser

Loser in jobs
Loser in marriage
Loser with life
Loser with orah.

Just ask your ex if you're a loser

Your ex wife was right about you

She regrets ever having known you and having a remnant of you.
Wifie#2 will think the same after she kicks you out

That's a good one, Vex. You're so smart!

You see when you don't go to school, you turn out like Brent!

A dumb ass

CUNextTuesday

**B**

Brent Alias >

Go teach Harry how to be a loser father

BFN LOSER Boy

That's all the vex has. To repeat the vex, "BFN LOSER Boy."

Isn't that what you are?

Vex

Brent Alias ›

She regrets ever having known you and having a remnant of you.
Wifie#2 will think the same after she kicks you out

CUNextTuesday

Fri, Dec 29 at 6:40 PM

Vex: LB now sees you for you. I took the liberty of sharing some of your gems. Your game is now complete (with much more coming your way) in time.

Sat, Dec 30 at 12:29 AM

You have little man syndrome !!Let's pray mommy dearest will die this year. Wifie2 will kick you out ASAP. You'll be twice divorced. Failure in marriage, work and life. You hit the trifecta bro!!!!

Brent >

Do you know where I am right now ?

Tell me

Delivered

I don't know who this is but think long and hard where I might be at this minute.

Your voice sounds terrible.

You should see your doctor.



Brent ›

David, If you call me but one more time I'm going to go to the FBI and report this harassment, backed up with a lawsuit against you that will see you barred for life from the United States. Is that what you want?
My husband's uncle is Phil Knight, the founder of Nike—we're well connected.
This stops now.

Yesterday 1:30 PM

I forwarded everything to Sari as we're concerned you may cause physical harm to her daughter given your present manic state.  I have a feeling you haven't been entirely forthcoming  with your current spouse (if she hasn't already left you) so when the Toronto Police Service show up to 2 Peveril Hill South to do a welfare check on the physical safety of the children, you

+    iMessage

B

Brent >

want?
My husband's uncle is Phil Knight, the founder of Nike— we're well connected.
This stops now.

Yesterday 1:30 PM

I forwarded everything to Sari as we're concerned you may cause physical harm to her daughter given your present manic state.  I have a feeling you haven't been entirely forthcoming  with your current spouse (if she hasn't already left you) so when the Toronto Police Service show up to 2 Peveril Hill South to do a welfare check on the physical safety of the children, you understand why.

Pardon me ~ 23 PH road. I know how to use google. I misheard you when I was sitting beside Lynn last evening.



Rob ›

Monday 12:39 PM

1.Origin merchant partners
2.intelgenx.
He gets fired and then sues them
And settles out of court with NDA's
That's his M.O.
He lasted until they found out about him



David Kideckel, Ph.D., M.B.A., has been the Senior Vice President, Head of Corporate Development & Strategic Alliances at IntelGen...

IntelGenx
https://www.intelgenx.com › 880-nt...

**IntelGenx Announces Organizational Changes to Support Global Growth ...**

Apr 13, 2023 — IntelGenx also welcomed David Kideckel, PhD, MBA, to its team in the newly created position of Head of Corporate...

MarketScreener
https://www.marketscreener.com › l...

**INTELGENX TECHNOLOGIES CORP. Change in Directors or Principal Officers ...**

RS

Rob >

Monday 6:49 PM

DK has mental health issues that percolate to the surface quite often
His exwife was subjected to that all the time

Thanks Rob. I'm very sorry you're on the receiving end. Send these over please. Unfortunately I may have to file a harassment charge against my own brother, Brent Kideckel.

i'm sorry David

Thanks Rob. Me too.

Delivered

i just sent this

Brent, whatever issues exist between you and your brother, please deal with them without involving me

This is Exhibit "B" to the Affidavit of David
Kideckel sworn on August 27, 2024.

_____

Aram Simovonian (73974D)

---------- Forwarded message ---------
From: **Brent K** <brentkideckel@gmail.com>
Date: Tue, Jan 23, 2024 at 1:13 PM
Subject: Re: Lynn Burton | Brent Kideckel | Phone conversation ~ January 22, 2024
To: <sariherman@gmail.com>, David Kideckel <kideckeldavid@gmail.com>, <hopespringman@gmail.com>, Dad <Howkideckel@gmail.com>

David:

1. RICKY had no part in any lawsuit. Quite clearly you're not an attorney. You have no concept of standing or the statute of limitations.

2. You did NOT ask Lynn for my address- I was sitting beside her in Sarasota and recorded the whole thing.

3. When you said on the phone I had emailed your boss two minutes prior- LOL- Lynn and I were together driving home from dinner. (You're embarrassing yourself…)

4. I'm retaining all of these communications and will be visiting my FBI field office this week.

5. I own a house and if you knew how to use google you'd find my address-tax collection is public record. Be mindful of the Castle Doctrine here in the US . We have guns and if you're seen on our cameras on our property, and based on your past physical abuse of your ex wife Sari, your presence on my property will be construed as an immediate threat to my family's safety. You will be shot and killed with no warning. Is that understood?

6. I would be honored to accept service digitally for any lawsuit. Be mindful tha I countersue for emotional distress and harassment. So does Lynn. If you did a modicum of due diligence your new wife who you probably beat-up would tell you how laughable you sound.

7. Have you considered checking yourself in to CAMH?

8. You're playing with fire David and you will get burned. Please do sue me. I mean it- i would absolutely be honored to battle you in court and embarrass you in front of your children.

9. If the Toronto Police Service shows up at your house for a welfare check on your children, don't be surprised.


Brent Kideckel

This is Exhibit "C" to the Affidavit of David
Kideckel sworn on August 27, 2024.

_____

Aram Simovonian (73974D)



SCALZI
CAPLAN

20 Caldari Road, Unit 2
Vaughan, ON, L4K 4N8

January 26, 2024

**BRENT KIDECKEL: brentkideckel@gmail.com**

Mr. Kideckel:

| **Re:** | David Kideckel v Brent Kideckel |
|---|---|
| **Our File No.:** | 02370 |

We are litigation counsel to Dr. David Kideckel.

It is our understanding that you have chosen to defame and harass our client in an effort to cause them serious economic, and psychological harm, by way of unfounded, bad faith, harassing, and defamatory statements.

Your malicious and defamatory statements have caused and continue to cause irreparable harm to our client's reputation. Your conduct amounts to an unlawful interference with our client's economic interest.

We have instructions to commence legal proceedings against you with respect to your forgoing conduct, unless you:

1. immediately cease and desist from making further oral or written statements or threats of similar nature or kind and immediately cease and desist from contacting our client's family members and/or colleagues, directly or indirectly;
2. execute an APOLOGY, RETRACTION and UNDERTAKING, that may be published in any manner or form of our client's choosing; and
3. remove any and all statements you published or caused to have published, immediately;
4. pay the sum of ONE THOUSAND DOLLARS ($1,000) by certified cheque, money order or wire transfer, to Scalzi Professional Corporation, in Trust, such funds to be used to defray our client's legal fees.

If you fail to perform the foregoing terms by no later than January 29, 2024, legal proceedings will be commenced against you without further notice.

Regards,

Aram Simovonian

This is Exhibit "D" to the Affidavit of David
Kideckel sworn on August 27, 2024.

_____

Aram Simovonian (73974D)

**Brent** K <brentkideckel@gmail.com>
To  Aram Simovonian
Cc  David Kideckel

SC to Brent (26-JAN-2024).pdf  189 KB  ˅

Reply    Reply All    → Forward

Fri 2024-01-26 10:22 AM

Reply all with PDFs shared as Adobe link    Yes

Greetings –

I welcome a lawsuit. Please do it.

Be mindful of the frivolous nature of your lawsuit and I would–

a) counter sue for harassment
b) seek David's exclusion from the United States
c) report you to the Ontario Bar Association -actually I may do that anyway

You'll likely want to know I have written statements informing on David's abusive and harassing nature, including from:
Alan Jeroff
Debbie Jeroff
Lynn Burton
Mara Koven

Please sue me and let's open discovery on your client.

I can't wait !!!!

I'll be blocking this email so any further contact will need to be addressed to my attorney.

Have a blessed weekend,

**Brent** Kideckel

This is Exhibit "E" to the Affidavit of David Kideckel sworn on August 27, 2024.

_____
Aram Simovonian (73974D)

# Re: 02370 / David Kideckel v Brent Kideckel

Brent K <brentkideckel@gmail.com>
To ● Aram Simovonian
Cc ○ Annessa Cenerini; ○ David Kideckel

ⓘ You replied to this message on 2024-02-14 9:51 PM.

Fri 2024-01-26 10:39 AM

🔲 Reply all with PDFs shared as Adobe link  Yes

📄 SC to Brent (26-JAN-2024).pdf  189 KB ⌄

Is this the "criminal" complaint he was talking about?
Hahahhhahhaha

Don't forget you're an officer of the court. Be careful what kind of frivolous suits you bring. You have a reputation too.

Look forward to working with you on this!!!

Will you accept service electronically for my countersuit?

Why wait until the 29th. Let's get going file your conplainr and let's open discovery!!

This is Exhibit "F" to the Affidavit of David
Kideckel sworn on August 27, 2024.

_____
Aram Simovonian (73974D)



## *ONTARIO*
## SUPERIOR COURT OF JUSTICE

DAVID KIDECKEL

Plaintiff

and

BRENT RICHARD KIDECKEL

Defendant

## STATEMENT OF CLAIM

TO THE DEFENDANTS:

A LEGAL PROCEEDING HAS BEEN COMMENCED AGAINST YOU by the Plaintiffs. The Claim made against you is set out in the following pages.

IF YOU WISH TO DEFEND THIS PROCEEDING, you or an Ontario lawyer acting for you must prepare a Statement of Defence in Form 18A prescribed by the Rules of Civil Procedure, serve it on the Plaintiffs' lawyer or, where the Plaintiffs does not have a lawyer, serve it on the Plaintiffs, and file it, with proof of service in this court office, WITHIN TWENTY DAYS after this Statement of Claim is served on you, if you are served in Ontario.

If you are served in another province or territory of Canada or in the United States of America, the period for serving and filing your Statement of Defence is forty days. If you are served outside Canada and the United States of America, the period is sixty days.

Instead of serving and filing a Statement of Defence, you may serve and file a Notice of Intent to Defend in Form 18B prescribed by the Rules of Civil Procedure. This will entitle you to ten more days within which to serve and file your Statement of Defence.

IF YOU FAIL TO DEFEND THIS PROCEEDING, JUDGMENT MAY BE GIVEN AGAINST YOU IN YOUR ABSENCE AND WITHOUT FURTHER NOTICE TO YOU. IF YOU WISH TO DEFEND THIS PROCEEDING BUT ARE UNABLE TO PAY LEGAL FEES, LEGAL AID MAY BE AVAILABLE TO YOU BY CONTACTING A LOCAL LEGAL AID OFFICE.

IF YOU PAY THE PLAINTIFFS' CLAIM, and $1,500 for costs, within the time for serving and filing your Statement of Defence you may move to have this proceeding dismissed by the Court. If you believe the amount claimed for costs is excessive, you may pay the Plaintiffs' Claim and $400 for costs and have the costs assessed by the Court.

TAKE NOTICE: THIS ACTION WILL AUTOMATICALLY BE DISMISSED if it has not been set down for trial or terminated by any means within five years after the action was commenced unless otherwise ordered by the court.

Date: _____     Issued by: _____
                                                Local Registrar

                                Address of    SUPERIOR COURT OF JUSTICE
                                court office:  393 University Ave.
                                               Toronto  M5G 1E6


TO:      BRENT RICHARD KIDECKEL
         1528 Rock Spring Rd.
         San Marcos, CA, 92069

THIS ACTION IS BROUGHT AGAINST YOU PURSUANT TO THE SIMPLIFIED PROCEDURE PROVIDED IN
RULE 76 OF THE RULES OF CIVIL PROCEDURE

### CLAIM

1.    The Plaintiff claims, as against the Defendant, the following:

    a. general damages in the sum of $180,000, for defamation, intimidation, publicly placing a
    person in false light, and intentional infliction of mental suffering;

    b. punitive, exemplary, and aggravated damages in the sum of $20,000;

    c. an interlocutory and permanent injunction Order restraining the Defendant, and all
    persons who have knowledge or notice of this Order, from making, publishing, or causing
    to be published, any false or defamatory statements relating to the Plaintiff, whether oral,
    written, or published electronically, and distributed by way of internet, or otherwise;

    d. pre- and post-judgment interest in accordance with the *Courts of Justice Act*;

    e. all applicable taxes;

    f. costs of this action on a substantial indemnity scale; and

    g. such further and other relief as to this Court may deem just.

### CAST OF CHARACTERS

2.    The Plaintiff is an individual and resides in the City of Toronto. The Plaintiff holds a PhD from the
Institute of Medical Science & Program in Neuroscience at the University of Toronto, and an MBA from
the Rotman School of Management. The Plaintiff is the Founder and Principal of Kideckel Advisory Group
Inc., a boutique firm providing expert financial and capital markets analysis and functions within
Healthcare & Life Sciences. The Plaintiff is also the Chairman of the Board of PharmaDrug, a publicly-listed
and specialized biotechnology company focused on research, development & commercialization of
natural-based medicines.

3.    The Defendant is an individual and resides in the United States of America. As of January 1, 2024,
the Defendant has been listed as a "vexatious litigant" in the States of California and Nevada.[1]

4.    The Plaintiff and the Defendant are estranged brothers, since approximately 2011.

---

[1] https://www.courts.ca.gov/documents/vexlit.pdf.

## BACKGROUND

5.      In or about August 2023 the Defendant, with the intent of inflicting anxiety and emotional and psychological upset upon the Plaintiff's mental and emotional state, embarked upon a campaign of harassment, intimidation, and defamation against the Plaintiff and his family. The Defendant uses the following phone numbers to execute his campaign: (i) 204-674-5452, (ii) 647-497-4428, (iii) 365-440-4340, (iv) 917-634-0637 (the Defendant's main phone number), (v) 647-559-5515, (vi) 647-691-7411, (vii) 289-497-1538, and (viii) 204-818-6743.

6.      On or about the below noted dates and times, the Defendant published, and/or caused to be published, the following defamatory and threatening statements:

   a.   on December 24, 2023, at 8:35 p.m., the Defendant texted the Plaintiff the following: "Not really How come you haven't divorced your cheating loser husband It was meant for your Cuntwife I'll send it to her. C U Next Tuesday";

   b.   on December 28, 2023, at 7:09 p.m., the Defendant texted the Plaintiff the following: "Maybe it's time for [Plaintiff's daughter] to know more about you. Not before you finish paying alimony for your 2. It's just a matter of time until Wifie #2 kicks you out. Lol I think I'll send all these to wifie. She's going to kick you out soon enough loser boy. C U Next Tuesday. Looooser!!!";

   c.   on December 28, 2023, at 7:09 p.m., the Defendant texted the Plaintiff the following: "Loser in jobs, Loser in marriage, Loser with life, Loser with [daughter] name omitted for privacy. Just ask your ex if you're a loser. Your ex wife was right about you. She regrets ever having known you and having a remnant of you. Wifie#2 will think the same after she kicks you out. CUNext Tuesday.";

   d.   on December 30, 2023, at 12:29 a.m., the Defendant texted Plaintiff the following: "...Let's pray mommy dearest will die this year. Wifie2 will kick you out ASAP. You'll be twice divorced. Failure in marriage, work and life. You hit the trifecta bro!!!!";

   e.   on January 18 and 19, 2024, the Defendant texted the Plaintiff the following: "How is the failure in life feeling??? You are such a lonesome loser n life. Fired. Divorced twice, no family. You've hit the trifecta bro.";

   f.   on January 22 and 23, 2024, at 6:57 p.m., the Defendant texted the Plaintiff the following: "Do you know where I am right now?.. think long and hard where I might be at this

minute. I forwarded everything to Sari as we're concerned you may cause physical harm to her daughter given your present manic state. I have a feeling you haven't been entirely forthcoming with your current spouse (if she hasn't already left you) so when the Toronto Police Service show up to 2 Peveril Hill South to do a welfare check on the physical safety of the children, you understand why. Pardon me ~23 PH road. I know how to use google. I misheard you when I was sitting beside Lynn last evening.";

g. on January 22, 2024, at 12:39 p.m., the Defendant texted the Plaintiff's CEO & Director at PharmaDrug, Robert Steen, the following: "1.Origin merchant partners 2.intelgenx. He gets fired and then sues them And settles out of court with NDA's That's his M.O. He lasted until they found out about him";

h. on January 22, 2024, at 6:49 p.m., the Defendant texted Mr. Steen the following: "DK [the Plaintiff] has mental health issues that percolate to the surface quite often His exwife was subjected to that all the time";

i. on January 23, 2024, at 8:19 a.m., the Defendant texted the Plaintiff the following: "David, If you call me but one more time I'm going to go to the FBI and report this harassment, backed up with a lawsuit against you that will see you barred for life from the United States. Is that what you want? My husband's uncle is Phil Knight, the founder of Nike-we're well connected. This stops now.";

j. on January 27, 2024, at 11:07 a.m., the Defendant texted the Plaintiff's spouse the following: "You are married to such a loser in life.";

k. on January 27, 2024, at 11:56 am, the Defendant texted the Mr. Steen, and Daniel Cohen (former CEO of PharmaDrug), the following: "Kideckel has been arrested charged and convicted of drunk driving and driving under the influence. Good for you for having such an upstanding person as your chairman and director"; and

l. on January 29, 2024, at 1:04 p.m., the Defendant texted Mr. Steen and Mr. Cohen the following: "He [the Plaintiff] has undiagnosed mental illness."

7.    The Defendant's statements were false, and defamatory of the Plaintiff in their natural and ordinary meaning, including their implied meanings.

8.    The words complained of were meant and were intended to mean and were understood to mean that the Plaintiff is a liar, is dishonourable, is deceitful, is a criminal, and is without morals.

9.      The Defendant published the defamatory statements maliciously in that he had some improper or ulterior motive in publishing them.

10.     The particulars of the Defendant's malice include, *inter alia*:

      a.  The Defendant has no honest belief in the false and defamatory statements because he knew, or ought to have known, that the statements were false and fabricated;

      b.  The Defendant had reckless disregard for the truth in what he published in the defamatory statements because he took no steps to properly verify the truth of the contents of the statements; and

      c.  The Defendant had improper motives and purpose in posting the defamatory statements, specifically in that the Defendant sought to harass and assault the Plaintiff.

11.     The Plaintiff considers his reputation in the communicate to be of paramount importance. The Defendant's conduct has impugned the professional and personal reputation, integrity and character of the Plaintiff, and has resulted in loss and damage to his reputation, character, and standing in his community.

12.     The Plaintiff has suffered personal embarrassment, humiliation, anxiety, and distress, and financial loss. As a result, the Plaintiff has suffered damages for which the Defendant is liable.

13.     The Plaintiff has suffered physical harm in that the words have caused a deepening and furtherance of the Plaintiff's anxiety, and depression, which damage the Defendant intended.

14.     On January 26, 2024, the Plaintiff, through his lawyers, contacted the Defendant and demanded that the Defendant execute an Apology, Retraction and Undertaking. In response, the Defendant threated to report the Plaintiff's lawyer to the regulator. The Defendant further said the following: "I welcome the lawsuit. Please do it. [...] Don't forget you're an officer of the court. Be careful what kind of frivolous suits you bring. You have a reputation too."

15.     To date, the Defendant has not published any retraction or apology.

16.     The Plaintiff says and the fact is that the Defendant's false and defamatory statements paint the Plaintiff as a person who:

      a.  is a liar;

      b.  is immoral;

c. is deceitful;

d. is incompetent;

e. is unprofessional;

f. is dishonourable; and

g. is a criminal.

17.     The Plaintiff says, and the fact is that the Defendant has aggravated the damage caused to the Plaintiff by:

   a. publishing the words complained of maliciously and in bad faith, with the knowledge that they were false, or with reckless disregard for their truth or falsity; and

   b. took no steps prior to the publication of the words to contact the Plaintiff to provide him with an opportunity to respond to them.

18.     Further, the malicious and high handed and arrogant conduct of the Defendant warrants an award of punitive damages and/or exemplary damages to ensure that the Defendant has appropriately been punished for his conduct and deterred from such conduct in the future.

**THREAT OF PERSONAL HARM**

19.     In addition, the Defendant's conduct has exposed the Plaintiff, and the Plaintiff's family, to personal risk and physical harm.

20.     On January 23, 2024, at approximately 9:15 p.m., two uniformed police officers attended at the Plaintiff's personal residence and informed the Plaintiff that the Defendant had called 911 and advised same that the Plaintiff's children are in danger. The allegations made by the Defendant to 911 were a fabrication and were done with the intent of causing the Plaintiff and/or his family anxiety, depression, and physical harm. The Plaintiff has reported the Defendant's intimidating and harassing behaviours to the police service.

21.     Unless properly restrained by this Honourable Court, the Defendant will continue his ongoing vicious attacks and further disparage the Plaintiff.

22.     As a result of the Defendant's actions and these publications, the Plaintiff has suffered and will in the future suffer damage to his reputation and feelings.

23.     In the circumstances, no undertaking as to damages should be mandated by this Court.

24.    The balance of convenience favours the granting of an interim, interlocutory and permanent injunctive relief in the circumstances.

25.    The Plaintiff seeks the relief set out in paragraph 1.

26.    The Plaintiff relies on Rule 17 of the Rules of Civil Procedure.

February 1, 2024

**SCALZI CAPLAN LLP**
20 Caldari Road, Unit #2
Vaughan, ON  L4K 4N8
**Aram Simovonian (73974D)**
E: aram@sclawpartners.ca
T: 647.677.8009 (direct)

Lawyers for the Plaintiff

Court File No.:

DAVID KIDECKEL                        and                        BRENT KIDECKEL
Plaintiff                                                        Defendant

---

*ONTARIO*
SUPERIOR COURT OF JUSTICE
PROCEEDING COMMENCED IN
TORONTO

---

STATEMENT OF CLAIM

---

SCALZI CAPLAN LLP
20 Caldari Road, Unit #2
Vaughan, ON  L4K 4N8
Aram Simovonian (73974D)
E: aram@sclawpartners.ca
T: 647.677.8009 (direct)

Lawyers for the Plaintiff

This is Exhibit "G" to the Affidavit of David Kideckel sworn on August 27, 2024.

