# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT KIDECKEL,<br><br>           Plaintiff,<br><br>     v.<br><br>THE FOREIGN NATION OF CANADA, DOUG DOWNEY as Attorney General of Ontario, THE PROVINCE OF ONTARIO CANADA, THE CITY OF TORONTO CANADA, DAVID J.N. WILSON, DAVID KIDECKEL, DAHLIA SAIBIL, ARAM SIMOVONIAN, GARY CAPLAN, IAN SINKE, JOHN DOE 1-15, UNITED STATES CITIZENSIHP & IMMIGRATION SERVICES "USCIS"<br><br>           Defendants. | No. 1:24-cv-02907-CJN |

**PRAECIPE REGARDING ARAM SIMOVONIAN'S MOTION TO DISMISS**

Defendant Aram Simovonian filed a Motion to Dismiss on March 10, 2025. *See* ECF 48. The Motion addresses all claims against Mr. Simovonian and was filed only on his behalf. It was not filed by or on behalf of Defendant David Kideckel, who was inadvertently listed as a filer on the CM/ECF system.

Dated: March 10, 2025                                    Respectfully submitted,

                                                          /s/ Jeffrey D. Robinson
                                                         Jeffrey D. Robinson, D.C. Bar No. 376037
                                                         LEWIS BAACH KAUFMANN
                                                         MIDDLEMISS PLLC
                                                         1050 K Street NW, Suite 400
                                                         Washington, DC 20001
                                                         Telephone: (202) 833-8900
                                                         Facsimile: (202) 466-5738
                                                         Jeffrey.Robinson@lbkmlaw.com
                                                         *Counsel for Defendant Aram Simovonian*