## UNITED STATES DISTRICT COURT

## FOR THE

## DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT KIDECKEL | ) |
| Plaintiff | ) **CASE NO.:   1:24-cv-02907-CJN** |
| V. | ) |
| | ) |
| THE FOREIGN NATION OF CANADA,  et al. | ) |
| Defendants. | ) |
| _____ | _) |

### NOTICE SEEKING CLARIFICATION ON PREFIX OF DAVID MICHAEL KIDECKEL

This notice respectfully requests clarification regarding the preferred form of address for **David Michael Kideckel of Toronto, Canada, the Defendant.**  Throughout the proceedings, his attorney of record has used varying forms of address, including "Dr. Kideckel," "D. Kideckel," and "Mr. Kideckel." To avoid confusion for the Court and the parties, it is respectfully requested that the Defendant by and through his counsel specify one consistent form of address to be used moving forward.

Your attention and guidance in this matter is appreciated.



RECEIVED

MAR 11 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Respectfully submitted,

DATED March 11, 2025

Brent Kideckel

Plaintiff, pro se