IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT KIDECKEL | ) |
|    Plaintiff | ) **CASE NO.:** 1:24-cv-02907-CJN |
| V. | ) |
| | ) |
| THE FOREIGN NATION OF CANADA, et al. | ) |
|    Defendants. | ) |
| _____ | ) |

## NOTICE OF INTENT TO OPPOSE DEFENDANT ARAM SIMOVONIAN'S MOTION TO DISMISS

PLEASE TAKE NOTICE that the Plaintiff, Brent Kideckel, intends to oppose the Defendant's Motion to Dismiss on the grounds that a **Supplemental Complaint is forthcoming**, which will address additional claims and evidence material to this matter.

Furthermore, the Plaintiff **requests oral arguments** on this matter to fully present the legal and factual basis of the opposition.

Additionally, it is brought to the Court's attention that the Defendant is currently **under investigation by the Law Society of Ontario for committing perjury and abuse of process**..

Dated this 11th day of March, 2025.

Respectfully submitted,

*/s/ Brent Kideckel*.

Brent Kideckel

**RECEIVED**

MAR 11 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Plaintiff, pro se

PO Box 20901

Floral Park, NY 11002