IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT KIDECKEL | ) |
|     Plaintiff | ) CASE NO.: 1:24-cv-02907-CJN |
| V. | ) |
| | ) |
| THE FOREIGN NATION OF CANADA, et al. | ) |
|     Defendants. | ) |
| _____ | ) |

# **PLAINTIFF'S MOTION FOR LEAVE TO AMEND CASE CAPTION**

Plaintiff, Brent Kideckel, respectfully moves this Court for leave to amend the case caption to reflect the voluntary dismissal of Canada from this action. In support of this Motion, Plaintiff states as follows:

**1. Background**

1. Plaintiff filed the original complaint in this case on October 15, 2024 against multiple defendants, including The Foreign Nation of Canada..

2. On February 5, 2025, Canada was voluntarily dismissed from this action pursuant to Rule 41(a)(1).

3. The dismissal of Canada necessitates a modification of the case caption to ensure accuracy and clarity in all future filings and proceedings.

**2. Legal Basis for Relief**

**RECEIVED**
MAR 14 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

4. This Court has the inherent authority to regulate its docket and ensure proper case management, including updates to the case caption.

5. Amending the case caption does not prejudice any remaining parties, nor does it affect any substantive rights. It is a ministerial correction reflecting the current status of the litigation.

6. No party will be prejudiced by granting this Motion, and it will promote efficiency in court proceedings by ensuring accurate case identification.

### 3. Proposed Amended Caption

7. If this Motion is granted, Plaintiff proposes the following amended caption:

**BRENT KIDECKEL,**

**Plaintiff,**

**v.**

**CITY OF TORONTO CANADA, ET AL.,**

**Defendants.**

**Case No.: 1:24-CV-02907 (CJN)**

### 4. Conclusion

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this Motion and permit the case caption to be amended as proposed.

**Dated:** March 13, 2025

**Respectfully submitted,**

**Brent Kideckel**

Plaintiff, Pro Se

P.O. Box 20901

Floral Park, NY 11002

Email: brentkideckel@gmail.com

Phone: 917-634-0637

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT KIDECKEL ) | |
| Plaintiff ) | CASE NO.: 1:24-cv-02907-CJN |
| V. ) | |
| ) | |
| THE FOREIGN NATION OF CANADA, et al. ) | |
| Defendants. ) | |
| _____ ) | |

# [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO RE-CAPTION CASE

Upon consideration of Plaintiff's Motion for Leave to Re-Caption the case and for good cause shown, it is hereby:

**ORDERED** that Plaintiff's Motion is **GRANTED**; and it is further

**ORDERED** that the case caption shall be amended to reflect the voluntary dismissal of **Canada** and shall henceforth appear as follows:

**BRENT KIDECKEL,**
Plaintiff,
v.
**CITY OF TORONTO CANADA ET AL.,**
Defendants.

It is so ORDERED.

Dated:

SO ORDERED.

                              Judge Carl J. Nichols

                              United States District Judge