UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
_____

BRENT KIDECKEL,

              Plaintiff,                          Civ. A. No. 24-2907 (CJN)

      v.                                       **NOTICE OF**
                                              **APPEARANCE**

CANADA, et al.,

              Defendants.
_____

      PLEASE TAKE NOTICE that Natalia Marte, Esq. of the law firm Phillips Lytle LLP hereby enters an appearance in these proceedings as counsel of record for defendants The City of Toronto and David Wilson, and hereby requests that all papers and electronic filings in this action be served upon the undersigned electronically through the Court's CM/ECF filing system.

Dated:  Washington, D.C.                    PHILLIPS LYTLE LLP
          March 17, 2025

                                                    By:  /s/ Natalia Marte
                                                         Natalia Marte
                                           Attorneys for Defendants
                                           *The City of Toronto and David Wilson*
                                           South Building
                                           601 Pennsylvania Avenue NW, Suite 900
                                           Washington, DC 20004
                                           Telephone No. (212) 617-2712
                                           nmarte@phillipslytle.com

Doc #12382468