## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BRENT KIDECKEL,<br><br>          Plaintiff,<br><br>   v.<br><br>THE FOREIGN NATION OF CANADA, DOUG DOWNEY as Attorney General of Ontario, THE PROVINCE OF ONTARIO CANADA, THE CITY OF TORONTO CANADA, DAVID J.N. WILSON, DAVID KIDECKEL, DAHLIA SAIBIL, ARAM SIMOVONIAN, GARY CAPLAN, IAN SINKE, JOHN DOE 1-15, UNITED STATES CITIZENSIHP & IMMIGRATION SERVICES "USCIS"<br><br>          Defendants. | No. 1:24-cv-02907-CJN |

### RESPONSE TO PLAINTIFF'S NOTICE SEEKING
### CLARIFICATION ON PREFIX OF DAVID MICHAEL KIDECKEL

Plaintiff Brent Kideckel ("Plaintiff") sought clarification regarding the "preferred form of address" for Defendant David Kideckel on March 11, 2025, ECF 50. During this proceeding, Defendant David Kideckel has been refered to at various times as "D. Kideckel," "Mr. Kideckel," and "Dr. Kideckel." Each identifies the same individual and the Defendant has no preference among those forms of identification.

Counsel submits that the use of the various refrences in different pleadings has not caused any confusion as to the identy of the Defendant. Accordingly, Plaintiff's request for a single form of reference is neither necessary nor required by the Federal Rules of Civil Procedure or the Rules of this Court.

Dated: March 19, 2025

Respectfully submitted,

   */s/ Jeffrey D. Robinson*
Jeffrey D. Robinson, D.C. Bar No. 376037
LEWIS BAACH KAUFMANN
MIDDLEMISS PLLC
1050 K Street NW, Suite 400
Washington, DC 20001
Telephone: (202) 833-8900
Facsimile: (202) 466-5738
Jeffrey.Robinson@lbkmlaw.com

*Counsel for Defendant David Kideckel*