IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT KIDECKEL ) | |
|     Plaintiff ) | **CASE NO.:   1:24-cv-02907-CJN** |
| V. ) | |
| ) | |
| THE FOREIGN NATION OF CANADA, et al. ) | |
|     Defendants. ) | |
| _____ ) | |

# **PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE NUMBER 1**

**TO THE HONORABLE COURT:**

Plaintiff Brent Kideckel, proceeding pro se, respectfully requests that the Court take judicial notice of the following facts pursuant to Federal Rule of Evidence 201 and the Court's inherent authority to ensure the efficient administration of justice.

FACTS SUBJECT TO JUDICIAL NOTICE

1. The Defendants **CITY OF TORONTO** and **DAVID WILSON** appear to have engaged in a change of legal representation, which may have the effect of delaying, obstructing, or complicating the orderly progression of this case. This is notable as we are still in the pleading stage and the **Defendants have made double the number of representations than actual filings in this case.**

2. Frequent counsel changes and strategic transfers of case carriage, whether intentional or not, can result in procedural inefficiencies, increased litigation costs, and undue burden

RECEIVED
MAR 18 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

on the Plaintiff as a self-represented litigant.

3. Other courts have recognized the potential for counsel substitutions to create unnecessary delays and procedural confusion, which could warrant judicial oversight if it appears to interfere with the progress of the litigation.

4. Judicial notice of these facts is proper because they are not subject to reasonable dispute and can be readily verified by court records, filings, and procedural history.

## LEGAL BASIS FOR JUDICIAL NOTICE

Under Federal Rule of Evidence 201(b), a court may take judicial notice of a fact that is:

- (1) generally known within the trial court's territorial jurisdiction; or
- (2) capable of accurate and ready determination by resorting to sources whose accuracy cannot reasonably be questioned.

The procedural history of this case—including prior substitutions of counsel, case transfers, and any resulting delays—is a matter of public record and can be verified through the Court's own docket.

## REQUESTED ACTION

In light of the above, Plaintiff respectfully requests that the Court:

1. Take judicial notice of the procedural history regarding changes in Defendants' legal representation.
2. Acknowledge that, whether by design or otherwise, frequent transfers of counsel can contribute to delay and procedural inefficiencies.
3. Consider, as a matter of case management, whether any measures may be warranted to prevent unnecessary disruptions to the progress of these proceedings.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court take judicial notice of the Defendants' representation history and its potential impact on case management.

DATED: March 17, 2025

Respectfully submitted,

Brent Kideckel

Plaintiff, Pro Se

1528 Rock Springs Road

San Marcos, CA 92069

Email: brentkideckel@gmail.com

Phone: 917-634-0637