IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT KIDECKEL ) | |
|    Plaintiff ) | **CASE NO.:   1:24-cv-02907-CJN** |
| V. ) | |
| ) | |
| THE FOREIGN NATION OF CANADA, et al. ) | |
|    Defendants. ) | |
| _____ ) | |

## **NOTICE OF EMERGENCY FILING**

PLEASE TAKE NOTICE that on March 23, 2025, Plaintiff Brent Kideckel, appearing *pro se*, filed an:

Emergency Motion for Temporary Restraining Order, Limited Discovery, and Request for Expedited Hearing, pursuant to Federal Rule of Civil Procedure 65, along with supporting declarations and exhibits.

This filing seeks immediate injunctive relief based on documented evidence of ongoing retaliation, threats, fraudulent affidavits, and emotional harm directed at Plaintiff and his spouse by Defendant David Kideckel, currently in default, and co-conspirator Aram Simovonian, a former attorney under active investigation.

Due to the urgent nature of the threats, emotional trauma, and potential interference with the administration of justice, Plaintiff respectfully requests that the Court treat this motion as an emergency and schedule expedited consideration.

Dated: March 23, 2025



**RECEIVED**
MAR 24 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Respectfully submitted,

*[signature]*

Brent Kideckel
Plaintiff, *pro se*
P.O. Box 20901
Floral Park, NY 11002
brentkideckel@gmail.com
(917) 634-0637