**IN THE UNITED STATES DISTRICT COURT**

**FOR THE  DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRENT KIDECKEL | ) |
| Plaintiff | ) **CASE NO.:   1:24-cv-02907-CJN** |
| V. | ) |
| | ) |
| THE FOREIGN NATION OF CANADA,  et al. | ) |
| Defendants. | ) |
| _____ | _) |

# EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER, LIMITED DISCOVERY, AND REQUEST FOR EXPEDITED HEARING

Plaintiff Brent Kideckel, appearing *pro se*, respectfully moves this Court under Federal Rule of Civil Procedure 65 for an Emergency Temporary Restraining Order to prevent ongoing and irreparable harm resulting from a pattern of harassment, intimidation, and coordinated procedural abuse committed by David Kideckel (a named Defendant in default), and his co-conspirators, Ontario lawyers, Aram Simovonian and Dahlia Saibil.

Plaintiff further requests:
(1) a prompt hearing to convert the TRO into a Preliminary Injunction,
(2) limited expedited discovery, and
(3) that the Court take judicial notice of Plaintiff's prior reply to Defendant David Kideckel's opposition to entry of default, filed on the docket.

## I. BACKGROUND

On March 22, 2025, Plaintiff's spouse, Samuel Bracamonte, received an unsolicited, threatening, and defamatory email from Defendant David Kideckel, falsely claiming that Plaintiff is a criminal fugitive and stating that Samuel would be "collectively responsible" for a future legal judgment and "implicated" in criminal wrongdoing unless he cooperated. (See Exhibit A.)

RECEIVED

MAR 24 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

This threat was not isolated. It is part of a coordinated transnational campaign of retaliation and intimidation, led jointly by David Kideckel and Aram Simovonian, a discredited former attorney currently under active investigation. Simovonian has:

- Submitted perjured affidavits to the Canadian court,

- Scheduled hearings without notifying Plaintiff,

- Denied Plaintiff the ability to participate in his own defense, and

- Sent a threatening text message to Plaintiff (Exhibit B) days before filing a false sworn statement (Exhibit C).

These actions are not merely improper—they are fraudulent and retaliatory, and they are causing emotional, reputational, and procedural harm to Plaintiff and his spouse.

Plaintiff's spouse is a victim of violent crime—his grandparents were murdered—and the targeted threats against him have caused severe trauma and fear for safety. Both David and Aram have either a documented history of violence or have shown a clear willingness to escalate.

Immediate judicial intervention is necessary.

## II. REQUEST FOR JUDICIAL NOTICE

Plaintiff respectfully asks this Court to take judicial notice under Federal Rule of Evidence 201 of the contents of Plaintiff's previously filed Reply to Defendant David Kideckel's Opposition to Entry of Default, which includes additional sworn evidence and procedural facts relevant to this motion.

## III. RELIEF REQUESTED

Plaintiff respectfully requests the following emergency relief:

1. A Temporary Restraining Order prohibiting Defendant David Kideckel from initiating or attempting any contact—direct or indirect—with Plaintiff or Plaintiff's spouse, Samuel Bracamonte, by any means, except written communications strictly limited to the distribution of the estate of Howard Kideckel;

2.  A restraining order against further threats, defamation, or harassment by David Kideckel against Plaintiff or his spouse;

3.  An order enjoining U.S. law enforcement agencies from cooperating with Canadian authorities on any retaliatory, non-prosecutorial actions involving Plaintiff, including fabricated charges, abusive warrants, or false affidavits;

4.  An order excluding David Kideckel, Dahlia Saibil, and Aram Simovonian from initiating or continuing any legal, enforcement, or investigative actions against Plaintiff or his spouse in the U.S. or Canada without prior leave of this Court;

5.  An order specifically enjoining Aram Simovonian, a terminated lawyer under investigation, from submitting perjured evidence, issuing extrajudicial threats, or engaging in any legal scheduling or filings that exclude Plaintiff from due process;

6.  An order enjoining all Defendants and their agents from abusing Canadian or foreign judicial systems for retaliation, coercion, or interference with this U.S. litigation;

7.  An expedited hearing under Rule 65 to determine whether this TRO should be converted into a Preliminary Injunction;

8.  Limited expedited discovery allowing Plaintiff to subpoena subscriber and metadata information related to the threatening communications referenced in Exhibits A–C;

9.  Such further relief as this Court deems just and proper.

This motion is supported by the Memorandum of Law, Declarations of Brent Kideckel and Samuel Bracamonte, and Exhibits A through C.

