IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Brent Kideckel,

        Plaintiff,

v.

Foreign Nation of Canada, *et al.*,

        Defendants.

Case No. 1:24-cv-02907-CJN

**NOTICE REGARDING SUBSTITUTION OF COUNSEL
FOR DEFENDANT ARAM SIMOVONIAN**

PLEASE TAKE NOTICE that, pursuant to LCvR83.2(i), Defendant Aram Simovonian ("Defendant"), substitutes George B. Breen and Elizabeth A. Harris of the law firm Epstein Becker & Green, P.C., as counsel of record in replace of Jeffrey D. Robinson of the law firm Lewis Baach Kaufmann Middlemiss PLLC in the above-captioned case.

George B. Breen is registered and Elizabeth A. Harris will be registered to use the Court's ECF system and may be served electronically using that system.

Dated: March 25, 2025                                           Respectfully submitted,

| **EPSTEIN BECKER & GREEN, P.C.** | **LEWIS BAACH KAUFMANN MIDDLEMISS PLLC** |
|---|---|
| By: *George B. Breen* <br> George B. Breen (Bar No. 428665) <br> Elizabeth A. Harris (Bar No. 1615589) <br> *(Admission pending)* <br> 1227 25th Street, N.W., Suite 700 <br> Washington, D.C. 20037 <br><br> Telephone: (202) 861-1873 <br> Fax: (202) 296-2882 <br> GBreen@ebglaw.com <br> EHarris@ebglaw.com <br><br> *Superseding Attorneys for Defendant Aram Simovonian* | By: _____ <br> Jeffrey D. Robinson (Bar No. 376037) <br> 1050 K Street, N.W., Suite 1400 <br> Washington, D.C. 20001 <br> Telephone: (202) 833-8900 <br> Fax: (202) 466-5738 <br> jeffrey.robinson@lbkmlaw.com <br><br> *Withdrawing Attorney for Defendant Aram Simovonian* |

CONSENTED TO:

By: _____
ARAM SIMOVONIAN