IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT KIDECKEL | ) |
|     Plaintiff | ) CASE NO.:   1:24-cv-02907-CJN |
| V. | ) |
| | ) |
| THE FOREIGN NATION OF CANADA, et al. | ) |
|     Defendants. | ) |
| _____ | ) |

## PLAINTIFF'S STATUS UPDATE

Plaintiff Brent Kideckel submits this status update to advise the Court that the conspiracy alleged in the Complaint is no longer speculative — it is unraveling on the docket. The fractures now evident were not caused by harassment or chaos, but by the enforcement of ethics, procedure, and accountability.

## 1. The Collapse of the Defense Is a Direct Result of Ethical Exposure — Not Intimidation

Following Plaintiff's Motion to Disqualify, Defendant Aram Simovonian promptly retained new counsel. This was not coincidental. It was a direct response to the procedural and ethical conflict laid bare in Plaintiff's motion.

Mr. Robinson did not voluntarily step aside out of strategy. He knew what he was doing: representing adverse co-defendants in a civil conspiracy case with no waivers, no disclosures, and no ethical clearance. He would have continued manipulating the process — and speaking for conflicted clients — had he not been called out *immediately* and *precisely* by a pro se litigant who read the rules and followed them.

**RECEIVED**
MAR 26 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

## 2. Robinson's Post-Substitution Filing Was Improper and Will Be Addressed

Despite no longer representing Simovonian, Mr. Robinson filed a declaration on his behalf in opposition to disqualification. This was not an innocent error — it was an attempt to maintain control and salvage a collapsing narrative. Plaintiff intends to move to strike the unauthorized filing, as it violates both ethical obligations and procedural norms.

## 3. David Kideckel Is in Default; Dahlia Saibil Is Silent and Unrepresented

Defendant David Kideckel has not responded and is in default. Defendant Dahlia Saibil has yet to appear, and the deadline to respond is rapidly approaching. Plaintiff will file a Notice of Anticipated Default against Saibil and will act accordingly under Rule 55.

There is no joint defense left. What remains is a fragmented group of defendants trying to distance themselves from one another.

## 4. Discovery Is Now Underway — And Truth Will Be Extracted

Plaintiff has prepared interrogatories on Defendant Simovonian focused on:

- The perjured affidavit of service,
- Communications with co-defendants,
- And Simovonian's potential cooperation going forward.

With the joint defense shattered, Plaintiff intends to expose the internal coordination behind the fraud and bring factual clarity to the record.

## 5. The City of Toronto Will Be Held to the Same Standard

The City of Toronto's reliance on false affidavits submitted by Defendants to Toronto Police Services remains under scrutiny. Plaintiff intends to pursue limited discovery to determine what

the City knew and when it knew it — particularly as it relates to the improper issuance and maintenance of a non-prosecutorial warrant.

## 6. This is Not Harassment — It's Litigation Done Right

Let there be no confusion: this unraveling defense is the product of deliberate misconduct exposed through lawful procedure. Mr. Robinson's retreat was not due to bullying — it was because the legal conflict was indefensible and the strategy had run its course. Had Plaintiff remained silent, Mr. Robinson would have continued to speak on behalf of clients he could not ethically represent. That is not advocacy — it is manipulation. And the Court deserves better.

**Respectfully submitted,**

Brent Kideckel
Plaintiff, Pro Se
P.O. Box 20901
Floral Park, NY 11002
brentkideckel@gmail.com
(917) 634-0637
Dated: March 26, 2025