UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRENT KIDECKEL,

    Plaintiff,

    v.　　　　　　　　　　　　　　　　　Civ. A. No. 24-2907 (CJN)

CANADA, et al.,

    Defendants.

**TORONTO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR JUDICIAL NOTICE "NUMBER 1"**

Defendants The City of Toronto ("Toronto") and Detective David Wilson (collectively the "Toronto Defendants") submit this opposition to Plaintiff's motion for judicial notice "number 1." (Dkt. 60). Plaintiff claims that the addition of counsel to the representation of the Toronto Defendants is improper insofar as it may have effect of delaying obstructing, or complicating the progression of this case. The Toronto Defendants have merely added an additional associate from the same firm, which will not delay, obstruct, or complicate the matter. Accordingly, the court should deny Plaintiff's motion. A proposed order is submitted herewith.

Dated: Washington, D.C.
         March 28, 2025

PHILLIPS LYTLE LLP

By: */s/ Natalia Marte*
Natalia Marte (9006283)
Attorney for Defendants
*The City of Toronto and David Wilson*
601 Pennsylvania Avenue NW
South Building, Suite 900
Washington, DC 20004
(202) 617-2712
nmarte@phillipslytle.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRENT KIDECKEL,

    Plaintiff,

    v.                                                    Civ. A. No. 24-2907 (CJN)

CANADA, et al.,

    Defendants.

1.     [PROPOSED] ORDER

UPON CONSIDERATION of the motion for judicial notice "number 1" filed by Plaintiff Brent Kideckel, and the entire record herein, it is hereby

ORDERED that Plaintiff's motion for judicial notice "number 1" filed by Plaintiff Brent Kideckel is DENIED.

SO ORDERED:

_____
Date

_____
CARL J. NICHOLS
United States District Judge