UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRENT KIDECKEL,

    Plaintiff,

    v.     Civ. A. No. 24-2907 (CJN)

CANADA, et al.,

    Defendants.

## TORONTO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR DECLARATORY RELIEF

Defendants The City of Toronto ("Toronto") and Detective David Wilson (collectively the "Toronto Defendants") submit this opposition to Plaintiff's motion for declaratory relief.  (Dkt 59).

As to the Toronto Defendants, Plaintiff seeks a declaration that "Defendant David Wilson engaged in an abuse of process by knowingly maintaining and supporting fraudulent legal actions despite clear evidence of misconduct." (Dkt. 59, at 6).  This request is premature.  The Toronto Defendants have moved to dismiss the claims against them based on foreign sovereign immunity, foreign official immunity, lack of personal jurisdiction, and failure to state a claim (*See* Dkt. 25).  Threshold jurisdictional issues must be decided prior to any adjudication of the merits of Plaintiff's claims.  *See Sinochem Int'l Co. v. Malaysia Int'l Shipping Corp.*, 549 U.S. 422, 430-31 (2007) (holding "a federal court generally may not rule on the merits of a case without first determining that it has jurisdiction over the category of claim in suit (subject-matter jurisdiction) and the parties (personal jurisdiction)"); *see also Venezuela v. Helmerich & Payne Int'l Drilling Co.*, 581 U.S. 170, 177 (2017) (holding "foreign sovereign immunity is jurisdictional").  And courts should "reach a decision about

- 2 -

immunity as near to the outset of the case as is reasonably possible." *Helmerich*, 581 U.S. at 174.

Further, Plaintiff's request fails on the merits. "The act of state doctrine 'precludes the courts of this country from inquiring into the validity of the public acts a recognized foreign sovereign power committed within its own territory.'" *World Wide Mins., Ltd. v. Republic of Kazakhstan*, 296 F.3d 1154, 1164 (D.C. Cir. 2002) (quoting *Banco Nacional de Cuba v. Sabbatino*, 376 U.S. 398, 401 (1964)). Accordingly, the court should deny Plaintiff's motion. A proposed order is submitted herewith.

| | |
|---|---|
| Dated: Washington, D.C.<br>March 28, 2025 | PHILLIPS LYTLE LLP<br><br>By: /s/ Natalia Marte<br>Natalia Marte (90006283)<br>Attorney for Defendants<br>*The City of Toronto and David Wilson*<br>601 Pennsylvania Avenue NW<br>South Building, Suite 900<br>Washington, DC 20004<br>(202) 617-2712<br>nmarte@phillipslytle.com |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRENT KIDECKEL,

    Plaintiff,

v.                                                             Civ. A. No. 24-2907 (CJN)

CANADA, et al.,

    Defendants.

## [PROPOSED] ORDER

UPON CONSIDERATION of the motion for declaratory relief filed by Plaintiff Brent Kideckel, and the entire record herein, it is hereby

ORDERED that Plaintiff's motion for declaratory relief filed by Plaintiff Brent Kideckel as to Defendant Detective Wilson is DENIED.

SO ORDERED:

_____
Date

                                                              _____
                                                              CARL J. NICHOLS
                                                              United States District Judge