IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT KIDECKEL ) | |
| Plaintiff ) | **CASE NO.:   1:24-cv-02907-CJN** |
| V. ) | |
| ) | |
| THE FOREIGN NATION OF CANADA, et al. ) | |
| Defendants. ) | |
| _____ ) | |

# NOTICE REGARDING RULE 56(c)(4), ETHICAL CERTIFICATION, AND THE STATUS OF PRIOR FILINGS BY CONFLICTED COUNSEL

Plaintiff respectfully submits this notice to the Court and to successor counsel George Breen, who now represents Defendant Aram Simovonian, to clarify the status of filings previously submitted by conflicted counsel Jeffrey Robinson while representing both Defendants Simovonian and David Kideckel concurrently.

As outlined in Plaintiff's pending motion to disqualify and supporting reply, Mr. Robinson's dual representation created a non-consentable conflict in violation of Rules 1.7 and 1.9 of the Rules of Professional Conduct, and resulted in submissions that appear tainted by procedural and ethical irregularity, including declarations signed under circumstances suggesting unreliability and potential misrepresentation. These filings include the pending motion to dismiss and sworn statements submitted in support thereof.

Mr. Breen, who was not counsel of record at the time of the original filings, is now the sole appearing attorney for Defendant Simovonian. Plaintiff respectfully requests that Mr. Breen clarify:

1. Whether he adopts, affirms, or withdraws the previously filed motion to dismiss;

**RECEIVED**

MAR 28 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

2. Whether he certifies that the attached declarations, including any offered as part of a dispositive motion, comply with Federal Rule of Civil Procedure 56(c)(4), which requires that declarations "be made on personal knowledge, set out facts that would be admissible in evidence, and show that the affiant or declarant is competent to testify on the matters stated";

3. Whether he certifies, under Federal Rule of Civil Procedure 11 and applicable professional standards, that he has reviewed the challenged filings and affirms that their continued reliance does not perpetuate a conflict or mislead the Court.

This request is submitted in good faith to preserve the integrity of the record and to ensure that the Court's review of contested materials is untainted by unresolved ethical conflicts, improper certification, or continued reliance on procedurally compromised submissions.

Plaintiff reserves all rights to pursue appropriate relief as necessary to protect the integrity of the proceedings.

Respectfully submitted,

*[signature]*

Brent Kideckel
Plaintiff, pro se

March 28, 2025