**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRENT KIDECKEL | ) |
| Plaintiff | ) **CASE NO.:  1:24-cv-02907-CJN** |
| V. | ) |
| | ) |
| THE FOREIGN NATION OF CANADA, et al. | ) |
| Defendants. | ) |
| _____ | ____ ) |

# PLAINTIFF'S NOTICE REGARDING TEMPORARY RESTRAINING ORDER AND REQUEST TO HOLD IN ABEYANCE

Plaintiff Brent Kideckel respectfully notifies the Court that significant developments have occurred since the filing of Plaintiff's Motion for Temporary Restraining Order ("TRO"), and accordingly requests that the Court hold that motion in abeyance pending resolution of threshold matters presently before the Court.

At the time the TRO was filed, Plaintiff sought emergency relief to prevent further procedural abuse, harassment, and interference with parallel proceedings. Since that time, however, Plaintiff has brought forth detailed evidence of fraud on the court, tainted declarations, and conflicted representation now pending in Plaintiff's Motion to Disqualify Counsel and Motion for Targeted Discovery. Those filings raise serious and foundational questions regarding the integrity of the docket, counsel's authority to act, and the procedural legitimacy of core submissions by Defendants.

Plaintiff now believes it would be premature to proceed with adjudication of the TRO before the Court rules on those higher-priority matters. Proceeding now could unnecessarily complicate the record or distract from what are plainly more pressing concerns involving judicial integrity, conflict of interest, and abuse of process.

**RECEIVED**

MAR 31 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Accordingly, Plaintiff requests that the Court hold the TRO motion in abeyance, without prejudice, until after resolution of the pending motions related to disqualification and procedural misconduct. This request is made not to delay, but to preserve the clarity of the record and respect for the Court's resources, as well as to ensure that all proceedings are grounded in a fully reliable factual and procedural foundation.

Plaintiff reserves the right to renew or amend the TRO request, if necessary, following resolution of the currently pending motions.

March 30, 2025

Respectfully submitted,

Brent Kideckel
Pro Se Plaintiff