IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT KIDECKEL ) | |
|     Plaintiff ) | CASE NO.: 1:24-cv-02907-CJN |
| V. ) | |
| ) | |
| THE FOREIGN NATION OF CANADA, et al. ) | |
|     Defendants. ) | |
| _____ ) | |

# **<u>NOTICE OF NON-OPPOSITION TO MOTION TO AMEND CAPTION</u>**

Plaintiff Brent Kideckel respectfully notifies the Court that as of the date of this filing, no party has filed any opposition or response to Plaintiff's pending Motion to Amend the Caption of this action. The time to respond has expired under Local Civil Rule 7(b), and thus the motion should be treated as conceded.

The requested amendment is procedural, non-prejudicial, and designed solely to ensure that the case caption accurately reflects the current posture and parties to the litigation. No party has disputed the appropriateness of the change.

Furthermore, Plaintiff notes that the record in this matter has grown increasingly complex, and in anticipation of a written ruling by the Court that may become citable or precedential in nature, it is important that the caption and docket be accurate and aligned with the pleadings. Clarity at this stage will aid future procedural management and preserve the integrity of the record.

Accordingly, Plaintiff respectfully requests that the Court grant the Motion to Amend the Caption summarily and at its earliest convenience.



**RECEIVED**
MAR 31 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

March 30, 2025

Respectfully submitted,

*[signature]*

Brent Kideckel
Pro Se Plaintiff