IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Brent Kideckel,<br><br>        Plaintiff,<br><br>v.<br><br>Foreign Nation of Canada, *et al.*,<br><br>        Defendants. | Case No. 1:24-cv-02907-CJN |

### DEFENDANT ARAM SIMOVONIAN'S NOTICE OF JOINDER IN TORONTO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR DECLARATORY RELIEF

Defendant Aram Simovonian ("Defendant"), by counsel, hereby submits this Notice of Joinder in the Opposition to Plaintiff's Motion for Declaratory Relief filed by Defendants The City of Toronto and Detective David Wilson ("Toronto Defendants") [Dkt. 75] in an effort to promote judicial economy and avoid expending further judicial and attorney resources given the multitude of recent filings in this matter and the number of motions currently pending before the Court.

Defendant joins in the arguments and authority raised by Toronto Defendants, specifically the argument that Plaintiff's request is premature in light of the pending motions to dismiss, which are based, in part, on lack of subject matter jurisdiction, lack of personal jurisdiction, and failure to state a claim upon which relief can be granted. Defendant further respectfully joins in Toronto Defendants' request that Plaintiff's Motion be denied. Should the Court require additional briefing on this issue, Defendant will expeditiously submit same.

Dated: April 1, 2025

Respectfully submitted,

*/s/ George B. Breen*
George B. Breen (Bar No. 428665)
Elizabeth A. Harris (Bar No. 1615589)
(*Admission pending*)
**Epstein, Becker & Green, P.C.**
1227 25th Street, NW, Suite 700
Washington, D.C. 20037
Telephone: (202) 861-1823
Facsimile: (202) 861-3523
gbreen@ebglaw.com
eharris@ebglaw.com

*Attorneys for Defendant Aram Simovonian*