### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT KIDECKEL | ) |
| Plaintiff | ) **CASE NO.:   1:24-cv-02907-CJN** |
| V. | ) |
| | ) |
| THE FOREIGN NATION OF CANADA,  et al. | ) |
| Defendants. | ) |
| _____ ____ | ) |

# PLAINTIFF'S REPLY IN SUPPORT OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

**[Filed while TRO motion is held in abeyance to preserve standing, correct the record, and rebut a tainted opposition]**

Plaintiff Brent Kideckel, appearing pro se, submits this comprehensive Reply to the opposition [ECF 87] filed by conflicted counsel Jeffrey Robinson of Lewis Baach Kaufmann Middlemiss PLLC ("LBKM") on behalf of David Kideckel and Dahlia Saibil. Although the Court currently holds the Emergency Motion for Temporary Restraining Order ("TRO") in abeyance, this Reply is filed to preserve standing, protect the integrity of the record, rebut a procedurally invalid opposition, and request judicial notice of new material evidence.

This case is not a procedural misunderstanding—it is a deliberate cross-border abuse of process involving perjury, falsified evidence, threats, and ethical violations by officers of the court. At its center is a disturbing truth: LBKM, a prestige law firm, stands credibly accused of perpetrating a live fraud on this Court, and has refused to deny a single allegation. Their silence is not just telling—it is damning.

**RECEIVED**

APR 8 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

## I. THE ENTIRE OPPOSITION IS TAINTED, UNAUTHORIZED, AND CONTRADICTORY

The April 7, 2025 filing is procedurally defective, substantively evasive, and fatally compromised:

- It was submitted by Jeffrey Robinson, who has already been replaced in related matters and has not sought reentry.

- It represents David Kideckel, who is in default.

- It purports to include Dahlia Saibil, who has not entered an appearance or filed any motion.

- And it advances arguments while simultaneously denying the Court has jurisdiction.

This contradiction alone renders the filing invalid:

"A party cannot simultaneously contest jurisdiction and seek relief on the merits. Doing so waives the jurisdictional objection." — *Peterson v. Islamic Republic of Iran*, 627 F.3d 1117, 1128 (D.C. Cir. 2010); *In re Talon MTS Ltd.*, 221 B.R. 214, 219 (Bankr. S.D. Fla. 1998).

The entire opposition is not a legal defense. It is a strategic placeholder filed to distract the Court, reframe the narrative, and delay accountability.


## II. THIS REPLY IS FILED WHILE THE TRO IS IN ABEYANCE TO PRESERVE THE RECORD AND PLAINTIFF'S RIGHTS

On April 1, 2025, Plaintiff filed a Notice requesting that the TRO be held in abeyance. Plaintiff did so out of procedural caution, not weakness. The harms identified in the original TRO remain active. The threats, perjury, and cross-border interference have not ceased. This Reply is filed:

- To rebut the opposition on the record;

- To correct legal and factual misrepresentations;

- To preserve Plaintiff's procedural posture;

- And to lay the foundation for future sanctions, discovery, or renewed TRO relief.

This is a protective filing, not a withdrawal.

## III. THE "PRO SE VS. GOLIATH" DYNAMIC IS CLEAR—AND PLAINTIFF IS THE ONLY PARTY FOLLOWING THE RULES

This is a case where Plaintiff, alone and self-represented, is facing off against a coordinated team of attorneys abusing procedural rules, submitting tainted filings, and seeking to bury the truth under volume.

- Plaintiff has met every deadline;

- Followed every rule;

- Presented documentary evidence and sworn declarations;

- And asked for only one thing: truth.

In contrast, LBKM continues to engage in a strategy of:

- Obstruction (filing while denying jurisdiction),

- Deception (withholding evidence, misrepresenting facts),

- And concealment (refusing to address perjury and fraud).

"Courts must be vigilant to protect pro se litigants from tactical gamesmanship designed to obstruct access to justice." — *Clarke v. United States*, 915 F.2d 699, 703 (D.C. Cir. 1990); *Haines v. Kerner*, 404 U.S. 519, 520 (1972).

