# EXHIBIT A

**From:** Brent Kideckel <brentkideckel@gmail.com>
**Date:** March 26, 2025 at 7:02:02 PM EDT
**To:** "George B. Breen" <gbreen@ebglaw.com>, "Jeffrey D. Robinson" <Jeffrey.Robinson@lbkmlaw.com>
**Cc:** Natalia Marte <NMarte@phillipslytle.com>
**Subject: False Declaration and Conflict of Interest (Rule 56(c)(4) Notice)**

*** EXTERNAL EMAIL ***

Dear Mr. Robinson and Mr. Breen,

This correspondence serves as formal notice regarding the false declaration filed by Mr. Robinson on behalf of Defendant Aram Simovonian — who, by that time, was already represented by Mr. Breen. The declaration falsely states that I was served by email, a claim that is categorically untrue, unsupported by any record, and submitted in violation of Federal Rule of Civil Procedure 56(c)(4).

Mr. Robinson, this is the latest in a troubling pattern of procedural misconduct that now includes:

1

• Submitting a sworn declaration on behalf of a party you no longer represented,

• Asserting knowingly false facts in a sworn filing (email service that never occurred),

• Unethically representing multiple adverse parties despite an obvious and irreconcilable conflict under Rule 1.7, and

• Filing a 650+ page voluminous motion to dismiss, now likely to be withdrawn or stricken, serving no purpose but to harass, obfuscate, and waste judicial resources.

This conduct is not simply flawed — it is sanctionable, and I am preparing a Rule 56(c)(4) motion to strike the declaration, along with motions seeking limited discovery, referral for sanctions, and a full accounting of your role in these misrepresentations.

Mr. Breen, as newly retained counsel for Mr. Simovonian, you are now responsible for clarifying whether:

1. Your client adopts or disavows the declaration improperly filed by prior counsel, and

2. You acknowledge the material falsehood regarding email service.

If I do not receive a written response within 48 hours, I will proceed with the aforementioned filings and request that the Court take notice of both the underlying falsehood and your failure to disavow it.

This Court — and opposing parties — deserve candor, not gamesmanship. I strongly urge you both to reconsider your posture before further damage is done.

Sincerely,

Brent Kideckel

Pro Se Plaintiff