# EXHIBIT B

**From:** Brent Kideckel <brentkideckel@gmail.com>
**Date:** March 27, 2025 at 8:06:13 AM EDT
**To:** "George B. Breen" <GBreen@ebglaw.com>
**Subject: Fwd: Kideckel v Kideckel et al | CV-24-00719990-0000 Endorsement for hearing for March 26, 2025**

**\*\*\* EXTERNAL EMAIL \*\*\***

Dear Mr. Breen,

I am writing to put you on formal notice of a critical procedural issue that directly implicates your client's credibility in this matter.

Despite your recent substitution as counsel for Mr. Simovonian in the U.S. action, it appears that Mr. Simovonian remains counsel of record for David Kideckel in the related Canadian litigation. That proceeding involves the very same fabricated text messages and false affidavits that are now central to the U.S. case — and which your client is attempting to distance himself from through your appearance and through the disputed declarations already before the Court.

1

Your client cannot, on one hand, disavow procedural fraud in this Court while simultaneously continuing to advance those same fraudulent claims in a foreign court on behalf of the party alleged to have fabricated the underlying evidence. The inconsistency is glaring. It undermines any assertion of independence from the conspiracy, and, if not corrected immediately, will be construed as ongoing participation in the same misconduct now under review.

If this dual role is not promptly disavowed or formally terminated, I reserve the right to raise it directly with the Court and to seek sanctions, adverse inferences, or other relief as appropriate.

I expect your office will take this seriously and act accordingly.

Sincerely,

Brent Kideckel

Plaintiff, pro se

Begin forwarded message:

> **From:** Aram Simovonian <asimovonian@limalaw.ca>
> **Date:** March 27, 2025 at 4:49:21 AM PDT
> **To:** Brent Kideckel <brentkideckel@gmail.com>
> **Subject: FW: Kideckel v Kideckel et al | CV-24-00719990-0000 Endorsement for hearing for March 26, 2025**
>
> Good Morning, Brent:
>
> Please see attached the Court Endorsement with respect to *your* Ontario action against David and Dahlia.
>
> Briefly, I did advise the Court, as I said I would, that you were not available and that I did not canvass the date of the CPC with you. Despite this, the Court agreed with me that the motion should still be scheduled.
>
> The motion is brought pursuant to Rule 21 to strike your claim against David and Dahlia.
>
> The Court imposed timetable for the motion is as follows:

1. Moving Party Motion Record: April 4, 2025;
2. Responding Party Motion Record: May 2, 2025;
3. Moving Party Factum: May 30, 2025;
4. Responding Party Factum: June 30, 2025; and
5. **Hearing date: AUGUST 6, 2025 FOR TWO HOURS.**

Thank you,

**Aram Simovonian**
**Partner**
T: 647.677.8009 (direct)
E: asimovonian@limalaw.ca
5353 Dundas St. W., Suite 503
Etobicoke, ON  M9B 6H8

The information contained in this electronic message is legally privileged and confidential information that is exempt from disclosure under applicable law and is intended only for the use of the individual or entity to which it is addressed. If you have received this communication in error, please notify me immediately by replying to this email or by telephone at 647.677.8009. Thank you.

---

**From:** Perri, Teresa (MAG) <Teresa.Perri@ontario.ca>
**Sent:** Thursday, March 27, 2025 7:34 AM
**To:** Aram Simovonian <asimovonian@limalaw.ca>
**Cc:** Clarke, Sancha (MAG) <Sancha.Clarke@ontario.ca>; Fraser, June (MAG) <June.Fraser@ontario.ca>; SCJ Toronto Civil Staffing (MAG) <civilstaffing.toronto@ontario.ca>; JUS-G-MAG-Toronto-SCJ-Civil Intake <Toronto.SCJ.civilintake@ontario.ca>; Yeo, Nelly (JUD) <Nelly.Yeo@ontario.ca>
**Subject:** Kideckel v Kideckel et al | CV-24-00719990-0000 Endorsement for hearing for March 26, 2025

Good morning
Please see the attached Endorsement for your matter heard on March 26, 2025, before Justice Parghi.

**Kindly confirm receipt and circulate to all necessary parties.**

**Please Note:** All future correspondence should be directed to the appropriate Trial Office, Intake Office, and/or judicial assistant.


Thank you !

**Teresa Perri**
Court Clerk & Registrar
Ministry of the Attorney General | Superior Court of Justice
330 University Ave | Toronto, ON M5G 1R8

3

CONFIDENTIALITY NOTICE: The contents of this communication, including any attachment(s), are confidential and may be privileged. If you are not the intended recipient (or are not receiving this communication on behalf of the intended recipient), please notify the sender immediately and delete or destroy this communication without reading it, and without making, forwarding, or retaining any copy or record of it or its contents. Thank you. Note: We have taken precautions against viruses, but take no responsibility for loss or damage caused by any virus present.

Le contenu de la présente communication, y compris tout fichier joint, est confidentiel et peut être privilégié. Si vous n'êtes pas le destinataire visé (ou si vous ne recevez pas la présente communication au nom du destinataire visé), veuillez en aviser immédiatement l'expéditeur et supprimer ou détruire le présent message sans le lire, en tirer des copies, le retransmettre ou en enregistrer le contenu. Merci. À noter : Nous avons pris des mesures de protection contre les virus, mais nous n'assumons aucune responsabilité pour ce qui est de la perte ou des dommages causés par la présence d'un virus.