IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Brent Kideckel,

        Plaintiff,

v.

Foreign Nation of Canada, *et al.*,

        Defendants.

Case No. 1:24-cv-02907-CJN

## DECLARATION OF GEORGE B. BREEN IN SUPPORT OF DEFENDANT ARAM SIMOVONIAN'S RESPONSE TO PLAINTIFF'S NOTICE REGARDING RULE 56(c)(4), ETHICAL CERTIFICATION, AND THE STATUS OF PRIOR FILINGS BY CONFLICTED COUNSEL

I, GEORGE B. BREEN, declare as follows:

1. I am an attorney with the law firm of Epstein Becker & Green, P.C., counsel of record for Defendant Aram Simovonian ("Defendant") in the above-referenced case. As such, I am familiar with the facts contained herein and submit this Declaration in Support of Defendant's Response to Plaintiff's Notice Regarding Rule 56(c)(4), Ethical Certification, and the Status of Prior Filings By Conflicted Counsel [Dkt. 77].

2. On March 26, 2025, Plaintiff Brent Kideckel ("Plaintiff") emailed co-defendants' counsel, Jeffrey Robinson, and me. Counsel for the City of Toronto and David J.N. Wilson, Natalia Marte, was carbon copied. A true and correct copy of this email is attached as **Exhibit A**.

3. Plaintiff sent another email to me the following day on March 27, 2025. A true and correct copy of this email is attached as **Exhibit B**.

I declare under penalty of perjury that the foregoing is true and correct.

This 11th day of April, 2025

*George B. Breen*

George B. Breen