UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT KIDECKEL,<br><br>    Plaintiff,<br><br>  v.<br><br>THE FOREIGN NATION OF CANADA, *et al.*,<br><br>    Defendants. | Case No.: 1:24-cv-2907-CJN |

## DAHLIA SAIBIL'S MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6), Dahlia Saibil, by and through her undersigned counsel, respectfully moves to dismiss Plaintiff's Complaint. In support of her motion, Ms. Saibil respectfully refers the Court to the accompanying memorandum of law and exhibit. A proposed order is submitted herewith.

Dated: April 16, 2025

                 Respectfully submitted,
                  /s/ *Jeffrey D. Robinson*
                 Jeffrey D. Robinson, D.C. Bar No. 376037
                 LEWIS BAACH KAUFMANN
                 MIDDLEMISS PLLC
                 1050 K Street NW, Suite 400
                 Washington, DC 20001
                 Telephone: (202) 833-8900
                 Facsimile: (202) 466-5738
                 Jeffrey.Robinson@lbkmlaw.com

                 Elizabeth Velez
                 LEWIS BAACH KAUFMANN
                 MIDDLEMISS PLLC

115 E. 44th Street, 25th Floor
New York, NY 10017
Telephone: (212) 826-7001
Facsimile: (212) 826-7146
Elizabeth.Velez@lbkmlaw.com

*Counsel for Defendant Dahlia Saibil*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT KIDECKEL,<br><br>                     Plaintiff,<br><br>     v.<br><br>THE FOREIGN NATION OF CANADA, *et al.*,<br><br>                     Defendants. | Case No.:  1:24-cv-2907-CJN |

### [PROPOSED] ORDER

UPON CONSIDERATION of DAHLIA SAIBIL'S motion to dismiss, and the entire record herein, it is hereby

ORDERED that DAHLIA SAIBIL'S motion is GRANTED; and it is further

ORDERED that the claims against DAHLIA SAIBIL are DISMISSED WITH PREJUDICE.

SO ORDERED:

_____                    _____
 Date                                                                      CARL J. NICHOLS
                                                                           United States District Judge