UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRENT KIDECKEL,

    Plaintiff,

    v.

CANADA, et al.,

    Defendants.

Civ. A. No. 24-2907 (CJN)

PLEASE TAKE NOTICE that Christopher D. Barraza, Esq., of the law firm Phillips Lytle LLP, hereby gives notice of his withdrawal as counsel of record for The City of Toronto and David Wilson ("Toronto Defendants"), pursuant to Local Civil Rule 83.6, and hereby states that the purpose of the withdrawal from this case is due to his transition to another law firm and unrelated to the merits of this case.

Dated: April 17, 2025

PHILLIPS LYTLE LLP

By: /s/ Christopher D. Barraza
    Christopher D. Barraza
620 8th Avenue, 38th Floor
New York, New York 10018
Telephone No. (212) 759-4888
cbarraza@phillipslytle.com

CITY OF TORONTO

By: _____
    Carrie Giles
Toronto City Hall

- 2 -

100 Queen St. W.,<br>
5th Floor, E.,<br>
Toronto, ON M5H 2N2<br>
Telephone No. (416) 397-0255<br>
Carrie.giles@toronto.ca

DETECTIVE DAVID WILSON

By: *David Wilson*
    Detective David Wilson
1435 Eglinton Avenue W.,
Toronto, ON M6C 3Z4
Telephone No. (416) 808-1300
David.wilson2@torontopolice.on.ca