IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT KIDECKEL ) | |
| Plaintiff ) | CASE NO.:   1:24-cv-02907-CJN |
| V. ) | |
| ) | |
| THE FOREIGN NATION OF CANADA, et al. ) | |
| Defendants. ) | |
| _____ ) | |

# **PLAINTIFF'S NOTICE OF CORRECTION**

Plaintiff Brent Kideckel respectfully submits this Notice of Correction and Supplemental Information to clarify and supplement certain factual representations previously made concerning Hope Springman, a figure whose role appears increasingly material to the broader scheme alleged in this action.

## **I. Correction to Prior Filing Regarding Hope Springman**

In prior filings, Plaintiff stated that Hope Springman was "currently engaged in litigation with the living children of her husband." While that description is technically accurate, Plaintiff clarifies that the intended statement was:

Hope Springman is currently involved in at least three separate lawsuits with the living *husband's* children to take control of his estate.

This clarification more accurately reflects that the litigation Springman is engaged in concerns her living husband's estate, not simply the descendants of a deceased spouse. This distinction is critical to understanding the ongoing pattern of misconduct relevant to this case.



**RECEIVED**

APR 25 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

## II. Supplemental Information Linking Hope Springman to the Current Litigation

Plaintiff notes that the timing of Hope Springman's activities is highly relevant:

- The lawsuits involving her living husband's children were filed or materially escalated within the same week as Defendant Aram Simovonian's documented subornation of David Kideckel's perjury,

- And days after Hope Springman and David Kideckel were specifically alerted to Plaintiff's intention to file suit concerning the frauds at issue here.

These temporal overlaps strongly suggest that Hope Springman is actively funding, directing, or otherwise influencing the Defense strategy on behalf of David Kideckel and potentially others.

Given:

- The evident financial and procedural entanglement,

- The history of similar estate-related misconduct (including actions against Plaintiff's late father's estate),

- And the emerging pattern of retaliation against Plaintiff for exposing fiduciary and procedural fraud,

Plaintiff respectfully notes that it may become necessary to seek leave to file an amended complaint adding Hope Springman as a defendant, along with appropriate additional claims against existing parties such as Lewis Baach Kaufmann Middlemiss PLLC.

## III. Conclusion

Plaintiff submits this correction and supplemental information to ensure that the record is fully accurate and transparent, and to apprise the Court and opposing counsel of further developments relevant to the underlying conspiracy, funding, and orchestration of the defenses mounted in this matter.

DATED: April 25, 2025

Respectfully submitted,

*[signature]*

Brent Kideckel
Plaintiff, Pro Se