IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT KIDECKEL ) | |
|     Plaintiff ) | **CASE NO.:**  1:24-cv-02907-CJN |
| V. ) | |
| ) | |
| THE FOREIGN NATION OF CANADA, et al. ) | |
|     Defendants. ) | |
| _____ ) | |

# NOTICE OF RATIFICATION AND COMPLICITY IN FRAUD ON THE COURT BY GEORGE BREEN, EPSTEIN BECKER & GREEN AND LEWIS BAACH KAUFMAN MIDDLEMISS PLLC

Plaintiff Brent Kideckel respectfully submits this Notice to bring to the Court's attention the ongoing, willful ratification of procedural fraud by successor counsel Epstein Becker & Green ("EBG"), including Mr. George Breen and EBG's General Counsel, Ms. Pamela Wagner.

Despite direct and repeated notification of serious and ongoing misconduct by their client, Defendant Aram Simovonian, EBG has deliberately chosen to take no remedial action, thereby affirmatively ratifying the procedural fraud on the Court and further compromising the integrity of these proceedings.

Specifically:

- On March 28, 2025, Plaintiff filed a Notice to the Court requesting certification (ECF No. 77), formally alerting the Court and all counsel to material falsehoods and procedural defects infecting the defense record.

**RECEIVED**
APR 29 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

- On April 3, 2025, Plaintiff served a litigation hold on Epstein Becker & Green, demanding the preservation of all materials related to the ongoing fraud, tainted filings, and litigation misconduct.

- Direct written notice was subsequently provided to Mr. George Breen and Ms. Pamela Wagner, detailing Defendant Aram Simovonian's continued pursuit of default judgment based on fraudulent affidavits of service in related Canadian litigation, as well as the perpetuation of tainted filings before this Court.

Despite these warnings, successor counsel and firm leadership have affirmatively chosen to remain silent, taking no steps to correct the record, withdraw, or distance themselves from the fraud. Their deliberate inaction, after full opportunity to cure, constitutes knowing ratification of fraud on the Court.

While the Court is already faced with addressing similar misconduct by Lewis Baach Kaufmann Middlemiss PLLC ("LBKM"), Mr. Jeffrey Robinson, and Ms. Annika Conrad, arising from LBKM's own ratification of fraud, successor counsel's ongoing silence ensures that the taint on the record has only deepened.

Moreover, it must be noted that Defendant David Kideckel — through his continued participation and advancement of fraudulent litigation in Canada based on knowingly fraudulent service — is also directly engaged in this conspiracy. His actions are not isolated; they are part of the same coordinated abuse of judicial systems across jurisdictions, involving both tainted filings and fraudulent affidavits. The pattern of conduct by Dr. David M. Kideckel, Mr. Aram Simovonian, and their counsel confirms the existence of a deliberate and continuing conspiracy to subvert judicial processes.

Such coordinated, willful misconduct cannot be excused as negligence or oversight. It reflects an entrenched institutional and personal decision to tolerate, embrace, and perpetuate fraud for improper tactical advantage — in direct violation of Rule 11 obligations and the duties owed to the Court.

Plaintiff respectfully reserves all rights to seek further and immediate relief, including but not limited to:

- Supplemental motions for sanctions against successor counsel and involved defendants;

- Motions to strike tainted filings preserved by successor counsel's silence;

- Referrals to the District of Columbia Bar, Canadian regulatory bodies, and other appropriate authorities for investigation of ongoing ethical breaches and cross-jurisdictional misconduct.

Plaintiff submits this Notice to ensure the Court is fully apprised of the full extent of successor counsel's ratification of fraud, and to preserve the record of ongoing, deliberate abuses affecting the integrity of these proceedings.

Date: April 29, 2025

Respectfully submitted,

*[signature]*

Brent Kideckel
Plaintiff, Pro Se