# EXHIBIT A

| | |
|---|---|
| **From:** | Brent R. Kideckel <brentkideckel@gmail.com> |
| **Sent time:** | 04/30/2025 08:22:05 PM |
| **To:** | CJNpo@dcd.uscourts.gov |
| **Cc:** | Jeffrey D. Robinson <Jeffrey.Robinson@LBKMLAW.com>; Annika Conrad <Annika.Conrad@lbkmlaw.com>; Natalia Marte <NMarte@phillipslytle.com>; Christopher D. Barraza <cbarraza@phillipslytle.com>; gbreen@ebglaw.com; pwagner@ebglaw.com |
| **Subject:** | [External Email] Proposed Order re: Motion to Strike, Motion to Dismiss, and Motion for Sanctions – Kideckel v. Canada et al., 1:24-cv-02907-CJN |
| **Attachments:** | SaibilPO.pages |

Dear Chambers,

Please find attached Plaintiff's [Proposed] Order consolidating the Court's potential resolution of three interrelated matters: (1) Defendant Dahlia Saibil's Motion to Dismiss, (2) Plaintiff's Motion to Strike that filing as tainted, and (3) Plaintiff's Motion to Sanction Ms. Saibil for knowingly proceeding under the guidance of conflicted and ethically disqualified counsel.

This motion is submitted for judicial efficiency and in recognition of the Court's inherent authority to manage its docket and preserve the integrity of these proceedings. The record has matured, and it is now unmistakable that attorney Jeffrey Robinson of Lewis Baach Kaufmann Middlemiss PLLC—who remains under a pending disqualification motion and a $400,000 sanctions request—continues to file on behalf of co-defendants while never once addressing the active procedural taint tied to his own dual representation and ethical violations.

Defendant Saibil's Motion to Dismiss, filed under this cloud and followed immediately by the silent but very public withdrawal of counsel for a sovereign co-defendant, remains unrebutted in its taint. It is now the subject of a motion to strike *and* a motion for sanctions. Plaintiff respectfully submits this proposed order to assist the Court in resolving all three matters simultaneously and to impose a seven-day deadline for Defendant Saibil to retain conflict-free counsel.

Plaintiff thanks the Court for its continued attention to this procedurally complex and ethically compromised matter.

Respectfully submitted,
Brent Kideckel
Pro se Plaintiff
brentkideckel@gmail.com
P.O. Box 20901
Floral Park, NY 11002