**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRENT KIDECKEL | |
| Plaintiff | **CASE NO.: 1:24-cv-02907-CJN** |
| V. | |
| THE FOREIGN NATION OF CANADA, et al. | |
| Defendants. | |

# NOTICE REGARDING STRATEGIC WITHDRAWAL OF CHRISTOPHER BARRAZA AND DERELICTION OF DUTY TO THE COURT

Plaintiff respectfully submits this notice to bring to the Court's attention the strategically timed and ethically questionable withdrawal of attorney Christopher Barraza, former counsel for the City of Toronto, which occurred on April 17, 2025 — just one day after a tainted motion to dismiss was filed by conflicted counsel Jeffrey Robinson.

The underlying sequence is clear:

- Jeffrey Robinson, of Lewis Baach Kaufmann Middlemiss PLLC (LBKM), initially appeared as counsel for David Kideckel.
- He then filed a motion to dismiss on behalf of Aram Simovonian, whose interests were materially adverse.
- Plaintiff then filed a motion to disqualify Robinson and LBKM based on this impermissible representation.
- Robinson was replaced by George Breen, who assumed representation of Simovonian mid-motion but failed to correct or disavow the conflicted filing.

RECEIVED
MAY 13 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

- Weeks later, while the disqualification motion was still pending, Robinson filed a second motion to dismiss on April 16, 2025, this time on behalf of Dahlia Saibil, the wife of David Kideckel, with whom she shares aligned financial and procedural interests.

- The very next day — April 17 — Christopher Barraza filed a formal notice of withdrawal from the case.

Mr. Barraza's withdrawal was procedurally unnecessary at that point: he had already been replaced by a junior associate weeks earlier. Yet the formal notice was deliberately filed the day after the second tainted motion hit the docket — strongly suggesting a strategic retreat aimed at insulating himself and Phillips Lytle LLP from impending accountability.

Mr. Barraza never:

- Objected to the tainted filings,

- Disclaimed involvement in the conflicted strategy,

- Raised concerns about the procedural integrity of the motions, or

- Notified the Court of potential misconduct despite being on notice of dual representation and adverse filings by co-counsel.

This is not silence — it is ratification by omission.

Barraza's withdrawal, coming in the direct aftermath of procedurally defective and ethically tainted filings by co-defendants' counsel, is not a neutral act. It is a calculated disengagement designed to preserve institutional reputation while abandoning any duty to confront fraud on the record.

Moreover, Plaintiff has made multiple direct inquiries to Mr. Barraza, Phillips Lytle LLP, and the City of Toronto seeking:

- Clarification of the City's awareness of the conflict,

- The basis for continued alignment with conflicted filings and maintenance of false arrest warrants, and

- Whether the City had approved or disavowed the procedural conduct taken in its name.

None of those inquiries have been answered.

Accordingly, Plaintiff hereby provides notice that:

- Christopher Barraza's withdrawal is procedurally and ethically significant, and not routine;
- Phillips Lytle LLP will be named in the amended complaint, and is now subject to forthcoming claims for procedural misconduct, failure to intervene, and ratification of fraud;
- Plaintiff reserves the right to seek disqualification, sanctions, and discovery into the firm's knowledge and involvement in the filing strategy pursued by LBKM and its agents;
- The Court should view this withdrawal as a critical milestone in the procedural unraveling of this defense, and a tacit admission that what followed on the docket was ethically indefensible.

This is now the third law firm to withdrawal counsel from this case under pressure, and all have done so without a word about the procedural violations it stood beside. The silence is not a shield — it is evidence of exposure.

May 13, 2025

Respectfully submitted,

Brent Kideckel
Pro Se Plaintiff
PO Box 20901, Floral Park, NY 11002
brentkideckel@gmail.com