UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRENT KIDECKEL,

    Plaintiff,

    v.                                      Civ. A. No. 24-2907 (CJN)

CANADA, et al.,

    Defendants.

**TORONTO DEFENDANTS' RESPONSE TO PLAINTIFF'S
"NOTICE REGARDING STRATEGIC WITHDRAWAL OF CHRISTOPHER
BARRAZA AND DERELICTION OF DUTY TO THE COURT"**

Defendants The City of Toronto and Detective David Wilson (collectively the "Toronto Defendants") submit this response to Plaintiff's "Notice Regarding Strategic Withdrawal of Christopher Barraza and Dereliction of Duty to the Court." (Dkt. 112). Contrary to Plaintiff's arguments, and as expressly noted in the notice of withdrawal of appearance, Mr. Barraza withdrew because he moved to another law firm. (Dkt. 95).

Additionally, Plaintiff has continued to file numerous submissions, and issued various communications to both Chambers and counsel, which the Toronto Defendants have been forced to review and respond to when appropriate. The Supreme Court has stressed that foreign immunity is intended to "give 'protection from the inconvenience of suit as a gesture of comity.'" *Bolivarian Republic of Venezuela v. Helmerich & Payne Int'l Drilling Co.*, 581 U.S. 170, 184 (2017) (quoting *Dole Food Co. v. Patrickson*, 538 U.S. 468, 469 (2003)). Therefore, courts should "reach a decision about immunity as near to the outset of the case as is reasonably possible." *Id.* at 174. Accordingly, the Toronto Defendants respectfully request that the Court grant their motion to dismiss. (Dkt. 25).

| | |
|---|---|
| Dated: Washington, D.C.<br>May 21, 2025 | PHILLIPS LYTLE LLP<br><br>By: /s/ *Natalia Marte*<br>Natalia Marte (9006283)<br>Attorney for Defendants<br>*The City of Toronto and David Wilson*<br>601 Pennsylvania Avenue NW<br>South Building, Suite 900<br>Washington, DC 20004<br>(202) 617-2712<br>nmarte@phillipslytle.com |