IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| BRENT KIDECKEL | |
|---|---|
| Plaintiff | CASE NO.:   1:24-cv-02907-CJN |
| V. | |
| | |
| THE FOREIGN NATION OF CANADA,  et al. | |
| Defendants. | |

## **NOTICE OF WITHDRAWAL OF EX PARTE MOTION TO APPOINT PLAINTIFF COUNSEL**

Plaintiff Brent Kideckel hereby withdraws without prejudice his previously filed ex parte motion to appoint counsel.

This withdrawal is made not in retreat, but with recognition that it is precisely due to Plaintiff's pro se status—not in spite of it—that the extent of fraud, perjury, and procedural misconduct across jurisdictions has been uncovered. The absence of institutional guardrails afforded opposing counsel a false sense of impunity, resulting in repeated violations of their duties as officers of the court.

Plaintiff understands that in light of multiple, unopposed motions—including those tacitly confirmed by the Court's Notice of Electronic Filing termination tags—this matter must now proceed toward limited discovery to uncover the extent of the fraud on this court.  In the interest of judicial economy, and with cost-shifting expected, Plaintiff affirms that he will accept the appointment, or retain himself, outside, independent counsel to supervise discovery and trial proceedings, where appropriate and necessary to preserve integrity and transparency.

This withdrawal is made without prejudice, and Plaintiff reserves the right to renew the request should circumstances materially change, including for personal health reasons.



RECEIVED

JUN 18 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Respectfully submitted,

*[signature: Brent K. Allee]*

Brent Kideckel
Pro Se Plaintiff
PO Box 20901
Floral Park, NY 11002
brentkideckel@gmail.com
(917) 634-0637

Dated: June 16, 2025