IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| BRENT KIDECKEL | |
|---|---|
| Plaintiff | CASE NO.: 1:24-cv-02907-CJN |
| V. | |
| THE FOREIGN NATION OF CANADA, et al. | |
| Defendants. | |

# REPLY BRIEF IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT AGAINST ARAM SIMOVONIAN

Plaintiff Brent Kideckel respectfully submits this Reply in further support of his Motion for Entry of Default against Defendant Aram Simovonian.

Although Defendant Simovonian—through substitute counsel Elizabeth Harris of Epstein Becker & Green—filed an opposition to Plaintiff's motion, the record remains unchanged: Defendant is not properly before this Court, remains entangled in ethical violations that taint his defense, and continues to act behind the scenes in related foreign proceedings in direct conflict with representations made to this Court.

Attached hereto as Exhibit A is a screenshot of a May 20, 2025 email sent by Aram Simovonian to a Canadian court in which he continued to act as counsel for co-defendant David Kideckel, after allegedly withdrawing and after EBG substituted in. This email, sent well after EBG's appearance, unequivocally demonstrates:

1. Defendant's continuing representation of parties adverse to this action;

2. Defendant's misrepresentations to this Court, and likely to his own counsel;



RECEIVED
JUN 18 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

3. A pattern of deception and bad faith conduct that fundamentally undermines the integrity of his opposition and confirms the propriety of default.

Additionally, Exhibit B shows that Simovonian has blocked Plaintiff's email address—despite a pending hearing scheduled in just seven days—further evidencing his refusal to participate in good faith and confirming that any appearance by counsel is illusory and intended solely to delay consequences rather than defend on the merits.

The evidence continues to mount that this Defendant is not participating in this litigation in good faith. The entry of default is not only justified—it is necessary to preserve the Court's integrity and signal that manipulation of federal procedure will not be tolerated.

Plaintiff respectfully requests that the Court grant the motion and enter default against Defendant Simovonian.

Respectfully submitted,

*[signature]*

Brent Kideckel
Plaintiff, Pro Se
PO Box 20901
Floral Park, NY 11002
brentkideckel@gmail.com
(917) 634-0637

Dated: June 14, 2025

# EXHIBIT "A"

**From:** Aram Simovonian <asimovonian@limalaw.ca>
**Sent:** Tuesday, May 20, 2025 8:36 AM
**To:** JUS-G-MAG-CSD-Long Motions <LongMotionsStatus.Judge@ontario.ca>
**Subject:** RE: David Kideckel v Brent Kideckel - Confirmation / May 15, 2025

**CAUTION -- EXTERNAL E-MAIL - Do not click links or open attachments unless you recognize the sender.**

Good Morning, and thank you.

Yes, I confirm that June 19, 2025, works well.

I must note that the issues in the action pertain to a vexatious litigant – I am not going to inquire with the opposing side as to their availability for June 19, 2025, because they will not agree to this date as their goal is to only delay the matter.

I ask that the date be scheduled, and I will advise the opposing side of the new scheduled date.

Does the Court require a confirmation form be re-submitted?

Thank you,

**Aram Simovonian**
**Partner**
T: 647.677.8009 (direct)
E: asimovonian@limalaw.ca
5353 Dundas St. W., Suite 503
Etobicoke, ON  M9B 6H8

**"EXHIBIT B"**

 **Brent K <brentkideckel@gmail.com>**

## Service of Motion for Prohibition and Rule 57.07 Cost Consequences

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>      Wed, Jun 11, 2025 at 1:55 PM
To: brentkideckel@gmail.com



**Address not found**

Your message wasn't delivered to **asimovonian@limalaw.ca** because the address couldn't be found, or is unable to receive mail.

**LEARN MORE**

⚠ This link will take you to a third-party site

The response from the remote server was:

550 permanent failure for one or more recipients (andrew@limalaw.ca:550 5.4.1 Recipient address rejected: Access denied. For more information see https://aka.ms/EXOSmt...)

Final-Recipient: rfc822; asimovonian@limalaw.ca
Action: failed
Status: 5.1.1
Remote-MTA: dns; d406118.a.ess.ca.barracudanetworks.com. (15.222.16.211, the
 server for the domain limalaw.ca.)
Diagnostic-Code: smtp; 550 permanent failure for one or more recipients (andrew@limalaw.ca:550 5.4.1 Recipient address rejected: Access denied. For more information see https://aka.ms/EXOSmt...)
Last-Attempt-Date: Wed, 11 Jun 2025 13:55:34 -0700 (PDT)

📄 **noname**
5K