IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT KIDECKEL<br><br>        Plaintiff,<br><br>V.<br><br>THE FOREIGN NATION OF CANADA, et al.<br><br>        Defendants. | CASE NO.:   1:24-cv-02907-CJN |

# NOTICE OF EMERGENCY MOTION FOR ORAL ARGUMENT AND PROTECTIVE SCHEDULING RELIEF

PLEASE TAKE NOTICE that Plaintiff Brent Kideckel, appearing pro se, respectfully moves this Court on an emergency basis for oral argument and protective scheduling relief in response to the July 25, 2025 judgment issued by the Ontario Superior Court of Justice in *David Kideckel v. Brent Richard Kideckel*, 2025 ONSC 4338.

This motion seeks immediate relief to protect Plaintiff's right to petition the Court and to prevent interference with this proceeding resulting from a foreign default judgment and sweeping permanent injunction that purports to prohibit Plaintiff from raising allegations of fraud in any forum, including this one.

Plaintiff requests that the Court:

- Schedule oral argument on this and all pending motions;

- Enter a protective order barring reliance on the Ontario Judgment;

- Direct Defendants and their counsel to certify or disavow any reliance on that judgment;

- Grant appropriate scheduling relief to preserve the integrity of these proceedings.



**RECEIVED**

JUL 25 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

This motion is supported by the accompanying Memorandum of Law, filed concurrently herewith.

Dated: July 25, 2025

Respectfully submitted,

*[signature]*

Brent Kideckel
Pro Se Plaintiff
PO Box 20901
Floral Park, NY 11002
brentkideckel@gmail.com
(917) 634-0637