IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT KIDECKEL<br><br>　　　　　Plaintiff,<br><br>V.<br><br>THE FOREIGN NATION OF CANADA, et al.<br><br>　　　　　Defendants. | CASE NO.:   1:24-cv-02907-CJN |

# **NOTICE OF ADOPTION OF DAVID KIDECKEL, DAHLIA SAIBIL, AND ARAM SIMOVONIAN'S FRAUD ON A FOREIGN TRIBUNAL BY EPSTEIN BECKER GREEN, LBKM, PHILLIPS LYTLE, SCALZI CAPLAN LLP AND ANTONIOU LAW**

Plaintiff Brent Kideckel respectfully files this Notice identifying attorneys and partners at the law firms of Epstein Becker & Green, P.C. ("EBG"), Lewis Baach Kaufmann Middlemiss PLLC ("LBKM"), Phillips Lytle LLP, Scalzi Caplan LLP, and Antoniou Law, who have adopted, by silence or constructively, the ongoing fraud on this Court and on a foreign tribunal.

The following individuals, as senior lawyers and decision-makers at their respective firms, have remained silent despite months of escalating evidence that their firms' clients were procuring a foreign judgment through demonstrable fraud, including fabricated service, contradicting litigation positions, and perjury:

- Eric Lewis

- Martin Baach

- Adam Kaufmann



JUL 30 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

- **Arthur Middlemiss**

- **Aiesha Bembry**

- **Solomon Shinerock**

- **James Flynn**,

- **Patricia Wagner**

- **James Grasso**

- **Douglas Dimitrov**

These individuals have either affirmatively participated in, or acquiesced to, litigation positions that are facially incompatible across jurisdictions, and which now stand exposed through a published ruling in Ontario that contradicts the record before this Court.

As of the time of this filing—no withdrawals, certifications, or corrective actions have been filed by any of these attorneys or their respective firms. Accordingly, each of them, by virtue of their leadership roles and deliberate inaction, represents a firm that has now adopted, by silence or constructively, the ongoing fraud.

This includes:

- Failure to disavow the Motion to Dismiss filed by Jeffrey Robinson, despite its known reliance on fabricated evidence and its contradiction by a recent foreign judgment;

- Failure to certify or disclaim that judgment, despite an open opportunity to do so;

- Continuing silence beside a partially withdrawn attorney (Robinson), and refusal to address the conflict of interest infecting all subsequent filings;

- And condescension and deflection by George Breen, in full view of the fraud and contrary litigation postures.

Additionally, Plaintiff gives notice that certain Canadian attorneys, have also constructively adopted the fraud now reflected in the Ontario judgement. These individuals and entities, participated in or failed to disavow the fabricated evidence and procedural abuse that underlies the foreign default judgement. These include:

- **Ian Sinke**

- **Antonious "Tony" Antoniou**

- **Gary Caplan**

- **Carmine Scalzi**

- **Daniel Pinnington**

If withdrawal has not occurred by August 7, 2025, and if any party proceeds to rely on or defend the fraudulent judgment, Plaintiff will seek sanctions jointly and severally against all individuals named herein in the amount equal to that of the Chambers v. NASCO sanction, adjusted for inflation, totaling **$2,267,729.13.**


Respectfully submitted,

*(signature)*

Brent Kideckel
*Pro Se Plaintiff*


Dated: July 30, 2025