IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Brent Kideckel,

        Plaintiff,

    v.                                                    Case No. 1:24-cv-02907-CJN

Foreign Nation of Canada, *et al.*,

        Defendants.

## [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiff Brent Kideckel's Motion to Compel Certification

or Disavowal by George Breen and Epstein Becker & Green, P.C. [Dkt. 132] ("Motion"),

Defendant Aram Simovonian's Opposition to Plaintiff's Motion [Dkt. 139], and the entire record

herein, it is hereby ORDERED that Plaintiff's Motion is DENIED.

SO ORDERED:

_____                          _____
Date                                                             CARL J. NICHOLS
                                                                 United States District Judge