IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Brent Kideckel,

        Plaintiff,

    v.

Foreign Nation of Canada, *et al.*,

        Defendants.

Case No. 1:24-cv-02907-CJN

**INDEX OF EXHIBITS TO DEFENDANT ARAM SIMOVONIAN'S OPPOSITION TO
PLAINTIFF'S MOTION TO COMPEL CERTIFICATION OR DISAVOWAL BY
GEORGE BREEN AND EPSTEIN BECKER & GREEN, P.C.**

| Exhibit No. | Description |
|---|---|
| A | July 30, 2025 E-Mail *(referenced in Declaration of George B. Breen)* |
| B | July 31, 2025 E-Mail *(referenced in Declaration of George B. Breen)* |
| C | August 6, 2025 Civil Endorsement Form in *Brent Richard Kideckel v David Kideckel et al* (*referenced in Declaration of Aram Simovonian*) |
| D | August 6, 2025 Order in *Brent Richard Kideckel v David Kideckel et al* (*referenced in Declaration of Aram Simovonian*) |