# EXHIBIT A

| | |
|---|---|
| **From:** | Brent K <brentkideckel@gmail.com> |
| **Sent:** | Wednesday, July 30, 2025 11:18 PM |
| **To:** | George B. Breen; Elizabeth A. Harris; Jeffrey D. Robinson; Annika Conrad; andrew@limalaw.ca; claims@lawpro.ca; Ian Sinke; Tony Antoniou; gary@sclawpartners.ca; carmine@sclawpartners.com; daniel.pinnington@lawpro.ca |
| **Subject:** | 24-2907 \| Notice regarding Wire Fraud |
| **Attachments:** | Wirefraud.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**\*\*\* EXTERNAL EMAIL \*\*\***

Dear Counsel,

Please find attached a formal Notice placing all named individuals and firms on record regarding their adoption of wire fraud in connection with the Canadian proceedings. This serves as advance notice in anticipation of forthcoming motions for non-party sanctions.

Regards,

Brent Kideckel

Pro Se Plaintiff