# EXHIBIT B

| | |
|---|---|
| **From:** | Brent K <brentkideckel@gmail.com> |
| **Sent:** | Thursday, July 31, 2025 9:01 AM |
| **To:** | George B. Breen; Elizabeth A. Harris; Patricia Wagner |
| **Cc:** | James P. Flynn; Jennifer O'Connor; Joshua J. Freemire; Elizabeth Scarola; Frank C. Morris, Jr.; Jason Christ; John E. B. "Jeb" Gerth; abembry@lbkmlaw.com; Andrew Lichtenstein; George Carroll Whipple III; Robert R. Hearn; David Jacobs; Greta Ravitsky; Ted Kennedy Jr.; Richard Westling; Kathleen M. Premo; Nancy Gunzenhauser Popper; Alan J. Arville; Avery Schumacher; Gregory Epstein; Steve Kleinman; Jeremy Morris; Diana Costantino Gomprecht; Christine Worthen; Shira M. Blank; Jeffrey H. Becker; Frances M. Green; Ronald Michael Green |
| **Subject:** | Per Diem Sanctions Motion |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**\*\*\* EXTERNAL EMAIL \*\*\***

Mr. Breen,

Please be advised that if you do not certify or disavow the Motion to Dismiss previously filed on behalf of Aram Simovonian by tomorrow, I will be seeking court-imposed per diem sanctions in the amount of $1,500 per day, retroactive to March 25, 2025—the date your firm became counsel of record without certifying the inherited filing.

Your refusal to take a position on the integrity of your own pleading—despite repeated written requests, a prior 7(m) conference, and a pending motion to compel—now constitutes sustained bad faith, procedural abuse, and obstructive misconduct. This is especially evident in Mr. Breen's written response to the 7(m) exchange, in which he falsely dismissed the certification request as "meritless." That dismissive response is now part of the record, and it underscores **your firm's unwillingness to meet even basic procedural duties in the face of known fraud.**

This is your final opportunity to mitigate exposure. Absent immediate corrective action, I will pursue coercive and compensatory sanctions against both you and Mr. Simovonian jointly and severally. This remains separate from the August 7 deadline to withdrawal (because you can't certify fraud and perjury) and subsequent Chambers-level sanctions.

1

Sincerely,

Brent Kideckel