# EXHIBIT D

Court File No.: CV-24-00719990-0000

**ONTARIO**
**SUPERIOR COURT OF JUSTICE**

| | | |
|---|---|---|
| THE HONOURABLE MADAM | ) | FRIDAY, THE 6th |
| JUSTICE PAPAGEORGIOU | ) | |
| | ) | |
| | ) | DAY OF AUGUST, 2025 |

B E T W E E N :

BRENT KIDECKEL

Plaintiff

and

DAVID MICHAEL KIDECKEL, DAHLIA SAIBIL, HOPE SPRINGMAN, KENNETH NORWICH, ARAM SIMOVONIAN, GARY CAPLAN, CARMINE SCALZI, SCALZI CAPLAN LLP, DAVID WILSON as an Officer of Toronto Police Service, DAVID LIM as Staff Sergeant of Toronto Police Service, TORONTO POLICE SERVICE, THE PROVINCE OF ONTARIO, CANADA, DOUG DOWNEY as Attorney General of the Canadian Province of Ontario

Defendants

# ORDER

**THIS MOTION** was heard on August 6, 2025, at 330 University Ave., Toronto, ON M5G 1R7, by remote Zoom videoconference, in the presence of the lawyer for the Defendants, David Michael Kideckel, and Dahlia Saibil (together, these "**Defendants**"), and without the attendance of the Plaintiff, Brent Kideckel ("**Brent**"), despite being properly served with these Defendants' Motion Record on March 27, 2025, and Factum on May 28, 2025, pursuant to the Endorsement and Timetable of Justice Parghi, dated March 26, 2025, and having received the Zoom conference link on July 31, 2025;

**ON READING** these Defendants' Motion Record, March 27, 2025, and Factum, May 27, 2025, and Reasons for Judgment, and Judgment, in the companion action bearing Court File No.: CV-24-00713955-0000, and having heard the submission of counsel for these Defendants:

1.    **THIS COURT ORDERS** that Brent's Statement of Claim is hereby struck, as against these Defendants, with no leave to amend, as being frivolous, vexatious and an abuse of process.

2.    **THIS COURT FURTHER ORDERS** that Brent is prohibited from filing any new litigation in the Courts of the Province of Ontario against these Defendants without first obtaining leave of the presiding Justice or Judge of the Court where the litigation is proposed to be filed;

3.    **THIS COURT FURTHER ORDERS** that Brent shall pay to these Defendants their costs of this action and motion on a full indemnity scale in the amount of $4,000; and

4.    **THIS JUDGMENT AND COST AWARD BEAR INTEREST** at a rate of 4% per year.

5.    **Upon execution by me this order is in effect without further need for formality.**

_____

Court File No.  CV-24-00719990-0000

BRENT KIDECKEL          and                                    DAVID MICHAEL KIDECKEL et al

Plaintiff                                                                              Defendant

***ONTARIO***
**SUPERIOR COURT OF JUSTICE**
PROCEEDING COMMENCED AT
TORONTO

# ORDER

**LIMA LEE SIMOVONIAN LLP**
5353 Dundas St. W., Suite 503
Etobicoke, ON M9B 6H8
**Aram Simovonian (73974D)**
E: asimovonian@limalaw.ca
D: 647.677.8009

Lawyers for the Defendants,
David Michael Kideckel, and Dahlia Saibil