IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Brent Kideckel,<br><br>             Plaintiff,<br><br>   v.<br><br>Foreign Nation of Canada, *et al.*,<br><br>             Defendants. | Case No. 1:24-cv-02907-CJN |

### DECLARATION OF GEORGE B. BREEN IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL CERTIFICATION OR DISAVOWAL BY GEORGE BREEN AND EPSTEIN BECKER & GREEN, P.C.

I, GEORGE B. BREEN, declare as follows:

1. I am an attorney with the law firm of Epstein Becker & Green, P.C., counsel of record for Defendant Aram Simovonian ("Defendant") in the above-referenced case. As such, I am familiar with the facts contained herein and submit this Declaration in Support of Defendant's Opposition to Plaintiff's Motion to Compel Certification or Disavowal by George Breen and Epstein Becker & Green, P.C. [Dkt. 132] ("Motion").

2. On July 30, 2025, Plaintiff Brent Kideckel ("Plaintiff") e-mailed me, Elizabeth Harris, counsel for Defendants David Kideckel and Dahlia Saibil, and various non-parties, including individuals associated with Defendant's liability insurer, LawPro. A true and correct copy of this e-mail is attached as **Exhibit A**.

3. On July 31, 2025, Plaintiff e-mailed me, Ms. Harris, and multiple Partners at our firm who are not involved in this case. A true and correct copy of this e-mail is attached as **Exhibit B**.

1

I declare under penalty of perjury that the foregoing is true and correct.

This  7th  day of August, 2025

_____
George B. Breen