UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT KIDECKEL, <br><br> Plaintiff, <br><br> v. <br><br> THE FOREIGN NATION OF CANADA, *et al.*, <br><br> Defendants. | No.: 1:24-cv-02907-CJN |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff Brent Kideckel's Emergency Motion for Oral Argument and Protective Scheduling Relief [ECF 134], ("Motion"), and Defendants David Kideckel & Dahlia Saibil's Opposition to Plaintiff's Motion for Oral Argument and Protective Scheduling Relief [ECF 140], and the entire record herein, it is hereby ORDERED that Plaintiff's Motion is DENIED.

SO ORDERED:

_____  
Date

_____  
CARL J. NICHOLS  
United States District Judge