IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

BRENT KIDECKEL

       Plaintiff,

V.

THE FOREIGN NATION OF CANADA,  et al.

       Defendants.

CASE NO.:   1:24-cv-02907-CJN

# NOTICE OF NON-CERTIFICATION BY GEORGE BREEN AND EPSTEIN  BECKER & GREEN

Plaintiff Brent Kideckel respectfully submits this Notice of Non-Certification following the failure of Defendant Aram Simovonian and his counsel George Breen of Epstein Becker & Green, P.C. ("EBG") to certify or disavow the procedural and evidentiary integrity of prior filings, including a motion to dismiss filed during a period of acknowledged dual representation, now tainted by unaddressed allegations of wire fraud, misrepresentation, and fabrication.

As outlined in Plaintiff's Motion to Compel Certification or Disavowal, filed July 25, 2025, counsel's obligation to respond was not discretionary. Where counsel relies on prior submissions that have been formally challenged for fraud or fabrication, they bear the burden to clarify their position under Federal Rule of Civil Procedure 11(b) and to avoid misleading the Court or perpetuating known defects. See also Chambers v. NASCO, 501 U.S. 32, 46–47 (1991) (courts have inherent power to sanction bad-faith conduct that abuses judicial process); Apex Oil Co. v. Belcher Co., 855 F.2d 1009, 1014 (2d Cir. 1988) (failure to disavow known falsehoods supports inference of bad faith).

**RECEIVED**

AUG 8 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Counsel has failed. The opposition brief filed August 7, 2025, did not include a certification. It did not include a disavowal. It did not explain the refusal to do either. Instead, Mr. Breen offered a perfunctory, three-sentence declaration — one that notably fails to address any of the filings challenged by Plaintiff or affirm their accuracy. This filing is not a defense — it is a confession by omission.

Moreover, the internal emails attached by Defendants reveal that EBG's firm leadership, including its General Counsel, has been aware of these issues. These communications confirm that EBG has elected to proceed in full awareness of the allegations of fraud, perjury, and misrepresentation, with no corrective action and no ethical recalibration. The firm has not merely tolerated the misconduct — it has adopted it. It has ratified it. And it has now institutionalized it. Mr. Breen has effectively done this Court's work for it in advance of Plaintiff's Motion for Non-Party Sanctions against foreign and domestic actors who have abused their roles as officers of the Court. Plaintiff has given countless off-docket opportunities for these attorneys with unclean hands to correct course. They have chosen Court intervention justifying sanctions for vexatiously expanding these proceedings by failing to Certify the record.

Plaintiff further notes that the obligation to certify began no later than March 25, 2025, the date George Breen formally substituted into the case via Notice of Substitution. At that time, Plaintiff had already filed a motion to disqualify Jeffrey Robinson for dual representation. Breen's appearance did not resolve that conflict — it compounded it. The substitution of Elizabeth Harris weeks later only exacerbated the problem, rendering the entire sequence a sham substitution orchestrated to conceal impropriety, not to cure it. Plaintiff flagged this misconduct in real time, including through Rule 7(m) correspondence and docketed notices. Breen chose silence.

Accordingly, Plaintiff hereby provides formal notice that he will seek per diem sanctions retroactive to March 25, 2025, against Defendant Simovonian and counsel Breen for their refusal to certify or disavow tainted filings after repeated notice. This conduct constitutes willful abuse of process, unjust enrichment, and a calculated effort to derail judicial integrity through procedural evasion.

This Court cannot ignore the obvious. Plaintiff has filed a Notice of Adoption of Fraud and Notice of Wire Fraud implicating Aram Simovonian, George Breen, Ian Sinke, and others, yet, as **Plaintiff has dared Mr. Breen and does so again— no Motion to Strike. No Motion for Rule 11 sanctions**. No reference to these Notices in their Opposition. And perhaps most telling- the Ontario default judgement- which if it were clean and not tainted by fraud- would have been held like a trophy to this Court. That Plaintiff is the only party to bring this to the Court's attention,

without any attempt by Defendants as Supplemental Authority or renewal to their tainted and uncertified 650 page Motion to Dismiss, is louder than anything else.

