IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRENT KIDECKEL

    Plaintiff,

V.

THE FOREIGN NATION OF CANADA, et al.

    Defendants.

CASE NO.:   1:24-cv-02907-CJN

# [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion to Alter or Amend Judgment Pursuant to Rule 59(e), or in the Alternative for Relief Under Rule 60(b), with Leave to Amend Complaint, the Court finds that good cause has been shown.

Accordingly, it is hereby ORDERED that:

1. The judgment entered on [date] is VACATED pursuant to Federal Rule of Civil Procedure 59(e), or in the alternative under Rule 60(b)(3) and (6);

2. Plaintiff is GRANTED leave to file the Amended Complaint attached to the motion as Exhibit A, which shall be deemed filed as of the date of this Order;

3. Plaintiff's pending motions for disqualification and sanctions are REINSTATED and will be adjudicated on their merits; and

4. The Court's Order to Show Cause is DISCHARGED.

SO ORDERED.

Dated: _____, 2025

Hon. Carl J. Nichol
United States District Judge