UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT KIDECKEL,<br><br>              Plaintiff,<br><br>    v.<br><br>THE FOREIGN NATION OF CANADA, *et al.*,<br><br>              Defendants. | No.: 1:24-cv-02907-CJN |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff Brent Kideckel's "Combined Motion to Alter or Amend Judgment Pursuant to Rule 59(e), or in the Alternative for Relief under Rule 60(b), with Leave to Amend Complaint, and OSC Response" (ECF 146, the "Motion"), Defendants David Kideckel and Dahlia Saibil's Cross-Motion for Attorneys' Fees, and the entire record herein, it is hereby

ORDERED that Plaintiff's Motion is DENIED; and it is further

ORDERED that David Kideckel and Dahlia Saibil's Cross-Motion for Attorneys' Fees is GRANTED.

SO ORDERED:

_____                                                _____
 Date                                                                         CARL J. NICHOLS
                                                                                  United States District Judge