IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRENT KIDECKEL

        Plaintiff,

V.

THE FOREIGN NATION OF CANADA, et al.
        Defendants.

CASE NO.:   1:24-cv-02907-CJN

# PLAINTIFF'S MOTION FOR LEAVE TO SUBMIT ONTARIO COURT TRANSCRIPT FOR IN-CAMERA REVIEW UNDER SEAL

Plaintiff Brent Kideckel, appearing pro se, respectfully moves for leave to lodge a copy of the transcript from proceedings that entered default judgment before the Ontario Superior Court of Justice for the Court's confidential, in-camera review and placement under seal.

1.   The transcript is directly relevant to Plaintiff's pending Rule 59(e) motion and to the Court's understanding of ongoing related foreign proceedings.
2.   Plaintiff has not sought or obtained leave from the Ontario court to disseminate or publicly file the transcript. Section 136 of Ontario's *Courts of Justice Act* restricts publication and distribution of court proceedings, and Canadian courts do not provide for open public access comparable to U.S. transparency standards.
3.   To avoid violating those restrictions while preserving the ability of this Court to consider a complete record, Plaintiff seeks permission to submit the transcript for the Court's private review only.
4.   Plaintiff requests that the transcript be maintained under seal and that access be limited to chambers and court staff. Plaintiff further requests that the transcript not be electronically filed on the public docket.



**RECEIVED**

NOV 04 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**WHEREFORE**

Plaintiff respectfully requests that the Court:

(a) grant leave to lodge the Ontario transcript for in-camera review;
(b) direct the Clerk to maintain the lodged materials under seal pending further order; and
(c) grant such other relief as the Court deems proper.

Dated: November 4, 2025

Respectfully submitted,

**Brent R. Kideckel**
Pro Se Plaintiff
P.O. Box 20901
Floral Park, NY 11002
brentkideckel@gmail.com
(917) 634-0637

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT KIDECKEL<br>　　　　Plaintiff,<br>V.<br><br><br>THE FOREIGN NATION OF CANADA, et al.<br>　　　　Defendants. | CASE NO.:   1:24-cv-02907-CJN |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SUBMIT ONTARIO COURT TRANSCRIPT FOR IN-CAMERA REVIEW UNDER SEAL

Upon consideration of *Plaintiff's Motion for Leave to Submit Ontario Court Transcript for In-Camera Review Under Seal*, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Plaintiff may lodge a copy of the transcript from proceedings before the Ontario Superior Court of Justice for the Court's confidential in-camera review; and it is further

**ORDERED** that the Clerk of Court shall accept the lodged transcript under seal and maintain it under seal pending further order of the Court; and it is further

**ORDERED** that the lodged materials shall not be made part of the public docket and shall be accessible only to the Court, its chambers staff, and authorized court personnel; and it is further

**ORDERED** that nothing in this Order shall be construed as authorizing public disclosure or dissemination of the transcript contrary to applicable Canadian law or to this Court's subsequent orders.

SO ORDERED.

Dated: _____, 2025
Washington, D.C.


**Carl J. Nichols**
United States District Judge

# Exhibit "A"

# CERTIFICATE/NOTIFICATION OF COMPLETION
*CERTIFICAT/NOTIFICATION D'ACHÈVEMENT*

| Appeal File Number / *Numéro du dossier d'appel*<br>**COA-25-CV-1156** | Title of Proceeding/Name of Case / *Intitulé de l'instance/Nom de la cause*<br>**KIDECKEL V KIDECKEL** |
|---|---|
| Date(s) of Proceeding / *Date(s) des procédures*<br><br>**JUNE 19 2025** | Date of Judgment/Order/Sentence / *Date du jugement/ordonnance/peine*<br>**UNKNOWN**<br><br>Date All Transcripts Completed / *Date d'achèvement de la transcription des procédures*<br>**NOVEMBER 3 2025** |
| Date Appellant Notified / *Date de notification de la partie appelante*<br>**NOVEMBER 3 2025** | Date Respondent Notified / *Date de notification de la partie intimée*<br>**NOVEMBER 4 2025** |
| Date the Crown as Appellant has been requested to notify the parties that the transcripts have been completed<br>*Date à laquelle la Couronne, en sa qualité d'appelante, a reçu la demande d'aviser les parties de l'achèvement de la transcription des procédures* | |

This is to certify that, pursuant to the *Criminal Appeal Rules*, the *Rules of Civil Procedure*, or the *Family Law Rules* (as the case may be); ALL transcripts required for appeal purposes in the above matter have been completed.

