UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRENT KIDECKEL,

    Plaintiff,

v.

THE FOREIGN NATION OF CANADA, *et al.,*

    Defendants.

No. 1:24-cv-02907-CJN

## NOTICE OF SUPPLEMENTAL FACTS

Defendants David Kideckel ("D. Kideckel")[1] and Dahlia Saibil respectfully submit the following Notice of Supplemental Facts to bring to the Court's attention new information that has developed since they filed their Opposition to Plaintiff's Combined Motion to Alter or Amend Judgment Pursuant to Rule 59(e), or in the Alternative for Relief Under Rule 60(b), with Leave to Amend Complaint, and OSC Response, and Cross-Motion for Attorneys' Fees on September 8, 2025 (ECF No. 149, the "Opposition").

Attached as Exhibit 1 is an email Plaintiff sent on November 2, 2025 to attorneys at Lewis Baach Kaufmann Middlemiss pllc. Exhibit 1 is a continuation of the pattern noted in the Opposition.

---

[1] Although the Court has already determined that it lacks jurisdiction over Plaintiff's claims and dismissed the defendants on that basis, out of an abundance of caution, D. Kideckel nonetheless again explicitly reserves the ability to contest the Court's jurisdiction over him and all other claims and defenses available to him.

Dated: November 5, 2025                    Respectfully submitted,

                                                */s/ Jeffrey D. Robinson*
                                                Jeffrey D. Robinson, D.C. Bar No. 376037
                                                LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
                                                1050 K Street NW, Suite 400
                                                Washington, DC 20001
                                                Telephone: (202) 833-8900
                                                Facsimile: (202) 466-5738
                                                Jeffrey.Robinson@lbkmlaw.com

                                                *Counsel for Defendants David Kideckel and Dahlia Saibil*