**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BRENT KIDECKEL

               Plaintiff,

     V.

THE FOREIGN NATION OF CANADA,  et al.
           Defendants.

CASE NO.:    **1:24-cv-02907-CJN**

# NOTICE REGARDING MISLEADING DOCKET TEXT, PROOF OF ACTUAL KNOWLEDGE BY LBKM PARTNERSHIP, AND NUNC PRO TUNC REVIEW OF SANCTIONS MOTIONS

Plaintiff Brent Kideckel, appearing pro se, respectfully submits this Notice to address (1) the mislabeling of an opposition brief as a "cross-motion," (2) the subsequent filing by Lewis Baach Kaufmann Middlemiss PLLC ("LBKM") that publicly authenticates the firm's knowledge of falsified affidavits, and (3) the resulting need for nunc pro tunc review of the pending sanctions motions.

## I. False Docket Entry and Misleading Labeling of Opposition as "Cross-Motion"

On September 8, 2025, counsel for Defendants David Kideckel and Dahlia Saibil filed a document captioned "Memorandum in Opposition to Plaintiff's Motion to Alter or Amend Judgment."

The PDF contains no separate motion caption, no Rule 7(b)(1) and no statement of relief. Nevertheless, counsel entered the CM/ECF docket text as "… and Cross-Motion for Attorneys' Fees."

That phrase does not appear anywhere in the docket's CM/ECF entry category. By inserting it only into the electronic docket, counsel created the false appearance that a cross-motion was



RECEIVED

NOV 05 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

pending and triggered unnecessary internal tracking by the Court and Plaintiff. Under Fed. R. Civ. P. 7(b)(1) and LCvR 7(c), a motion must be separately captioned, state the specific relief sought, and include a proposed order. Clerical metadata or docket text cannot convert an opposition into a motion.  A passing request in an opposition is not a motion before the Court.

This misuse of docket text is inherently misleading and has the practical effect of obscuring the procedural posture of Plaintiff's Rule 59(e) motion.

## II. LBKM's November 5 Filing Confirms Actual and Constructive Notice

On November 5, 2025, LBKM filed a document styled "Notice of Supplemental Facts" (ECF 154). Its sole exhibit is Plaintiff's November 2 email to the LBKM partnership titled *"Evidence of LBKM Client Fraud and Perjured Affidavits."* That email was addressed to Ms. Annika Conrad, Mr. Jeffrey Robinson, and multiple LBKM partners.

In that correspondence, Plaintiff expressly:

1. Placed the firm on actual and constructive notice of documentary evidence showing that affidavits filed by its clients were falsified;

2. Referenced the Plaintiff's Notice of Supplemental Authority (ECF 152) containing those records; and

3. Informed the firm that a petition for mandamus would be filed if the record remained uncorrected by the Court.

By voluntarily placing this email on the public docket, LBKM has authenticated its receipt and verified the firm's knowledge. The filing therefore operates as an admission that LBKM, including Ms. Conrad and the partnership, has had both actual and constructive notice of the alleged falsified affidavits since November 2 but has taken no steps to correct the record under its duties of candor to the tribunal (D.C. Rules Prof. Conduct 3.3(a)(3), 1.13(b)).

## III. Self-Defeating Nature and Continuing Gamesmanship

LBKM's own filing defeats its purpose. Rather than undermine Plaintiff's position, it cements the fact that the firm was on notice of potential perjury and elected to publicize its awareness instead of undertaking any remedial action. The record now shows:

• Actual notice to LBKM's General Counsel and Ms. Conrad;

- Constructive notice to the partnership through firm-wide distribution; and

- No corrective filing whatsoever addressing the false affidavits that remain before this Court and the Ontario tribunal.

This conduct continues a pattern of procedural gamesmanship—mis-captioning oppositions, filing redundant "notices," and employing docket text manipulation to generate optics of activity without substance. Such use of the Court's docket is improper and undermines the integrity of the record.

## IV. Nunc Pro Tunc Review of Sanctions Motions

Given LBKM's verified knowledge and continued silence, Plaintiff respectfully requests that the Court:

1. Take judicial notice that ECF 154 constitutes proof of LBKM's actual and constructive knowledge of the evidence filed at ECF 152;

2. Re-open and review, nunc pro tunc, Plaintiff's pending sanctions motions in light of this newly admitted proof of notice; and

3. Clarify on the docket that ECF 149 is not a motion but an opposition only, and that any reference in the docket text to a "cross-motion for attorneys' fees" is to be disregarded.

Such relief is necessary to prevent further confusion, to preserve judicial economy, and to maintain the accuracy of the record for appellate review.

