IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRENT KIDECKEL
        Plaintiff,
V.

THE FOREIGN NATION OF CANADA, et al.
        Defendants.

CASE NO.:    1:24-cv-02907-CJN

## NOTICE OF DISCLAIMED REPRESENTATION BY JEFFREY ROBINSON AND LEWIS BAACH KAUFMANN MIDDLEMISS PLLC AT THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF CLUMBIA CIRCUIT

Plaintiff respectfully submits this notice to inform the Court of an intervening development affecting the representation posture of Defendants David Kideckel and Dahlia Saibil.

On November 14, 2025, Lewis Baach Kaufmann Middlemiss PLLC ("LBKM"), counsel of record for these defendants in this action, issued a written communication expressly *disclaiming representation* of these same defendants in a related appellate proceeding arising directly from this case. In that communication, LBKM stated that it "does not represent" Dr. Kideckel or Ms. Saibil in the appellate matter and therefore "cannot accept service."

A true and correct copy of this correspondence is attached as Exhibit A.

LBKM simultaneously maintains that it continues to represent these defendants before this Court. The express disclaimer of representation in a related federal proceeding, while representation remains active in the District Court, raises procedural and ethical issues that may bear on Plaintiff's pending motions, including disqualification and sanctions.

This notice is submitted solely to ensure that the Court is apprised of the representation status as it presently stands.



RECEIVED
NOV 21 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Dated: November 21, 2025

Respectfully submitted,

*[signature]*

Brent R. Kideckel
Pro Se Plaintiff
P.O. Box 20901
Floral Park, NY 11002
brentkideckel@gmail.com
(917) 634-0637

# EXHIBIT "A"

**From:** Elizabeth Velez Elizabeth.Velez@lbkmlaw.com
**Subject:** RE: [External Email] Consent for electronic service request of Petition to DC Circuit
**Date:** Nov 14, 2025 at 9:53:38 AM
**To:** Brent K brentkideckel@gmail.com
**Cc:** Jeffrey D. Robinson Jeffrey.Robinson@lbkmlaw.com, George B. Breen GBreen@ebglaw.com, Natalia Marte NMarte@phillipslytle.com

Dear Mr. Kideckel,

Lewis Baach Kaufmann Middlemiss ==does not represent David Kideckel or Dahlia Saibil in connection with the mandamus petition you are filing in the United States Court of Appeals for the District of Columbia Circuit.== Accordingly, we cannot accept service.

==Lewis Baach Kafumann Middlemiss continues to represent David Kideckel and Dahlia Saibil in the action pending in the United States District Court for the District of Columbia.==

Regards,

Elizabeth M. Velez

# Lewis Baach Kaufmann Middlemiss PLLC

10 Grand Central
155 East 44th Street
25th Floor
New York, New York 10017
t 646 965-8830

Bio | Email | Website | vCard

*This communication is confidential and may contain privileged information. If you have received this communication in error, please delete it and advise the sender by reply e-mail. Thank you.*

---

**From:** Brent K <brentkideckel@gmail.com>
**Sent:** Wednesday, November 12, 2025 8:42:40 AM
**To:** George B. Breen <gbreen@ebglaw.com>; Jeffrey D. Robinson <Jeffrey.Robinson@LBKMLAW.com>; Natalia Marte <NMarte@phillipslytle.com>
**Subject:** [External Email] Consent for electronic service request of Petition to DC Circuit

Dear Counsel,

I write seeking your written consent to serve you by email with the Petitioner's Petition for Writ of Mandamus in lieu of paper service by mail, to be filed Friday with the United States Court of Appeals for the District of Columbia Circuit.

If you consent, please confirm by reply email that electronic service at this address is acceptable to