IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRENT KIDECKEL

        Plaintiff,

V.

THE FOREIGN NATION OF CANADA, et al.

        Defendants.

CASE NO.:   1:24-cv-02907-CJN

# NOTICE OF APPEAL

Notice is hereby given that Plaintiff Brent Kideckel, proceeding pro se, appeals to the United States Court of Appeals for the District of Columbia Circuit from:

1. the Memorandum Opinion and Order entered January 16, 2026, denying Plaintiff's motion under Federal Rules of Civil Procedure 59(e) and 15(a) and imposing related relief;

2. the Memorandum Opinion and Order entered August 12, 2025, dismissing the action; and

3. all interlocutory orders, rulings, and determinations that merge into the final judgment, including any sanctions-related rulings, injunctions, or limitations on refiling.

This appeal is taken pursuant to 28 U.S.C. § 1291 and all other applicable provisions.

Dated: January 18, 2026

Respectfully submitted,

*[signature]*

Brent Kideckel
Plaintiff, pro se
PO Box 20901
Floral Park, NY 11002
brentkideckel@gmail.com
(917) 634-0637

**RECEIVED**
JAN 18 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia