UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

BRENT KIDECKEL,

       Plaintiff,

      v.                                         Civ. A. No. 24-2907 (CJN)

CANADA, et al.,,

       Defendants.

---

### TORONTO DEFENDANTS' APPLICATION FOR ATTORNEYS' FEES

Pursuant to this Court's Order dated and entered on January 16, 2026, the City of Toronto and Detective Wilson (collectively the "Toronto Defendants"), by and through undersigned counsel, respectfully seek attorneys' fees and costs in the amount of $37,972.50 pursuant to the attached Attorney Affirmation and Exhibits A and B. To the extent necessary, we ask that the Court treat this application for attorneys' fees and costs as a motion for attorneys' fees and costs.

Dated: Washington, D.C.
          January 26, 2026

PHILLIPS LYTLE LLP

By: /s/ *Natalia Marte*
    Natalia Marte (9006283)
Attorneys for Defendants
*The City of Toronto and David Wilson*
601 Pennsylvania Avenue NW
South Building, Suite 900
Washington, DC 20004
(202) 617-2712
nmarte@phillipslytle.com