UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

BRENT KIDECKEL,

        Plaintiff,

      v.                                          Civ. A. No. 24-2907 (CJN)

CANADA, et al.,,

        Defendants.

_____

**ATTORNEY AFFIRMATION OF SERVICES**

        Natalia Marte, Esq. ("N-m") pursuant to the provisions of 28 U.S.C. § 1746, states and declares under penalty of perjury that the foregoing is true and correct:

        1.      I am a member of the law firm of Phillips Lytle LLP ("Phillips Lytle"), counsel for Defendants the City of Toronto and Detective David Wilson (collectively, the "Toronto Defendants"), in the above-captioned matter ("Matter"). I graduated from the University at Buffalo School of Law in 2020 and am licensed to practice law in the District of Columbia and before the District Court of the District of Columbia. Additionally, I have over five years of experience in a broad range of commercial litigation and labor and employment matters.

        2.      In my capacity as counsel for the Toronto Defendants, I am fully familiar with the facts and circumstances underlying the above-captioned Matter.

        3.      I offer this affirmation in support of the Toronto Defendants' application for attorneys' fees and costs ("Application") pursuant to this Court's Order (Dkt.

No. 158) for the 13-month period between December 5, 2024 and December 10, 2025 ("Application Period").

4. By Order dated and entered January 16, 2026, this Court ordered all defendants in this Matter to file statements of attorneys' fees for final Court approval. (Dkt. 158). Attached as **Exhibit A** is a copy of the Order.

5. Joshua Glasgow, Esq. ("J-G5"), a partner of Phillips Lytle, graduated from Yale Law School in 2006 and has over 20 years of experience in both state and federal courts. Mr. Glasgow has also served as the billing attorney for this matter.

6. Christopher Barraza, Esq. ("CDB"), a former partner of Phillips Lytle with extensive experience in complex litigation and arbitration, also provided the Toronto Defendants with legal services in connection with this Matter. Mr. Barraza withdrew from the matter on April 17, 2025 due to his departure from Phillips Lytle.

7. Sharon Matheny ("Slm") and Laura Bennett Weber ("Lbw"), Senior Paralegals of Phillips Lytle, also provided the Toronto Defendants with paralegal services in connection with this Matter.

8. Elizabeth Lederer ("E-L") and Amanda Steinbacher ("Ams2"), Legal Research Librarians of Phillips Lytle, also provided the Toronto Defendants with legal research support in connection with this Matter.

9. Karen Kawczynski ("Zkk"), a Docketing Specialist with Phillips Lytle, also provided the Toronto Defendants with administrative support in connection with this Matter.

10. Phillips Lytle maintains contemporaneous billing records using a computerized system. The system generates billing statements showing the work that was performed on a task-by-task basis.

11. The totality of work that Phillips Lytle performed for the Toronto Defendants for this Matter exceeds that requested in this Application. Consequently, entries have been carefully identified from Phillips Lytle's billing records for work directly related to the litigation of this Matter.

12. Attached as **Exhibit B** is a chart describing the work performed by Phillips Lytle attorneys, senior paralegals, legal research librarians, and administrative staff, between December 5, 2024 and December 10, 2025.

13. Phillips Lytle's hourly rates correspond with the attorneys' and support staffs' respective experiences. The rates are charged to the firm's clients in the normal course of business and were charged to and deemed reasonable by the Toronto Defendants.

14. Phillips Lytle's hourly rates are consistent with rates of other attorneys and support staff in the District of Columbia and Western New York with similar experience, skill, and standing in the legal community, and are reasonable in relation to the services rendered. These hourly rates are set annually by Phillips Lytle after reviewing its attorneys' and support staffs' experiences and skills, client feedback, and overall market conditions.

15. The time entries set forth in **Exhibit B** contains sufficient detail to support this Application. Additionally, the fees reflected in **Exhibit B** are actual, reasonable, and justified; each legal task was assigned to an appropriate professional and/or staff person commensurate with his or her experience.

16. As reflected in **Exhibit B**, the Toronto Defendants incurred $37,972.50 in legal fees and costs between December 5, 2024 and December 10, 2025 in connection with the litigation in this Matter.

17. In light of the work performed and results achieved, the Toronto Defendants respectfully submit that its request for legal fees and costs are reasonable and should be granted.

WHEREFORE, the Toronto Defendants respectfully request this Court issue an Order:

(a) awarding it judgment against plaintiff Brent Kideckel for legal fees and costs rendered by Phillips Lytle in the amount of $37,972.50 and, with leave to supplement this application with the Toronto Defendants' fees incurred after December 2025; and

(b) and for such other and further relief as this Court deems just and proper.

Dated: Washington, D.C.
January 26, 2026

PHILLIPS LYTLE LLP

By: /s/ *Natalia Marte*
Natalia Marte (9006283)
Attorneys for Defendants
*The City of Toronto and David Wilson*
601 Pennsylvania Avenue NW
South Building, Suite 900
Washington, DC 20004
(202) 617-2712
nmarte@phillipslytle.com

Doc #13174691.1