# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BRENT KIDECKEL,

  *Plaintiff*,

v.

FOREIGN NATION OF CANADA *et al.*,

  *Defendants*.

Civil Action No. 1:24-cv-02907 (CJN)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, ECF No. 157, it is

**ORDERED** that Kideckel's Motion to Alter or Amend Judgment, ECF No. 146, is **DENIED**; it is further

**ORDERED** that Kideckel's Motion for Leave to File, ECF No. 153, is **DISMISSED** as moot; it is further

**ORDERED** that Kideckel is barred from making additional filings in this action or in another action against these Defendants before this Court without leave of the Court; it is further

**ORDERED** that Kideckel shall pay to Defendants reasonable attorneys' fees to be specified by further order of this Court; and it is further

**ORDERED** that Defendants shall file statements of attorneys' fees within 10 calendar days from the date of this Order.

  **SO ORDERED.**

DATE: January 16, 2026

                */s/ Carl J. Nichols*
                CARL J. NICHOLS
                United States District Judge