_____
Aram Simovonian (73974D)

Court File No. CV-24-00713955-0000

**ONTARIO**
**SUPERIOR COURT OF JUSTICE**

| ASSOCIATE JUSTICE LA HOREY | } | WEDNESDAY THE 22ND |
|---|---|---|
| | } | |
| | } | |
| | } | DAY OF MAY, 2024 |

B E T W E E N:

DAVID KIDECKEL

Plaintiff

and

BRENT RICHARD KIDECKEL

Defendant

**ORDER**

THIS MOTION made by the Plaintiff, without notice and in writing, for an order validating service or in the alternative for substituted service was read this day at the Courthouse 393 University Ave., Toronto.

ON READING the Motion Record, Supplementary Motion Record, and Further Supplementary Motion Record of the Plaintiff, and the Plaintiff's Factum:

1.    THIS COURT ORDERS that the Plaintiff may serve the Statement of Claim on the Defendant       by       e-mail       to       brentkideckel@gmail.com       and kideckelsaibilspringmanlawsuit@gmail.com along with a copy of this Order.

2.    THIS COURT FURTHER ORDERS that service of the Statement of Claim shall be deemed effected within five (5) business days after the Plaintiff has served the Statement of Claim and a copy of this Order on the Defendant by e-mail to brentkideckel@gmail.com and kideckelsaibilspringmanlawsuit@gmail.com.

3.    THIS COURT FURTHER ORDERS that the costs of the motion shall be in the cause.

Lisa Lattaey
Digitally signed by Lisa
D La Horey
Date: 2024.05.22
16:34:07 -04'00'

L. LA HOREY, A.J.

Court File No. CV-24-00713955-0000

DAVID KIDECKEL                    and                                    BRENT RICHARD KIDECKEL

Plaintiff                                                                                  Defendants

---

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
PROCEEDING COMMENCED AT
TORONTO

---

**ORDER**

---

**LIMA LAW P.C.**
320 Bay St., Suite 454
Toronto, ON M5H 4A6
**Aram Simovonian (73974D)**
E: asimovonian@limalaw.ca
D: 647.677.8009

Lawyers for the Plaintiff

This is Exhibit "H" to the Affidavit of David
Kideckel sworn on August 27, 2024.

_____
Aram Simovonian (73974D)

Court File No. CV-24-00713955-0000

## *ONTARIO*
## SUPERIOR COURT OF JUSTICE

B E T W E E N:

DAVID KIDECKEL

Plaintiff

and

BRENT RICHARD KIDECKEL

Defendant

# REQUISITION

**TO THE LOCAL REGISTRAR** at the Toronto Superior Court of Justice, 330 University Ave., Toronto, ON:

**I REQUIRE** you to note the Defendant, Brent Richard Kideckel, in default, pursuant to Rule 19.01(1), as this Defendant failed to deliver a Statement of Defence within the required time period (copy of Affidavit of Service, is attached).

July 25, 2024

**LIMA LAW P.C.**
320 Bay St., Suite 454
Toronto, ON M5H 4A6
**Aram Simovonian (73974D)**
E: asimovonian@limalaw.ca
D: 647.677.8009

Lawyers for the Plaintiff

Court File No. CV-24-00713955-0000

DAVID KIDECKEL                    and                                    BRENT RICHARD KIDECKEL

Plaintiff                                                                                Defendants

---

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
PROCEEDING COMMENCED AT
TORONTO

---

**REQUISITION**

---

**LIMA LAW P.C.**
320 Bay St., Suite 454
Toronto, ON M5H 4A6
**Aram Simovonian (73974D)**
E: asimovonian@limalaw.ca
D: 647.677.8009

Lawyers for the Plaintiff

Court File No. CV-24-00713955-0000

## *ONTARIO*
## SUPERIOR COURT OF JUSTICE

B E T W E E N :

DAVID KIDECKEL

Plaintiff

and

BRENT RICHARD KIDECKEL

Defendant

**AFFIDAVIT OF ARAM SIMOVONIAN**
**(sworn on July 25, 2024)**

I, Aram Simovonian, of the City of Barrie, in the Province of Ontario, MAKE OATH AND SAY:

1.      I am a Partner of the Law firm Lima Law Professional Corporation, lawyers for the Plaintiff, and as such, have knowledge of the matters to which I hereinafter depose to.

2.      On May 27, 2024, I served the Defendant, Brent Richard Kideckel, with the Statement of Claim, by e-mail to brentkideckel@gmail.com and kideckelsabilspringmanlawsuite@gmail.com, pursuant to the Order of the Honourable Associate Justice L. La Horey, dated May 22, 2024. Attached and marked as Exhibit "A" is a copy of my e-mail dated May 27, 2024, and a copy of the Order.

3.      Pursuant to that Order, the service of the Statement of Claim is deemed effected within five (5) business days after service, that is June 3, 2024.

4.      The deadline for the Defendant to have delivered their pleading has expired.

5.      To date, the Defendant has failed to deliver a Defence.

**SWORN REMOTELY** by Aram Simovonian stated as being the City of Barrie, before me, in the City of Toronto, today, July 25 2024 , pursuant to O.Reg 431/20.

_____
A Commission for Taking Affidavits

_____
Aram Simovonian

This is Exhibit "A" to the Affidavit of
Aram Simovonian, sworn on July 25, 2024.

*Kimberley de Jaray*
_____

Court File No. CV-24-00713955-0000

## *ONTARIO*
## SUPERIOR COURT OF JUSTICE

| | | |
|---|---|---|
| ASSOCIATE JUSTICE LA HOREY | } | WEDNESDAY THE 22ND |
| | } | |
| | } | |
| | } | DAY OF MAY, 2024 |

B E T W E E N:

DAVID KIDECKEL

Plaintiff

and

BRENT RICHARD KIDECKEL

Defendant

### ORDER

THIS MOTION made by the Plaintiff, without notice and in writing, for an order validating service or in the alternative for substituted service was read this day at the Courthouse 393 University Ave., Toronto.

ON READING the Motion Record, Supplementary Motion Record, and Further Supplementary Motion Record of the Plaintiff, and the Plaintiff's Factum:

1.     THIS COURT ORDERS that the Plaintiff may serve the Statement of Claim on the Defendant      by      e-mail      to      brentkideckel@gmail.com      and kideckelsaibilspringmanlawsuit@gmail.com along with a copy of this Order.

2.     THIS COURT FURTHER ORDERS that service of the Statement of Claim shall be deemed effected within five (5) business days after the Plaintiff has served the Statement of Claim and a copy of this Order on the Defendant by e-mail to brentkideckel@gmail.com and kideckelsaibilspringmanlawsuit@gmail.com.

3.     THIS COURT FURTHER ORDERS that the costs of the motion shall be in the cause.

Digitally signed by Lisa
D La Horey
Date: 2024.05.22
16:34:07 -04'00'

L. LA HOREY, A.J.

Sent: Monday, May 27, 2024 10:17 AM
To: 'kideckelsaibilspringmanlawsuit@gmail.com' <kideckelsaibilspringmanlawsuit@gmail.com>; Brent K <brentkideckel@gmail.com>
Subject: Kideckel, Brent ats Kideckel, David

See attached Statement of Claim served upon you pursuant to the Order of the Honourable Associate Justice La Horey.

Court File No. CV-24-00713955-0000

DAVID KIDECKEL                    and                                    BRENT KIDECKEL

Plaintiff                                                                         Defendants

---

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
PROCEEDING COMMENCED AT
TORONTO

---

**AFFIDAVIT OF SERVICE**

---

**LIMA LAW P.C.**
320 Bay St., Suite 454
Toronto, ON M5H 4A6
**Aram Simovonian (73974D)**
E: asimovonian@limalaw.ca
D: 647.677.8009

Lawyers for the Plaintiff

**Chris Aceto**

| | |
|---|---|
| **From:** | CivilClaimsDocuments@ontario.ca |
| **Sent:** | August 7, 2024 1:55 PM |
| **To:** | chris@kaplitigation.com |
| **Subject:** | Superior Court of Justice –  CV-24-00713955-0000 - Toronto / Cour supérieure de justice – CV-24-00713955-0000 - Toronto |
| **Attachments:** | Requisition to Note Default - Plaintiff - Kideckel - 1-AUG-2024.pdf; Affidavit of Service - Plaintiff - Kideckel - 1-AUG-2024.pdf; Issued Order - Plaintiff - Kideckel - 1-AUG-2024.pdf; Case Center in the Superior Court of Justice.pdf |

This is a message from the Superior Court of Justice regarding your case: **KIDECKEL v. KIDECKEL, file number CV-24-00713955-0000, client internal file name and/or file number KAP66158**.

The following document(s), submitted through Civil Submissions Online (CSO) hosted on the Justice Services Online (JSO) platform on <u>August 01, 2024 at 03:39pm</u>, **Confirmation # 2442561,** have been filed with the Court:

- Form 4E: Requisition to Note Default
- Form 16B: Affidavit of Service
- Form 59A: Order

Please note that you may also download a copy of your filed or issued documents by visiting the Transactions History/Download Documents section of your JSO account. Your documents will be available to download for 90 days.

**IMPORTANT**

The document(s) are considered filed on 01-AUG-2024, unless your document(s) were submitted after 5 p.m., in which case they are considered filed on the next business day.

Please note, if your submission has been accepted for filing and/or issuance, despite deficiencies identified by court staff, attached to this email you will find a *Notice of Deficiency*. This notice outlines the deficiencies identified in your document(s). The notice will also be provided to the presiding judicial officer who may make further orders related to these deficiencies.

If Case Center will be used during your hearing, you will receive an email invitation. In this case you **must** upload the documents you have filed with the court to the Case Center platform in accordance with rule 4.05.3 of the *Rules of Civil Procedure*.

To request a copy of any document filed or issued in your case in an alternative format, please contact the Accessibility Coordinator at the court location where you filed your documents. Information on how to contact an Accessibility Coordinator can be found on the Ministry of the Attorney General's Court Addresses website.

You should keep a copy of this email for your records.

For more information, contact the court at:

**Toronto**

**330 University Av, Toronto, ON, M5G1R7**

For Civil inquiries, contact 416-327-5440
For Commercial List inquiries, contact 416-327-5043
For Divisional Court inquiries, contact 416-327-5100
For Estates inquiries, contact 416-326-2940
For Assessment inquiries (currently located at 393 University Ave.), contact 416-327-5121

For technical assistance, contact the Ministry of the Attorney General, Court Services Division's Contact Centre for Online Services at 1-800-980-4962 or 647-438-0403, TTY 416-368-4202 or Toll Free number 1-833-820-0714 or by email to CivilClaimsOnline@ontario.ca.

The contents of this email and any attachments contain confidential information that may be privileged and/or exempt from disclosure under applicable law or court order, and are intended only for the use of the recipient(s) named above. Any distribution, review or copying of the contents of this communication by anyone other than the intended recipient(s) is strictly prohibited. If you have received this email in error, please alert CivilClaimsOnline@ontario.ca and delete this email.

Registrar, Superior Court of Justice

**Please do not reply to this email as this mailbox is not monitored.**

---

Ceci est un message de la Cour supérieure de justice à propos de votre dossier : **KIDECKEL v. KIDECKEL, numéro de dossier CV-24-00713955-0000, nom du dossier interne du client ou numéro de dossier KAP66158**.

Le ou les documents suivants, soumis via le Portail de soumission en ligne pour les actions civiles (PSELAC), lequel est hébergé sur la plateforme Services de justice en ligne (SJL), le 01 août 2024 à 15 h 39, **confirmation de soumission nº 2442561,** ont été déposés au tribunal :

- Formule 4E : Réquisition pour noter par défaut
- Formule 16B : Affidavit de signification
- Formule 59A : Ordonnance

Veuillez noter que vous pouvez également télécharger une copie des documents déposés/délivrés en vous rendant dans la section « Historique des transactions/Téléchargement de documents » de votre compte SJL. Les documents peuvent être téléchargés pendant 90 jours.

**IMPORTANT**

Les documents sont considérés comme étant déposés le 01 août 2024, sauf si vos documents ont été soumis après 17 h, auquel cas ils sont considérés comme étant déposés le jour ouvrable suivant.

Veuillez noter que si votre document a été accepté aux fins de dépôt ou de délivrance, malgré des lacunes observées par le personnel du greffe, vous trouverez en annexe *un avis de lacunes.* L'avis décrira les lacunes que contient votre document. L'avis sera aussi remis au représentant de l'appareil judiciaire qui préside et ce dernier peut rendre d'autres ordonnances liées à ces lacunes.

Si le tribunal a prévu d'utiliser Case Center pour votre audience, vous recevrez une invitation par courriel. Vous **devrez** alors téléverser dans Case Center les documents que vous avez déposés auprès du tribunal, conformément à la règle 4.05.3 des *Règles de procédure civile*.

Pour demander la copie d'un document joint au présent courriel qui a été déposé ou délivré dans votre affaire dans un autre format, veuillez contacter le coordonnateur de l'information sur l'accessibilité aux tribunaux du tribunal où vous avez déposé vos documents. Les coordonnées des coordonnateurs de l'information sur l'accessibilité figurent sur le site Web des adresses des tribunaux du ministère du Procureur général.

Vous devriez conserver le présent courriel pour vos dossiers.

Pour en savoir davantage, veuillez communiquer avec la Cour à :

**Toronto**

**330 University Av, Toronto, ON, M5G1R7**

Renseignements sur les affaires civiles : 416 327-5440
Renseignements sur le rôle commercial : 416 327-5043
Pour des renseignements sur la Cour divisionnaire, composez le 416 327-5100
Renseignements sur les successions : 416 326-2940
Renseignements sur les évaluations (actuellement au 393, avenue University) : 416 327-5121

Pour obtenir de l'aide technique, communiquez avec l'InfoCentre de la Division des services aux tribunaux du ministère du Procureur général pour les services en ligne au 1-800-980-4962 ou 647-438-0403, ATS 416-368-4202 ou au numéro sans frais 1-833-820-0714 ou par courriel à CivilClaimsOnline@ontario.ca.

Le présent courriel et ses pièces jointes contiennent des renseignements confidentiels pouvant être privilégiés ou protégés de toute divulgation en vertu de la loi applicable ou d'une ordonnance du tribunal, et il est destiné uniquement au(x) destinataire(s) nommé(s) précédemment. Il est strictement interdit à toute autre personne que le(s) destinataire(s) voulu(s) de distribuer, d'examiner ou de copier le contenu de cette communication. Si vous avez reçu ce courriel par erreur, veuillez le signaler à l'adresse CivilClaimsOnline@ontario.ca et supprimer ce courriel.

Greffier, Cour supérieure de justice

**Veuillez ne pas répondre au présent courriel, car cette boîte de courriel n'est pas surveillée.**

## Confirmation

Thank you for submitting document(s) through the Portal for filing and/or issuance with the Superior Court of Justice in your civil (or Divisional Court) proceeding.

You will be notified by the Court Registrar about whether your document(s) have been accepted for filing and/or issuance. This notice will be sent to you by email **within 5 business days.** Your credit/debit card will only be charged once the filing has been accepted.

If your documents are rejected, you will receive an email from the court office to tell you they have not been filed, the reason(s) for the rejection, and confirming that your credit/debit card has not been charged.

If you need to file or issue documents for a court hearing that is 5 business days or less away or you need to meet a timeline for a step in the proceeding established by legislation, court rules, court practice direction or a court order and the timeline is 5 business days or less away, your request may not be processed in time. Contact the court office for more information.

Please ensure that your computer system can accept emails from the court (for example, by adjusting your spam filter to ensure that you receive all emails from court staff with "@ontario.ca" addresses). If you are expecting an email and have not received one, please check your junk mail folder before contacting the court office.

**Court file number**

CV-24-00713955-0000

**Submitted to the Superior Court of Justice in**

Toronto

**Confirmation number**

2442561

**Date and time**

01-Aug-2024 03:39 PM

**Client internal file name and/or file number**

KAP66158

| Document(s) submitted | File Name |
| --- | --- |
| Form 4E: Requisition to Note Default | Requisition to Note Default - Plaintiff - Kideckel - 1-AUG-2024.pdf |
| Form 16B: Affidavit of Service | Affidavit of Service - Plaintiff - Kideckel - 1-AUG-2024.pdf |
| Form 59A: Order | Issued Order - Plaintiff - Kideckel - 1-AUG-2024.pdf |

Case specific questions and questions about your submission should be directed to the court office where your documents were submitted.

You can find a list of courthouse addresses and phone numbers on the Ministry of the Attorney General's website.

To help us improve our services, please provide us with feedback on your online experience. The information collected is for research purposes only. Your responses are completely confidential.

Rate Our Service

This is Exhibit "I" to the Affidavit of David
Kideckel sworn on August 27, 2024.

_____
Aram Simovonian (73974D)

From: **Brent K** <brentkideckel@gmail.com>
Date: Tue, Mar 12, 2024 at 6:33 PM   Case 1:24-cv-02907-CJN   Document 48-2   Filed 03/10/25   Page 78 of 210
Subject: Kideckel V Kideckel, Simovonian, Lim et al
To: Aram Simovonian <aram@sclawpartners.ca>, David Wilson <David.Wilson2@torontopolice.on.ca>, David Kideckel <kideckeldavid@gmail.com>, Alexandra Miller
<Alexandra.Miller@torontopolice.on.ca>, Dave Lim <Dave.Lim@torontopolice.on.ca>, Michelle Olszevski <Michelle.Olszevski@torontopolice.on.ca>, Annessa Cenerini
<annessa@sclawpartners.com>, <gary@sclawpartners.ca>, JUS-G-MAG-OIPRD Complaints (MAG) <OIPRDComplaints@ontario.ca>, <gary@sclawpartners.com>, <carmine@sclawpartners.com>
CC: Dad <howkideckel@gmail.com>


To all parties receiving this email;

Due to medical reasons I am unable to travel to Canada to "answer" false and malicious prosecution. I have offered to present myself at the local police station to execute the warrant and answer it via counsel, as I'm sure you too will want to seek redress against David Kideckel for filing a false report and wasting your limited resources. I am awaiting reply. (And whatever proof you need I have at the ready, from institutions including Mayo Clinic, Cleveland Clinic and the University of Chicago.)

In the interim, a civil suit is being filed against the following parties with their subsequent causes of action in US District Court as well as in Ontario Superior Court, where Canadian law allows.

David Kideckel - harassment/stalking, defamation, identity theft, intentional infliction of emotional distress.

Aram Simovonian- harassment, emotional distress

Gary Caplan and Salzi Caplan- harrasment and emotional distress

Toronto Police Service- harassment, malicious prosecution, emotional distress

David Wilson- harassment and emotional distress

Dave Lim- harassment and emotional distress

Police reports have been filed with the Sarasota Police Department and the FBI against David Kideckel for stalking and identity theft. I called Toronto Police to file reports for same to no avail.

In court I will be seeking answer to the novel question of whether a foreign "police" department enjoys qualified immunity. (The NYPD do not.)

I have a seventeen minute phone call that was recorded between David Kideckel and Mrs. Lynn Burton, for which I was present in Sarasota. Mr. David Kideckel makes explicitly clear he seeks revenge against me for suing our mother for stealing the contents of my bar mitzvah trust account. Something I would think a detective should want to hear.

Further, there is a long list of individuals to whom David Kideckel has harassed, ostracized, belittled, and bullied, not limited to his uncle Dr. Alan Jeroff, cousin Mrs. Lynn Burton, victim Mara Koven, and his own father, Howard Kideckel, who will affirm under oath the he is "physically frightened of David." I've included him in this thread.

Please advise if you will accept service electronically for judicial economy and expediency for the forthcoming civil actions.

As always I remain available to answer any questions at (917)634-0637.

Govern yourself accordingly.

This is Exhibit "J" to the Affidavit of David
Kideckel sworn on August 27, 2024.

_____
Aram Simovonian (73974D)

From: **Brent K** <brentkideckel@gmail.com>
Date: Tue, May 7, 2024 at 9:15 PM
Subject: Saibil, Dahlia Notice of pending lawsuit and CEASE AND DESIST
To: <dsaibil@gmail.com>
CC: <myron.demkiw@torontopolice.on.ca>, Alexandra Miller <alexandra.miller@torontopolice.on.ca>, Dave Lim <dave.lim@torontopolice.on.ca>, David Wilson <David.Wilson2@torontopolice.on.ca>, <doug.downey@ontario.ca>, <dahlia.saibil@ontario.ca>, Aram Simovonian <aram@sclawpartners.ca>, <gary@sclawpartners.ca>, David Kideckel <kideckeldavid@gmail.com>, Dad <Howkideckel@gmail.com>


Miss Saibil,

I am writing on behalf of my dear Uncle Dr. Alan and Aunt Debbie Jeroff in Vancouver, Canada.

You and your spouse, Mr. David Michael Kideckel are to CEASE AND DESIST all contact with Alan Jeroff, Debbie Jeroff, Lynn, Burton and Marla Burton.( Mara Koven would also like him to leave her the hell alone.) Mr. David Kideckel has since ceased contacting me once informed he was reported to the FBI, however every spoofed phone number and text he has sent since has been carefully documented.  You're a lawyer - you know the truth will prevail in Discovery.

If you fail to heed this demand, further actions will be brought in US District Court against you.

As Mr. David Kideckel has likely informed you- you are being sued in the United States - by me- for identity theft, fraud, public nuisance, private nuisance, harassment, stalking, and the Intentional infliction of emotional distress.

You and your spouse have impersonated my identity via the creation of fake text messages purporting to be from phone numbers that have been disproven to not have any association with me. You will be held accountable in the United States for your fraud.

I understand you work for the Attorney General of Ontario. As you prepare to go on maternity leave you'll note that the AG is also being sued, along with the Toronto Police Service (and Aram Simovonian and Scalzi Caplan) for their roles in perpetuating this harassment through the negligent infliction of emotional distress.