Respectfully submitted,
March 23, 2025

*Brent A Kideckel*

/s/ Brent Kideckel
Brent Kideckel
Plaintiff, *pro se*
brentkideckel@gmail.com
(917) 634-0637

### IN THE UNITED STATES DISTRICT COURT

### FOR THE  DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT KIDECKEL | ) |
| Plaintiff | ) **CASE NO.:   1:24-cv-02907-CJN** |
| V. | ) |
| | **)** |
| THE FOREIGN NATION OF CANADA,  et al. | ) |
| Defendants. | ) |
| _____ | ) |

# MEMORANDUM OF LAW IN SUPPORT OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

## I. INTRODUCTION

Plaintiff seeks immediate relief from a retaliatory and coordinated campaign of transnational harassment and procedural fraud.

A threatening email sent by David Kideckel to Plaintiff's spouse on March 22, 2025, combined with perjured affidavits, exclusion from court, and direct threats by former attorney Aram Simovonian, has created a clear pattern of personal retaliation, legal sabotage, and emotional abuse.

This campaign has caused irreparable harm, especially to Plaintiff's spouse, a trauma survivor and victim of past violence. The record shows not only that further harm is imminent—but that it is intentional.

## II. LEGAL STANDARD

A TRO may be granted when the movant demonstrates:

1.  A likelihood of success on the merits;
2.  A likelihood of irreparable harm absent relief;
3.  That the balance of equities tips in their favor; and
4.  That the injunction serves the public interest.
    *Winter v. NRDC*, 555 U.S. 7, 20 (2008).

## III. ARGUMENT

### A. Plaintiff Faces Irreparable Harm

David's threats and Aram's fraudulent conduct are part of a cross-border conspiracy to undermine Plaintiff's legal claims and frighten his household into submission. The March 22 email falsely labeled Plaintiff a fugitive and targeted his spouse with fabricated liability.

Samuel Bracamonte is a survivor of extreme violence, and this message has caused renewed trauma, anxiety, and legitimate fear. These threats—combined with Simovonian's perjured affidavit and procedural fraud—demonstrate that further harm is likely and escalating.

### B. Plaintiff is Likely to Succeed on the Merits

David Kideckel is already in default. His misconduct—defamation, threats, and abuse of process—is documented and uncontroverted.

Simovonian's actions are equally disqualifying: threatening a party, submitting false affidavits, and denying participation in foreign litigation all constitute fraud, civil conspiracy, and tortious interference.

### C. The Balance of Equities Favors Plaintiff

Plaintiff only seeks protection from harm. The Defendants will suffer no legal prejudice by being ordered to refrain from threats, fraud, and abuse.

### D. The Public Interest Strongly Supports Relief

Allowing foreign legal actors to target and intimidate litigants in the U.S. by abusing court systems abroad undermines both justice and sovereignty. The Court has an interest in preserving its integrity and protecting the vulnerable.

## IV. JUDICIAL NOTICE & EXPEDITED DISCOVERY

Plaintiff respectfully requests:

- **Judicial notice** of his previously filed Reply to Defendant Kideckel's Opposition to Entry of Default;
- **Expedited discovery** to subpoena subscriber data and message logs linked to Exhibits A–C.

## V. CONCLUSION

The record shows that David Kideckel and Aram Simovonian are working together to retaliate, defame, and isolate the Plaintiff and his spouse. This campaign involves false legal documents, threats, and intentional exclusion from due process.