## IV. ROBINSON AND LBKM STAND ACCUSED OF FRAUD ON THE COURT—AND HAVE SAID NOTHING IN RESPONSE

This Court is now confronted with a law firm accused of active fraud, and the firm has filed no rebuttal. Among the unrebutted facts:

- The affidavit of service filed by Simovonian in Canada was perjured;

- The text messages used in the Ontario claim were fabricated by David Kideckel

- Robinson submitted a 650-page predatory and tainted Motion to Dismiss under conflict;

- After being replaced, he continues to file unauthorized pleadings;

- No party has addressed these ethical breaches.

**"Fraud upon the court is not a procedural defect—it is an existential threat to justice." — *Hazel-Atlas Glass Co. v. Hartford-Empire Co.*, 322 U.S. 238, 245–46 (1944); *Chambers v. NASCO, Inc.*, 501 U.S. 32, 46 (1991).**

Their silence is a strategic admission. They do not rebut the allegations because they cannot.

## V. DEFENDANTS ARE IN DEFAULT OR NON-APPEARANCE

- David Kideckel is in default and may not contest motions until the default is lifted. *Jackson v. Beech*, 636 F.2d 831, 836 (D.C. Cir. 1980).

- Dahlia Saibil has not appeared, has not answered, and has filed nothing with this Court. Ms. Saibil is a lawyer, trained right here at Georgetown Law, and consistent with being accused of involvement in a conspiracy, has, to date, failed to promptly challenge a Complaint that she filed a malicious and false police report. Ms Saibil has exhausted every last minute of the 90 days allowable so that her conflicted (or new) counsel can recycle the jurisdictional arguments. This is paired with her husband's default and co-conspirator Aram Somovinan evading Service of Process for so long.

This opposition is procedurally void and tainted by conflict.

# VI. JUDICIAL NOTICE REQUESTED – DEFENDANT KIDECKEL ACKNOWLEDGES PLAINTIFF'S U.S. RESIDENCE AND INTENDED HARM

Plaintiff respectfully requests that the Court take judicial notice of Exhibit B, a transcript of an audio recording in which David Kideckel explicitly acknowledges that Plaintiff resides in the United States.

This admission proves:

- Personal jurisdiction is proper under *Calder v. Jones*, 465 U.S. 783 (1984);

- Defendants intended to cause harm inside the United States;

- Their conduct was targeted, not incidental;

- LBKM's jurisdictional arguments are knowingly false and intended to mislead.

**This is active, ongoing fraud on the Court, designed to insulate fabricated foreign litigation from U.S. scrutiny.**

# VII. DISCOVERY IS WARRANTED TO EXPOSE FABRICATED EVIDENCE

Plaintiff now has compelling evidence that:

- The messages used to launch the Ontario lawsuit were fabricated by David Kideckel himself;

- These messages were attributed to "Brent alias" without number, metadata, or source;

- They were presented in Canadian court by and through Simovonian's perjured affidavit and subornation of perjury by David Kideckel;

- That entire case was then used to justify retaliatory action in the United States.

"Fabrication of evidence constitutes a fraud on the court and warrants discovery and extraordinary relief." — *Aoude v. Mobil Oil Corp.*, 892 F.2d 1115, 1118 (1st Cir. 1989); *Eaton Corp. v. Appliance Valves Corp.*, 526 F. Supp. 1172, 1178 (N.D. Ind. 1981).

Limited discovery is needed now—to preserve documents, expose fraud, and stop further abuse.

## VIII. TIMELINE OF EVENTS LEADING TO TRO – A COORDINATED CAMPAIGN TO OBSTRUCT, COERCE, AND RETALIATE

Plaintiff offers the following detailed timeline of events, spanning from March 11 through March 26, 2025, to illustrate the calculated, ongoing, and cross-border nature of Defendants' retaliation, coercion, obstruction of access to justice, and abuse of both Canadian and U.S. court systems.