Defendant's Opposition brief is self-defeating, independently sanctionable, and on its face-harms the Defendants. Judicial Estoppel is warranted because Aram Simovonian and Dahlia Saibil, through Jeffrey Robinson and George Breen- have submitted conflicting positions to two tribunals— blatant forum manipulation. As Plaintiff expressed in his Complaint filed October 15, 2024, a Statement of Claim was filed in Ontario to preserve his rights, and prior to the uncovering of a) the Nova Scotia Doctrine, b) abusive process by Graham Thomson and Ian Sinke, and c) the tolerance and acceptance of fraud upon the court by the Ontario Superior Court, and its institutional self-preservation interests over due process, justice, and human rights. The Motion to Strike filed by Simovonian was scheduled without Plaintiff participation- again- and to ensure **this Court retains complete and full jurisdiction over this matter- Plaintiff did not oppose the Striking of his Canadian claim**, supporting judicial estoppel in this Court. Plaintiff has made consistent statements across both tribunals because Plaintiff speaks the truth and no amount of deflection will obscure that.. **It is the fraudsters- Aram Simovonian, Dahlia Saibil, and David Kideckel, who can't keep a consistent narrative**. It must also be questioned if EBG and Simovonian are aligned. As Simovonian references an injunction based on his own fabricated service and false sworn affidavit— perjury in two tribunals— George Breen does not. While the issue is too radioactive for George Breen to put his name on, he has in fact fully adopted and blessed a fraud on the court.

Every day that passes without certification is another day of fraud preserved and court process obstructed. The burden is on Breen and his client to speak — not Plaintiff to chase. The Court must remember- Aram Simovonian is a kid, who lives with his mother, Alvart Simovonian. **He was terminated from Scalzi Caplan LLP** for filing this suit (originally based on Plaintiff's complaint to the Law Society over a harassing and fraudulent cease-and-desist/demand for payment)— with no retainer agreement and no compensation, as Limited Discovery will show. Mr. Simovonian's insistence that mailings not be directed to his home, paired with the sham substitutions of counsel, including the withdrawal of a former Deputy Assistant Attorney General under procedural duress from a Pro Se, prove **Aram Simovonian is a dirty lawyer who got caught**, and whose US counsel is cornered having stayed in the fire too long.

Dated: August 8, 2025

Respectfully submitted,

*[signature]*

Brent Kideckel

Pro Se Plaintiff

PO Box 20901

Floral Park, NY 11002

brentkideckel@gmail.com

(917) 634-0637

**EXHIBIT "A"**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

# U.S. District Court

# District of Columbia

## Notice of Electronic Filing

The following transaction was entered by Robinson, Jeffrey on 3/10/2025 at 10:28 PM and filed on 3/10/2025

**Case Name:**      KIDECKEL v. FOREIGN NATION OF CANADA et al
**Case Number:**    1:24-cv-02907-CJN
**Filer:**          ARAM SIMOVONIAN
**Document Number:** 49

**Docket Text:**
**NOTICE *Praecipe Regarding Aram Simovonian's Motion to Dismiss* by ARAM SIMOVONIAN re [48] Motion to Dismiss, (Robinson, Jeffrey)**

**1:24-cv-02907-CJN Notice has been electronically mailed to:**

BRENT KIDECKEL      Brentkideckel@gmail.com

Christopher D. Barraza      cbarraza@phillipslytle.com, smatheny@phillipslytle.com

Jeffrey D. Robinson      jeffrey.robinson@lbkmlaw.com, Annika.Conrad@lbkmlaw.com, anthony.munroe@lbkmlaw.com,

**EXHIBIT "B"**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### District of Columbia

**Notice of Electronic Filing**

The following transaction was entered by Breen, George on 3/25/2025 at 8:32 PM and filed on 3/25/2025

| | |
|---|---|
| **Case Name:** | KIDECKEL v. FOREIGN NATION OF CANADA et al |
| **Case Number:** | 1:24-cv-02907-CJN |
| **Filer:** | ARAM SIMOVONIAN |
| **Document Number:** | 67 |

**Docket Text:**
**NOTICE OF SUBSTITUTION OF COUNSEL by George Bradley Breen on behalf of ARAM SIMOVONIAN Substituting for attorney Jeffrey D. Robinson (Breen, George)**


**1:24-cv-02907-CJN Notice has been electronically mailed to:**

BRENT KIDECKEL     Brentkideckel@gmail.com

Christopher D. Barraza     cbarraza@phillipslytle.com, smatheny@phillipslytle.com