_____
Signature of Authorized Court Transcriptionist /
*Signature du transcripteur judiciaire autorisé*

**KIM FESS**
Authorized Court Transcriptionist (print name)
/ T*ranscripteur judiciaire autorisé (en lettres moulées)*

*Le présent certificat atteste, conformément aux* Règles de procédure de la Cour d'appel en matière criminelle*, aux* Règles de procédure civile ou aux Règles en matière de droit de la famille *(selon le cas), que TOUTE la transcription des procédures à effectuer en vue de l'instruction de l'appel interjeté dans l'affaire susmentionnée est maintenant terminée.*

NOVEMBER 4 2025
Date of Signature / *Date de la signature*

**6479335464**
Telephone Number / *Numéro de téléphone*

**NOTE:**

Your attention is directed to the *Criminal Appeal Rules*, *Rules of Civil Procedure*, or *Family Law Rules* (as the case may be) respecting dismissal of the appeal for delay if the time limits for filing transcripts and perfecting the appeal set out in those rules are not complied with.

*REMARQUE :*

*Veuillez consulter les* Règles de procédure de la Cour d'appel en matière criminelle, les Règles de procédure civile ou les Règles en matière de droit de la famille *(selon le cas), concernant le rejet de l'appel pour cause de retard, s'il y a inobservation des délais prescrits par lesdites règles de procédure pour le dépôt des transcriptions et la mise en état de l'appel.*

**TO: /** *DESTINATAIRE :*

The Registrar / *Le greffier*

- ☒ Court of Appeal for Ontario (address on reverse)
  *Cour d'appel de l'Ontario (adresse sur l'inverse)*
- ☐ Divisional Court (address on reverse)
  *Cour divisionnaire (adresse sur l'inverse)*
- ☐ Superior Court of Justice
  *Cour supérieure de justice*

- ☒ Appellant
  *Partie appelante*
- ☒ Respondent
  *Partie intimée*
- ☐ Supervisor
  *Superviseur*

# Exhibit "B"



INVOICE NO: **1287276**
BILLING DATE: **10-10-2025**
DUE DATE: **11-10-2025**

**BILLING TO**

**Brent Kideckel**

1528 Rock Springs Road
San Marcos
California
CANADA 92069

**FROM**

Videoplus Transcription and Reporting Services
MAKE CHEQUES PAYABLE TO 13910733 CANADA INC.
200 Manitoba Street, Ste 601
ETOBICOKE ON M8Y3Y9
Canada
MAG SUPPLIER #704184

| ITEM | QUANTITY | COST | AMOUNT |
|---|---|---|---|
| **NTRANSCRIPT - STANDARD - ELECTRONIC ONLY**<br>KIDECKEL V KIDECKEL JUNE 19 2025 | 89 | $6.3000 | $560.7000 |
| **COURTESTIMATE**<br>This Is An Estimate Only For This Proceeding. If You Would Like To Proceed Please Pay The Estimate In Full Via Email Money Transfer To Kim@Vptranscription.com Please Use The Password Transcript. If You Wish To Pay By Cash Please Contact Kim@Vptranscription.com And Information Will Be Provided For You To Attend At A Location Throughout The Province Of Ontario To Make The Payment. If You Wish To Pay By VISA MASTERCARD Or AMEX Please Send Us An Email And We Will Provide You With A Link To Pay. As This Is An Estimate It May Go Over Or Under What Is Estimate. The Estimate Is Based On Recordings Or Information We Receive From The Courthouse. Transcription Will Be Commenced Once Payment Is Made And We Will Try To Meet Your Deadline As Long As Payment Is Received In A Timely Fashion. If You Would Like To Proceed Please Accept This Quote So We Can Send An Invoice. The Final Invoice Is Subject To HST And Shipping Fees. | 1 | $0.0000 | $0.0000 |
| **Order Cancellation Fee**<br>Once The Quote Is Provided To The Ordering Party Should The Ordering Party Choose To Use An Alternate ACT There Will Be A $50 Order Cancellation Fee. | 0 | $0.0000 | $0.0000 |
| **ORDERING PARTY**<br>Brent Kideckel | 0 | $0.0000 | $0.0000 |
| **INVOICE BY NEBADETA BAKSHI**<br>This Invoice Has Been Prepared By Nebadeta Bakshi. | 1 | $0.0000 | $0.0000 |

| | |
|---|---|
| Sub Total | $560.70 |
| Discount | $0 |
| Tax: HST 2 (13%) #735769804RT0001 | $72.89 |
| **Amount Due** | **$633.59** |
| Paid Amount | $0 |
| Amount Owing | $633.59 |

**TERMS**

Interest on overdue accounts are charged at the rate of 1 percent per month from date of invoice. Payment terms are net 30 days. Estimate invoices must be paid prior to transcription.