Dated: November 5 , 2025

Respectfully submitted,

Brent R. Kideckel
Pro Se Plaintiff
P.O. Box 20901 • Floral Park, NY 11002
(917) 634-0637 • brentkideckel@gmail.com

# TABLE OF EXHIBITS

| | |
|---|---|
| **EXHIBIT A** | **Defendants David Kideckel and Dahlia Saibll's docket entry for a MEMORANDUM OF OPPOSITION <mark>NOT A MOTION</mark>** |
| **EXHIBIT B** | **Plaintiff's Cross-Motion of March 26 with the proper caption of MOTION <mark>AN ACTUAL MOTION</mark>** |

# Exhibit "A"



**Brent K <brentkideckel@gmail.com>**

---

## Activity in Case 1:24-cv-02907-CJN KIDECKEL v. FOREIGN NATION OF CANADA et al ==Memorandum in Opposition==

---

**DCD_ECFNotice@dcd.uscourts.gov** <DCD_ECFNotice@dcd.uscourts.gov>
To: DCD_ECFNotice@dcd.uscourts.gov

Mon, Sep 8, 2025 at 4:00 PM

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of Columbia

### Notice of Electronic Filing

The following transaction was entered by Robinson, Jeffrey on 9/8/2025 at 7:00 PM and filed on 9/8/2025

| | |
|---|---|
| **Case Name:** | KIDECKEL v. FOREIGN NATION OF CANADA et al |
| **Case Number:** | 1:24-cv-02907-CJN |
| **Filer:** | DAVID KIDECKEL |
| | DAHLIA SAIBIL |
| **Document Number:** | 149 |

**Docket Text:**
==Memorandum in opposition to re [146] MOTION== to Alter Judgment as to [145] Order on Motion for Default Judgment,,,,,,,, Order on Motion for Summary Judgment,,,,,,,, Order on Motion to Dismiss,,,,,,, Order on Motion to Disqualify Counsel,,,,,,, Order on Motion to Strike,,,,,,, Order on Motio *Defendants David Kideckel and Dahlia Saibil's Opposition to Plaintiff's Combined Motion to Alter or Amend Judgment Pursuant to Rule 59(e), or in the Alternative for Relief Under Rule 60(b), with Leave to Amend Complaint, and OSC Response, and* ==*Cross-Motion for Attorneys' Fees*== filed by DAVID KIDECKEL, DAHLIA SAIBIL. **(Attachments: # (1) Text of Proposed Order Proposed Order)(Robinson, Jeffrey)**

**1:24-cv-02907-CJN Notice has been electronically mailed to:**

BRENT KIDECKEL     Brentkideckel@gmail.com

Elizabeth Harris     eharris@ebglaw.com

George Bradley Breen     gbreen@ebglaw.com

Jeffrey D. Robinson     jeffrey.robinson@lbkmlaw.com, Annika.Conrad@lbkmlaw.com, anthony.munroe@lbkmlaw.com, Elizabeth.Velez@LBKMLAW.com

Kristen J. Rees     kristen.rees@usdoj.gov, CaseView.ECF@usdoj.gov, TAli@usa.doj.gov

Natalia Marte     nmarte@phillipslytle.com, ctarbell@phillipslytle.com

**1:24-cv-02907-CJN Notice will be delivered by other means to::**

# Exhibit "B"

11/5/25, 5:19 PM                    Gmail - Activity in Case 1:24-cv-02907-CJN KIDECKEL v. FOREIGN NATION OF CANADA et al Motion for Leave to File

Case 1:24-cv-02907-CJN    Document 155    Filed 11/05/25    Page 8 of 8

 Gmail

**Brent K <brentkideckel@gmail.com>**

---

## Activity in Case 1:24-cv-02907-CJN KIDECKEL v. FOREIGN NATION OF CANADA et al <mark>Motion for Leave to File</mark>

---

**DCD_ECFNotice@dcd.uscourts.gov** <DCD_ECFNotice@dcd.uscourts.gov>
To: DCD_ECFNotice@dcd.uscourts.gov

Wed, Mar 26, 2025 at 6:56
AM

<span style="color:red">**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**</span>
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Columbia**

### Notice of Electronic Filing

The following transaction was entered on 3/26/2025 at 9:56 AM and filed on 3/24/2025
**Case Name:**        KIDECKEL v. FOREIGN NATION OF CANADA et al
**Case Number:**     1:24-cv-02907-CJN
**Filer:**                BRENT KIDECKEL
**Document Number:** 69

**Docket Text:**
<mark>**Cross MOTION**</mark> for Leave to File Supplement Complaint by BRENT KIDECKEL.
(Attachments: # (1) Exhibit)(zdp)

**1:24-cv-02907-CJN Notice has been electronically mailed to:**

Jeffrey D. Robinson (Terminated)    jeffrey.robinson@lbkmlaw.com, Annika.Conrad@lbkmlaw.com, Elizabeth.Velez@LBKMLAW.com, anthony.munroe@lbkmlaw.com

George Bradley Breen    gbreen@ebglaw.com

Christopher D. Barraza    cbarraza@phillipslytle.com, smatheny@phillipslytle.com

Kristen J. Rees    kristen.rees@usdoj.gov, CaseView.ECF@usdoj.gov, TAli@usa.doj.gov

Natalia Marte    nmarte@phillipslytle.com, ctarbell@phillipslytle.com

BRENT KIDECKEL    Brentkideckel@gmail.com

**1:24-cv-02907-CJN Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=3/26/2025] [FileNumber=9443505-0]
[1c53a29e17846581a53086d7cfc58f9324e01f5695a531b583a409408c4fb379e167
ea8ee44550213b04a43a79cd8f3e160ed9dd7bbb121958939af6a9946a67]]