Due to Mr. David Kideckel's toxic, vitriolic, and harassing messages along with his history of physical abuse and Anger Management programs, I am seeking both his and your PERMANENT EXCLUSION from the United States. I can only assume you are equally threatening to my family's physical safety. Entering the United States is a privilege and I intend to prove in Court that you are not worthy of that privilege.

If you have retained counsel here in the United States you may have them contact me directly if you have any questions.

Govern yourself accordingly.


Brent Kideckel

This is Exhibit "K" to the Affidavit of David
Kideckel sworn on August 27, 2024.

_____
Aram Simovonian (73974D)

Forwarded message

From: **Brent K** <brentkideckel@gmail.com>
Date: Wed, May 8, 2024 at 9:02 AM
Subject: Re: Statement of Claim | Service to Brent Kideckel
To: Alan Jeroff <ajeroff@shaw.ca>, Dad <howkideckel@gmail.com>, Alexandra Miller <Alexandra.Miller@torontopolice.on.ca>, <dahlia.saibil@ontario.ca>, Aram Simovonian <aram@sclawpartners.ca>, Dave Lim <Dave.Lim@torontopolice.on.ca>, JUS-G-MAG-OIPRD Complaints <OIPRDComplaints@ontario.ca>, <doug.downey@ontario.ca>, David Kideckel <kideckeldavid@gmail.com>, <hopespringman@gmail.com>, Annessa Cenerini <annessa@sclawpartners.com>, David J.N. Wilson <David.Wilson2@torontopolice.on.ca>, David Kideckel <kideckel.david@gmail.com>, <gary@sclawpartners.ca>, <sariherman@gmail.com>, Michelle Olszevski <Michelle.Olszevski@torontopolice.on.ca>

Remember that phone call you had with Lynn? Went on for 17 minutes? And I said "think long and hard where I could be".... I was sitting beside her and recorded that whole call. You made quite clear in the audio recording they you seek revenge against me for suing Hopey - your mother- who STOLE tens of thousands of dollars from me.

All of this is going to be in the public record in perpetuity. Is this how you want your kids to see you? Your know you have a long list of enemies and they all want to share their piece in Court.

You need to go to CAMH before you hurt yourself or someone else.

Our father has told me he's witnessed you physically abuse your ex-wife Sari. I'm sure Sari will be glad to testify to that.

You are being sued for One Million Dollars and my Canadian attorney, Daniel Freudman, will seek ALL costs ands fees in our countersuit against you.

You have a lawyer? Then they should've told you are not permitted to contact me. You should have them reach out to protect your interests.

You faked those texts and the truth will prevail!

Brent Kideckel

This is Exhibit "L" to the Affidavit of David
Kideckel sworn on August 27, 2024.

_____
Aram Simovonian (73974D)



**Aram Simovonian**
To   daniel@freudmanlaw.com
Bcc   David Kideckel

  ☺  ← Reply  ⇠ Reply All  → Forward

Wed 5/8/2024 1:57 PM

Hello, Daniel:

I hope you're well.

I am counsel to David Kideckel with respect to this matter.

I was told by Brent Kideckel that you are his lawyer. Would you please confirm is this is accurate?

Thank you,

**Aram Simovonian**
**Partner**
T: 647.677.8009 (direct)
E: asimovonian@limalaw.ca
320 Bay Street, Suite 454
Toronto, ON M5H 4A6



The information contained in this electronic message is legally privileged and confidential information that is exempt from disclosure under applicable law and is intended only for the use of the individual or entity to which it is addressed. If you have received this communication in error, please notify me immediately by replying to this email or by telephone at 647.677.8009. Thank you.



☺  ↩ Reply   ↞ Reply All   → Forward   📧   ...

**DF**  Daniel Freudman <daniel@freudmanlaw.com>
To  Aram Simovonian

Wed 5/8/2024 2:07 PM

(i) You replied to this message on 5/8/2024 2:08 PM.

📎 image001.jpg
5 KB  ⌄

Action Items                                                    + Get more add-ins

Hello Counsel,

Thank you for your email. We were retained some time ago on a limited scope retainer but since have not been retained for any further services.

Regards,

Daniel

This is Exhibit "M" to the Affidavit of
David Kideckel sworn on August 27, 2024.

_____
Aram Simovonian (73974D)

**Sent:** Wednesday, May 8, 2024 7:28:28 PM

**To:** David Kideckel <kideckeldavid@gmail.com>; Dave Wilson <davidson48a2@gmail.com>;
myron.demkiw@torontopolice.on.ca <myron.demkiw@torontopolice.on.ca>; doug.downey@ontario.ca <doug.downey@ontario.ca>; dsaibil@gmail.com
<dsaibil@gmail.com>; hopespringman@gmail.com <hopespringman@gmail.com>; k.norwich@utoronto.ca <k.norwich@utoronto.ca>; Aram Simovonian
<aram@sclawpartners.ca>; aramsimovonian@gmail.com <aramsimovonian@gmail.com>; gary@sclawpartners.com <gary@sclawpartners.com>;
carmine@sclawpartners.com <carmine@sclawpartners.com>; info@sclawpartbers.com <info@sclawpartbers.com>; Alexandra Miller
<alexandra.miller@torontopolice.on.ca>; JUS-G-MAG-OIPRD Complaints (MAG) <oiprdcomplaints@ontario.ca>; doug.downey@ontario.ca <doug.downey@ontario.ca>
**Cc:** Alan Jeroff <ajeroff@shaw.ca>; Dad <Howkideckel@gmail.com>; sariherman@gmail.com <sariherman@gmail.com>; Lynn Burton <lynnieburton@gmail.com>; Mara
Koven-Lapointe <mkoven-lapointe@ltglc.ca>; larry.vickar@vickar.com <larry.vickar@vickar.com>; orakideckel@gmail.com <orakideckel@gmail.com>
**Subject:** Kideckel V Kideckel, Saibil, Sprinman, Norwich, et al


To the direct recipients of this correspondence:

You have been sued in the Canadian Province of Ontario Superior Court of Justice for the following claims for relief:

*identity theft, defamation, harassment, stalking, public mischief, malicious prosecution, false prosecution, filing a false police report, fraud, and the negligent and intentional infliction of emotional distress.*

Mr. David Kideckel advised in writing on May 8, 2024 that he will accept service electronically. Are any other non-governmental Defendants, for judicial economy, willing to accept service electronically, once processed by the Court? (All costs and fees, including those for Service of Process, you will be demanded to pay at the conclusion of litigation.)

Miss Saibil, Ms. Springman, and Mr. Norwich, if I don't receive your approval for electronic service by end of business day Friday May 10, 2024, you will be served over the weekend in person at your homes, 23 Peveril Hill Road, and 2 Covington Road, respectively.

Mr. Simovonian: it appears, unsurprisingly, that you have been terminated from Scalzi Caplan, based on a cursory look at their website. It also appears you have not regained employment. I trust your former employer will ensure you can be appropriately served - they are lawyers, afterall.

Messrs Caplan and Scalzi: Do you have a forwarding address for your former employee, Aram Simovonian?

**ALL DEFENDANTS SHOULD NOTE THAT THIS IS ONE OF THREE LAWSUITS BEING BROUGHT AGAINST YOU, FOR VARIOUS CAUSES OF ACTION PURSUANT TO THE LAWS OF THE DIFFERING JURISDICTIONS. THE OTHERS, IN CANADA FEDERAL COURT, AND THE UNITED STATES DISTRICT COURT ARE TO FOLLOW.** (\*\*Your willingness to be served electronically will be applied to all pending lawsuits against you.)

If you have been carbon copied (or CC'd) on this email, you will be required to be deposed and/or answer document demands under subpoena. If you wish to participate in good faith in providing said documents, I will do my best to avoid issuing a subpoena for your relevant testimonies. All filings in US District Court are available by simple google search- in perpetuity.
I am mindful of this.

My friends who have been blind carbon copied (or BCC'd) on this email-- it is for your reference. I've told you my brother is an unstable abusive narcissist, and my mother is a golddigger. Now you'll see why I want nothing to do with these disgusting humans.

This is Exhibit "N" to the Affidavit of David
Kideckel sworn on August 27, 2024.

_____
Aram Simovonian (73974D)

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

Court File No./N° du dossier du greffe : CV-24-00719990-0000



Court File No.

## ONTARIO
## SUPERIOR COURT OF JUSTICE

BETWEEN

BRENT RICHARD KIDECKEL

Plaintiff,

AND

DAVID MICHAEL KIDECKEL, DAHLIA SAIBIL, HOPE SPRINGMAN, KENNETH
NORWICH, ARAM SIMOVONIAN, GARY CAPLAN, CARMINE SCALZI, SCALZI
CAPLAN LLP,  DAVID WILSON as an Officer of Toronto Police Service, DAVE
LIM as Staff Sergeant of Toronto Police Service, TORONTO POLICE SERVICE,
THE PROVINCE OF ONTARIO, CANADA, DOUG DOWNEY as Attorney General
of the Canadian Province of Ontario.

Defendants.

**STATEMENT OF CLAIM FOR THE CAUSES OF ACTION OF IDENTITY
THEFT, DEFAMATION, HARASSMENT, STALKING, PUBLIC MISCHIEF,
NEGLIGENCE, FALSE PROSECUTION, MALICIOUS PROSECUTION,
FRAUD, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS,
INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

**Court File No./N° du dossier du greffe :** CV-24-00719990-0000

## TO THE DEFENDANTS

A LEGAL PROCEEDING HAS BEEN COMMENCED AGAINST YOU by the plaintiff. The claim made against you is set out in the following pages.

IF YOU WISH TO DEFEND THIS PROCEEDING, you or an Ontario lawyer acting for you must prepare a statement of defence in Form 18A prescribed by the Rules of Civil Procedure, serve it on the plaintiff's lawyer or, where the plaintiff does not have a lawyer, serve it on the plaintiff, and file it, with proof of service in this court office, WITHIN TWENTY DAYS after this statement of claim is served on you, if you are served in Ontario.

If you are served in another province or territory of Canada or in the United States of America, the period for serving and filing your statement of defence is forty days. If you are served outside Canada and the United States of America, the period is sixty days.

Instead of serving and filing a statement of defence, you may serve and file a notice of intent to defend in Form 18B prescribed by the Rules of Civil Procedure. This will entitle you to ten more days within which to serve and file your statement of defence.

IF YOU FAIL TO DEFEND THIS PROCEEDING, JUDGMENT MAY BE GIVEN AGAINST YOU IN YOUR ABSENCE AND WITHOUT FURTHER NOTICE TO YOU. IF YOU WISH TO DEFEND THIS PROCEEDING BUT ARE UNABLE TO PAY LEGAL FEES, LEGAL AID MAY BE AVAILABLE TO YOU BY CONTACTING A LOCAL LEGAL AID OFFICE.

IF YOU PAY THE PLAINTIFF'S CLAIM, and $400 for costs, within the time for serving and filing your statement of defence you may move to have this proceeding dismissed by the court. If you believe the amount claimed for costs is excessive, you may pay the plaintiff's claim and $400 for costs and have the costs assessed by the court.

TAKE NOTICE: THIS ACTION WILL AUTOMATICALLY BE DISMISSED if it has not been set down for trial or terminated by any means within five years after the action was commenced unless otherwise ordered by the court.

May 9, 2024                                  Issued by: _____

Address of
Court office:  330 University Ave
                        Toronto, ON M5G 1R8

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

Court File No./N° du dossier du greffe : CV-24-00719990-0000

**TO:**    David Kideckel

23 Peveril Hill Rd South

York, ON M6C 3A7

**kideckeldavid@gmail.com**

*Causes of Action: identity theft, stalking, harassment, defamation, fraud, public mischief, filing a false police report, malicious prosecution, intentional infliction of emotional distress*


Dahlia Saibil

23 Peveril Hill Road South

York, ON M6C 3A7

**dsaibil@gmail.com**

*Causes of Action: defamation, harassment, fraud, stalking, public mischief, filing a false police report, intentional infliction of emotional distress*


Hope Springman & Kenneth Norwich

2 Covington Road, Apartment PH103

Toronto, ON M6A 3E2

**hopespringman@gmail.com**

**knorwich@utoronto.ca**

*Causes of Action: fraud, public mischief, harassment, filing a false police report, intentional infliction of emotional distress*


Aram Simovonian (**as of May 8, 2024, Mr. Simovonian has been terminated from Scalzi Caplan for same actions relief is being sought for**)

C/O 20 Caldari Road, Unit #2

Vaughan, ON L4K 4N8

**aramsimovonian@gmail.com**

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

Court File No./N° du dossier du greffe : CV-24-00719990-0000

(Simovonian Continued)

*Causes of Action: fraud, harassment, negligent infliction of emotional distress*

Gary Caplan, Carmine Scalzi and Scalzi Caplan LLP

20 Caldari Road, Unit #2

Vaughan, ON L4K 4N8

**gary@sclawpartners.ca**

**carmine@sclawpartners.com**

*Causes of Action: fraud, harassment, negligent infliction of emotional distress, negligence*

Dave Lim, David Wilson, Toronto Police Service

40 College Street

Toronto, ON M5G 2J3

**dave.lim@torontopolice.on.ca**

**david.wilson@torontopolice.on.ca**

*Causes of Action: harassment, false prosecution/false arrest, negligent infliction of emotional distress, negligence*

Doug Downey, Attorney General of Ontario and Canadian Prov. of Ontario

720 Bay Street

Toronto, ON. M7A 2S9

**doug.downey@ontario.ca**

*Causes of Action: Negligent infliction of emotional distress, negligence*

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

**THIS ACTION IS BROUGHT AGAINST YOU UNDER THE SIMPLIFIED PROCEDURE PROVIDED IN RULE 76 OF THE RULES OF CIVIL PROCEDURE.**

## CLAIM

The truth will prevail.

1. I am filing this Claim for relief against my long-estranged biological brother, his wife, my bioligical mother who and stole the contents of my Trust Account (Kideckel V Springman) and her husband who have all engaged in fraud, filing a false police report and ongoing criminal harassment. I too am seeking relief from the now-terminated attorney, Aram Simovonian, and his former employers, Gary Caplan, Carmine Scalzi and  Scalzi Caplan LLP for harassment and emotional distress. Additional Claims for Relief are being brought agains the Toronto Police Service and its officer and staff sergeant, for false prosecution, harassment, and plain incompetence (a distinction necessary for the US District Court suit brought against the same parties.)

2. I do not have a relationship with my brother or mother as they are awful, narcissistic, and abusive people. Hope Springman is also a thief who stole thousands of dollars from her own son;  and a predatory gold digger  (there's a reason she left Winnipeg, as any member of Winnipeg's Congregation Etz Chaim, or the family of the wealthy businessman, her late husband, Tom Springman will attest to.) I may subpoena these persons for the purposes of character definition in both this Canadian, and forthcoming US civil proceeding.

3. In 2009-10 (almost 15 years ago!) I began seeking assets held in my name that I could consolidate, and possibly liquidate. My mother wouldn't provide me the documents so I went to BMO Nesbitt Burns and uncovered that my mother

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice    **Court File No./N° du dossier du greffe :** CV-24-00719990-0000·

fraudulently withdrew the entirely of the contents of my ITF account. My cousin, Lynn Burton, and her late husband Ricky (Richard) told me to sue her. So I did. It was around the time I moved to the US- I was probating my grandmother's will in two countries, I was pro se, and for the then-20k I felt I had made my point, and abandoned the suit (Kideckel V Springman, et al). It was meritorious.

4.  Since then I've had no contact with my brother or mother. As a matter of fact, I've gone to great lengths to insulate myself from them. I have a family friend from Winnipeg who wanted to visit with me in Palm Springs- it took her machetunum- someone I trusted- to vouch that she had no connection to my mother/brother.  The last contact I received- and more importantly— the last tine -I- communicated *to* him was May 2022. I was on Maui for my husband's birthday- It was the day of his birthday and we had driven 45 minutes from our hotel to one of the hardest reservations in the country- Mama's Fish House -when there was a notification upon arrival on my phone screen from my brother. An email informing me that our father was in hospital. I informed the necessary cousins (they won't speak to David due to his hostility and generally abusive nature) and extracted myself. I went so far as to delete the Gmail app and turn off all notifications to my phone at all times. That has continued to this day as I do not want to have to unexpectedly see their names.

5.  Cut to circa Nov 2023— this is what triggered David.  Larry Vickar from Winnipeg - owns a bunch of car dealerships- is a neighbor and friend of my cousin Lynn Burton in Sarasota, FL. Larry brought his lawyer, Mara Koven through the social room at their building (its a Ritz-Carlton and they have a gathering room with coffee and breakfast put out every day). Mara I know from growing up- she was my brother's first girlfriend at age 15/16. Larry introduced Mara to Lynn- briefly- and Mara said she knew the Kideckels I guess, to which Lynn said "I'm very close with Brent; David is very serious."  Mara, the LAWYER,

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

Court File No./N° du dossier du greffe : CV-24-00719990-0000

messaged David on Facebook to inform him of the interaction, for reasons still unknown. David has since been hostile and toxic Mara about a post relating to Israel- from what she told me- resulting in her being added to the long list of people that have had to block David. Which then begs the question- other than to be a gossip and simpleton from Winnipeg trying to fit in with the big kids at The Ritz— what was her prerogative in messaging David Kideckel?

*(David Kideckel got triggered by that and set on a mission for revenge against me for suing Hope Springman (our "mother")*

6.  Sometime in December 2023, Lynn and I were on the phone, and she asked casually "are you texting your brother?" I had no idea what she was talking about. I said "No of course not," and referenced the above last contact on Maui- and that I want nothing to do with David. The literal last thing I'd ever do is initiate contact with him after going to such lengths to avoid hearing from him.

7.  I thought nothing of it really, and Lynn said she'd show me when I got to Sarasota as I was going 3-4 weeks later. The text messages were of a threatening and harassing nature, purporting to be from Canadian phone numbers I have no association with, apparently defamatory in nature to his boss. The last I had heard was that Mr. Kideckel was employed by Delta9, which we all thought was curious given his staunch opposition to Cannabis. In January he told I was messaging his boss at whatever new company he was at. (I was advised by a family member that Mr. David Kideckel has had no less than seven places of employment in that last twelve months; all of which resulted in his termination.)

8.  I really have no idea, as I have no Canadian phone numbers; don't know who Mr. Kideckel's boss-du-jour is, and most importantly, and I cannot stress this

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

enough— I DON'T CARE about his work life, family life, or any other part of his sad and miserable existence.

9.  So I let it go-again-although at this David is messaging his bosses to force a separation and NDA like he claims he's gotten (Mr. David Kideckel will need to clarify for the Court what exactly "Exhibit I" is supposed to mean- sent from David Kideckel -to- Brent Kideckel.) Again, didn't concern me- "not my circus, not my monkeys."

10.  Then on January 21, 2024 I'm in Sarasota, Florida. Lynn and I are going out for dinner and he starts messaging her on Facebook Messenger— extremely odd timing because I was right there.  Over dinner Lynn and I discussed what to do- should she block him, hear him out, what. So she asks him if she can call him after dinner. It's at this time my phone begins ringing from an unrecognized "416" prefixed telephone number.  (It's still unknown to me how David acquired my phone number, the only #I've had for 12 years, but he's since been blocked.) Lynn confirmed that that was David's number, which resulted in my text to him- the FIRST— "Exhibit I." Again, maybe Mr. David Kideckel could enlighten the parties as to what he's trying to say.  Between the 416 #, Unknown numbers, and Bloked numbers, about 20 over the course of 30 minutes, my phone battery died.  After our lovely dinner at Patrick's on Main, in Sarasota, I drive us back to Lynn's condo, dead phone battery in tow. Lynn then calls David, and I plug in my phone and begin recording the call. The call was 17 minutes, it was recorded in accordance with Florida State Law, and has been transcribed and included as Exhibit "J". The audio recording will also be included as evidence, as the tone, inflection, anger, hostility, and overall lack of mental fitness can only be portrayed in the audio.  During the call, Mr. David Kideckel tells Lynn "Brent is sending my boss threatening texts, most recently two minutes ago". This is of course impossible, proven false, and divorced from reality.

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

**Court File No./N° du dossier du greffe :** CV-24-00719990-0000

11.  Lynn asks David " what do you want" and challenges him on my sending any exts. "Why would he?"and "Brent doesn't have a Canadian phone number" and "Brent doesn't talk about you."  While the call is enlightening as it includes Mr. David Kideckel being called-out on his use of disparaging,, demoralizing, and harassing words, it concludes with his saying to Lynn, a 77 year old woman, "can you talk like an adult now?" Lynn hung up the call, exclaimed "I'm finished!" And we blocked Mr. David Kideckel on her phone from all possible venues.

*Mr David Kideckel should also note that by claiming on recording that he seeks revenge on me, he has admitted he intends to inflict emotional distress.This is important as it pertains to the forthcoming lawsuit in the United States against the same parties.*

12.  Not long after this I received a letter from Aram Simovonian of Scalzi Caplan (Mr. Simovonian is, excuse me, was, a mortgage attorney, Mr. David Kideckel's mortgage attorney) that was having somewhat of an identity crisis. This letter included a cease and desist, a demand to perform within eight business hours and with no details, and a laughable demand for $1,000 with no instruction on how to even pay it if I were inclined. I was not of course, but I was inclined to file a complaint with the Law Society of Ontario. They performed an investigation of Mr. Simovonian's malpractice, concluded discipline was warranted, and was subsequently terminated from Scalzi Caplan. (On attempting to locate the newly- fired Mr. Simovonian for Service of Process, he made an explicit threat on my life on May 9, 2024, )Exhibit "S").)

*At some point, Lynn and others pressured my father Howard to say something to David. David has, for years, used his kids as leverage with our father, so if my Dad were to piss off David in any way he'll cut off access to his kids. (Like I said-terrible*

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

Court File No./N° du dossier du greffe : CV-24-00719990-0000

*person) It has been told to me multiple times that Howard fears David. It's also*
*worth noting that David has had severe anger management issues since*
*childhood. I can't speak beyond hearsay but my father told me he's witnessed*
*David be physically abusive to his ex-wife, Dr. Sari Herman, (and his daughter Ora,*
*and "Rolodex" of previous employers will be subpoena'd to testify to same.)*

13. I in turn responded to this so-called lawyer advising him of what he was doing, and that a complaint was being filed seeking David Kideckel, David Wilson, and Dahlia Saibil's PERMANENT EXCLUSION FROM THE UNITED STATES given their toxic, politely, unpredictable, and historic behavior.