Plaintiff respectfully asks this Court to issue a Temporary Restraining Order, grant limited discovery, and schedule a prompt hearing for further relief.

Respectfully submitted,
**March 23, 2025**

**/s/ Brent Kideckel**
Plaintiff, *pro se*
brentkideckel@gmail.com
(917) 634-0637

# DECLARATION OF SAMUEL BRACAMONTE

I, **Samuel Bracamonte**, declare as follows:

1. I am the spouse of Plaintiff Brent Kideckel. I make this sworn declaration in support of his Emergency Motion for a Temporary Restraining Order.

2. On March 22, 2025, I received an email from a man named David Kideckel, whom I have never met. The email was threatening and completely inappropriate. It falsely claimed that my husband was a fugitive and warned that I would be "collectively responsible" for any judgment. It also said I would be "implicated in wrongdoing" unless I helped him.

3. The tone of the email was menacing and manipulative. It was sent without warning, legal context, or justification. It was clearly designed to pressure me, sow fear, and destabilize our household.

4. I am a **victim of violent crime**. My grandparents were murdered, and I have lived with the trauma of that loss for years. The fear and emotional pain that this email triggered is difficult to describe. I was left shaking, afraid, and overwhelmed. No one deserves to be contacted like that—especially not the innocent spouse of a litigant.

5. I later learned that this communication was not isolated. It was part of a coordinated effort involving Aram Simovonian, a former attorney who has already threatened Brent via text (Exhibit B) and submitted a false affidavit to a Canadian court (Exhibit C). I have read those documents, and I believe they show a clear intent to exclude, harm, and silence my husband.

6. David and Aram appear to be working together to create fear and chaos—not just in court, but in our private lives. They have crossed the line into emotional terrorism, and I now fear further threats, further escalation, and even the possibility of violence.

7. I am not a party to any of this litigation. I have done nothing to provoke or deserve this treatment. But I am now being targeted—psychologically, emotionally, and legally—by individuals with a demonstrated willingness to lie, retaliate, and defame.

8. I respectfully request that the Court issue the TRO and take all necessary steps to protect both myself and Brent from further harm. I am scared, I feel exposed, and I fear for what

comes next if nothing is done.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on March 23, 2025, at San Marcos, California.

Samuel Bracamonte

State of California
County of San Diego

Subscribed and sworn to (or affirmed) before me on this 23rd day of March, 2025, by **Samuel Bracamonte**, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Notary Public Signature

Notary Public Name (printed)

Please see attached document

# CALIFORNIA CERTIFICATE OF ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )

County of _San Diego_ )

On _3/23/25_ before me, _Evan Biton Notary Public_,
(here insert name and title of the officer)

personally appeared _Samuel Bracamonte_

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

(Seal)

EVAN BITON
COMM. #2445063
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
MY COMM. EXPIRES APRIL 23, 2027

---

## Optional Information

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons relying on the attached document.

### Description of Attached Document

The preceding Certificate of Acknowledgment is attached to a document titled/for the purpose of _____

containing _____ pages, and dated _____

The signer(s) capacity or authority is/are as:

☐ Individual(s)
☐ Attorney-In-Fact
☐ Corporate Officer(s) _____
                                    Title(s)

☐ Guardian/Conservator
☐ Partner - Limited/General
☐ Trustee(s)
☐ Other _____

representing: _____
Name(s) of Person(s) or Entity(ies) Signer is Representing

**Additional Information**

Method of Signer Identification

Proved to me on the basis of satisfactory evidence:
○ form(s) of identification ○ credible witness(es)

Notarial event is detailed in notary journal on:
Page # _____ Entry # _____

Notary contact: _____

Other
☐ Additional Signer(s) ☐ Signer(s) Thumbprint(s)
☐ _____

© Copyright 2007-2016 Notary Rotary, PO Box 41400, Des Moines, IA 50311-0507. All Rights Reserved. Item Number 101772. Please contact your Authorized Reseller to purchase copies of this form.