This is not a passive defense—it is an active, coordinated conspiracy, weaponizing jurisdictional ambiguities, process abuse, fabricated evidence, and fraudulent filings to intimidate, isolate, and suppress Plaintiff's rights in both jurisdictions.

### March 11, 2025 – Plaintiff Files Motion to Disqualify LBKM

Plaintiff filed a motion to disqualify LBKM for irreconcilable conflicts of interest, citing dual representation of co-defendants (including an accused perjurer), undisclosed factual overlaps, and tainted filings. The motion also highlighted the firm's efforts to preclude judicial scrutiny and shield unethical conduct under cover of procedure.

### March 20, 2025 – Plaintiff Sends Estate Demand Letter to David Kideckel Cc'd to his professional email (Exhibit A)

Plaintiff issued a formal demand to Defendant David Kideckel in his role as executor of Plaintiff's father's estate, requesting an accounting and clarification of probate matters in Manitoba. To date, no response has been provided—further evidence of bad faith, obstruction, and the misuse of legal status to avoid fiduciary obligations.

## March 21, 2025 – Aram Simovonian Unilaterally Schedules a Motion to Strike and Declare Plaintiff a Vexatious Litigant

Co-conspirator Aram Simovonian, disbarred or terminated from his former firm for filing a fraudulent lawsuit, unilaterally scheduled a motion in Ontario to strike Plaintiff's Canadian claims and have Plaintiff declared a "vexatious litigant" nationwide across Canada.

This was not a defense. It was a calculated retaliation—intended to preclude Plaintiff's access to the probate court in Manitoba, and to suppress estate-related claims that would otherwise expose misconduct.

This maneuver evidences concerted efforts to forum-block, abuse public process, and engage in legal stalking.

## March 22, 2025 – David Kideckel Sends Threatening and Harassing Email

On March 22, 2025, David Kideckel sent a coercive and defamatory email to Plaintiff. This message—not denied in the Opposition brief—contained language implying Plaintiff is a "wanted criminal," intended to chill Plaintiff's legal efforts and inflame reputational damage in the U.S.

This email alone supports a claim for defamation, witness intimidation, and cross-border abuse of process, and it is at the core of the requested TRO relief.

## March 22, 2025 (continued) – Plaintiff Issues Cease and Desist, Simovonian Responds Flippantly

After receiving the threatening email, Plaintiff informed Simovonian that his client (David Kideckel) had issued a coercive communication and that Plaintiff's spouse was considering civil legal action in California for harassment and coercion. Plaintiff formally advised Simovonian that David was to cease and desist all contact.

In response, Simovonian sent only a "thumbs up" emoji—a mocking, unserious, and unethical response, implicitly ratifying the misconduct and solidifying his role as a co-conspirator and in-concert actor.

## March 23, 2025 – Simovonian Refuses to Allow Plaintiff Participation in Hearing

Simovonian reminded Plaintiff of the Ontario motion hearing he unilaterally scheduled. When Plaintiff asked to participate, Simovonian explicitly refused.

Plaintiff responded that Simovonian was ratifying coercion, blocking procedural access, and further entrenching his role as a knowing, willing participant in the abuse of process.

## March 25, 2025 – Robinson Files Unauthorized Declaration After Partial Withdrawal

Jeffrey Robinson partially withdrew from the case—yet astonishingly filed a new declaration on behalf of David Kideckel the same day.

This declaration:

- Contains a provably false material statement,

- Was filed without certification,

- Is completely unsupported by evidence,

- And was submitted after Robinson's effective withdrawal as counsel of record.

This is the clearest evidence yet of LBKM's dishonesty, unauthorized representation, and willingness to use false filings to preserve a tainted narrative. It is also further proof that LBKM is actively concealing its own fraud by abusing procedure.