George Bradley Breen     gbreen@ebglaw.com

**EXHIBIT "C"**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

District of Columbia

**Notice of Electronic Filing**

The following transaction was entered by Harris, Elizabeth on 5/9/2025 at 4:37 PM and filed on 5/9/2025

| | |
|---|---|
| **Case Name:** | KIDECKEL v. FOREIGN NATION OF CANADA et al |
| **Case Number:** | [1:24-cv-02907-CJN](#) |
| **Filer:** | ARAM SIMOVONIAN |
| **Document Number:** | [110](#) |

**Docket Text:**
NOTICE of Appearance by Elizabeth Harris on behalf of ARAM SIMOVONIAN (Harris, Elizabeth)

**1:24-cv-02907-CJN Notice has been electronically mailed to:**

BRENT KIDECKEL     Brentkideckel@gmail.com

Elizabeth Harris     eharris@ebglaw.com

George Bradley Breen     gbreen@ebglaw.com

# EXHIBIT "D"

**From:** Aram Simovonian asimovonian@limalaw.ca
**Subject:** Re: Notice of Appeal
**Date:** Jul 25, 2025 at 11:29:59 AM
**To:** Brent R. Kideckel brentkideckel@gmail.com
**Cc:** Tony Antoniou tony@alaw.ca, George B. Breen GBreen@ebglaw.com

Don't come to my home. Deliver it to my office.

Get [Outlook for Android](#)

---

**From:** Brent R. Kideckel <[brentkideckel@gmail.com](mailto:brentkideckel@gmail.com)>
**Sent:** Friday, July 25, 2025 2:26:33 PM
**To:** Aram Simovonian <[asimovonian@limalaw.ca](mailto:asimovonian@limalaw.ca)>
**Cc:** Tony Antoniou <[tony@alaw.ca](mailto:tony@alaw.ca)>; George B. Breen <[GBreen@ebglaw.com](mailto:GBreen@ebglaw.com)>
**Subject:** Re: Notice of Appeal

Good idea! I'll have it hand delivered to your home address used for Service.

Thank you for the suggestion.

On Fri, Jul 25, 2025 at 11:25 AM Aram Simovonian <[asimovonian@limalaw.ca](mailto:asimovonian@limalaw.ca)> wrote:

> I'm trying to save you money – I'm sure your vast network of contacts can help you send a large file electronically.
>
> If that doesn't work, sure, send it to our office, but that'll be more expensive for you.
>
> Get [Outlook for Android](#)
>
> ---
>
> **From:** Brent R. Kideckel <[brentkideckel@gmail.com](mailto:brentkideckel@gmail.com)>
> **Sent:** Friday, July 25, 2025 2:23:42 PM
> **To:** Aram Simovonian <[asimovonian@limalaw.ca](mailto:asimovonian@limalaw.ca)>
> **Cc:** Tony Antoniou <[tony@alaw.ca](mailto:tony@alaw.ca)>; George B. Breen <[GBreen@ebglaw.com](mailto:GBreen@ebglaw.com)>
> **Subject:** Re: Notice of Appeal
>
> My apologies, I do not operate with either of those systems.
>
> I can send it your rented mailbox address on Dundas if you so prefer.

On Fri, Jul 25, 2025 at 11:21 AM Aram Simovonian <asimovonian@limalaw.ca> wrote:

No – send it electronically – do it by OneDrive or DropBox.

Get Outlook for Android

**From:** Brent K <brentkideckel@gmail.com>
**Sent:** Friday, July 25, 2025 2:19:18 PM
**To:** Aram Simovonian <asimovonian@limalaw.ca>
**Cc:** Tony Antoniou <tony@alaw.ca>; George B. Breen <GBreen@ebglaw.com>
**Subject:** Re: Notice of Appeal

The motion package will be too large for electronic service.

Absent any objection it will be sent to you at 17 Turnberry in Barrie where you were served with process.

On Jul 25, 2025, at 11:13 AM, Aram Simovonian <asimovonian@limalaw.ca> wrote:

Thanks. I'll wait to be informed when it's filed.

Get Outlook for Android

**From:** Brent R. Kideckel <brentkideckel@gmail.com>
**Sent:** Friday, July 25, 2025 2:12:37 PM
**To:** Aram Simovonian <asimovonian@limalaw.ca>
**Cc:** Tony Antoniou <tony@alaw.ca>; George B. Breen <gbreen@ebglaw.com>
**Subject:** Re: Notice of Appeal