14. That triggered Mr. David Kideckel again. Having just been informed that he was being reported to the FBI, never one to engage originality, he, along with his wife, opted to take the fake text messages that he was using (for whatever he was using them for) to the Toronto Police Service. Using their knowledge of Ontario's third-world nature of arresting people based on \*anyone's\* sworn statement,

*(even though filing false police reports aren't equally prosecuted>) An*
*officer at 13 division told me that A) Truth will prevail (of course it will!) B)*
*"think of a rape victim who comes forward but has no evidence. We must*
*believe them" I retorted, "what about the disgruntled woman who comes*
*forward with a false accusation solely for revenge against an ex?" to which*
*she replied "we'd arrest him too." A Kangaroo Court and Kangaroo Judicial*
*System. Guilty until proven innocent. Anyone can walk in to a Police Station*
*in the Province of Ontario and make a false report for revenge, without fear*
*of penalty.* ***WHEREAS—-IN THE UNITED STATES IT IS A FELONY TO***
***LIE TO THE FBI (SEE EXHIBIT "K".)***

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

> *The Canadian Province of Ontario thus engages in arbitrary arrest and*
> *detention, worthy of the US State Department's designation of Ontario as a*
> *hostile destination, requiring a heightened travel warning to US Citizens.*

they went to David Wilson at Toronto Police Service with these fake text messages that he's been sending himself- and his bosses- I don't even know — from phone numbers I have not had, used, or otherwise had any association with in 10-15 years claiming to be from me. Phone numbers with "204"and "647" prefixes. Plaintiff maintains no relationship with any Canadian phone operator. Rogers and TELUS records reflect that I relinquished any Canadian phone numbers as I may have had prior to 2012. The Canadian Number Administrator retains records of ownership of ALL Canadian phone numbers. The CNA will verify that phone # "X" is registered to "Y" Communications Provider who can subsequently conclude to which third-party provider they have sub-let the number to.  ALL EASILY VERIFIABLE. Too easy perhaps for the Plainly Incompetent David Wilson and Toronto Police Service.  The same Police Department and Division that a) has not solved the most notorious murders in Canadian history- that of my fellow Shermans, Barry and Honey); and b) as recently as March, 2024, advised its residents to "leave their car keys by the door" lest they encounter a violent intruder. In the United States we have the "Castle Doctrine"— need not have to worry about violent intruders here when we're given legal authority to defend our Castle. Or perhaps the Plainly Incompetent David Wilson and Dave Lim have resentment for being civi-servants for the wealthiest postal codes in the nation. To be sure, not a single employee of 13 Division can afford to own a single-family home in the neighborhood they patrol. Surely that affects their performance and commitment to finding the truth.

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

Court File No./N° du dossier du greffe : CV-24-00719990-0000

15. Mr Wilson opted **not** to do basic due diligence, let alone contact me. Oh no, the overweight and unionized Mr. David Wilson shuffled some papers, pressed charges, and drove home to his double-wide in Oshawa. He doesn't give a shit, that's quite obvious. Mr. David Kideckel and Miss Dahlia Saibil used their knowledge of the system, presumably bullied, harassed and flexed their roles (Well, Dahlia, David can't keep a job long enough to send return mail) for their personal benefit. Along with Hope Springman and Kenneth Norwich, David Kideckel and Dahlia Saibil engaged in a harassment campaign unseen by the likes of the Sarasota Police Department, and Royal Canadian Mounted Police.

16. Plaintiff presumes that Mr. David Kideckel's ultimate goal was "in-kind"- having advised that I will be seeking his PERMANENT EXCLUSION FROM THE UNITED STATES,  they sought arrest warrants so that I too would feel restricted in traveling to Canada.

> *Plaintiff is in Palliative Care from no-longer-treatable Crohn's Disease, under the care of the Mayo Clinic, Cleveland Clinic, and Cedars-Sinai Medical Center.* ***PLAINTIFF HAS BEEN ADVISED TO STAY WITHIN CLOSE PROXIMITY OF A LAND-GRANT UNIVERSITY TEACHING HOSPITAL IN THE UNITED STATES FOR THE REMAINDER OF HIS NATURAL LIFE.***
> *I know of four individuals who died while in-hospital in Ontario, Canada, or waiting on postponed testing. It would be a personal death wish to set foot on Canadian soil, and having not set foot in Canada since September, 2012, I likely will never set foot in Canada again.*

17. I believe that Mr. David Kideckel did not realize he was committing Identity Theft by faking text messages purporting to be from Plaintiff, nor that any of his actions are actionable. (A hockey player jock at his core, he's never been the smartest.)

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

18. On February 27, 2024 I receive a text with a photo of a badge and a # to call with my name. I should've ignored it, but I called back and David Wilson of 13 division tells me when I set foot in Canada I will be arrested on the spot. Seemed like a scam as I had never heard from him at all before. He wouldn't tell me for what I would be arrested. When I deduced this was related to the Kideckel/Sabil/Springman/Norwich harassment campaign, and offered up any device, account, -anything-to assist in his investigation to which he responded "I don't really care. I'm just calling to tell you you'll be arrested when you set foot in Canada."

***The Province of Ontario and City of Toronto are lawless, protected only by unionized Plain Incompetence.***

19. I IMMEDIATELY contact family members, and those with connections to sworn officers of the Court, all of whom thought it was a scam,. I reached out to two detectives I call friends with the Winnipeg Police Department. They too thought it sounded like a scam.

20. It was not a scam.

21. I hired a criminal defense attorney in Toronto who confirmed with the Toronto Police Service that there were in fact two arrest warrants issued against me (based on fraudulent representations, and with no due diligence or probable cause.)

22. I then get in touch with Toronto Police Service to file my own police report for harassment and identity theft. "We need a victim" she says. I'm not in their jurisdiction so I'm not their victim. She does however advise that I get in touch

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice    Court File No./N° du dossier du greffe : CV-24-00719990-0000

with the Staff Sergeant at 13 Division, Mr. Dave Lim. I was provided his email address— everything is better in writing I say.

23.  I email the staff sergeant and Office of Independent Police Review director- basically asking. WTF- is this real? What happened to doing an investigation- nobody contacted me ever- and I have no ties to Canada. All easily provable .The Staff Sergeant emailed back that there are in fact two arrest warrants for me in Canada for "harassment and uttering death threats." While it's malicious prosecution for sure, it's also harassment. Just by virtue of that email.

24.  It then went relatively silent. Having been informed of his actionable behavior, he stopped contacting Plaintiff, and, presumably ceased sending fake text messages to himself, including those where he refers to his brother as a "FAGGOT" on multiple occasions. (Maybe David was finally focusing his attention on his soon-to-be-born child?)

25.  Along came another cycle of Mr. David Kideckel's untreated psychosis on May 7, 2024  He began harassing family members -again- serving no purpose other than revenge. (Imagine how miserable, serious, and defective a person must be to continue harassing and bullying people for "sport" because he's, as he put it, "fiercely protective of his mother.") One must ponder why, given Hope Springman's abject failure as a mother, he would break laws in multiple countries. Especially since Hope Springman would ditch her son David if her next wealthy husband demanded it. Ms. Springman is money-first, money-only type of person Presumably equally miserable and unhappy.)
I intervened on their behalf.

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice  **Court File No./N° du dossier du greffe :** CV-24-00719990-0000

26. I sent Mr. David Kideckel and Miss Dahlia Saibil a CEASE AND DESIST and Notice of Upcoming lawsuit. I was planning on filing the lawsuits both in Canada and the United States upon my return from a month of extensive travel in June. Mr. David Kideckel had other plans, forcing me to file this suit expeditiously so to put a stop to his harassment and bullying. This suit itself had to be updated immediately before filing to include additions.

27. Mr. Kideckel responded taking issue with my advisement of a forthcoming lawsuit against him, his family, and all those he's used to advance his harassment campaign. To be sure, all Defendants acted with their own negligent, malicious intent on their own accord. Curiously he referenced emailing "his lawyer and the lawyer's partner." I guess he means the fired Aram Simovonian. (The only thing Aram will be a partner of is his local food co-op.) Can't be a partner of a firm you're fired from, and definitely can't have a lawyer whose career you've upended.

28. Mr. David Kideckel, Miss Dahlia Saibil, Ms. Hope Springman, and Mr. Kenneth Norwich, have done all things possible to exact revenge on people who want nothing to do with him (on some level you have to feel sorry for him—one has to be a really miserable, unhappy, and serious person, under enormous pressure, to be expecting a baby and creating fake text messages and going on harassing email campaigns. David has always been envious of me, though. Social life, sex life, or standing amongst friends- Plaintiff has what David's fortune could never buy him- inner peace, happiness, and insatiable likability. David doesn't have friends. He's pissed off everyone who has ever known him. (His poor kids, though, they're the ones who will suffer most from his toxicity.)

30. Fortunately, the truth will always prevail. Even in the Third World Kangaroo Criminal Justice System of Ontario Canada. But especially in the United States.

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

Court File No./N° du dossier du greffe : CV-24-00719990-0000

## **RELIEF DEMANDED**

**Plaintiff seeks monetary relief as follows:**

| | |
|---|---|
| David Kideckel | $50,000 |
| Dahlia Saibil | $50,000 |
| Hope Springman | $25,000 |
| Kenneth Norwich | $25,000 |
| Aram Simovonian | $10,000 |
| Gary Caplan | $10,000 |
| Carmine Scalzi | $10,000 |
| Scalzi Caplan LLP | $10,000 |
| Toronto Police Service | $1,000,000 |
| Dave Lim | $10,000 |
| David Wilson | $25,000 |
| Doug Downey. AtG of Ontario/Province of Ontario | $100,000 |

**Plaintiff seeks injunctive relief as follows:**

A public apology signed by Dave Lim, David Wilson, and Chief of Toronto Police, to be placed in 1/8 page ad in the broadsheet newspapers of record for both Canada and the United States within the first six pages. (Toronto Star, and New York Times.)

Refer Aram Simovonian, Gary Caplan, Carmine Scalzi LLP, and Dahlia Saibil to the Law Society of Ontario, for disbarment or other appropriate disciplinary action.

An Order revoking the business license of Scalzi Caplan LLP

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice          **Court File No./N° du dossier du greffe :** CV-24-00719990-0000

An Order enjoining Mr. David Kideckel from any unsolicited contact with plaintiff.

An Order requiring Mr. David Kideckel to seek a mental health evaluation, as relating to the physical safety of his children.

An Order appointing a third-party administrator to oversee the Toronto Police Service and 13 Division for a period deemed appropriate by this Court.

An Order instructing the Toronto Police Service to investigate, and, where Canadian law demands, charge Mr. David Kideckel, Miss Dahlia Saibil, Ms. Hope Springman, and Mr. Kenneth Norwich,  for fraudulently misusing public resources to engage in criminal harassment.

SIGNED

AT LAS VEGAS, NEVADA
May 8, 2024

BRENT KIDECKEL, in the United States
C/O 302-207 WATSON STREET
WINNIPEG, MB R2P 2E1
KideckelSaibilSpringmanLawsuit@gmail.com
(917)634-0637
**Plaintiff is withholding actual US address to protect the physical safety of his family** A PO Box in the United States will be provided to the Court in June, 2024.

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

**Court File No./N° du dossier du greffe :** CV-24-00719990-0000

# EXHIBIT "A"

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

**Court File No./N° du dossier du greffe :** CV-24-00719990-0000



Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

**Court File No./N° du dossier du greffe :** CV-24-00719990-0000

# EXHIBIT "C"

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice    **Court File No./N° du dossier du greffe :** CV-24-00719990-0000

Hello,

Thank you for your email.

I do not understand any of this as I have not been harassing anyone!

I have not sent any harassing texts. I want nothing to do with Mr Kideckel or his family.

I'm not understanding how there could he probable cause when I haven't sent any texts and haven't had a Canadian phone number in over a decade.

Could you please clarify and provide a case # as this just does not make any sense.
Brent Kideckel

On Mar 4, 2024, at 9:11AM, Dave Lim <Dave.Lim@torontopolice.on.ca> wrote:

Hello Mr. Kideckel,

After looking into your complaint, I did not find any wrong doing by either Det. Wilson or his colleagues.

Your brother reported an on-going harassment to 13 Division, which was properly investigated by Det. Wilson and Detective Constable. D'Souza.

Your brother's family expressed safety concerns and wished to pursue criminal charges to prevent you from making any type of unannounced visit.

So to answer your question, Det. Wilson's voicemail is a legitimate and there is a warrant for your arrest at this time for "harassment and uttering death threat."

It is within your right to pursue any type of civil proceedings on your end, but there will be no further action taken by myself or anyone within our service.

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

**Court File No./N° du dossier du greffe :** CV-24-00719990-0000

# EXHIBIT "D"

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

Court File No./N° du dossier du greffe : CV-24-00719990-0000



Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

**Court File No./N° du dossier du greffe :** CV-24-00719990-0000

# EXHIBIT "E"

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice



Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

**Court File No./N° du dossier du greffe :** CV-24-00719990-0000

# EXHIBIT "F"

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

Court File No./N° du dossier du greffe : CV-24-00719990-0000



Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

**Court File No./N° du dossier du greffe :** CV-24-00719990-0000

# EXHIBIT "G"

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

**Court File No./N° du dossier du greffe :** CV-24-00719990-0000



Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

**Court File No./N° du dossier du greffe :** CV-24-00719990-0000

# EXHIBIT "H"

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

**Court File No./N° du dossier du greffe :** CV-24-00719990-0000



Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

**Court File No./N° du dossier du greffe :** CV-24-00719990-0000

# EXHIBIT "I"

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

**Court File No./N° du dossier du greffe :** CV-24-00719990-0000



January 22
7:02 PM

Who is this ?

I'm sorry I don't answer unknown
foreign calls. Is this a scam?

DK has mental health issues that
percolate to the surface quite often
His exwife was subjected to that all
the time

1.Origin merchant partners
2 intelgenx
He gets fired and then sues them
And settles out of court with NDA's
That's his M.O.
He lasted until they found out about
him

I think you have the wrong number.
I'm going to block this number now.
Thank you.

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

**Court File No./N° du dossier du greffe :** CV-24-00719990-0000

# EXHIBIT "J"

Electronically issued / Délivré par voie électronique : 10-May-2024          Court File No./N° du dossier du greffe : CV-24-00719990-0000
Toronto Superior Court of Justice / Cour supérieure de justice

Transcription of telephone call between
David Kideckel and Lynn Burton, January 22, 2024
Recorded at Sarasota, FL by Brent Kideckel

**1**
0:00:00
I don't know who you mean by my family, but let's get into things. So
what's happening with Brent? Honestly, I know you're close with him,
and he's nothing short of a menace, threatening me and my family and
others with texts. And I'm bringing you in because you're the only one
that I know that actually speaks with him. Well, you gave me a number
that you said he was

**2**
0:00:33
texting you from and I hadn't seen that number before because... I
have probably seven to

**1**
0:00:42
ten numbers that he changes or it's called VoIP. He often deletes his
numbers and then changes them. He's texting, he just texted me 30
seconds before he called. But anyway, I'm sorry for cutting you off.
Go ahead.

**2**
0:00:59
Well, I called that number that you gave me that you said he texted
from and it said to leave a message that the, it was like a text
number or something? Like, it was only a text number. It wasn't like a
a person number, kind of. I didn't know that existed.

**3**
0:01:23
It's called VOIP. Okay.

**1**
0:01:27
Voice Over Internet Protocol. Look, I don't know... I'm not trying to
be a prick here, Lynn. Like, let me just be clear. All I know is that
you and him speak and are I think close and nobody else in my entire
family that speaks with Brent. And so you're the only person I have
something against you personally. I just don't know who else to go to.
He just texted me again threatening me from a 917 number. So I don't
know what to do. I mean, you tell me.

**7**
0:02:03
Well, a 9 1 7 number.

**2**
0:02:05
I'll tell you. Hang on.

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

**Court File No./N° du dossier du greffe :** CV-24-00719990-0000

8
0:02:06
Here it is. 9 1 7 6 3 4 0 6 3 7.

1
0:02:11
Okay. Can you read the message?

2
0:02:13
Well, I just texted him the text he sent the CEO again.

8
0:02:19
I sent you and he says, do you know where I am right now?

1
0:02:23
I said, tell me. And he said, I don't know who this is, but think long
and hard and right might be at this minute. And that's typically Brent
being passive aggressive and very aggressive. And there's much more,
like he's texting saying, I'm a, you are, this is him texting, total,
818-6743, you are such a loser in life, fired, divorced twice, no
family, you've hit the trifecta, bro.

1
0:03:03
What else do I have?

7
0:03:05
There's many others.

1
0:03:06
The point, Lynn, is, um... Oh, here's another. Here's a gem. You have
little man syndrome.

6
0:03:18
Let's pray mommy Dearest will die this year.

1
0:03:20
Wifey Tim will kick you away, Sabs. If you took twice the bills,
failure in marriage, work, and life, you hit your train wreck. Okay,
anything you want, or are you, like... I mean, I don't know what to
tell you. I'm honestly, I'm not asking for you to do much. It's just
more to, because I think you're a sensible person. Even though we
might have our differences based on, you know, the past here, it

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

seems.

1
0:03:56
Um, but just, I'm going to back off where I will be filing a criminal
complaint. My wife's a lawyer, a criminal lawyer at that. So it's more
of a warning to him.

2
0:04:08
Well, do you even know where he is?

4
0:04:11
I have no idea.

1
0:04:12
I haven't spoken to him.

5
0:04:13
So how?

1
0:04:13
He changes his number.

4
0:04:15
He changes his number every time he texts me.

2
0:04:17
So how are you going to file a criminal?

4
0:04:20
Exactly.

2
0:04:21
How are you going to do that if you don't even know where he is?
Pardon me?

1
0:04:25
Lynn, do you know where he is?

2

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice    **Court File No./N° du dossier du greffe :** CV-24-00719990-0000

```
0:04:28
No, I don't know where he is.


1
0:04:30
When was the last time you spoke with him?


2
0:04:32
Well, I've spoken to him, but I don't...


3
0:04:35
What?


2
0:04:36
I speak to him, but I don't really know where he is. When was the last
time you spoke with him?


1
0:04:41
Oh, maybe a couple of months ago.


2
0:04:44
And where was he? I don't know. San Diego.


1
0:04:53
I know he's in the US. He uses the Winnipeg or Toronto phone number.
917 is a New York phone number. Um, you're right. I'm just going to go
to the local authorities and...


2
0:05:07
In Toronto?


1
0:05:08
I, I, look, I'm going to be careful in what I tell you because I don't
know what you're going to tell him. So I am going to go to the
authorities, whether it's federal or provincial or local. I'm in the
process of getting legal advice on that exact question, so I don't
know. And I probably wouldn't tell you anyway, but I will be pressing
something against him. Would you not agree? I don't know what he's
told you. You probably have this whole perception of me that is
entirely false, based on what he's told you.


2
```

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice    **Court File No./N° du dossier du greffe :** CV-24-00719990-0000

0:05:48
Actually, to tell you the truth, he never even mentions you. I, you
know, and to tell you the truth, I found that your text to me about
not speaking to your father or writing him about surgery, I found it
very offensive and I asked your father to tell you that you owed me an
apology because there's no need for you to write me like that because
you probably, I'm your father's first cousin, I'll bet you a hundred
bucks you couldn't name all your father's first cousins. You only know
me. You don't even know them and I'm supposed to keep phoning your
father when he's never called me? That's not a relationship. And I
don't, I don't, when did I see you last? Maybe I saw you at your
grandmother's funeral. I don't remember. And I saw you at your first
wedding and before that I think we went

2
0:06:46
out, your grandmother and Marla and me, maybe 20 years ago. Like I
don't I don't understand why you know why you're you're you're at me
because I'm not speaking to your dad. Your dad

1
0:06:59
never calls. I don't care about my dad. For you to not care about my
dad, I don't care. To be honest with you Lynn, I spoke with my dad. I
did my due diligence before sending you my texts today. I asked him
directly, did Lynn say anything about me? He said no. Okay? I don't
care that you didn't call my dad. It wasn't actually about my dad. It
was more about when I was taking care of my dad in Winnipeg. I'm
getting hateful texts from Brent. And I know you've attempted to sue
my mother with Brent. So I just assume you're on his side.

1
0:07:38
Maybe I'm wrong, but tell me I'm wrong. Like, am I wrong in saying
this? Like, honestly.

2
0:07:44
There's no side. There's no side. And that was—

1
0:07:47
Did you help my brother sue my mother?

2
0:07:52
You know what? Maybe my husband did. May he rest in peace. But he died
10 years ago. So I don't even know when that was. I did nothing. I did
nothing. Okay.

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

**Court File No./N° du dossier du greffe :** CV-24-00719990-0000

Transcribed with Cockatoo

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

1
0:00:00
And I don't, I don't.

17
0:00:01
You're not going to it.

2
0:00:02
You just stood there while my brother sues his mother for not, for
what?

1
0:00:08
I don't know. I, my husband might have, might have.

16
0:00:12
And you don't know?

2
0:00:13
Like, come on. That's really what I'm getting at. So I assume you're
very close with Brent and for Mara Coven, who I speak with, I don't
even speak with, to tell me that you tell her, all I did, Cadet
Gilles, is serious, but you're very close with Brent? How does a
person I don't even speak with, and now I have no relationship with,
make something like that up?

1
0:00:37
No, she didn't make it up. You called me senile, but she didn't even
sit down. She came through my social room in my apartment. I was
introduced to her. I didn't even remember her name after you mentioned
it. And she said she was from Winnipeg. And I didn't...

2
0:00:55
You talked shit about me in the process.