# DECLARATION OF BRENT KIDECKEL

I, **Brent Kideckel**, declare as follows:

1. I am the Plaintiff in this matter. I submit this sworn declaration in full support of my Emergency Motion for Temporary Restraining Order, to prevent further harm to myself and my spouse.

2. On March 22, 2025, my spouse, Samuel Bracamonte, received a deeply disturbing and unsolicited email from Defendant David Kideckel, who is in default in this matter. The email was threatening, harassing, and completely outside the bounds of lawful communication. It falsely accused me of being a "wanted fugitive," and then asserted that my spouse would be "collectively responsible" for an alleged future debt and would be "implicated in wrongdoing" unless he helped David and his "team."

3. I read the email personally. I was CC'd. It was a deliberate act of psychological warfare —calculated to isolate me, provoke fear within my family, and intimidate us into silence. This was not legal advocacy. This was an act of personal and coordinated retaliation.

4. This message is not isolated. It is part of an **ongoing conspiracy involving Aram Simovonian**, a terminated former lawyer and named defendant, who is currently under active investigation for misconduct. Mr. Simovonian has repeatedly misled the Canadian courts, filed false sworn affidavits, manipulated scheduling without notice, and attempted to proceed without allowing my participation. **These actions constitute systematic procedural fraud, and they have disrupted my access to justice.**

5. The email to my spouse was sent mere days after Mr. Simovonian submitted a perjured affidavit in Canada and shortly after sending me a threatening text message, now submitted as Exhibits B and C. These acts are clearly coordinated.

6. My spouse, Samuel, is a survivor of extreme violence. His grandparents were murdered, and he has lived with the trauma of that loss. To be pulled into a cross-border campaign of defamation, intimidation, and coercion has caused him—and by extension, me— severe emotional distress and renewed fear for his safety.

7. Based on their recent conduct, both David Kideckel and Aram Simovonian have shown they are capable of escalation. David has already committed defamation, fraud, and intimidation. Aram, a lawyer by training, is weaponizing process, lying under oath, and

communicating directly and inappropriately with the parties. The fact that a defaulted defendant is coordinating with a discredited attorney to subvert due process is deeply alarming and confirms our fear of retaliation.

8.  These individuals have used fraudulent filings, perjured affidavits, false service claims, threats, and personal targeting to isolate me and sabotage my legal rights. Their misconduct reaches across borders and cannot be ignored or dismissed as mere litigation tactics.

9.  My spouse and I now live in constant anxiety—checking our email in fear of another threat, afraid of what legal or extrajudicial abuse may come next. This is not an ordinary civil matter. It is a campaign of vengeance.

10. I urgently ask this Court to intervene with appropriate and immediate relief. Without judicial protection, the harassment, retaliation, and manipulation will continue—and escalate.

**I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.**

**Executed on March 23, 2025, at San Marcos, California.**

Brent Kideckel

State of California
County of San Diego

Subscribed and sworn to (or affirmed) before me on this 23rd day of March, 2025, by **Brent Kideckel**, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Please see attached document

Notary Public Signature

Notary Public Name (printed)

CALIFORNIA CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )

County of _San Diego_ )

On _3/23/25_ before me, _Evan Biton Notary Public_, (here insert name and title of the officer)

personally appeared _Brent Kidecwel_

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their, authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

(Seal)

EVAN BITON
COMM. #2445063
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
MY COMM. EXPIRES APRIL 21, 2027

## Optional Information

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons relying on the attached document.

### Description of Attached Document

The preceding Certificate of Acknowledgment is attached to a document titled/for the purpose of _____

containing _____ pages, and dated _____

The signer(s) capacity or authority is/are as:

☐ Individual(s)
☐ Attorney-in-Fact
☐ Corporate Officer(s) _____ Title(s)

☐ Guardian/Conservator
☐ Partner - Limited/General
☐ Trustee(s)
☐ Other: _____

representing: _____
Name(s) of Person(s) or Entity(ies) Signer is Representing

### Additional Information

Method of Signer Identification

Proved to me on the basis of satisfactory evidence:
☐ form(s) of identification   ☐ credible witness(es)