**March 26, 2025 – Simovonian Attends Ontario's Civil Practice Court to Schedule Frivolous Motion**

Simovonian attended Civil Practice Court in Ontario and unilaterally obtained a date for a motion seeking to strike Plaintiff's claims, again without consent, and without regard for Plaintiff's rights or pending U.S. claims.

This repeated forum manipulation shows that Defendants are forum shopping, retaliating, and engaging in coordinated abuse of process, all while attempting to exclude Plaintiff from the proceedings altogether.

This timeline establishes a pattern of:

- Procedural weaponization,

- Jurisdictional exploitation,

- Coercive communications,

- Unilateral scheduling, and

- Strategic concealment of misconduct, particularly by those who purport to be officers of the court.

It justifies emergency relief, limited discovery, and judicial intervention—before further damage is done.

## IX. DAVID KIDECKEL'S FALSE EMPLOYMENT NARRATIVE AND FINANCIAL MOTIVE FOR RETALIATION

Plaintiff also brings to the Court's attention compelling evidence that David Kideckel's retaliatory conduct was financially motivated, planned, and premised on deception.

### A. Plaintiff's Estate Demand Was Sent to Defendant's Claimed Work Email— and Bounced

On March 20, 2025, Plaintiff issued a formal demand to Defendant David Kideckel, in his role as executor of Plaintiff's father's estate, requesting an accounting and fiduciary compliance under

Manitoba probate law. That letter was sent to David's work email address, which he had recently claimed as his point of professional contact.

The email bounced back. The company—which David claims to chair—has been effectively defunct since 2023, and its stock has been trading at $0.01, with no material operations and no recent filings with Canadian regulators (Exhibit C).

This is not a coincidence. It confirms that David Kideckel is misrepresenting his professional identity to obscure the embarrassment of being terminated from so many employers in such a short time.

## B. David Kideckel's Claimed Career History Is Implausible and Financially Exploitative

In 2022 and 2023, David Kideckel's online presence implies he had eight separate employers. By his own admissions, most of these roles ended with NDAs—a pattern highly suggestive of either misconduct, litigation avoidance, or both.

One of these roles involved a shell-like biotech entity, Pharmadrug, which Plaintiff now believes may have been exploited by David through fabricated titles and manipulated transactions. The collapse of Pharmadrug and other entities appears to have coincided with the launch of this litigation campaign—suggesting David was out of work, unable to get a job, bored, and angry.

## C. Defendant's Mother, Hope Springman, Is Involved in At Least Three Lawsuits Related to Inheritance and Enrichment

David Kideckel is not operating alone. Plaintiff's biological mother, Hope Springman, is currently involved in at least three separate lawsuits with the living children of her current husband, in relation to probate, inheritance, and unjust enrichment disputes.

This is not a normal family dispute. This is a pattern of financial abuse and estate exploitation, in which David Kideckel plays a central role. Indeed, this lawsuit arose because Plaintiff took action after Hope Springman wrongfully seized Plaintiff's bar mitzvah trust account, prompting retaliation from David as evidenced in David Kideckel's own words.

## D. The Lawsuit In Ontario is Fraudulent, Retaliatory and Without Merit

The evidence overwhelmingly supports the conclusion that the lawsuit—was conceived and executed by David Kideckel as an act of retaliation, after Plaintiff sought legal redress for financial wrongdoing- 15 years ago!

None of this is speculative:

- David fabricated text messages and filed a fraudulent lawsuit with his co-conspirators,

- David launched false and inflammatory accusations to courts in two countries,

- David, with Aram Simovonian's aid, now seeks to declare Plaintiff a vexatious litigant to silence all legal response,

- And David's own employment story has collapsed under basic scrutiny.

David's actions are not just improper—they are malicious, retaliatory, financially motivated, and designed to obstruct justice.

"A court has both the authority and the duty to prevent parties from using the judicial process as a tool for retaliation or unjust enrichment." — *In re Itel Sec. Litig.*, 791 F.2d 672, 675 (9th Cir. 1986); *Aoude v. Mobil Oil Corp.*, 892 F.2d 1115, 1119 (1st Cir. 1989).