1
0:00:57
No, I didn't talk shit about you. I said you were a serious person.
Would you rather I had said you're a clown? It's nothing wrong with
being a serious person. You are a serious person. It's not a bad
thing.

2
0:01:09

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

You don't know me, Lynn. Lynn, with all due respect, you don't know
me. Nobody... This is the beef I have with you. You don't actually
know me. To lay any description about me...

1
0:01:21
But that's not a bad word. I mean, that's how I remember you.

2
0:01:27
Okay, but you obviously meant it negatively because... No, I
didn't....your husband, Richard, sued my mother with my brother.
You're telling me you never saw the court documents? Like, tell me the
truth.

1
0:01:42
No, I didn't. No, I didn't. How long ago was that?

2
0:01:46
I don't even know. I mean, it's just, honestly, I wasn't even going to
bring it up. But the fact that now Brent uses you as almost like an
alibi for some ways, do you understand, Lynn, nobody in our family,
whether it's cadet calls, at least not the cadet calls that I know,
and you're right. I don't speak with any of my dad's first cousins,
because you know what? He's never introduced me to any of them. I
don't even know who they are. But from on my mom's side, nobody speaks
with Brent.

2
0:02:15
Do you understand? So you're the only, the only reason why I'm coming
to you is not because I have any issue with you. Even my mom, lawsuit
aside, it's only because you're the only person I know that speaks of
Brent the

1
0:02:29
only person you and you speak to everybody in Hope's family no I don't

2
0:02:37
you don't speak because David's been a prick. That's probably what you
hear from Brent. You don't know the other three quarters of
everything, which is David Hope's son being extremely loyal to Hope.
That's what you don't hear.

1
0:03:04

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

I don't hear anything. I'm telling you, the only time I heard from you was when you gave me shit for not calling your father. Yes, yes you did. More than once you said that you'd be appreciative of my paying more attention or something to your father. And I called your, yes, yes I called your father and he said I didn't tell anybody I had prostate surgery. You don't go around telling people you had prostate surgery. And the last time he was in the hospital I called him several times you told me to call him because he had prostate I called him several times has he ever called me never ever that's not a relationship it's not well you wrote it like you were mad

1
0:03:59
that I should be, you know, I should care more or be...

2
0:04:04
I know what kind of man my dad is, okay? I'm not stupid. I know he... his relationship with me is... I make all the yeses, okay? So, I don't know. Like, let's call it spade to spade. I know the kind of man my dad is, okay? I know.

5
0:04:21
I'm not trying to be useful, okay?

2
0:04:24
If that's what you think, then it clearly did not come across appropriately.

1
0:04:31
introduced to her in passing. She didn't even sit down. And then you called me senile because I didn't remember her. I have it here on my phone. You called me senile. Lynn, I'm not senile. I don't think you are. Well, you said so. Why did you write it? It's in writing. I have it in black and white. That I should pay more attention to your dad and that I'm senile.

5
0:05:15
That's what you wrote me.

15
0:05:16
No, I'm not.

1
0:05:17

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

I'm not mad, but that shit, but but you're asking I don't have you see
my mother for Christ's sake. Like come on your husband.

2
0:05:26
You're your husband. Who's unfortunately, and I like to call it
Richard. Like what do you have to say about that? You tell me you
didn't know anything that's going on? Bullshit! And that's not even
why I care. That's not why I'm texting you.

1
0:05:45
Okay, what would you like? What would you like from me? I don't like
you. Yeah.

2
0:05:51
Well, to the point where, you know, don't clearly see eye to eye, tell
Brent to settle the fuck down. Because he is fucking crazy.

14
0:06:03
Hi David.

2
0:06:04
He will pursue criminal charges.

5
0:06:06
Don't do that. Get out of here.

13
0:06:08
Hello?

12
0:06:09
Yeah, sorry.

1
0:06:10
Sorry, my phone is crazy here.

5
0:06:12
Hello? Yeah.

1
0:06:14

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

**Court File No./N° du dossier du greffe :** CV-24-00719990-0000

Hello? Can you hear me? Hello? Hello? Oh, sorry. Okay. I don't know. I have another call coming in. It's okay. I'll just leave it.

11
0:06:30
Um, you're going to...

1
0:06:31
Okay.

10
0:06:32
I don't care about my dad or my mom right now in the sense of your past and your husband's

2
0:06:33
past with this.

9
0:06:34
It's a threat threatening me and my family.

2
0:06:35
And now calling a workplace where I'm chairman of the board and me having to explain myself to the chairman and other people to why I'm not doing this. I'm not doing this.

4
0:06:38
I'm not doing this. I'm not doing this.

2
0:06:53
and me having to explain myself to the chairman and other people to walk them off a cliff

1
0:07:00
to tell them my brother is psycho. This is out of balance.

2
0:07:05
Okay, so what would you like me to do? What do you, I, what I'd like you to do?

1
0:07:15

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

You want me to call him and tell him to leave you alone, okay? Is that what you want?

2
0:07:21
No, I don't want you to call him and do anything.

1
0:07:25
What would you like me to do?

2
0:07:27
I would like you to explain to him how it's morally incorrect to do what he did. I will continue to send you texts that he sends to people within my orbit. Verbatim orbit. If he does anything again, I will be filing criminal charges against him.

1
0:07:48
Okay, then do as you feel that. Your name will be included in the charge, Dad.

3
0:07:54
Good, good. I know where you live.

1
0:07:56
Good, I'm glad you know where I live. You can come visit me. I've never visited you and you've never visited me. It's time. We're cussing. I'm at 23 Pebberle Hill Cell.

8
0:08:06
My door is always open.

2
0:08:07
Good.

8
0:08:08
I'm a trial, not a snag lieutenant.

7
0:08:09
Good.

5

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

0:08:10
Okay.

6
0:08:11
I know where that is.

1
0:08:12
Okay. I'll come and visit you.

5
0:08:14
You come and visit me.

1
0:08:15
We'll be nice peasants. Okay. So with that naivety out of the way, are you done now?

2
0:08:18
Like, can you actually tell if I can add ones? Like, can you actually tell if I can add ones?

5
0:08:28
Finished. I'm finished.

Transcribed with Cockatoo

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

**Court File No./N° du dossier du greffe :** CV-24-00719990-0000

# EXHIBIT "K"

IC3

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice    **Court File No./N° du dossier du greffe : CV-24-00719990-0000**



FEDERAL
BUREAU OF
INVESTIGATION    HOME    FILE A COMPLAINT    CONSUMER ALERTS    INDUSTRY ALERTS    BEC    RANSOMWARE    ELDER FRAUD    COMMON SCAMS

## Victim Information

| | |
|---|---|
| Name: | Brent Kideckel |
| Are you reporting on behalf of a business? | No |
| Business Name: | |
| Is the incident currently impacting business operations? | |
| Age: | 40 – 49 |
| Is the victim aged 17 or under? | |
| Address: | ██████████████ |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | ███████ |
| County: | |
| Country: | ████████████ |
| State: | |
| Zip Code/Route: | |
| Phone Number: | 9176340637 |
| Email Address: | Brentkideckel@gmail.com |
| Business IT POC, if applicable: | |
| Other Business POC, if applicable: | |

## Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

IC3

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

Court File No./N° du dossier du greffe : CV-24-00719990-0000

IDENTITY THEFT- escalated to threatening statements to third parties in Canada

Beginning in December 2023, my long-estranged brother in Toronto, Canada, began contacting cousins etc that are close to me, to (falsely) claim I have been sending text messages to him, his family, and his employers. These messages are being sent from Canadian phone numbers I once had, however I've only had one phone number- my US #- for over a decade.

David Kideckel, my brother, sent messages at first that were incomprehensible, however the commentary to family was that it was to portray him poorly while also making me look bad to our cousins.

Receiving no reaction from me, David escalated the rhetoric of his messages purporting to be of a harassing and threatening nature. Again- I want nothing to do with him, and I have gone to great lengths to insulate myself from him and Hope Springnan, my "mother."

David has either assumed, or mimicked phone numbers that are not mine, however uttering threats to create a manufactured threat to himself.  I have not seen any of these messages- David however has used it to seek harm on me if I were to travel to Canada.

I'll be taking civil action against David for all this, however -- I'm concerned that he may escalate, as he is a known via,ent person. While hearsay, it is my understanding that he was physically abusive to his ex-wife, Dr. Sari Herman of Toronto, Canada. The harassment and bullying of persons did not start with me-- David had been harassing and bullying other family members (all of whom would be happy to be contacted about the matter) and while they just blocked him on their devices, he has escalated in his attack towards me.

On January 21, 2024, I was in Sarasota, Florida at my cousin's condo at 35 Watergate. During a call between David and Mrs. Lynn Burton, he makes explicitly clear that he seeks revenge on me for suing Hope Springman 15 years ago (!!) for fraudulently withdrawing the contents of my Bar Mitzvah trust account. I have a recording of this call.

David has also had a long history of violence including anger management for many years, albeit clearly ineffective  My husband is a victim of violent crime-- his grandparents Rod and Lois Houser were brutally murdered in Central Oregon in 1he 1980s. Their killer, Kuzyk, is still on death row in Oregon and the family is forever dealing with the matter- parole hearings, victim impact statements, etc. We have a genuine and real fear for our physically safety.

I've filed a report for harassment and stalking with the ████████████████████████████████ and I've attempted multiple times to file with the Toronto Police but they will not take my complaint and require that US Law Enforcement engage with them directly. Officer Cook of the Sarasota Police Department, whom I've spoken with on a couple of occasions, advised to file here, directly with the FBI.

PLEASE HELP!!

## Information About The Subject(s) Who Victimized You

| | |
|---|---|
| Name: | David Michael Kideckel |
| Business Name: | |
| Address: | 23 Peveril Hill South |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | Toronto |
| Country: | Canada |
| State: | |
| Zip Code/Route: | M6C 3A7 |
| Phone Number: | 4165872549 |
| Email Address: | kideckeldavid@gmail.com |
| Website: | |
| IP Address: | |

## Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

IC3

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

Court File No./N° du dossier du greffe : CV-24-00719990-0000

[No response provided]

Are there any other witnesses or victims to this incident?

Yes--

███████████████████████████

██████████████████████

█████████████████████████████████

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

███████████████████████████████████

Sarasota Police Department, Officer Cook (941)263-6773

Ive spoken to both on multiple occasions over the past five weeks.

Check here if this an update to a previously filed complaint: ☐

## Who Filed the Complaint

Were you the victim in the incident described above? Yes
Name:
Business Name:
Phone Number:
Email Address:

## Digital Signature

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S.Code, Section 1001)

Digital Signature: Brent R. Kideckel

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

Court File No./N° du dossier du greffe : CV-24-00719990-0000

# EXHIBIT "L"

Plai
Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice    **Court File No./N° du dossier du greffe :** CV-24-00719990-0000



BDIEP
BUREAU DU DIRECTEUR INDÉPENDANT
DE L'EXAMEN DE LA POLICE

# Plainte du BDIEP déposée

### Numéro de dossier: E-202403141532025133

Après avoir examiné votre plainte, vous recevrez une lettre vous informant de la décision de sélection

Vous pouvez utiliser ce lien pour vérifier l'état de votre plainte:

https://complaint.oiprd.on.ca/OIPRD.Estatus/check_fr.php

**Veuillez noter que les réclamations mettront 1 à 2 jours pour apparaître dans le système**

## Données soumises

**Avez-vous déjà déposé une plainte connexe auprès du BDIEP?**

Non

**Ceci est une plainte:**

me

Non

**Je voudrais être contacté par**

Courriel

**Cette plainte se rapporte-t-elle à une instance en cours devant un tribunal pénal?**

Oui

**J'envisagerais de suivre le programme de règlement rapide pour cette affaire**

Oui

**Nom**

Brent Kideckel

**Adresse**

Plai

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

Court File No./N° du dossier du greffe : CV-24-00719990-0000

35 Watergate Dr The Tower Residences at The Ritz-Carlton
Sarasota NA 34236

**Téléphone**
9176340637
ONLY ONE #

**Courriel**
Brentkideckel@gmail.com

**Date de l'incident**
1983-11-01

**Date de l'incident**
2024-02-27 to 2024-03-14

**Service de police**
Toronto Police Service

**Station/Division/Détachement**
13th Division

**Officer Name:**
Wilson , David (99450)

**Rue des inciden**
United States

**Incident Intersection**
N/A

**Intersection d'incidents**
Sarasota

**Résumé de la plainte**
For the past 12+ years-I have been living in the US- living a very happy and peaceful life. I have zero ties to Canada. ██████████████████████████████████. I have absolutely nothing to do with Canada- a sentiment shared by most Canadian ex-pats upon realizing Canada is not quite the first-world country we were indoctrinated to believe- just like how nobody taught us about the Residential Schools and how Canadian law enforcement turned a blind eye to the rape, torture, and brainwashing of its Native population. Or that the most notorious murder in

Plai
Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice     **Court File No./N° du dossier du greffe :** CV-24-00719990-0000

to Hope Springman's cancer diagnosis and necessity for familial bone marrow.) ▮▮▮▮▮ advised that I call TPS to do a welfare check on Mr. David Kideckel's children given his history of physical and verbal abuse. Our father Howard Kideckel advised me that Mr. David Kideckel's first wife, Dr. Sari Herman of Toronto, Canada, filed for divorce many years ago due to his physical and verbal abuse. (This is hearsay, but I believe my father as he too is physically frightened of his son, Mr. David Kideckel.▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Mr. David Kideckel has been fired from seven jobs in the past year (I honestly couldn't care less though, I want nothing to do with him because he's a sociopath with narcissistic personality disorder) but I presume that is informing Mr. David Kideckel's current and ongoing mental health episode. Given the harassment from one person to the next I wrongfully assumed that once I blocked contact he would move on. Instead, he escalated to seeking my arrest. On February 27, 2024, I received a text out of the blue from a 416 # purporting to be David Wilson of the TPS. I called the office he provided and was informed I'd be arrested on entry to Canada. He wouldn't provide further details and expressed he was only calling to tell me I'd be arrested in Canada upon entry. Which, is odd, as per above, I have no intuition of ever setting foot on Canadian soil for the duration of my life. I retained a criminal defense attorney in Toronto, Canada, Mr. Loui Dallas, who followed up to find out that the arrest warrants were real. Surprisingly, akin to a kangaroo court of Russia or Venezuela, my attorney couldn't even gain access to information pertaining to the charges. Having never in my life interacted with the criminal justice system, you can imagine all of our shock at the third-world nature of Onatrio's policing services. Even two of my friends who work for the Winnipeg Police Service are in shock and disbelief, if not outright embarrassed. Having spoken to the FBI and various local police departments and officers, no one could believe that no due diligence was done and that an arrest warrant could be issued without probable cause, or even speaking with me. it would be very easy, if not expected standard practice when PROTECTING AND SERVING the public, to conclude that I have no Canadian phone numbers, and it is impossible for me to have sent any threatening text messages. Having spoken to a female officer at 13 Division on March 12th 2024 (sounded African-American on the phone) I was given the example of rape victim who burns all their clothes- and that based on that attestation the Toronto Police will unilaterally go arrest a person who has been false accused. I asked the female about a more accurate comparison- the rape victim who makes a fraudulent report for revenge after getting dumped, to which I was informed that the person would see their charges dropped, and go on with their life. I asked what recourse a wrongfully accused person may take in Canada, to which I was told "you can file a complaint." Further I was advised that in Canada an actual lawyer (crown/prosecutor) hasn't even seen or approved of the charges. Solely based on the current mood of a lazy and

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

Plai

**Court File No./N° du dossier du greffe :** CV-24-00719990-0000

incompetent detective, I have to answer a false warrant. Of course they won't permit to answer the charges virtually, and because of the third-world nature of the Health and Law Enforcement Operations of Ontario, Canada, it's unknown If the Canadian policing agencies will seek retribution and hold me against my will. A real and feasible conclusion made based on the plainly incompetent Toronto Police Service. I too asked what TPS would do with someone- Mr. David Kideckel specifically- for filing a false police report, wasting resources, and engaged in public mischief. I was told essentially, "nothing" would be done and that officers advise individuals claiming victim status that it is a penalty to lie under oath-- clearly meaningless all around. Mr. David Kideckel's wife is a criminal defense attorney and he likely knew what he could get away with. I also tried on no less than three occasions to file a complaint with the Toronto Police Service for identity theft and staking. I was advised that they "need a victim" so I need to go to my local PD-- I've gone to the FBI and my local PD who I anticipate will be reaching out to Canadian Law Enforcement, however it should be made clear that the Toronto Police was uninterested in a complaint against a person in their jurisdiction, for whom they have a history of. Thankfully I live under the jurisdiction of a competent court and law enforcement structure, for which I can seek redress. Which is why I'm suing David Wilson, Dave Lim, Myron Denkiw, and the Toronto Police Service for One Million Dollars, here in the United States. I should also mention that my husband's grandparents were brutally murdered in the 1980s with their killer still on death row. We take our physical safety very seriously and exercise our full rights under the Castle Doctrine. Which is why I'm also asking the Court to permanently exclude David Wilson (bar entry) from the United States, given his firearm training, and possession of an official badge, albeit from a plainly incompetent jurisdiction. Please note that the address provided in Sarasota, Florida is neither my primary residence, nor mailing address; with a genuine fear for our safety from Messrs. Wilson and David Kideckel, I am withholding our address. It has been provided to the FBI for my report of identity theft and stalking.

## Détails de l'accessibilité

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

Court File No./N° du dossier du greffe : CV-24-00719990-0000

# EXHIBIT "M"

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

Court File No./N° du dossier du greffe : CV-24-00719990-0000

## WORLD NEWS

( 173 Comments )

# Toronto police slammed for advising residents to leave car keys within easy reach for

### TRENDING NOW

**IN WORLD NEWS**



**Innocent dad loses entire life savings in sophisticated email scam: 'Nothing left'**

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

Court File No./N° du dossier du greffe : CV-24-00719990-0000

# thieves to avoid violence

By Alyssa Guzman

Published March 15, 2024, 5:50 p.m. ET

00:00 / 00:48

Toronto police are being ridiculed for essentially advising Canadians to preemptively give thieves their car keys to avoid potential violent altercations.

Police issued the strange tip as more and more thieves have been breaking into homes and stealing people's cars.

"To prevent the possibility of being attacked in your home, leave your fobs at the front door because they are breaking into your home to steal your car; they don't want anything else," Cst. Marco Ricciardi said last month, according to City News.



**'Extraordinary' police officer dies in freak accident during his engagement party in front of his fiancée**



**Insurance scammer who wanted $1.3M claim caused his own amputations with dry ice: police**



**Bombs pummel Russia, as Ukrainians forced to vote for Putin at gunpoint**

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

Court File No./N° du dossier du greffe : CV-24-00719990-0000



Cst. Marco Ricciardi recommended Toronto residents to leave their key fobs "at the front door" to avoid car thieves breaking into their homes. The thieves are often armed and Ricciardi reminded residents that these are "not toy guns."

Toronto Police advised residents to leave their key fobs in a Faraday pouch outside their door to dissuade thieves, who are often armed, from entering their homes.

00:00                    04:05

Their advice was quickly picked apart, prompting the department to issue a statement Wednesday defending their intentions as "well-meaning."

## EXPLORE MORE







**NOW ON**

# Page Six

**Watch North West give rare interview**

Tor·
Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice
Court File No./N° du dossier du greffe : CV-24-00719990-0000

**Innocent dad loses entire life savings in sophisticated email scam: 'Nothing left'**

**'Extraordinary' police officer dies in freak accident during his engagement party in front of his fiancée**

**Insurance scammer who wanted $1.3M claim caused his own amputations with dry ice: police**

about new album as proud mom Kim Kardashian cheers her on

**Kim Kardashian jokes she's 'on her way to find' Kate Middleton amid conspiracy theories**

**SEE ALL ▶**

But Canadians still didn't like the "bizarre" piece of advice.

"Toronto Police advising the public to leave your fobs near the door. They suggest this because invaders are primarily entering homes to steal your cars. Why not hang your keys outside the door? Or better yet, just leave them in the car," one X user wrote.

Another fed-up woman added her own mocking suggestion: "It is also recommended that you leave out a cold beer and some cookies. If things get violent the TPS will smooth things over with fresh hot coffee."



Toronto Police advised residents to leave their key fobs in a Faraday pouch outside their door to dissuade thieves from entering their homes, an effort to avoid potentially violent confrontations.

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

Court File No./N° du dossier du greffe : CV-24-00719990-0000



Car thefts spiked nearly 25% in 2023 compared to the previous year and home invasion and auto thefts have risen 400%, according to Toronto Police.



Police backtracked on Wednesday, calling the officer's advice "well-meaning" before offering other suggestions on how to prevent auto theft, including parking vehicles in garages, adding extra exterior lighting, and installing security cameras.

OfficialYRP

Another accused police of "failed state level insanity" and joked authorities were saying: "'Hey guys do you mind making it easier for people to steal your cars so that they won't break into your house instead? Thanks' – The TORONTO POLICE."

One user simply asked the police to do their job, writing on X: "There are laws in place for a reason. We need to use them and enforce them."

Another joked: "Canada. Where you can't defend your

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

Court File No./N° du dossier du greffe : CV-24-00719990-0000

property. Just hand it over."

---

 **TrumpGirlOnFire**
@TrumpGirlOnFire                                    ...

This is bizarre, Toronto Police advising the public to leave your fobs near
the door. They suggest this because invaders are primarily entering
homes to steal your cars"

Why not hang your keys outside the door? Or better yet, just leave them
in t| 7 |😂😂

#TrumpGirlOnFire

---

Their advice was quickly picked apart, with one calling it
"bizarre." Others asked the police to enforce the laws.

---

**Anthony Koch** ✔
@Anthony_Koch                                      ...

This is failed state level insanity.

"He| 7 |s do you mind making it easier for people to steal your cars so
th........ won't break into your house instead? Thanks" – The TORONTO
POLICE

---

Another accused police of "failed state level insanity" and said
authorities were making it easier for thieves.

---

 **Observing & Watching** [•]⚒️ 💜 ✅
@watcher0516                                        ...

Maybe people shouldn't steal in the first place.