Notarial event is detailed in notary journal on:
Page # _____ Entry # _____

Notary contact: _____

Other
☐ Additional Signer(s)   ☐ Signer(s) Thumbprint(s)
☐ _____

© Copyright 2007-2018 Notary Rotary, PO Box 41400, Des Moines, IA 50311-0507. All Rights Reserved.    Item Number 101773.    Please contact your Authorized Reseller to purchase copies of this form.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE  DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRENT KIDECKEL | ) |
| Plaintiff | ) **CASE NO.:   1:24-cv-02907-CJN** |
| V. | ) |
| | ) |
| THE FOREIGN NATION OF CANADA,  et al. | ) |
| Defendants. | ) |
| _____ | ) |

# CERTIFICATE OF SERVICE

I, Brent Kideckel, hereby certify that on March 23, 2025, I caused a true and correct copy of the following documents:

- Emergency Motion for Temporary Restraining Order
- Memorandum of Law in Support
- Declarations of Brent Kideckel and Samuel Bracamonte
- Exhibits A, B, and C
- Certificate of Service
- Notice of Emergency Filing

to be served via email upon:

- Jeffrey Robinson, counsel for David Kideckel and Aram Simovonian
  Email: jeffrey.robinson@lbkmlaw.com

A courtesy copy was also provided to:

- Natalia Marte, counsel for the City of Toronto and David Wilson
  Email: nmarte@phillipslytle.com


Executed on March 23, 2025.

Respectfully submitted,

/s/ Brent Kideckel
Brent Kideckel
Plaintiff, *pro se*
P.O. Box 20901
Floral Park, NY 11002
brentkideckel@gmail.com
(917) 634-0637

# EXHIBIT "A"



**Brent K <brentkideckel@gmail.com>**

---

## Re: Brent Kideckel | Wanted Criminal in Canada

**David Kideckel** <kideckel.david@gmail.com>                                         Sat, Mar 22, 2025 at 5:00 PM
To: sam.bracamonte@iqvia.com
Cc: "Brent R. Kideckel" <brentkideckel@gmail.com>

Samuel,  we have never met, I don't know anything about you. I wish you all the best.

I simply write because your husband, Brent Kideckel, is criminally harassing me and my family. He's wanted in Canada on an outstanding warrant for criminal harassment and uttering death threat.

I am writing to you to help us comply with outstanding criminal warrants. When we are successful in obtaining an Order against B, and we come to collect, you, Sam, will be collectively responsible in paying that debt, as his legal spouse.

Will you help me/us? If not we will have you implicated in all of Brent's criminal wrongdoings and next steps with property transfers. I, unfortunately, have an army of lawyers ready to take action on Brent and his ownerships.

Thank you.
David Kideckel

3/23/25, 10:42 AM
Case 1:24-cv-02907-CJN    Document 66    Filed 03/24/25    Page 17 of 23
Gmail - Threats to physical safety from licensed lawyer Aram Simovonian and his client, acting in-concert

 **Gmail**

**Brent K <brentkideckel@gmail.com>**

---

## Threats to physical safety from licensed lawyer Aram Simovonian and his client, acting in-concert

---

**Sam Bracamonte** <sbracamo@gmail.com>                                    Sun, Mar 23, 2025 at 10:36 AM
To: Brent Kideckel <brentkideckel@gmail.com>

---------- Forwarded message ---------
From: **David Kideckel** <kideckel.david@gmail.com>
Date: Sun, Mar 23, 2025 at 8:10 AM
Subject: Fwd: Fw: Threats to physical safety from licensed lawyer Aram Simovonian and his client, acting in-concert
To: Sam Bracamonte <sbracamo@gmail.com>

Looks like your husband omitted your email you sent to me dated March 22, 2025. We have that covered by the way.

Make sure you send this to Josh, the DA you mentioned, and have him call me.

Let me know too if I may send you texts that your husband sent to Howard Kideckel over the years, that pertain to you. They are gems.