This case is precisely that. The Court should recognize the financial motive, procedural fraud, and abuse of process underlying David Kideckel's conduct—and take swift action to contain and correct the resulting harm.

Plaintiff respectfully requests that this Court consider entry of default on David Kideckel as an appropriate remedy for his lack of regard for procedure, the United States, and most importantly, the truth.

Dated: April 7, 2025

Respectfully submitted,

Brent Kideckel
Pro Se Plaintiff

# EXHIBIT "A"

Brent Kideckel
P.O. Box 20901
Floral Park, NY 11002
brentkideckel@gmail.com
(917) 634-0637

March 21, 2025

By Registered Mail and Email

David Kideckel
23 Peveril Hill South
Toronto, ON M6C 3A8
Canada

**RE: Formal Demand for Estate Accounting and Distribution – Estate of Howard Kideckel (Deceased January 18, 2025)**
**Executor: David Michael Kideckel**

Dear Dr./Mr./D. Kideckel,

I am writing as a beneficiary of the estate of Howard Kideckel, who passed away on January 18, 2025, in which you are acting as executor pursuant to a Grant of probate issued by the Court of King's Bench of Manitoba.

Despite the passage of significant time since the commencement of probate, I have not received a full and proper accounting of the estate's assets, liabilities, disbursements, or a timeline for distribution. You have also failed to communicate adequately with the beneficiaries regarding the administration of the estate.

As executor, you have a fiduciary duty under Manitoba law to administer the estate in good faith, maintain transparency with the beneficiaries, and distribute the assets in a timely and lawful manner. I am formally demanding that you:

1.   Provide a full and detailed accounting of the estate, including an itemized list of all assets, debts paid, income received, and expenses incurred, and
2.   Provide a concrete timeline for the distribution of estate assets to the beneficiaries.

You are required to respond to this demand within fourteen (14) days from the date of this letter, that is, no later than April 4, 2025. Should you fail to comply, I will initiate proceedings in the Probate Division of the Court of King's Bench of Manitoba, seeking:

- A court-ordered passing of accounts;
- A compelled distribution of the estate;
- Your removal as executor for breach of fiduciary duty; and
- An award of substantial indemnity costs against you personally.

Please also be advised that this letter and your conduct as executor will be entered into evidence in ongoing litigation in Ontario and the United States, where issues of misrepresentation, abuse of process, and fraudulent conduct are presently before the courts. Any further refusal or delay on your part may constitute additional evidence of malfeasance or intentional concealment of estate assets.

This letter is issued without prejudice to my full legal rights and remedies available to me in all applicable jurisdictions.

Sincerely,

Brent Kideckel

**CC:**

- Aram Simovonian, Counsel for David Kideckel – Ontario
- Jeffrey Robinson, Counsel for David Kideckel – United States

**"EXHIBIT B"**



Caption

**EXHIBIT "C"**

**TRANSCRIPT OF TELEPHONE CALL
BETWEEN DAVID KIDECKEL AND LYNN BURTON
RECORDED AT THE RESIDENCE OF MRS.LYNN BURTON,
THE TOWER RESIDENCES AT THE RITZ-CARLTON
35 WATERGATE DRIVE, SARASOTA, FLORIDA**


**JANUARY 22, 2024 approx. 8:00 PM LOCAL TIME**


**DAVID KIDECKEL: I don't know who you mean by my family, but like, let's get into things Lynn. So what's happening with Brent? Like, honestly I I know you're close with him, and he's nothing short of a menace, threatening me and my family and others with texts. And ummm uh I'm bringing you in because you're the only one that I know that actually speaks with him.**

Lynn Burton: Well, you gave me a number that you said he was texting you from and I hadn't seen that number before because...