I will not make it easier for you to steal from me.

The| 7 |laws in place for a reason. We need to use them and enforce
the

8:29 AM · Mar 14, 2024 · **246** Views

---

One user simply asked the police to do their job, writing on X:
"There are laws in place for a reason. We need to use them
and enforce them."

On Wednesday, the police department suggested
other ways to prevent auto thefts outside of practically
handing over your keys, which include parking vehicles
in garages, adding extra exterior lighting, and installing
security cameras.

Car thefts spiked nearly 25% in 2023 compared to the

Tor
Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

Court File No./N° du dossier du greffe : CV-24-00719990-0000

previous year, and home invasion and auto thefts have risen 400%, according to Toronto Police.

---

**173**    **What do you think? <u>Post a comment.</u>**

---

The problem has gotten so bad that another Canadian law enforcement agency, York Regional Police, has even begun handing out doorstops to residents to help prevent thieves from kicking open their door to steal key fobs, according to City News.



SECTIONS                                                                    LOG IN

**LATEST IN WORLD NEWS**

 **South Africa faces backlash for making millions in US benefits...**

 **Why Hamas 'holds all the cards' over the fate of Israeli...**

 **Innoce entire I sophis**

---

READ NEXT    **World's first Michelin-starred meal in space will cost you...**



AdChoices ▷                                                    Sponsorec

**SPONSORED STORIES**

 **Forget The Blue Pill, Use Thi**
trkmeded.

 **The 'Pocket' Scarf is**
Fashionl

 **Japanese men have an**
The Econ

 **The perfect sandal**
libiyi.com

Tor
Case 1:24-cv-02907-CJN    Document 48-2    Filed 03/10/25    Page 153 of 210
Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice
Court File No./N° du dossier du greffe : CV-24-00719990-0000

previous year, and home invasion and auto thefts have risen 400%, according to Toronto Police.

---

**173**    **What do you think? <u>Post a comment.</u>**

---

The problem has gotten so bad that another Canadian law enforcement agency, York Regional Police, has even begun handing out doorstops to residents to help prevent thieves from kicking open their door to steal key fobs, according to City News.

SECTIONS  LOG IN

**LATEST IN WORLD NEWS**

 **South Africa faces backlash for making millions in US benefits...**

 **Why Hamas 'holds all the cards' over the fate of Israeli...**

 **Innoce entire l sophis**

READ NEXT    **World's first Michelin-starred meal in space will cost you...**

**SPONSORED STORIES**


AdChoices ▷                    Sponsored

 **Forget The Blue Pill, Use Thi**
trkmeded.

 **The 'Pocket' Scarf is**
Fashion!

 **Japanese men have an**
The Econ

 **The perfect sandal**
libiyi.com

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

# EXHIBIT "N"

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice     **Court File No./N° du dossier du greffe :** CV-24-00719990-0000

**From** Mara Koven-Lapointe MKoven-Lapointe@ligic.ca

**Subject** Re: David Kideckel

**Date** Jan 24, 2024 at 12:31:29 PM

**To** Brent K brentkideckel@gmail.com

larry.vickar@vickar.com

Brent,

I have no contact with David. He made contact with me very randomly over Messenger several months ago. I had not spoken to him before that conversation in many many years. I casually mentioned that I met his cousin in Sarasota. I couldn't even remember her name, so I was trying to give him context. I told him that she was close to you (Brent) but didn't have much to say about David other than that he is serious. That was the extent of that conversation.

He then later made contact with me and was harassing me about a Facebook post I made about the war in Gaza. I blocked him from my Facebook and have had no further contact with him.

I have no knowledge whatsoever of your family dynamics. My comment to him was so insignificant, I certainly did not intend to cause any issues – and not sure how I could have.

I was with Larry on a social visit and was not there in any legal capacity.

I don't know how I can be of help to you in this matter but certainly don't want to interact with your brother further. If your cousin wishes to hear from me, I can certainly contact her, but again, I am not sure what I can do to assist her.

Mara

Sent from my iPhone

On Jan 24, 2024, at 2:20PM, Brent K <brentkideckel@gmail.com> wrote:

[Some people who received this message don't often get email from brentkideckel@gmail.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

Court File No./N° du dossier du greffe : CV-24-00719990-0000

# EXHIBIT "O"

Electronically issued / Délivré par voie électronique : 10-May-2024    **Court File No./N° du dossier du greffe :** CV-24-00719990-0000
Toronto Superior Court of Justice / Cour supérieure de justice

 **SCALZI CAPLAN**

20 Caldan Road, Unit 7
Vaughan, ON, L4K 4N8

January 26, 2024

**BRENT KIDECKEL: brentkideckel@gmail.com**

Mr. Kideckel:

Re:     David Kideckel v Brent Kideckel
Our File No.:     02370

We are litigation counsel to Dr. David Kideckel.

It is our understanding that you have chosen to defame and harass our client in an effort to cause them serious economic, and psychological harm, by way of unfounded, bad faith, harassing, and defamatory statements.

Your malicious and defamatory statements have caused and continue to cause irreparable harm to our client's reputation. Your conduct amounts to an unlawful interference with our client's economic interest.

We have instructions to commence legal proceedings against you with respect to your forgoing conduct, unless you:

1. immediately cease and desist from making further oral or written statements or threats of similar nature or kind and immediately cease and desist from contacting our client's family members and/or colleagues, directly or indirectly;
2. execute an APOLOGY, RETRACTION and UNDERTAKING, that may be published in any manner or form of our client's choosing; and
3. remove any and all statements you published or caused to have published, immediately;
4. pay the sum of ONE THOUSAND DOLLARS ($1,000) by certified cheque, money order or wire transfer, to Scalzi Professional Corporation, in Trust, such funds to be used to defray our client's legal fees.

If you fail to perform the foregoing terms by no later than January 29, 2024, legal proceedings will be commenced against you without further notice.

Regards,

Aram Simovonian

D: 647.577.8009 | E aram@sclawpartners.ca | W www.sclawpartners.com

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

**Court File No./N° du dossier du greffe :** CV-24-00719990-0000

# EXHIBIT "Q"

Electronically issued / Délivré par voie électronique : 10-May-2024
Toronto Superior Court of Justice / Cour supérieure de justice

**Court File No./N° du dossier du greffe :** CV-24-00719990-0000

Brent - this is Aram. Don't play with me. You don't know me and you don't want this problem. Watch yourself, boy. The hair on my back stands up when my mother is bothered - this is your first and only warning. Tread lightly.

This is Exhibit "O" to the Affidavit of David
Kideckel sworn on August 27, 2024.

_____
Aram Simovonian (73974D)

From: no-reply@dashboard.incomrealestate.com
Sent: Thursday, May 9, 2024 2:37pm
To: olga@homelifebayview.com
Subject: New Lead Alert - Brent Kideckel Assigned to ALVART SIMOVONIAN

**Great news - You have a new lead auto-assigned to ALVART SIMOVONIAN**

**Name:** Brent Kideckel

**Email:** brentkideckel@gmail.com

**Phone:** 9176340637

**Form Name:** Contact Form

**Contact Message:** Hello are you related to Aram Simovonian? I am trying to locate him to serve him with Court documents. He has been sued for fraud and harassment, along with his former employers, Gary Caplan and Carmine Scalzi. Does he live with you? Can he be served there?

**URL:** https://www.homelifebayview.com/node/10500

**Group:** OTHER

**Lead description and interest:** Service Provider
Did you know that the odds of qualifying a lead in 5 minutes versus 30 minutes drop 21 times?
See this lead in your CRM > here Or One-time login link

Do not forward or send this email to the agent as a copy has already been sent to the assigned agent

Cheers, iNCOM Real Estate

This e-mail message is intended only for our members or subscribers and contains information that is, confidential, subject to copyright and/or exempt from disclosure under applicable law. You are hereby notified that any unauthorized use of this transmission is strictly prohibited. If you are not our member or subscriber, please immediately notify the sender and delete this e-mail message.

Thank you

Olga Moss
Accounting/Office Administrator
HomeLife/Bayview Realty Inc., Brokerage
505 Hwy 7 (E) #201
Thornhill, Ontario
L3T 7T1

This is Exhibit "P" to the Affidavit of David
Kideckel sworn on August 27, 2024.

_____
Aram Simovonian (73974D)

Brent Kideckel



AS    Aram Simovonian <asimovonian@limalaw.ca>
To  olga@homelifebayview.com

☺  ↩ Reply    ↩ Reply All    → Forward    🗗    •••

Thu 5/9/2024 4:42 PM

Olga - apologies about Brent. He's a vexatious litigant.

I represent Brent's brother in a lawsuit and in response Brent had started a campaign of harassing everyone involved.

Call me if you want to discuss - 647.677.8009.

Thanks,

Aram

Get Outlook for Android



Olga <olga@homelifebayview.com>
To Aram Simovonian

Thu 5/9/2024 4:47 PM

(i) You replied to this message on 5/9/2024 4:48 PM.

Iwas surprised to see that sent to your mom...she us a woman of outstanding character and I would not imagine her son doing something like this..

Thank you

Olga Moss
Accounting/Office Administrator
HomeLife/Bayview Realty Inc., Brokerage
505 Hwy 7 (E) #201
Thornhill, Ontario
L3T 7T1

Tel: (905)889-2200
Fax: (905-889-3322

Email: olga@homelifebayview.com & accounting@homelifebayview.com

This is Exhibit "Q" to the Affidavit of David
Kideckel sworn on August 27, 2024.

_____
Aram Simovonian (73974D)

Court File No.: CV-24-00719990-0000

***ONTARIO***

**SUPERIOR COURT OF JUSTICE**

B E T W E E N :

BRENT RICHARD KIDECKEL

Plaintiff

and

DAVID MICHAEL KIDECKEL, DAHLIA SAIBIL, HOPE SPRINGMAN, KENNETH NORWICH, ARAM SIMOVONIAN, GARY CAPLAN, CARMINE SCALZI, SCALZI CAPLAN LLP, DAVID WILSON as an Officer of Toronto Police Service, DAVE LIM as Staff Sergeant of Toronto Police Service, TORONTO POLICE SERVICE, THE PROVINCE OF ONTARIO, CANADA, DOUG DOWNEY as Attorney General of the Canadian Province of Ontario

Defendants

**STATEMENT OF DEFENCE OF DAVID MICHAEL KIDECKEL AND DAHLIA SAIBIL**

1.      The Defendants are husband and wife and reside in the City of Toronto, in the Province of Ontario.

2.      The Defendants deny each and every allegation contained in the Statement of Claim.

3.      The Plaintiff is the estranged brother of the Defendant, David Michael Kideckel. The Plaintiff resides somewhere in the United States of America.

4.      The Plaintiff is deemed a vexatious litigant in the State of California in the Riverside Superior Court, Case Number PSC2000944, and in the State of Nevada, in Justice Court, Las Vegas Township, Case Number 19C-027549.

5.      On February 1, 2024, the Defendant, David Michael Kideckel, commenced a lawsuit in the Province of Ontario, Canada, against the Plaintiff bearing Court File Number CV-24-00713955-0000, claiming damages for, *inter alia*, defamation, intimidation, publicly placing a person in false light, and intentional infliction of mental suffering.

6.      In response, the Plaintiff commenced the immediate proceeding against, *inter ali*a,  the following persons:

        a.   David Michael Kideckel, the Plaintiff's brother;

    b.   Dahlia Saibil, David Michael Kideckel's wife;

    c.   Hope Springman, the Plaintiff's mother;

    d.   Kenneth Norwich, Hope Springman's husband;

    e.   Aram Simovonian, counsel to David Michael Kideckel;

    f.   Gary Caplan, partner of Scalzi Caplan LLP;

    g.   Carmine Scalzi, partner of Scalzi Caplan LLP; and

    h.   Scalzi Caplan LLP.

7.    The Defendants say, and the fact is that, the Plaintiff's action is scandalous, frivolous, vexatious, and an abuse of process.

8.    The Defendants say, and the fact is that, the Plaintiff's action discloses no reasonable cause of action as against the Defendants.

9.    The Defendants say, and the fact is that, clearly, the Plaintiff's action is devoid of any merit.

10.    The Defendants say, and the fact is that, the Plaintiff's action is devoid of material facts and instead contains ramblings and allegations stitched together by unfounded beliefs and fictitious events rather than being substantiated by any material facts.

11.    The Defendants rely on, *inter alia*, Rule 21 of the *Rules of Civil Procedure*.

June 10, 2024

**LIMA LAW PC**
320 Bay St., Suite 454
Toronto, ON  M5H 4A6
**Aram Simovonian (73974D)**
E: asimovonian@limalaw.ca
D: 647.677.8009

Lawyers for the Defendants,
David Michael Kideckel, and Dahlia Saibil

**TO:**        **BRENT  KIDECKEL**
E: kideckelsaibilspringmanlawsuit@gmail.com

Plaintiff

Court File No. CV-24-00719990-0000

BRENT RICHARD KIDECKEL                          and      DAVID MICHAEL KIDECKEL et al
Plaintiff                                                         Defendants

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**

PROCEEDING COMMENCED AT
TORONTO

**STATEMENT OF DEFENCE**

**LIMA LAW PC**
320 Bay St., Suite 454
Toronto, ON  M5H 4A6
**Aram Simovonian (73974D)**
E: asimovonian@limalaw.ca
D: 647.677.8009

Lawyers for the
Defendants, David Michael
Kideckel, and Dahlia Saibil

This is Exhibit "R" to the Affidavit of David
Kideckel sworn on August 27, 2024.

_____

Aram Simovonian (73974D)



Dave Lim <Dave.Lim@torontopolice.on.ca>
To   'David Kideckel'; David J.N. Wilson
Cc   Aram Simovonian

  ☺   ← Reply   ← Reply All   → Forward   ...

Mon 5/13/2024 10:10 AM

Hello Mr. Kideckel,

I am so sorry that your family continues to be harassed by your brother, and having your 15 year daughter receive harassing emails is definitely concerning.

There is already a warrant issued for your brother's arrest, but it will only be executed if he tries to enter Canada. We can do two things, we can add a charge for harassing your daughter upon his arrest or start a new investigation with your daughter as the victim (this will require you to file a new report and having your daughter provide a statement). This is a very difficult situation as I don't anticipate your brother ever re-enter Canada.

Det. Wilson is copied on this email, he will be on his annual leave until the end of the month. This will provide your family some time to think about which course of action to take. If you decide to initiate a new investigation, you will not need to consult with Det. Wilson, you can simply call our non-emergency line (416-808-2222) and have officers attend your home to take a new report.

Personally, I think it would be wise to document the new incident involving your daughter with a new report, which can be produced as a further evidence in your civil law suit. You can also file a report first, and think about pursuing criminal charges on later time.

Hope this helps.

*Dave Lim*

Detective Sergeant (8974)
Toronto Police Service – 13 Division
1435 Eglinton Avenue West,
Toronto ON M6C 3Z4
(416)808-1316
8974@tps.ca



David Kideckel <kideckel.david@gmail.com>
To  David J.N. Wilson; dave.lim@torontopolice.on.ca
Cc  Aram Simovonian

Mon 5/13/2024 9:51 AM

 

(i) You replied to this message on 5/13/2024 9:53 AM.

Action Items        Suggested Meetings                                                        + Get more add-ins

Dear Detectives Lim & Wilson:

As you could see from last week, Brent Kideckel continues to send threatening emails to multiple individuals, including all those on this email, and now my wife and mother, amongst others.

In our efforts to be compliant with Ontario law, my lawyer, copied here (Aram Simovonian) and I are awaiting a "Substitution of Service" Order from the Ontario Superior Court of Justice in order to serve Brent with my Statement of Claim through email. We don't know where he lives in the US. I will forward you the Order once received (assuming we receive it).

I am writing to you now because of a more concerning and pressing matter. Brent has created a new email address "KideckelSaibilSpringmanLawsuit@gmail.com" and has been sending my daughter, who is a minor, emails from that account. My daughter has deleted all of Brent's emails and has blocked Brent altogether, but I am concerned that Brent will continue his intimidation and criminal harassment campaign and will try and contact her further (eg through phone/text, other email address etc). He has threatened to subpoena her, for example. She is 15 years old.

My lawyer has advised that from a practical perspective, there is nothing that Ontario/Canadian law permits me to do at this time with respect to expediting my lawsuit against Brent through Court, and has indicated that I should contact you to see whether anything can be done from a policing perspective.

Aram and I are happy to arrange a meeting/call with you to discuss options to prevent Brent from specifically contacting my minor daughter.

May we please hear from you at your convenience?

Best,
David

DL

Dave Lim <Dave.Lim@torontopolice.on.ca>
To  'David Kideckel'
Cc  Aram Simovonian; David J.N. Wilson

😊  ↩ Reply    ↩ Reply All    → Forward        ⋯

Mon 5/13/2024 10:37 AM

ⓘ Follow up. Completed on Friday, May 17, 2024.

Hi,

I share same thought having your daughter involved in the police investigation.

Your brother is continuing to send us emails and other court documents, we have been ignoring them as our legal department is involved.

Thanks.

*Dave Lim*

Detective Sergeant (8974)
Toronto Police Service – 13 Division
1435 Eglinton Avenue West,
Toronto ON M6C 3Z4
(416)808-1316
8974@tps.ca

Electronically issued / Délivré par voie électronique : 10-May-2024          Court File No./N° du dossier du greffe : CV-24-00719990-0000
Toronto Superior Court of Justice / Cour supérieure de justice

Hello,

Thank you for your email.

I do not understand any of this as I have not been harassing anyone!

I have not sent any harassing texts. I want nothing to do with Mr Kideckel or his family.

I'm not understanding how there could he probable cause when I haven't sent any texts and haven't had a Canadian phone number in over a decade.

Could you please clarify and provide a case # as this just does not make any sense.
Brent Kideckel

> On Mar 4, 2024, at 9:11AM, Dave Lim <Dave.Lim@torontopolice.on.ca> wrote:
>
> Hello Mr. Kideckel,
>
> After looking into your complaint, I did not find any wrong doing by either Det. Wilson or his colleagues.
>
> Your brother reported an on-going harassment to 13 Division, which was properly investigated by Det. Wilson and Detective Constable. D'Souza.
>
> Your brother's family expressed safety concerns and wished to pursue criminal charges to prevent you from making any type of unannounced visit.
>
> So to answer your question, Det. Wilson's voicemail is a legitimate and there is a warrant for your arrest at this time for "harassment and uttering death threat."
>
> It is within your right to pursue any type of civil proceedings on your end, but there will be no further action taken by myself or anyone within our service.

Court File No. CV-24-00713955-0000

DAVID KIDECKEL                    and                                        BRENT KIDECKEL

Plaintiff                                                                            Defendants

---

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
PROCEEDING COMMENCED AT
TORONTO

---

**AFFIDAVIT OF DAVID KIDECKEL**

---

LIMA LEE SIMOVONIAN LLP
320 Bay St., Suite 454
Toronto, ON  M5H 4A6
**Aram Simovonian (73974D)**
E: asimovonian@limalaw.ca
T: 647.677.8009

Lawyers for the Plaintiff

TAB 3

Court File No. CV-24-00713955-0000

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**

THE HONOURABLE                )                          ……………, THE ………
                              )
                              )
                              )                          DAY OF ………….., 2024

B E T W E E N:

DAVID KIDECKEL

Plaintiff

and

BRENT RICHARD KIDECKEL

Defendant

**JUDGMENT**

**THIS MOTION** for Judgment, pursuant to Rule 19, made by the Plaintiff, and the Defendant having been noted in default on August 1, 2024, was read today:

**ON READING** the Affidavit of David Kideckel, and the Exhibits attached thereto, and other materials filed by the Plaintiff, including the Plaintiff's Factum:

1.    **THIS COURT ORDERS AND ADJUDGES** that the Plaintiff is entitled to Judgment, as against the Defendant, in the sum of $ _____;

2.    **THIS COURT FURTHER ORDERS AND ADJUDGES** that the Plaintiff is entitled to punitive damages, as against the Defendant, in the sum of $_____;

3.    **THIS COURT ORDERS AND ADJUGES** that the Defendant, and all persons who have knowledge or notice of this Order, shall permanently refrain from making, publishing, or causing to be published, any false or defamatory statements relating to the Plaintiff, whether oral, written, or publish electronically, and distributed by way of Internet, or otherwise;

4.      **THIS COURT ORDERS AND ADJUDGES** that the Defendant shall pay to the Plaintiff costs of this motion and action in the sum of $_____, inclusive of HST and disbursements.

5.      **THIS JUDGMENT** bears interest at a rate of 7% per cent per year from its date.