[Quoted text hidden]

**"EXHIBIT B"**

+1 (647) 677-8009 ›

Text Message
Thu, May 9 at 1:50 PM

Brent - this is Aram. Don't play with me. You don't know me and you don't  want this problem. Watch yourself, boy. The hair on my back stands up when my mother is bothered - this is your first and only warning. Tread lightly.

**EXHIBIT "C"**

Court File No. CV-24-00713955-0000

**ONTARIO**
**SUPERIOR COURT OF JUSTICE**

B E T W E E N:

DAVID KIDECKEL

Plaintiff

and

BRENT RICHARD KIDECKEL

Defendant

**AFFIDAVIT OF ARAM SIMOVONIAN**
**(sworn on July 25, 2024)**

I, Aram Simovonian, of the City of Barrie, in the Province of Ontario, MAKE OATH AND SAY:

1.      I am a Partner of the Law firm Lima Law Professional Corporation, lawyers for the Plaintiff, and as such, have knowledge of the matters to which I hereinafter depose to.

2.      On May 27, 2024, I served the Defendant, Brent Richard Kideckel, with the Statement of Claim, by e-mail to brentkideckel@gmail.com and kideckelsabilspringmanlawsuite@gmail.com, pursuant to the Order of the Honourable Associate Justice L. La Horey, dated May 22, 2024. Attached and marked as Exhibit "A" is a copy of my e-mail dated May 27, 2024, and a copy of the Order.

3.      Pursuant to that Order, the service of the Statement of Claim is deemed effected within five (5) business days after service, that is June 3, 2024.

4.      The deadline for the Defendant to have delivered their pleading has expired.

5.      To date, the Defendant has failed to deliver a Defence.

**SWORN REMOTELY** by Aram Simovonian stated as being the City of Barrie, before me, in the City of Toronto, today, July 25 2024 , pursuant to O.Reg 431/20.

_Kimberley de Jaray_                          _[signature]_

A Commission for Taking Affidavits                    Aram Simovonian

Transaction Number: APP-A10704706892
Report Generated on February 12, 2025, 19:32



Ministry of Public and
Business Service Delivery

# Profile Report

LIMA LAW PROFESSIONAL CORPORATION as of July 25, 2024

| | |
|---|---|
| **Act** | Business Corporations Act |
| **Type** | Ontario Business Corporation |
| **Name** | LIMA LAW PROFESSIONAL CORPORATION |
| **Ontario Corporation Number (OCN)** | 1000468474 |
| **Governing Jurisdiction** | Canada - Ontario |
| **Status** | Active |
| **Date of Incorporation** | March 08, 2023 |
| **Registered or Head Office Address** | 130 King Street W, 1800, Toronto, Ontario, M5X 1E3, Canada |

Certified a true copy of the record of the Ministry of Public and Business Service Delivery.



Director/Registrar

This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.

Transaction Number: APP-A10704706892
Report Generated on February 12, 2025, 19:32

**Active Officer(s)**

| | |
|---|---|
| **Name** | ANDREW LIMA |
| **Position** | President |
| **Address for Service** | 130 King W St, 1800, Toronto, Ontario, M5X 1E3, Canada |
| **Date Began** | March 08, 2023 |

| | |
|---|---|
| **Name** | ANDREW LIMA |
| **Position** | Secretary |
| **Address for Service** | 130 King W St, 1800, Toronto, Ontario, M5X 1E3, Canada |
| **Date Began** | March 08, 2023 |

Certified a true copy of the record of the Ministry of Public and Business Service Delivery.

*V. Quintanilla W.*

Director/Registrar
This report sets out the most recent information filed on or after June 27, 1992 in respect of corporations and April 1, 1994 in respect of Business Names Act and Limited Partnerships Act filings and recorded in the electronic records maintained by the Ministry as of the date and time the report is generated, unless the report is generated for a previous date. If this report is generated for a previous date, the report sets out the most recent information filed and recorded in the electronic records maintained by the Ministry up to the "as of" date indicated on the report. Additional historical information may exist in paper or microfiche format.