**David: I have probably seven to ten numbers that he changes or it's called VoIP. He often deletes his numbers and then changes them. He's texting, he just texted me 30 seconds before you called. But anyway, I'm sorry for cutting you off. Go ahead.**

Lynn: Well, I called that number that you gave me that you said he texted from and it said to leave a message that the, it was like a text number or something? Like, it was only a text number. It wasn't like a a person number, kind of. I didn't know that existed.

**It's called VOIP.**

Okay.

**Voice Over Internet Protocol. Look, I don't know... I'm not trying to be a prick here, Lynn. Like, let me just be clear. All I know is that you and him speak and are I think close and nobody else in my entire family even speaks with Brent. And so you're the only person I have something against you personally. I just don't know who else to go to. He just texted me again threatening me from a 917 number. So I don't know what to do. I mean, you tell me.**

*\*\*Plaintiff's commentary: this text was upon Defendant David Kideckel sending unsolicited messages to Plaintiff at his true and only phone number. Plaintiff asked David "to think where he could be right now" as Plaintiff was recording this interaction\*\**

Well, a 9 1 7 number.

**I'll tell you. Hang on.**

**Here it is. 9 1 7 6 3 4 0 6 3 7.**

BRENT KIDECKEL (to Lynn in background): Ask him to read the message.

Lynn: Okay. Can you read the message?

—long pause—

**Ummmmmmm Well, I just texted him ……the text he sent the CEO again. I sent you and he says, "do you know where I am right now?" I said, "tell me" and he**

**said, "I don't know who this is, but think long and hard where I might be at this minute." And that's typically Brent being passive aggressive and very aggressive. And ummm and there's much more, like he's texting saying, I'm a, you are, this is him texting, from 204—818—6743, "you are such a loser in life, fired, divorced twice, no family, you've hit the trifecta, bro." What else do I have?**

There's there's many others. The point, Lynn, is, um... Oh, here's another. Here's a gem. "You have little man syndrome. Let's pray mommy Dearest will die this yea."

*heavy impatient breathing in background—a frustrated Lynn Burton*

**"…wifey too will kick your asap [indiscernible talking] … If you took twice the bills, failure in marriage, work, and life, you hit your train wreck."**

*long pause*

Okay, anything you want, or are you, like... I mean, I don't know what to tell you. I'm honestly, I'm not asking for you to do much. It's just more to, because I think you're a sensible person. Even though we might have our differences based on, you know, the past here, seems.

**Um, but just, I'm going to back off where I will be filing a criminal complaint. My wife's a lawyer, a criminal lawyer at that. So it's moreof a warning to him.**

Well, do you even know where he is?

**I have no idea. I haven't spoken to him.**

So how?

**He changes his number. He changes his number every time he texts me.**

So how are you going to file a criminal?

**Exactly.**

How are you going to do that if you don't even know where he is?

*David talking over Lynn*

Pardon me?

**Lynn, do you know where he is?**

No, I don't know where he is.

**When was the last time you spoke with him?**

Well, I've spoken to him, but I don't...

**When?**

I speak to him, but I don't really know where he is.

**When was the last time you spoke with him?**

Oh, maybe a couple of months ago.

**And where was he?**

 I don't know. I think he was in San Diego.

# **I know he's in the US**. **He uses the Winnipeg or Toronto phone number. 917 is a New York phone number. Um, you're right. I'm just going to go to the local authorities and...**

In Toronto?

**I, I, look, I'm going to be careful in what I tell you because I don't know what you're going to tell him. So I am going to go to the authorities, whether it's federal or provincial or local. I'm in the process of getting legal advice on that exact question, so I don't know. And I probably wouldn't tell you anyway, but I will be pressing something against him. Would you not agree? I don't know what he's told you. You probably have this whole perception of me that is entirely false, based on what he's told you.**

Actually, to tell you the truth, he never even mentions you. I, you know, and to tell you the truth, I found that your text to me about not speaking to your father or writing him about surgery, I found it very offensive and I asked your father to tell you that you owed me an apology because there's no need for you to write me like that because you probably, I'm your father's first cousin, I'll bet you a hundred bucks you couldn't name all your father's first cousins. You only know me. You don't even know them and I'm supposed to keep phoning your father when he's never called me? That's not a relationship. And I don't, I don't, when did I see you last? Maybe I saw you at your grandmother's funeral. I don't remember. And I saw you at your first wedding and before that I think we went out, your grandmother and Marla and

me, maybe 20 years ago. Like I don't I don't understand why, you know,  why you're you're you're at me because I'm not speaking to your dad. Your dad never calls.