_____

Court File No. CV-24-00713955-0000

DAVID KIDECKEL                          and                                    BRENT KIDECKEL

Plaintiff                                                                       Defendants

---

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
PROCEEDING COMMENCED AT
TORONTO

---

**JUDGMENT**

---

LIMA LEE SIMOVONIAN LLP
320 Bay St., Suite 454
Toronto, ON  M5H 4A6
**Aram Simovonian (73974D)**
E: asimovonian@limalaw.ca
T: 647.677.8009

Lawyers for the Plaintiff

Court File No. CV-24-00713955-0000

DAVID KIDECKEL                    and                                        BRENT KIDECKEL

Plaintiff                                                                              Defendants

---

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
PROCEEDING COMMENCED AT
TORONTO

---

**MOTION RECORD OF THE PLAINTIFF**

---

LIMA LEE SIMOVONIAN LLP
320 Bay St., Suite 454
Toronto, ON  M5H 4A6
**Aram Simovonian (73974D)**
E: asimovonian@limalaw.ca
T: 647.677.8009

Lawyers for the Plaintiff

EXHIBIT B

Court File No. CV-24-00713955-0000

### *ONTARIO*
### SUPERIOR COURT OF JUSTICE

B E T W E E N:

DAVID KIDECKEL

Plaintiff

and

BRENT RICHARD KIDECKEL

Defendant

### FACTUM OF THE PLAINTIFF
### (Returnable January 17, 2025)
### (defendant noted in default)

November 28, 2024

**LIMA LEE SIMOVONIAN LLP**
320 Bay St., Suite 454
Toronto, ON  M5H 4A6
**Aram Simovonian (73974D)**
E: asimovonian@limalaw.ca
T: 647.677.8009

Lawyers for the Plaintiff

**TO:**    **THIS HONOURABLE COURT**

**INDEX**

| HEADING | PAGE |
|---|---|
| **PART I: BRIEF OVERVIEW STATEMENT** | 3 |
| **PART II: BACKGROUND** | 3 |
| THE VICTIM: DAVID KIDECKEL | 3 |
| THE PERPETRATOR: BRENT KIDECKEL | 4 |
| THE DEFENDANT'S MALICIOUS AND DEFAMATORY CAMPAIGN | 4 |
| THE DEFENDANT'S ONTARIO LAWSUIT | 8 |
| WARRANT FOR THE DEFENDANT'S ARREST | 11 |
| **PART III: ARGUMENT AND THE LAW** | 11 |
| DEFAULT JUDGMENT | 11 |
| DEFAMATION OF THE PLAINTIFF | 13 |
| PORTRAYING THE PLAINTIFF IN FALSE LIGHT | 13 |
| INTENTIONAL INFLICTION OF MENTAL SUFFERING / EMOTIONAL DISTRESS | 15 |
| GENERAL DAMAGES FOR DEFAMATION, FALSE LIGHT, AND MENTAL SUFFERING | 17 |
| PUNITIVE DAMAGES | 19 |
| PERMANENT INJUNCTION TO RESTRAIN THE DEFENDANT | 20 |
| COSTS OF THE MOTION AND ACTION | 23 |
| **PART IV: ORDER REQUESTED** | 23 |

## PART I: BRIEF OVERVIEW STATEMENT

1.      The Plaintiff brings this motion for Judgment against his estranged brother, the Defendant.

2.      The Plaintiff seeks (i) general damages in the sum of $180,000 for defamation, intimidation, publicly placing a person in false light and intentional infliction of mental suffering; (ii) punitive damages in the sum of $20,000; and (iii) a permanent injunction to restrain the Defendant from making further defamatory statements.

3.      Since about August 2023, the Defendant has engaged in a malicious campaign of defamation, and intimidation against the Plaintiff.[1]

4.      The Plaintiff initiated this proceeding on February 1, 2024.[2]

5.      On May 27, 2024, the Statement of Claim was served on the Defendant, pursuant to an Order for substituted service granted by Associate Justice L. La Horey.[3]

6.      The Defendant was noted in default on August 1, 2024.[4]

## PART II: BACKGROUND

**THE VICTIM: DAVID KIDECKEL**

7.      The Plaintiff is 44 years old and lives in Toronto, Ontario, with his wife, Dahlia Saibil, and their three (3) children.[5]

8.      The Plaintiff is a professional and his reputation and standing in the community is of utmost importance to him. The Plaintiff has, over the span of more than twenty (20) years, worked to garner a reputation of trust, competence, ethical business practice, and reliability. Currently, the Plaintiff provides services in finance and capital markets within Life Sciences,

---

[1] Motion Record of the Plaintiff ("**MR**"): Tab 2, Affidavit of David Kideckel ("**Affidavit**") at para 9.
[2] MR: Tab 2, Affidavit, at para 24.
[3] MR: Tab 2, Affidavit, at para 28.
[4] MR: Tab 2, Affidavit, at para 29.
[5] MR: Tab 2, Affidavit at para 1.

where he advises companies on growth strategies and investor relations best practices, including capital formation. The Plaintiff's livelihood is dependent on his reputation.[6]

9.    The Plaintiff:

 a.  holds a PhD from the Institute of Medical Science & Program in Neuroscience at the University of Toronto, and an MBA from the Rotman School of Management;

 b.  is the founder and Principal of Kideckel Advisory Group Inc., and provides expert financial and capital market analysis and functions within Healthcare & Life Sciences; and

 c.  is the Chariman of the Board of PharmaDrug, a publicly listed and specialized biotechnology company focused on research, development and commercialization of natural-based medicines.[7]

**THE PERPETRATOR: BRENT KIDECKEL**

10.    The Defendant is forty (40) years old, and lives, to the best of the Plaintiff's knowledge, in the state of California, in the United States of America.[8]

11.    The Defendant is no stranger to litigation. He has been involved in numerous legal proceedings in the U.S.A.[9] The Defendant's *modus operandi* is to cause harm to people by abusing justice systems, including Ontario's justice system.

12.    The Defendant has been found to be a vexatious litigant in the states of California and Nevada.[10]

**THE DEFENDANT'S MALICIOUS AND DEFAMATORY CAMPAIGN**

13.    Although brothers, the Plaintiff and the Defendant have no relationship. They last saw each other, in person, sometime in or about 2008.[11]

---

[6] MR: Tab 2, Affidavit at para 6.
[7] MR: Tab 2, Affidavit at para 2, 3, and 4.
[8] MR: Tab 2, Affidavit, at para 7.
[9] MR: Tab 2, Affidavit at para 12.
[10] MR: Tab 2, Affidavit at para 12.
[11] MR: Tab 2, Affidavit at para 8.

14.    From 2008 until about August 2023, the Plaintiff had no communication with the Defendant.[12]

15.    The Defendant's campaign began sometime in August 2023. The tools of the Defendant's campaign originated from numerous phone numbers and e-mail addresses, and sent to numerous individuals in whom the Plaintiff is either related to or works with.[13] The following is an overview of the Defendant's defamatory statements:

  a. December 24, 2023, at 8:35 p.m.: Defendant to Plaintiff: "Not really How come you haven't divorced your cheating loser husband It was meant for your Cuntwife I'll send it to her. C U Next Tuesday";

  b. December 28, 2023, at 7:09 p.m., Defendant to Plaintiff: "Maybe it's time for [my daughter] to know more about you. Not before you finish paying alimony for your 2. It's just a matter of time until Wifie #2 kicks you out. Lol I think I'll send all these to wifie. She's going to kick you out soon enough loser boy. C U Next Tuesday. Looooser!!!";

  c. December 28, 2023, at 7:09 p.m., Defendant to Plaintiff: "Loser in jobs, Loser in marriage, Loser with life, Loser with [Plaintiff's daughter]. Just ask your ex if you're a loser. Your ex wife was right about you. She regrets ever having known you and having a remnant of you. Wifie#2 will think the same after she kicks you out. CUNext Tuesday.";

  d. December 30, 2023, at 12:29 a.m., Defendant to Plaintiff: "…Let's pray mommy dearest will die this year. Wifie2 will kick you out ASAP. You'll be twice divorced. Failure in marriage, work and life. You hit the trifecta bro!!!!";

  e. January 18 and 19, 2024, Defendant to Plaintiff: "How is the failure in life feeling??? You are such a lonesome loser in life. Fired. Divorced twice, no family. You've hit the trifecta bro.";

---

[12] MR: Tab 2, Affidavit at para 9.
[13] MR: Tab 2, Affidavit at para 15.

f.  January 22 and 23, 2024, at 6:57 p.m., Defendant to Plaintiff: "Do you know where I am right now?.. think long and hard where I might be at this minute. I forwarded everything to Sari as we're concerned you may cause physical harm to her daughter given your present manic state. I have a feeling you haven't been entirely forthcoming with your current spouse (if she hasn't already left you) so when the Toronto Police Service show up to 2 Peveril Hill South to do a welfare check on the physical safety of the children, you understand why. Pardon me ~23 PH road. I know how to use google. I misheard you when I was sitting beside Lynn last evening.";

g.  January 22, 2024, at 12:39 p.m., Defendant to the CEO & Director at PharmaDrug, Robert Steen,: "1.Origin merchant partners 2.intelgenx. He gets fired and then sues them And settles out of court with NDA's That's his M.O. He lasted until they found out about him";

h.  January 22, 2024, at 6:49 p.m., Defendant to Mr. Steen: "DK [reference to the Plaintiff] has mental health issues that percolate to the surface quite often His exwife was subjected to that all the time";

i.  January 23, 2024, at 8:19 a.m., Defendant to Plaintiff: "David, If you call me but one more time I'm going to go to the FBI and report this harassment, backed up with a lawsuit against you that will see you barred for life from the United States. Is that what you want? My husband's uncle is Phil Knight, the founder of Nike- we're well connected. This stops now.";

j.  January 27, 2024, at 11:07 a.m., Defendant to Plaintiff's spouse: "You are married to such a loser in life.";

k.  January 27, 2024, at 11:56 am, Defendant to Mr. Steen, and Daniel Cohen (former CEO of PharmaDrug): "Kideckel has been arrested charged and convicted of drunk driving and driving under the influence. Good for you for having such an upstanding person as your chairman and director"; and

l.   January 29, 2024, at 1:04 p.m., Defendant to Mr. Steen and Mr. Cohen: "He [reference to the Plaintiff] has undiagnosed mental illness." [14]

16.   Words alone did not satisfy the Defendant's appetite to ruin the Plaintiff's life. He took things further. On January 23, 2024, at 1:13 p.m., the Defendant e-mailed the Plaintiff, the Plaintiff and Defendant's parents, and the Plaintiff's ex-wife, with the following:

> I own a house […]. We have guns and if you're seen on our cameras on our property, and based on your past physical abuse of your ex wife Sari, your presence on my property will be construed as an immediate threat to my family's safety. **You [the Plaintiff] will be shot and killed with no warning. Is that understood?**
>
> […]
>
> Have you considered checking yourself in to CAMH?
>
> […]
>
> **If the Toronto Police Service shows up at your house for a welfare check on your children, don't be surprised. [emphasis added]** [15]

17.   True to the Defendant's threat, on January 23, 2024, at about 9:15 p.m., two uniformed police officers attended at the Plaintiff's residence and advised the Plaintiff that the Defendant reported to the police that the Plaintiff's children are in danger. This was a random "wellness check" organized by the Defendant's false allegations. The Plaintiff explained to the police the background of this matter, and that his children, are, in fact, not in danger, and that the Defendant's allegations are a complete falsehood and attempt to embarrass the Plaintiff in front of his wife and children.[16]

18.   This event, coupled with the above noted texts, caused the Plaintiff (and his family) stress, anxiety, and fear for their safety.[17]

19.   The Plaintiff, in an effort to deter the Defendant's conduct, retained counsel and instructed counsel to deliver to the Defendant a "cease and desist" letter demanding that the

---

[14] MR: Tab 2, Affidavit at para 16.
[15] MR: Tab 2, Affidavit at para 18.
[16] MR: Tab 2, Affidavit at para 19.
[17] MR: Tab 2, Affidavit at para 20.

Defendant cease his behaviors, and deliver a retraction, apology, and undertaking to the Plaintiff."[18]

20.    The cease and desist letter was delivered to the Defendant on January 26, 2024, however, it did not have its intended effect. In response, the Defendant said that he "welcomes" a lawsuit.[19] The situation worsened, and the Plaintiff was left with no option other than to commence legal proceedings.

21.    The Plaintiff initiated this action on February 1, 2024.

22.    The Plaintiff does not know the precise location of where the Defendant resides. In that regard, on May 22, 2024, the Honourable Associate Justice L. La Horey granted to the Plaintiff an Order for substituted service to serve the Statement of Claim on the Defendant by e-mail.[20]

23.    The Statement of Claim was served on May 27, 2024.[21] The Defendant did not defend the proceeding.

24.    The Defendant was noted in default on August 1, 2024.[22]

**THE DEFENDANT'S ONTARIO LAWSUIT**

25.    The Defendant was neither discouraged nor deterred by the cease and desist letter. The Defendant was not remorseful for his actions, nor did he apologize for the harm caused to the Plaintiff.

26.    Rather than stop his behavior, the Defendant "doubled down" and commenced his own litigation, in Ontario, while residing in the U.S.A.[23] The Defendant sued the Plaintiff, the Plaintiff's spouse, his parents, the Plaintiff's counsel, the Toronto Police, various detectives of the Toronto Police, Doug Downey, and the Ministry of the Attorney General, in Court File No.: CV-24-00719990-0000.

---

[18] MR: Tab 2, Affidavit at para 21.
[19] MR: Tab 2, Affidavit at para 22.
[20] MR: Tab 2, Affidavit at para 27.
[21] MR: Tab 2, Affidavit at para 28.
[22] MR: Tab 2, Affidavit at para 29.
[23] MR: Tab 2, Affidavit at para 33.

27.    The Defendant, in an effort to cause further harm to the Plaintiff, filed false police reports with the Toronto Police Service and the Sarasota Police Department (U.S.A.), alleging that the Plaintiff has been stalking, harassing, and defaming the Plaintiff, and is orchestrating a plan of "revenge" against the Defendant.[24]

28.    On May 7, 2024, at 4:17 p.m. the Defendant e-mailed the Plaintiff, and others, and said this:

> He [the Plaintiff] needs serious mental health treatment.
>
> [...]
>
> **EVERY court document filed in US court is readily available on a google search. Everything David sends will be available on the internet in perpetuity on a search of his name.** Is this what you want your grandkids to go through? I have e-mails, texts, audio recordings. David's never been the smartest but how embarrassing for all of you.
>
> [...] [**emphasis added**][25]

29.    On the same day, at 9:19 p.m., the Defendant e-mailed the Plaintiff's spouse, and others, including detectives of the Toronto Police, accusing the Plaintiff of impersonating the Defendant's identity, and physically and mentally abusing the Defendant. Here is an excerpt of that e-mail:

> I understand you [the Plaintiff's spouse] works for the Attorney General of Ontario. As you prepare to go on maternity leave you'll note that the AG is also being sued, along with the Toronto Police Service (and Aram Simovonian and Scalzi Caplan) for their roles in perpetuating this harassment through the negligent infliction of emotional distress.[26]

30.    On May 8, 2024, at 9:02 a.m., the Defendant e-mailed the Plaintiff, various detectives of the Toronto Police, and Doug Downey, stating that the Defendant is suing the Plaintiff for $1,000,000 in Ontario, and that "[a]ll of this is going to be in the public record in perpetuity. Is this how you want your kids to see you?". Further, the Defendant stated that his lawsuit is one

---

[24] MR: Tab 2, Affidavit at para 30.
[25] MR, Tab 2: Affidavit at para 31.
[26] MR, Tab 2: Affidavit at para 32.

of three lawsuits being brought against the Plaintiff (and others), in Canada, Ontario and the U.S.A.[27]

31.    The Defendant said this in the e-mail of May 8, 2024, at 7:28 p.m. which he sent to the Plaintiff, various Detectives of the Toronto Police, and the Plaintiff's family members:

> **My friends who have been blind carbon copied** (or BCC'd) on this e-mail – it is for your reference. I've told you my brother is unstable abusive narcissi, and my mother is a goldigger. **Now you'll see why I want nothing to do with these disgusting humans.**[28] [**emphasis added**]

32.    It remains unknown to the Plaintiff to whom exactly the Defendant sent the above statement, but, clearly, the statement received publication to multiple people.

33.    The Defendant's intended effect is abundantly clear: ruin the Plaintiff's reputation and torment his life.

34.    The Defendant is making every effort to embarrass the Plaintiff, a goal the Defendant made clear in an e-mail of January 23, 2024, when he said that he would like to embarrass the Plaintiff in Court in front of his children.

35.    In addition to filing false reports against the Plaintiff to the Toronto Police Service, and Sarasota Police Service, the Defendant has filed  false reports against the Plaintiff to the FBI. Here is an excerpt from Brent's false report to the FBI:

> I'll be taking civil action against David for all this, however -- **I'm concerned that he may escalate, as he is a known [violent] person**. While hearsay, it is my understanding that he was physically abusive to his ex-wife, Dr. Sari Herman of Toronto, Canada. The harassment and bullying of persons did not start with me-- David had been harassing and bullying other family members (all of whom would be happy to be contacted about the matter) and while they just blocked him on their devices, he has escalated in his attack towards me.
>
> […]

---

[27] MR, Tab 2: Affidavit at para 33.
[28] MR, Tab 2: Affidavit at para 35.

**David has also had a long history of violence including anger management for many years**, albeit clearly ineffective My husband is a victim of violent crime-- his grandparents Rod and Lois Houser were brutally murdered in Central Oregon in 1he 1980s. Their killer, Kuzyk, is still on death row in Oregon and the family is forever dealing with the matter-parole hearings, victim impact statements, etc. We have a genuine and real fear for our physically safety.[29] [**emphasis added**]

36.    The above is of particularly grave concern to the Plaintiff because the Plaintiff regularly travels to the U.S.A. for business purposes and now has a fear of being arrested and/or detained during his travels.

**WARRANT FOR THE DEFENDANT'S ARREST**

37.    In an effort to protect his family and himself, the Plaintiff contacted the 13 Police Division and filed a report against the Defendant for "uttering death threats and harassment".

38.    In light of this report, the Defendant now contacts the Detectives at 13 Police Division, and has sued the Toronto Police, in his frivolous lawsuit.

39.    There is currently a warrant issued for the Defendant's arrest and it will only be executed if he attempts to enter Canada.[30]

**PART III: ISSUES, ARGUMENT AND THE LAW**

40.    There is only one issue: should this Court grant Judgment to the Plaintiff against the Defendant as claimed in the Statement of Claim?

**DEFAULT JUDGMENT**

41.    Pursuant to Rule 19.02(1)(a), a defendant that has been noted in default is deemed to admit the truth of material facts alleged in the Statement of Claim. Rule 19.06 provides that the Plaintiff is not entitled to judgment on a motion for default judgment or at trial merely because the facts alleged in the Statement of Claim are deemed to be admitted. There must be facts that entitle the Plaintiff to Judgment.

---

[29] MR, Tab 2: Affidavit at para 41.
[30] MR, Tab 2: Affidavit at para 48.

42.    Justice D.M. Brown outlined what a judge must follow on a motion for default Judgment in *Elekta Ltd. v Rodkin*, 2012 ONSC 2062 at para 14, specifically:

    a. What deemed admissions of fact flow from the facts pleaded in the Statement of Claim?

    b. Do those deemed admissions of fact entitle the Plaintiff, as a matter of law, to judgment on the claim?

    c. If they do not, has the Plaintiff adduced admissible evidence which, when combined with the deemed admissions, entitles it to judgment on the pleaded claim?

43.    The Court has a duty to the Plaintiff to dispense cost efficient justice, but also a duty to the absent defendant and to the public to ensure that justice is done.[31]

44.    A summary of the Defendant's key admissions is attached as Schedule "C" to this Factum. In short, the allegations and admissions include the following:

    a. The Defendant engaged in a scheme to damage the personal and professional reputation and livelihood of the Plaintiff by falsely and repeatedly claiming that the Plaintiff is unethical, immoral, suffers from mental illness, and is a criminal.

    b. In order to further his scheme, the Defendant published numerous defamatory e-mails and texts to the Plaintiff's business associates, and family. It remains unclear to the Plaintiff what other manner of publication the Defendant used to continue his defamatory campaign.

    c. The Defendant has threatened to continue publishing his defamatory statements and is not remorseful or apologetic for his actions.

    d. The Defendant's stated goal is to embrace the Plaintiff and to have such embarrassment haunt the Plaintiff online in perpetuity.

---

[31] *Salimijazi v Pakjou*, 2009 CanLII 17354 (ON SC), at para 34.

**DEFAMATION OF THE PLAINTIFF**

45.     Defamation occurs when a defendant makes a communication that tends to lower a person in the estimation of right-thinking members of society, or to expose a person to hatred, contempt, or ridicule.[32]

46.     The elements of defamation are as follows: (i) the Defendant makes a statement; (ii) the words of the statement are defamatory (they lower or tend to lower the plaintiff's reputation in the eyes of a reasonable person); (iii) the statement refers to the plaintiff; and (iv) the statement is published.[33]

47.     In determining whether a reasonable person to whom the words were published would understand them in a defamatory sense, the Courts asks: (i) whether, as a matter of law, the published words are capable of bearing the defamatory meaning alleged by the plaintiff; and (ii) if so, whether a reasonable person would have understood the words in their defamatory sense.[34]

48.     A Court will consider the plain and ordinary meaning of the words, and the surrounding circumstances known to the recipient. The following must be considered in determining the meaning taken from the words: (i) their plain and ordinary meaning; (ii) the context in which the words are used and any reasonable implications the words may bear; (iii) the audience; and (iv) the manner of expression.[35]

49.     A reasonable person is one who is "reasonably thoughtful and informed, rather than someone with an overly fragile sensibility."[36]

50.     Certain statements, like the plaintiff being dishonest, immoral, a pedophile, a terrorist, a terrorist supporter, a racist, a human smuggler, a corrupt politician, a swindler, a racketeer, a

---

[32] Hosseini v Gharagozloo, 2024 ONSC 1106 (CanLII), at para 56.

[33] *Ibid*, at para 56.

[34] *Ibid*, at para 57.

[35] *Ibid*, at para 58.

[36] *Ibid*, at para 59.

gangster, a mobster, are defamatory and so obviously likely to cause serious harm to a person's reputation that the likelihood of harm and general damages can be inferred.[37]

51.     If the above elements are established, on a balance of probabilities, falsity and damage are presumed.[38]

52.     The statements made and the actions taken by the Defendant clearly targeted the Plaintiff. The Defendant published these statements openly, and repeatedly. The Defendant's statements paint the Plaintiff as a person who is: (i) a liar; (ii) immoral; (iii) deceitful; (iv) incompetent; (v) dishonest; (vi) unprofessional; (vii) dishonourable; and (viii) a criminal. In this case, it is clear that the subject words, in their plain and ordinary sense, are clearly defamatory.

53.     The Plaintiff respectfully submits that, in the circumstances of this case, the elements of the tort of defamation have been satisfied: specifically: the Defendant did make statements, by text, e-mail, and likely, according to his threats, other means; the statements did lower the Plaintiff's reputation in the eyes of a reasonable person; the statements clearly refer to the Plaintiff; and, the statements were published.

54.     Default judgment has been granted by the Courts in many cases of defamation.[39]

55.     The Plaintiff further says that that the harm caused by the Defendant's defamatory statements are elevated because the words imply that the Plaintiff is guilty of criminal and professional misconduct.