**I don't care about my dad. For you to not care about my dad, I don't care. To be honest with you Lynn, I spoke with my dad. I did my due diligence before sending you my texts today. I asked him directly, did Lynn say anything about me? He said "no". Okay? I don't care that you didn't call my dad. It wasn't actually about my dad. It was more about when I was taking care of my dad in Winnipeg. I'm getting hateful texts from Brent. And I know you've attempted to sue my mother with Brent. So I just assume you're on his side. Maybe I'm wrong, but tell me I'm wrong. Like, am I wrong in saying this? Like, honestly.**

There's no side. There's no side. And that was—

**DID YOU SUE MY, DID YOU HELP MY BROTHER SUE MY MOTHER?**

You know what? Maybe my husband did. May he rest in peace. But he died 10 years ago. So I don't even know when that was. I did nothing. Okay. And I don't, I don't.

**You're a party to it. You just stood there while my brother sues his mother for not, for what?**

I don't know. I, my husband might have, might have. [Indiscernible cross—talk]

**And you don't know?**

**Like, come on. That's really what I'm getting at. So I assume you're very close with Brent and for Mara Koven, who I speak with, I don't even speak with, to tell me that you tell her, all I, David Kideckel, is serious, but you're very close with Brent? How does a person I don't even speak with, and now I have no relationship with, make something like that up?**

No, she didn't make it up. You called me senile, but she didn't even sit down. She came through my social room in my apartment. I was introduced to her. I didn't even remember her name after you mentioned it. And she said she was from Winnipeg. And I didn't...

**And then you talked shit about me in the process.**

No, I didn't talk shit about you. I said you were a serious person. Would you rather I had said you're a clown? It's nothing wrong with being a serious person. You are a serious person. It's not a bad thing.

**You don't know me, Lynn. Lynn, with all due respect, you don't know me. Nobody... This is the beef I have with you. You don't actually know me. To lay any description about me...**

But that's not a bad word. I mean, that's how I remember you.

Okay, but you obviously meant it negatively because...

No, I didn't

**For your husband, Richard, sued my mother with my brother. You're telling me you never saw the court documents? Like, tell me the truth.**

No, I didn't. No, I didn't. How long ago was that?

I don't even know. I mean, it's just, honestly, I wasn't even going to bring it up. But the fact that now Brent uses you as almost like an alibi for some ways, do you understand, Lynn, nobody in our family, whether it's Kideckel's, at least not the Kideckel that I know, and you're right. I don't speak with any of my dad's first cousins, because you know what? He's never introduced me to any of them. I don't even know who they are. But from on my mom's side, nobody speaks with Brent.

Brent to Lynn, a Kideckel family member: "Ask about Alan" [mother's brother]

**Do you understand? So you're the only, the only reason why I'm coming to you is not because I have any issue with you. Even my mom, lawsuit aside, it's only because you're the only person I know that speaks with Brent the only person**

and you speak to everybody in Hope's family?

**Uhh no I don't**

You don't?

They haven't been particularly uhh nice to my mom either. And I, I really side with my mom.

So if you knew anything about what's going on,
you've probably heard that we don't speak because
David's been a prick. That's probably what you
hear from Brent. You don't know the other three
quarters of everything, which is David Hope's son
being extremely loyal to Hope. That's what you don't
hear.