**PORTRAYING THE PLAINTIFF IN FALSE LIGHT**

56.     The elements for the tort of portraying another person publicly in a "false light" are set out by Kristjanson J. in *Yenovkian v Gulian*, 2019 ONSC 7279:[40] a person who gives publicity to a matter concerning another that places the other before the public in a false light is subject to liability to the other for invasion of privacy if: (i) the false light in which the other was placed

---

[37] *Ibid*, at para 60.
[38] *D'Alessio v Chowdhury*, 2023 ONSC 6075 (CanLII), at para 27.
[39] *Anson Advisors Inc. et al v James Stafford et al.*, 2023 ONSC 5537 (CanLII) at para 90: *Barrick Gold Corp. v. Lopehandia*, 2004 CanLII 12938 (ON CA), 2004 CarswellOnt 2258 (C.A.); *Emeny v. Tomaszewski*, 2019 ONSC 3298, Mirzadegan; *Manson v. John Doe*, 2013 ONSC 628; and *Sommer v. Goldi*, 2022 ONSC 3830.
[40] See also *Gillespie v Fraser et al*, 2024 ONSC 1918 (CanLII), at para 40.

would be highly offensive to a reasonable person; and (ii) the actor had knowledge of or acted in reckless disregard as to the falsity of the publicized matter and the false light in which the other would be placed.

57.      Defamation is not required to establish liability under this tort. It is sufficient for a person claiming to show that a "reasonable person would find it highly offensive to be publicly misrepresented as they have been." This tort has an element of deception and falsity without the strict test of whether that person's reputation would be lowered in the eyes of the community.[41]

58.      In the immediate case, the Defendant has labeled the Plaintiff as untrustworthy, and a criminal, in the eyes of the Plaintiff's business partners, family, and other persons.

59.      The Defendant went further and filed false police reports with the Toronto Police, the Sarasota Police, and the FBI. In fact, due to the falsity of the Defendant's words, the Toronto Police conducted a wellness check on the Plaintiff's children.

60.      In this case, the Defendant knew that his words were false, highly offensive, and would be considered highly offensive to any reasonable person, including the Plaintiff. In that regard, the Plaintiff submits that the Defendant did place the Plaintiff in false light.

**INTENTIONAL INFLICTION OF MENTAL SUFFERING / EMOTIONAL DISTRESS**

61.      To establish the tort of intentional infliction of mental suffering / emotional distress, the plaintiff must establish the following:

      a.   the Defendant engaged in flagrant or outrageous conduct;

      b.   calculated to produce harm; and

      c.   resulted in a visible and provable illness.[42]

62.      The first element, that is, flagrant, or outrageous conduct, captures a wide range of conduct which includes humiliation and demeaning verbal abuse. The second element pertains to whether the actor "desires to produce the consequences that follow from the act, or if the consequences are known to be substantially certain to follow." The third element requires a

---

[41] *Kaur v Virk*, 2022 ONSC 6697 (CanLII), at para 25
[42] *Gillespie v Fraser*, 2023 ONSC 537 (CanLII) at para 39.

psychiatric injury that is "serious and prolonged and rises above the ordinary annoyances, anxiety, and fears that come with living in civil society. Some examples would include serious levels of stress, disturbed sleep, and mood related issues.[43]

63.     The Defendant's conduct in defaming the Plaintiff, filing numerous false police reports, and directly threatening the Plaintiff's life, are malicious, and outrageous. The Defendant's actions have attacked the Plaintiff's character and harmed his professional reputation, causing his embarrassment. This conduct has the clear intention to demean the Plaintiff and cause him harm.

64.     The Defendant acted in a malicious and calculated manner.  The Defendant attempts to ruin the Plaintiff's personal life and professional life.

65.     The Defendant is not remorseful. The Defendant's actions, and continued actions, are intended to antagonize the Plaintiff.

66.     The Defendant continues to taunt the Plaintiff with threats of legal proceedings, and even threats of physical harm, including death.

67.     The Defendant's behaviors have resulted in harm to the Plaintiff, including feeling unsafe, anxious, and fearful. The Plaintiff has concerns of his safety, and his family's safety, and has concerns with respect to his professional reputation and ability to conduct business.

68.     The content of the words, and the actions taken by the Defendant would be highly offensive to a reasonable person. The statements made by the Defendant were circulated to the Plaintiff's spouse, family, friends, and business partners.

69.     Further, by making a false report to the Toronto Police Service, the Defendant intended to intimidate and frighten the Plaintiff and to demonstrate that he was able to exercise power of the Plaintiff even while residing in the U.S.A.

70.     The Plaintiff therefore submits that the elements for the tort of intentional infliction of mental suffering have been satisfied.

---

[43] *Ibid*, at para 39: citing *Barker v Barker* 2020 ONSC 3746 at para 1204.

**GENERAL DAMAGES FOR DEFAMATION, FALSE LIGHT, AND MENTAL SUFFERING**

71.    Damages for defamation are presumed from the very publication of the false statement and are awarded at large. Once defamation is proven, a plaintiff is entitled to an award of general damages without independent evidence of specific damages such as economic harm. General damages in defamation claims compensate plaintiffs for the distress suffered, repair the harm to their personal and professional reputation, and vindicate their reputation. There is no limit placed on general damages in defamation cases.[44]

72.    The following factors are considered in assessing the quantum of damages:

   a.   the plaintiff's position and standing;

   b.   the nature and seriousness of the defamatory statements;

   c.   the mode and extent of publication;

   d.   the absence or refusal of any retraction or apology;

   e.   the whole conduct and motive of the defendant from publication through judgment; and

   f.   any evidence of aggravating or mitigating circumstances;

   g.   in the internet context, these factors must be examined in the light of the ubiquity, universality and utility of that medium.[45]

73.    Damages for defamation are assessed as the amount necessary under all of the circumstances to restore the plaintiff's reputation in the community and his injury to feelings and to provide consolation and public vindication.[46] The reputation of, for example, a lawyer, and other professional, such as accountants, medical practitioners, and engineers, is paramount to their livelihood, and statements attributing dishonesty, untrustworthiness, villainy, or immorality will cause serious harm to the professional's reputation and livelihood.

---

[44] *Anson Advisors Inc. et al v. James Stafford et al.*, 2023 ONSC 5537 (CanLII) at paras 92 – 97; citing *Hill v Church of Scientology of Toronto*, 1995 CanLII 59 (SCC).

[45] *Kaur v Virk*, 2022 ONSC 6697 (CanLII), at para 50; citing *Awan v Levant*, 2014 ONSC 6890.

[46] *Hosseini v Gharagozloo*, 2024 ONSC 1106 (CanLII), at para 71; see also para 72.

74.    Defamation through internet is particularly egregious type of defamation due to the anonymous, interactive, and worldwide reach of internet communications and its insidious potential to persuade audience of false information.[47] Importantly, the Defendant has threatened to publish defamatory statements about the Plaintiff on the internet. In light of this, and given the Defendant's track record in following through on his threats, it is more likely than not that the Defendant has already published defamatory statements about the Plaintiff online.

75.    Courts have recognized that the injurious effects of defamatory statements regarding professionals are particularly serious.[48]

76.    In assessing general damages for the false light tort, the following factors are considered:

    a.  the nature of the false publicity and the circumstance in which it was made;

    b.  the nature and position of the victim of the false publicity;

    c.  the possible effects of the false publicity statement upon the life of the plaintiff; and

    d.  the actions and motivations of the defendant.[49]

77.    The Plaintiff is a professional and has a reputation of integrity and trust in the community. This is a reputation that the Plaintiff has been building over the span of more than two decades.

78.    The Plaintiff is a professional, and the Defendant's allegations that the Plaintiff is dishonest and a criminal have caused, and continue to cause, serious harm to the Plaintiff's professional reputation and livelihood.

79.    The Defendant's preferred manner of publication is e-mails and texts, and the filing of false police reports. The Defendant did threaten to publish further statements online, and considering that the Defendant does carry out his threats, it is reasonable to draw an assumption that the Defendant either did, or will, publish defamatory statements online, and available to the public at large.

---

[47] _D'Alessio v Chowdhury_, 2023 ONSC 6075 (CanLII) at para 47: "In _Barrick_, the Court noted that the internet has a distinctive capacity to cause instant and irreparable damage to reputation."

[48] _Hosseini v Gharagozloo_, 2024 ONSC 1106 (CanLii) at para para 72.

[49] _Kaur v Virk_, 2022 ONSC 6697 (CanLII), at para 53; citing _Yenovkian v Gulian_, 2019 ONSC 7279.

80.     The recipients of the Defendant's defamatory statement of the Plaintiff include the Plaintiff's family, business associates, the Toronto Police, and various other persons, including the Defendant's friends, the identity of whom he Plaintiff currently does not know.

81.     The Plaintiff, initially, delivered a "cease and desist" letter to the Defendant demanding that the Defendant stop his actions, and apologize. The Defendant refused. The Defendant is not remorseful nor apologetic.

82.     The Defendant's motive, pursuant to his own statements, appears to be to cause as much harm as possible to the Plaintiff's life and reputation.

83.     The Defendant's conduct is egregious, specifically the acts of filing false police reports, which threaten the safety of the Plaintiff's children.

84.     The Plaintiff submits that, on the facts of this case, there are no mitigating factors.

85.     In this case, the Plaintiff respectfully submits that an award of general damages, for the tort of defamation, publicly placing a person in false light, and intentional infliction of mental suffering, in the sum of $180,000 is justified.

**PUNITIVE DAMAGES**

86.     Punitive damages are restricted to wrongful acts that are so malicious and outrageous that they are deserving of punishment on their own. These damages are not designed to further compensate the injured party, but to show that the defendant's conduct is so oppressive that the Court's sense of decency has been offended. These damages should only be awarded where the combined goal of general and aggravated damages is not enough to achieve the goal of providing punishment and deterrence to the offending party.[50]

87.     In *Barrick Gold*, the Court of Appeal, in setting aside a motion judge's refusal to award punitive damages, awarded $50,000, finding that the defendant's conduct is "malicious and high handed", and "unremitting and tenacious". [51]

---

[50] *Seafarers' International Union of Canada v Mitchelitis*, 2023 ONSC 2456 (CanLII) at para 56.
[51] *Elekta Ltd. v Rodkin*, 2012 ONSC 2062 (CanLII) at para 27

88.     The Plaintiff respectfully submits that punitive damages are warranted in the circumstances of this case for the following reasons:

    a.  The Defendant was given an opportunity to "cease and desist" and "apologize". The Defendant refused to be remorseful, "welcomed" litigation, and increased his defamatory acts.

    b.  The Defendant defamed the Plaintiff to his family, friends, and business associating, by painting the Plaintiff as unethical, untrustworthy, a drug addict, and a criminal.

    c.  The Defendant made a false report to the Toronto Police Service which prompted a "wellness check" with police officers attending at the Plaintiff's residence to check on the safety of the Plaintiff's children.

    d.  The Defendant openly made death threats to the Plaintiff.

    e.  The Defendant reported the Plaintiff to the FBI which has a real life impact on the Plaintiff's personal and professional travels and dealings with U.S.A.

89.     The Defendant's conduct in this case reaches the threshold of being high-handed, insulting, spiteful, malicious, and oppressive, which has caused the Plaintiff to feel humiliation, anxiety and stress.

90.     The Plaintiff respectfully submits that a punitive damages award in the sum of $20,000 is justified.

**PERMANENT INJUNCTION TO RESTRAIN THE DEFENDANT**

91.     The Defendant has defamed the Plaintiff. In such cases, a permanent injunction to restrain the Defendant from making further statements of the Plaintiff may be warranted when:

    a.  there is a likelihood that the Defendant will continue to publish defamatory statements despite the finding that he is liable to the Plaintiff for defamation; or

b.   where there is a real possibility that the Plaintiff will not receive any compensation, given that enforcement against the Defendant of any damage award may not be possible.[52]

92.    The Court of Appeal held that a "broad ongoing injunction is an extraordinary remedy which should be used sparingly. However, where there has been a campaign of defamation and a likelihood that it will continue, there is authority for such an order:".[53]

93.    The Court will consider the following in determining whether to grant a permanent injunction:

a.   Has the claimant proven that all the elements of a cause of action have been established or threatened?

b.   Has the claimant established to the satisfaction of the Court that the wrongs that have been proven are sufficiently likely to occur or recur in the future that it is appropriate for the court to exercise the equitable jurisdiction of the Court to grant an injunction?

c.   Is there an adequate alternative remedy, other than an injunction, that will provide reasonably sufficient protection against the threat of the continued occurrence of the wrong?

d.   In any even, where an injunction has been determined to be justified, what should the scope of the terms of the injunction be so as to ensure that only actions or persons are enjoined that are necessary to provide an adequate remedy for the wrong that has been proven or threatened or to effect compliance of its intent?[54]

94.    The Defendant has shown, based on his actions, that he is ungovernable. He has shown an open mockery of the Ontario justice system by labeling it as a "third World Kangaroo Criminal Justice System of Ontario Canada."

---

[52] _St. Lewis v Rancourt_, 2015 ONCA 513, 337 OAC, at para 13; referenced in _Gillespie v Fraser et al_, 2024 ONSC 1918 (CanLII), at para 44.

[53] _Gillespie v Fraser et al_, 2024 ONSC 1918 (CanLII), at para 45.

[54] _Labourers' International Union of North America, Local 183 v Castellano_, 2020 ONCA 71, 444 DLR (4th) 183.

95.    The Defendant resides in the U.S.A. and has a warrant for his arrest should he try and enter Canada.

96.    On the facts of this case, a permanent injunction is warranted because:

    a. There is a strong likelihood that the Defendant will continue in his defamatory campaign against the Plaintiff despite a finding of liability for defamation. This inference is drawn by the Defendant's numerous communications in which he states that his goal is to humiliate and embarrass the Plaintiff, online, and forever. It is appropriate, based on the facts of this case, for the Court to exercise its equitable jurisdiction to grant the injunction.

    b. The Defendant resides in the U.S.A. To the best of the Plaintiff's knowledge, the Defendant has no assets. It is likely that the Plaintiff will not receive any compensation from the Defendant even if a Judgment against the Defendant is made by this Court. Put another way, any damage serves a purpose of vindication more than an actual award that the Plaintiff will recover for the harm he suffered; further, as the Defendant continues to slander the Plaintiff, the Plaintiff is able to use a Judgment as evidence of the Plaintiff's efforts to stop the Defendant's behaviors by providing the Judgment document to persons with whom the Plaintiff is engaged (in business or otherwise);

    c. The Plaintiff has proven each element of the causes of action advanced;

    d. The Plaintiff accepts that, despite a Judgment, and despite a permanent injunction, the Defendant is unlikely to put an end to his defamatory campaign. A permanent injunction is the best possible remedy available to the Plaintiff in the circumstances.

97.    A court's finding of liability for the above noted torts is not sufficient to protect the Plaintiff from continued defamation. In fact, the Plaintiff accepts that it is likely that the Plaintiff will be unable to enforce a money judgment against the Defendant as the Defendant has no Canadian assets or any assets that the Plaintiff is aware of. The crux of the Plaintiff's protection is the injunctive relief sought in the Statement of Claim.

98.    The Plaintiff respectfully submits that a permanent injunction restraining the Defendant from further dissemination of defamatory and derogatory information about the Plaintiff, including inflation related to this action.[55]

**COSTS OF THE MOTION AND ACTION**

99.    Given the defamation, and taunting, egregious, and belligerent behavior of the Defendant, and the fact that the Defendant has no remorse for his actions, the Plaintiff seeks costs of this motion, and action, on a substantial indemnity scale in the sum of $10,000.

**PART III: ORDER REQUESTED**

100.    The Plaintiff respectfully seeks Judgment as per the Draft Judgment found in Tab 3 of their Motion Record.

**ALL OF WHICH IS RESPECTFULLY SUBMITTED, November 28, 2024.**

_____

Aram Simovonian

**LIMA LEE SIMOVONIAN LLP**
320 Bay St., Suite 454
Toronto, ON  M5H 4A6
**Aram Simovonian (73974D)**
E: asimovonian@limalaw.ca
T: 647.677.8009

Lawyers for the Plaintiff

---

[55] *Caplan v Atas*, 2021 ONSC 670 at para 216; citing *Astley v Verdun*, 2011 ONSC 3651.

## SCHEDULE "A" – LIST OF AUTHORITIES

1.      *Astley v Verdun*, 2011 ONSC 3651.

2.      *Awan v Levant*, 2014 ONSC 6890.

3.      *Barker v Barker* 2020 ONSC 3746.

4.      *Barrick Gold Corp. v. Lopehandia*, 2004 CanLII 12938 (ON CA), 2004 CarswellOnt 2258 (C.A.).

5.      *Caplan v Atas*, 2021 ONSC 670.

6.      *D'Alessio v Chowdhury*, 2023 ONSC 6075 (CanLII).

7.      *Elekta Ltd. v Rodkin*, 2012 ONSC 2062.

8.      *Emeny v. Tomaszewski*, 2019 ONSC 3298.

9.      *Gillespie v Fraser et al*, 2024 ONSC 1918 (CanLII).

10.     *Gillespie v Fraser*, 2023 ONSC 537 (CanLII).

*11.*    *Hill v Church of Scientology of Toronto*.

12.     Hosseini v Gharagozloo, 2024 ONSC 1106 (CanLII).

13.     *Kaur v Virk*, 2022 ONSC 6697 (CanLII).

14.     *Labourers' International Union of North America, Local 183 v Castellano*, 2020 ONCA 71, 444 DLR (4th) 183.

15.     *Manson v. John Doe*, 2013 ONSC 628.

16.     *Salimijazi v Pakjou*, 2009 CanLII 17354 (ON SC).

17.     *Sommer v. Goldi*, 2022 ONSC 3830.

18.     *Seafarers' International Union of Canada v Mitchelitis*, 2023 ONSC 2456 (CanLII).

19.     *St. Lewis v Rancourt*, 2015 ONCA 513, 337 OAC.

20.     *Yenovkian v Gulian*, 2019 ONSC 7279.

**SCHEDULE "B" – STATUTES AND RULES**

1.    [Rule 19.02(1)(a)](#)

2.    [Rule 19.06](#)

3.    Section 101 of the [*Courts of Justice Act*](#), R.S.O. 1990, c. C.43.

**SCHEDULE "C" – KEY ADMISSIONS**

| Key Admissions | Examples of Pleading in Statement of Claim |
|---|---|
| The Defendant has orchestrated and coordinated a scheme to defame the Plaintiff and was directly involved in the writing and publishing of defamatory statements. | Para 5. In or about August 2023 the Defendant, with the intent of inflicting anxiety and emotional and psychological upset upon the Plaintiff's mental and emotional state, embarked upon a campaign of harassment, intimidation, and defamation against the Plaintiff and his family. The Defendant uses the following phone numbers to execute his campaign: (i) 204-674-5452, (ii) 647-497-4428, (iii) 365-440-4340, (iv) 917-634-0637 (the Defendant's main phone number), (v) 647-559-5515, (vi) 647-691-7411, (vii) 289-497-1538, and (viii) 204-818-6743.<br><br>All of Para 6. |
| The Defendant's statements are defamatory. | 7. The Defendant's statements were false, and defamatory of the Plaintiff in their natural and ordinary meaning, including their implied meanings.<br><br>8. The words complained of were meant and were intended to mean and were understood to mean that the Plaintiff is a liar, is dishonourable, is deceitful, is a criminal, and is without morals. |
| The Defendant's conduct has caused substantial damage to the Plaintiff's reputation. | 11. The Plaintiff considers his reputation in the communicate to be of paramount importance. The Defendant's conduct has impugned the professional and personal reputation, integrity and character of the Plaintiff, and has resulted in loss and damage to his reputation, character, and standing in his community.<br><br>12. The Plaintiff has suffered personal embarrassment, humiliation, anxiety, and distress, and financial loss. As a result, the Plaintiff has suffered damages for which the Defendant is liable.<br><br>13. The Plaintiff has suffered physical harm in that the words have caused a deepening and furtherance of the Plaintiff's anxiety, and depression, which damage the Defendant intended.<br><br>16. The Plaintiff says and the fact is that the Defendant's false and defamatory statements paint the Plaintiff as a person who: a. is a liar; |

| | |
|---|---|
| | b. is immoral;<br><br>c. is deceitful;<br><br>d. is incompetent;<br><br>e. is unprofessional;<br><br>f. is dishonourable; and<br><br>g. is a criminal. |
| The Defendant has acted with malice. | 9. The Defendant published the defamatory statements maliciously in that he had some improper or ulterior motive in publishing them.<br><br>10. The particulars of the Defendant's malice include, *inter alia*: a. The Defendant has no honest belief in the false and defamatory statements because he knew, or ought to have known, that the statements were false and fabricated;<br><br>b. The Defendant had reckless disregard for the truth in what he published in the defamatory statements because he took no steps to properly verify the truth of the contents of the statements; and<br><br>c. The Defendant had improper motives and purpose in posting the defamatory statements, specifically in that the Defendant sought to harass and assault the Plaintiff.<br><br><br>17. The Plaintiff says, and the fact is that the Defendant has aggravated the damage caused to the Plaintiff by: a. publishing the words complained of maliciously and in bad faith, with the knowledge that they were false, or with reckless disregard for their truth or falsity; and<br><br>b. took no steps prior to the publication of the words to contact the Plaintiff to provide him with an opportunity to respond to them.<br><br>18. Further, the malicious and high handed and arrogant conduct of the Defendant warrants an award of punitive damages and/or exemplary damages to ensure that the Defendant has appropriately been |

| | punished for his conduct and deterred from such conduct in the future. |
|---|---|

Court File No. CV-24-00713955-0000

DAVID KIDECKEL                    and                                    BRENT KIDECKEL

Plaintiff                                                                                          Defendant

---

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
PROCEEDING COMMENCED AT
TORONTO

---

**FACTUM OF THE PLAINTIFF**

---

LIMA LEE SIMOVONIAN LLP
320 Bay St., Suite 454
Toronto, ON  M5H 4A6
**Aram Simovonian (73974D)**
E: asimovonian@limalaw.ca
T: 647.677.8009

Lawyers for the Plaintiff