I don't hear anything. I'm telling you, the only
time I heard from you
was when you gave me shit for not calling your
father. Yes, yes you
did. More than once you said that you'd be
appreciative of my paying
more attention or something to your father. And I
called your, yes,
yes I called your father and he said I didn't tell
anybody I had
prostate surgery. You don't go around telling people
you had prostate
surgery. And the last time he was in the hospital I
called him several
times you told me to call him because he had
prostate I called him
several times has he ever called me? Never. Ever.
That's not a relationship. It's not.

**well he rarely calls, look I'm not mad about that. I
actually don't even care about that.**

you wrote it like you were mad, that I should be,
you know, I should care more or be...

**Lynn, I know what kind of man my dad is, okay? I'm
not stupid. I know he….his relationship with me
is... I make all the effort, okay? So, I don't**

**know. Like, let's call it spade to spade. I know the kind of man my dad is, okay? I know. I'm not trying to be [indiscernible], okay? If that's what you think, then it clearly did not come across appropriately.**

Well that's the same thing, it does't always come across appropriately. And that's what happened with Mara. I dod not say anything negative about you, you took the whole thing negatively, I don't know, I didn't even know who Mara was, then I couldn't, I was introduced to her in passing. She didn't even sit down. And then you called me senile because I didn't remember her. I have it here on my phone. You called me senile.

Lynn…

I'm not senile.

I don't think you are.

Well, you said so. Why did you write it? It's in writing. I have it in black and white. That I should pay more attention to your dad and that I'm senile. That's what you wrote me.

**If that's what you're mad about,I mean I**

No, I'm not.

I'm not mad, but that's it, but but you're asking I don't have

**You sued my mother for Christ's sake. Like come on your husband. Your, your, husband. Who's unfortunately, who I liked a lot. Richard?  Like**

**what do you have to say about that? You tell me you didn't know anything that's going on? Bullshit! And that's not even why I care. That's not why I'm texting you.**

Okay, what would you like? Tell me what you'd like, what would you like from me?

**I'd like you..to the point where, you know, we don't clearly see eye to eye, tell Brent to settle the fuck down. Because he is fucking crazy.**

Brent Kideckel: Hi David.


**…I will pursue criminal charges.**

*mute sound*

Lynn to Brent: Don't do that. Get out of here.

**Hello?**

Yeah, sorry. (*unmute sound*) Sorry, my phone is crazy here.


**Hello?**

Yeah. Hello? Can you hear me? Hello?

**Hello?**

Oh, sorry. Okay. I don't know. I have another call coming in. But it's okay. I'll just leave it.

Um, you're going to… Okay.

It's about Brent. I don't care about my dad or my mom right now in the sense of your past and your husband's past with this.

**It's abouT Brent threat threatening me and my family. And now calling a workplace where I'm chairman of the board and me having to explain myself to the chairman and other people to walk them off a cliff to tell them my brother is psycho. This is out of bounds.**

Okay, so what would you like me to do?

What do you, I, what I'd like you to do versus what you will do, I dob't know. You just said you spoke with him two months ago. Is that true, or?

What would you like me to do? You want me to call him and tell him to leave you alone, okay? Is that what you want?

**No, Lynn I don't want you to call him and do anything.**

What would you like me to do?

**I would like you to explain to him how it's morally incorrect to do what he did. I will continue to send you texts that he sends to people within my orbit. Verbatim orbit. If he does anything again, I will be filing criminal charges against him.**

Okay, then do if you feel that.

**Your name will be included,**

good,

**do you understand,**

good,

**I know where you live.**

Good, I'm glad you know where I live. You can come visit me. I've never visited you and you've never visited me. It's time. We're cousins.

**I'm at 23 Peveril Hill South. My door is always open.**

Good.

**I'm in Toronto, at Bathurst and Eglinton.**

Good. Okay. I know where that is. Okay. I'll come and visit you. You come and visit me. We'll be nice cousins. Okay.

**Ok,  So with that naivety out of the way, are you done now? Like, can you actually talk like an adult?**

*long pause*

—Lynn terminates phone call.

Finished. I'm finished.
Transcribed with Cockatoo