# EXHIBIT B

| December 2024 | | | | |
|---|---|---|---|---|
| **Name** | **Date** | **Hours** | **Cost** | **Narrative** |
| Natalia Marte, Esq. | 12/5/2024 | 2.00 | $ 900.00 | Reviewed and analyzed complaint |
| Natalia Marte, Esq. | 12/13/2024 | 2.50 | $ 1,125.00 | Reviewed and analyzed summons and complaint in case and prior Toronto proceeding; Conducted legal research on qualified immunity and failure to state claim defenses; Drafted analysis and thoughts for J-g5 review; Conferred with J-g5 prior to meeting with client's counsel in Toronto action |
| Natalia Marte, Esq. | 12/27/2024 | 9.10 | $ 4,095.00 | Reviewed and analyzed complaint to identify Plaintiffs' counts asserted against City of Toronto and Detective Wilson; Drafted notes re same; Reviewed and analyzed current draft of motion to dismiss re jurisdictional arguments; Conducted legal research regarding failure to state a claim and Fed. Rules of Civ. Procedure Rule 12(b)(6) motion to dismiss cases, specifically in reference to pro se litigants, as well as standard for false imprisonment, malicious and false prosecution, and intrusion upon seclusion; Reviewed and analyzed cases; Drafted section of 12(b)(6) of motion to dismiss |
| Natalia Marte, Esq. | 12/28/2024 | 5.10 | $ 2,295.00 | Reviewed and analyzed complaint to identify Plaintiffs' counts asserted against City of Toronto and Detective Wilson; Drafted notes re same; Conducted legal research regarding failure to state a claim and Fed. Rules of Civ. Procedure Rule 12(b)(6) motion to dismiss cases, specifically in reference to pro se litigants, as well as standard for malicious and false prosecution, complicity, gross negligence, and negligent hiring and supervision; Reviewed and analyzed cases; Drafted relevant sections of 12(b)(6) of motion to dismiss |

| Natalia Marte, Esq. | 12/29/2024 | 3.10 | $ 1,395.00 | Reviewed and analyzed complaint to identify Plaintiff's counts asserted against City of Toronto and Detective Wilson; Drafted notes re same; Conducted legal research regarding the standards for negligent hiring and supervision and negligent infliction of emotional distress; Reviewed and analyzed cases; Drafted section of motion to dismiss regarding same |
|---|---|---|---|---|

| TIMEKEEPER TIME SUMMARY: | | | |
|---|---|---|---|
| Timekeeper | Hours | Rate | Value |
| Natalia Marte, Esq | 21.80 | $   450.00 | $                          9,810.00 |
| **TOTAL:** | | $ | 9,810.00 |

| January 2025 | | | | |
|---|---|---|---|---|
| **Name** | **Date** | **Hours** | **Cost** | **Narrative** |
| Natalia Marte, Esq. | 01/6/2025 | 1.50 | $ 675.00 | Reviewed and analyzed motion to dismiss and conducted final revisions prior to filing |
| Christopher Barraza, Esq. | 01/8/2025 | 0.40 | $ 278.00 | Edit/revise memorandum of law in support of motion to dismiss |
| Laura Bennett Weber | 01/9/2025 | 0.90 | $ 238.50 | Draft and submit Notice of Appearance; Submit Motion to Dismiss |
| Karen Kawczynski | 01/13/2025 | 0.20 | $ 51.00 | Docket response deadline to Toronto Defendants' motion to dismiss |
| Sharon Matheny | 01/13/2025 | 0.50 | $ 140.00 | Update pleadings file and follow up with Christopher Barraza, Esq. regarding same |
| Sharon Matheny | 01/15/2025 | 0.20 | $ 56.00 | Update pleadings file and follow up with J-G5 and Christopher Barraza, Esq. regarding same |
| Sharon Matheny | 01/16/2025 | 0.50 | $ 140.00 | Update pleadings file and follow up with J-G5 and Christopher Barraza, Esq. regarding same |
| Karen Kawczynski | 01/17/2025 | 0.20 | $ 51.00 | Docket deadline for D Saibil to respond to complaint |
| Karen Kawczynski | 01/21/2025 | 0.20 | $ 51.00 | Docket deadline for Plaintiff to opposed motion to dismiss |
| Sharon Matheny | 01/21/2025 | 0.60 | $ 168.00 | Update pleadings file with courtesy copies of notice of intent to oppose Toronto Defendants' motion to dismiss and motion for summary judgment against David Kideckel received from plaintiff and filed reply in further support of Defendant USCIS's motion to dismiss and follow up with team regarding same |
| Karen Kawczynski | 01/22/2025 | 0.20 | $ 51.00 | Docket deadline for D Kideckel to respond to Plaintiff's motion for summary (or default) judgment |
| Sharon Matheny | 01/22/2025 | 0.30 | $ 84.00 | Update pleadings file regarding filed versions of plaintiff's notice of intent to oppose Toronto Defendants' motion to dismiss and motion for summary or default judgment against David Kideckel and follow up with team regarding same |

| | | | | | |
|---|---|---|---|---|---|
| Sharon Matheny | 01/24/2025 | 0.30 | $ | 84.00 | Update pleadings file regarding waiver of service of summons for Dahlia Saibil and praecipe regarding plaintiff's motion for summary judgment or default against David Kideckel |
| Sharon Matheny | 01/27/2025 | 0.10 | $ | 28.00 | Update pleadings file regarding Plaintiff's notice of withdrawal of motion to serve Dahlia Saibil |

| TIMEKEEPER TIME SUMMARY: | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | **Value** |
| Natalia Marte, Esq | 1.50 | $ 450.00 | $ 675.00 |
| Christopher Barraza, Esq. | 0.40 | $ 695.00 | $ 278.00 |
| Karen Kawczynski | 0.80 | $ 255.00 | $ 204.00 |
| Sharon Matheny | 2.50 | $ 280.00 | $ 700.00 |
| Laura Bennett Weber | 0.90 | $ 265.00 | $ 238.50 |
| **TOTAL:** | | $ | 2,095.50 |

| February 2025 | | | | | |
|---|---|---|---|---|---|
| **Name** | **Date** | **Hours** | **Cost** | | **Narrative** |
| Sharon Matheny | 02/7/2025 | 0.10 | $ | 28.00 | Update pleadings file regarding plaintiff's notice of partial dismissal of defendants Canada, Downey and Ontario |
| Sharon Matheny | 02/20/2025 | 0.20 | $ | 56.00 | Update pleadings file regarding Plaintiff's notice of voluntary partial dismissal of USCIS and notice of withdrawal of motion for leave to serve Aram Simovonian |
| Karen Kawczynski | 02/26/2025 | 0.20 | $ | 51.00 | Docket deadline for A Simovonian to respond to complaint |
| Sharon Matheny | 02/26/2025 | 0.10 | $ | 28.00 | Update pleadings file regarding return of proof of service as to Aram Simovonian |

| TIMEKEEPER TIME SUMMARY: | | | | |
|---|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | **Value** | |
| Karen Kawczynski | 0.20 | $ 255.00 | $ | 51.00 |
| Sharon Matheny | 0.40 | $ 280.00 | $ | 112.00 |
| **TOTAL:** | | | $ | 163.00 |

| March 2025 | | | | |
|---|---|---|---|---|
| **Name** | **Date** | **Hours** | **Cost** | **Narrative** |
| Sharon Matheny | 03/10/2025 | 0.20 | $ 56.00 | Update pleadings file regarding Plaintiff's notice seeking clarification of Aram Simovonian's Law Firm Affiliation |
| Karen Kawczynski | 03/11/2025 | 0.20 | $ 51.00 | Docket deadline to respond to A Simovonian's motion to dismiss |
| Sharon Matheny | 03/11/2025 | 0.80 | $ 224.00 | Update pleadings file regarding Aram Simovonian's motion to dismiss and provide summary to team regarding courtesy copies of pleadings and correspondence received from Brent Kideckel |
| Sharon Matheny | 03/12/2025 | 0.50 | $ 140.00 | Update pleadings file regarding plaintiff's emergency motion to disqualify opposing counsel, notice of intent to oppose Aram Simovonian's motion to dismiss, and notice seeking clarification on prefix of David Michael Kideckel |
| Sharon Matheny | 03/14/2025 | 0.80 | $ 224.00 | Update file regarding pleadings filed by parties on 3/13/25 and 3/14/25, subpoenas received from plaintiff on 3/13/25 and correspondence from plaintiff on 3/14/25 regarding request for meet and confer, and provide summary to team regarding same |
| Christopher Barraza, Esq. | 03/17/2025 | 0.40 | $ 278.00 | Review/analyze emails from pro se plaintiff re: threatened motion practice |
| Karen Kawczynski | 03/17/2025 | 0.20 | $ 51.00 | Docket Plaintiff's motion to strike A Simovonian's submission of Canadian legal materials |
| Natalia Marte, Esq. | 03/17/2025 | 1.60 | $ 720.00 | Reviewed and analyzed Plaintiff's correspondences, recent motions, and requests for declaratory judgment for relief; Reviewed and analyzed local rule 16.3; Drafted response to Plaintiff's request and client update |
| Sharon Matheny | 03/17/2025 | 0.20 | $ 56.00 | Update pleadings file regarding N-M notice of appearance |

| | | | | |
|---|---|---|---|---|
| Sharon Matheny | 03/20/2025 | 0.50 | $ 140.00 | Update pleadings file regarding David Kideckel's response to plaintiff's notice seeking clarification on prefix of David Michael Kideckel and plaintiff's motion for declaratory relief, request for judicial notice number 1, notice of attempt to confer and motion for CM/ECF password |
| Karen Kawczynski | 03/21/2025 | 0.20 | $ 51.00 | Docket response deadline to Plaintiff's motion for declaratory relief |
| Natalia Marte, Esq. | 03/21/2025 | 0.30 | $ 135.00 | Reviewed and analyzed motion for declaratory relief and judicial notice and drafted update for client |
| Natalia Marte, Esq. | 03/23/2025 | 1.10 | $ 495.00 | Reviewed and analyzed Plaintiff's motion for sanctions, motion for declaratory relief and motion to take judicial notice, settlement offer, and Plaintiff's various |
| Karen Kawczynski | 03/24/2025 | 0.20 | $ 51.00 | Docket deadline to respond to settlement demand |
| Sharon Matheny | 03/24/2025 | 0.80 | $ 224.00 | Review correspondence received from plaintiff and update pleadings file regarding motions filed by plaintiff on 3/24/25 regarding motion to compel David Kideckel, memorandum of law in opposition to David Wilson and the City of Toronto's motion to dismiss and emergency motion for temporary restraining order |
| Natalia Marte, Esq. | 03/25/2025 | 0.80 | $ 360.00 | Reviewed and analyzed supplementation motion and cross-motion filed by Plaintiff to identify any new allegations re clients and compared to initial motion filed |
| Natalia Marte, Esq. | 03/25/2025 | 1.30 | $ 585.00 | Conducted legal research regarding appropriateness and standards for judgment of declaratory relief and basis for dismissal, and general standard for number of attorneys appropriate to represent clients; Began drafting opposition to Plaintiff's motion for declaratory relief and judicial notice |
| Elizabeth Lederer | 03/26/2025 | 1.00 | $ 245.00 | Review and revise Kideckel Opposition to Plaintiff's Motion for Declaratory Relief to verify quotes, validity of cases, and Bluebook citation format for N-M |

| | | | | |
|---|---|---|---|---|
| Karen Kawczynski | 03/26/2025 | 0.20 | $ 51.00 | Docket deadline for City of Toronto to reply to Plaintiff's supplemental memorandum opposing the motion to dismiss |
| Karen Kawczynski | 03/26/2025 | 0.20 | $ 51.00 | Docket deadline to respond to Plaintiff's cross-motion for leave to supplement complaint |
| Natalia Marte, Esq. | 03/26/2025 | 3.60 | $ 1,620.00 | Reviewed and analyze Plaintiff's correspondence re motion for early discovery; Reviewed and analyzed co-defendant's motions and responded to identify any items related to clients; Conducted legal research regarding appropriateness and standards for judgment of declaratory relief and basis for dismissal; Drafted opposition to Plaintiff's motion for declaratory relief; Reviewed and analyzed feedback from library re case citations and implemented revisions |
| Natalia Marte, Esq. | 03/26/2025 | 1.60 | $ 720.00 | Reviewed and analyzed Plaintiff's motion for judicial notice; Conducted legal research on cases that stood for the proposition that parties are not limited with respect to representation; Drafted opposition to Plaintiff's motion for judicial notice |
| Sharon Matheny | 03/26/2025 | 0.50 | $ 140.00 | Update pleadings file regarding Notice Regarding Substitution of Counsel for Defendant Aram Simovonian, David Kideckel and Dahlia Saibil's Opposition to Plaintiff's Emergency Motion to Disqualify Opposing Counsel for Conflict of Interest and Bad Faith Litigation Tactics, Plaintiff's Cross-Motion for Leave to Supplement Complaint and Memorandum in Opposition to Defendant Aram Simovonian's Motion to Dismiss, and Plaintiff's Supplemental Memo of Law in Opposition to Defendant City of Toronto's Motion to Dismiss |
| Sharon Matheny | 03/27/2025 | 0.20 | $ 56.00 | Update pleadings file regarding plaintiff's status update report |
| Karen Kawczynski | 03/28/2025 | 0.20 | $ 51.00 | Docket deadline for B Kideckel to reply to A Simovonian's opposition to motion to strike |

| Karen Kawczynski | 03/28/2025 | 0.20 | $ 51.00 | Docket deadline for Plaintiff's reply to Toronto Defendant's opposition to motion for declaratory relief |
|---|---|---|---|---|
| Natalia Marte, Esq. | 03/28/2025 | 0.40 | $ 180.00 | Completed revision of replies to Plaintiff's motion for judicial notice and declaratory relief; Arranged filing of replies to Plaintiff's motion for judicial notice and declaratory relief; Corresponded with Plaintiff regarding opposition of discovery motion; Reviewed and analyzed co-defendant opposition to Plaintiff's motion to strike and correspondences to identify items related to clients |
| Natalia Marte, Esq. | 03/28/2025 | 0.40 | $ 180.00 | Reviewed and analyzed Plaintiff's notice re ethical certification and status update to identify any items related to clients |
| Natalia Marte, Esq. | 03/28/2025 | 2.10 | $ 945.00 | Reviewed and analyzed Plaintiff's opposition to motion; Conducted legal research on courts ability to ignore constitutional claims in exchange for deciding on the merits of the case; Reviewed and analyzed procedural history of motions and local rules; Drafted reply to Plaintiff's opposition to our MTD |
| Sharon Matheny | 03/28/2025 | 0.60 | $ 168.00 | Update pleadings file regarding Defendant Aram Simovonian's Memorandum of Points and Authorities in Opposition to Plaintiff's Motion to Strike, Toronto Defendants' Opposition to Plaintiff's Motion for Judicial Notice "Number 1", Toronto Defendants' Opposition to Plaintiff's Motion for Declaratory Relief, Plaintiff's Reply in Support of Motion to Disqualify Jeffrey Robinson, and Notice Re Rule 56(c)(4), Ethical Certification and the Status of Prior Filings by Conflicted Counsel |
| Natalia Marte, Esq. | 03/29/2025 | 2.60 | $ 1,170.00 | Conducted legal research on whether the court can ignore a constitutional argument if it does not apply and cases related to Plaintiff's concession upon failure to address a defendant's 12(b)(6) claims; Reviewed and analyzed cases; Drafted additional sections of our reply to Plaintiff's opposition to our MTD |

| | | | | |
|---|---|---|---|---|
| Elizabeth Lederer | 03/31/2025 | 1.20 | $ 294.00 | Review and revise Kideckel reply MTD to verify quotes, validity of cases, and Bluebook citation format for N-M |
| Natalia Marte, Esq. | 03/31/2025 | 0.60 | $ 270.00 | Arranged to have WPC complete the table of contacts and authorities and revise formatting of Reply MTD; Arranged to have library review citations of MTD Reply and revised accordingly |
| Natalia Marte, Esq. | 03/31/2025 | 0.00 | $0.00 | Reviewed and analyzed Plaintiff's litigation hold |
| Natalia Marte, Esq. | 03/31/2025 | 0.00 | $0.00 | Reviewed and analyzed Plaintiff's notice re TRO and request |
| Natalia Marte, Esq. | 03/31/2025 | 0.10 | $ 45.00 | Reviewed and analyzed Plaintiff's non opposition filing re change of case caption |
| Natalia Marte, Esq. | 03/31/2025 | 0.10 | $ 45.00 | Reviewed and analyzed Plaintiff's Notice of Ripeness and Request for Resolution of Motion to Disqualify Counsel |
| Natalia Marte, Esq. | 03/31/2025 | 0.50 | $ 225.00 | Reviewed and analyzed Plaintiff's motion for targeted discovery into fraudulent declarations and MTD exhibits and reviewed and analyzed cited case law |

| TIMEKEEPER TIME SUMMARY: | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | **Value** |
| Natalia Marte, Esq | 17.10 | $ 450.00 | $ 7,695.00 |
| Christopher Barraza, Esq. | 0.40 | $ 695.00 | $ 278.00 |
| Karen Kawczynski | 1.60 | $ 255.00 | $ 408.00 |
| Sharon Matheny | 5.10 | $ 280.00 | $ 1,428.00 |
| Elizabeth Lederer | 2.20 | $ 245.00 | $ 539.00 |
| **TOTAL:** | | $ | 10,348.00 |

| April 2025 | | | | |
|---|---|---|---|---|
| **Name** | **Date** | **Hours** | **Cost** | **Narrative** |
| Sharon Matheny | 04/1/2025 | 0.60 | $ 168.00 | Update pleadings file regarding Plaintiff's Notice Regarding Temporary Restraining Order and Request for Hold in Abeyance, Notice of Non-Opposition to Motion to Amend Caption, Notice of Ripeness and Request for Resolution of Motion to Disqualify Counsel, Plaintiff's Motion for Targeted Discovery Into Fraudulent Declarations and MTD Exhibits, Reply Memorandum in Support of Defendant Aram Simovonian's Motion to Dismiss, and Toronto Defendants' Reply to Plaintiff's Opposition to Toronto Defendants' Motion to Dismiss |
| Sharon Matheny | 04/2/2025 | 0.20 | $ 56.00 | Update pleadings file regarding Defendant Aram Simovonian's Notice of Joinder in Toronto Defendants' Opposition to Plaintiff's Motion for Declaratory Relief |
| Natalia Marte, Esq. | 04/4/2025 | 0.40 | $ 180.00 | Reviewed and analyzed co-defendant opposition to Plaintiff's motion to compel and co-defendant notice of joinder re opposition to Plaintiff's motion to compel to identify any items related to clients |
| Sharon Matheny | 04/4/2025 | 0.20 | $ 56.00 | Update pleadings file regarding David Kideckel's Opposition to Plaintiff's Motion to Compel Consistent, Accurate, and Legally Recognizable Party ID in Pleadings and Filings for David Michael Kideckel and Defendant Aram Simovonian's Notice of Joinder in David Kideckel's Opposition to Plaintiff's Motion to Compel Consistent, Accurate, and Legally Recognizable Party ID in Pleadings and Filings for David Michael Kideckel |
| Karen Kawczynski | 04/7/2025 | 0.20 | $ 51.00 | Docket deadline for Plaintiff's reply to opposition to his motion to compel party identification on pleadings and filing |

| Natalia Marte, Esq. | 04/8/2025 | 0.60 | $ 270.00 | Reviewed and analyzed co-defendant opposition to Plaintiff's TRO and Plaintiff's notice of alleged ongoing prejudice to identify items related to our client |
|---|---|---|---|---|
| Sharon Matheny | 04/8/2025 | 0.40 | $ 112.00 | Update pleadings file regarding Defendants David Kideckel & Dahlia Saibil's Opposition to Plaintiff's Emergency Motion for Temporary Restraining Order, Limited Discovery, and Request for Expedited Hearing, Defendant Aram Simovonian's Memorandum of Points & Authorities in Opposition to Plaintiff's Emergency Motion for Temporary Restraining Order, Limited Discovery & Request for Expedited Hearing, Plaintiff's Notice of Ongoing Prejudice Caused by Unrebutted Ethical Breach, and Plaintiff's Reply in Support of Emergency Motion for Temporary Restraining Order |
| Natalia Marte, Esq. | 04/13/2025 | 0.10 | $ 45.00 | Reviewed and analyzed co-defendant response to Plaintiff's motion and declaration of George B. Breen in support to identify any items related to client |
| Natalia Marte, Esq. | 04/15/2025 | 0.50 | $ 225.00 | Reviewed and analyzed co-defendant's opposition to Plaintiff's motion for targeted discovery into fraudulent declarations and MTD exhibits, response to Plaintiff's notice regarding rule 56(c)(4) and ethical certification and Plaintiff's motion for targeted discovery into fraudulent declaration, to identify any items related to client |
| Natalia Marte, Esq. | 04/17/2025 | 0.30 | $ 135.00 | Reviewed and analyzed co-defendant Saibal's motion to dismiss to identify any items related to clients |
| Natalia Marte, Esq. | 04/17/2025 | 0.30 | $ 135.00 | Drafted notice of withdrawal for Christopher Barraza, Esq |
| Karen Kawczynski | 04/18/2025 | 0.20 | $ 51.00 | Docket deadline for Conflicted Counsel to respond to Plaintiff's motion to dismiss |

| Natalia Marte, Esq. | 04/18/2025 | 0.40 | $ | 180.00 | Reviewed and analyzed Plaintiff's motion for sanctions against co-defendant and motion to strike co-defendant's motion to dismiss and supplemental brief in support of their motion for entry of default against co-defendant, for any items regarding client |
|---|---|---|---|---|---|
| Natalia Marte, Esq. | 04/21/2025 | 0.30 | $ | 135.00 | Reviewed and analyzed Plaintiff's status update and reply in further support of his motion for targeted discovery against co-defendant to identify any items related clients |
| Natalia Marte, Esq. | 04/25/2025 | 0.30 | $ | 135.00 | Reviewed and analyzed Plaintiff's Notice of Supplemental Authority and proposed order |
| Natalia Marte, Esq. | 04/28/2025 | 0.40 | $ | 180.00 | Reviewed and analyzed cases cited in Plaintiff's notice of supplemental authority in opposition to the City of Toronto's motion to dismiss |
| Natalia Marte, Esq. | 04/30/2025 | 0.30 | $ | 135.00 | Reviewed and analyzed Plaintiff's email and summary of case and provided brief client update on strategy |
| Natalia Marte, Esq. | 04/30/2025 | 0.40 | $ | 180.00 | Reviewed and analyzed email communication from Plaintiff re litigation hold notice and Plaintiff's proposed order for his motion to strike, dismiss, and sanctions against co-defendants |

| TIMEKEEPER TIME SUMMARY: | | | | |
|---|---|---|---|---|
| Timekeeper | Hours | Rate | | Value |
| Natalia Marte, Esq | 4.30 | $ 450.00 | $ | 1,935.00 |
| Karen Kawczynski | 0.40 | $ 255.00 | $ | 102.00 |
| Sharon Matheny | 1.40 | $ 280.00 | $ | 392.00 |
| **TOTAL:** | | | $ | 2,429.00 |

| May 2025 | | | | |
|---|---|---|---|---|
| **Name** | **Date** | **Hours** | **Cost** | **Narrative** |
| Karen Kawczynski | 05/2/2025 | 0.20 | $ 51.00 | Docket deadline for Plaintiff to respond to D Kideckel and D Saibil's opposition to motion for sanctions |
| Karen Kawczynski | 05/5/2025 | 0.20 | $ 51.00 | Docket deadline for Saibil to reply to Plaintiff's opposition to motion to dismiss |
| Natalia Marte, Esq. | 05/5/2025 | 0.50 | $ 225.00 | Reviewed and analyzed Plaintiff's notice of non-opposition against co-defendants and opposition to co-defendant Saibil motion to dismiss, to identify any items relevant to client |
| Natalia Marte, Esq. | 05/6/2025 | 0.10 | $ 45.00 | Reviewed and analyzed Plaintiff's email correspondence re motion to sever counsel and conflict of interest re representation |
| Natalia Marte, Esq. | 05/9/2025 | 0.40 | $ 180.00 | Reviewed and analyzed co-defendant Memorandum in opposition to Plaintiff's motion for Entry of Default to identify any items related to clients |
| Karen Kawczynski | 05/12/2025 | 0.20 | $ 51.00 | Docket deadline for Plaintiff to reply to A Simovonian's opposition to Plaintiff's motion for default |
| Natalia Marte, Esq. | 05/13/2025 | 0.50 | $ 225.00 | Reviewed and analyzed Plaintiff's notice of dereliction to the court regarding client and notice of contempt to co-defendants to identify any items related to client |
| Natalia Marte, Esq. | 05/19/2025 | 1.70 | $ 765.00 | Reviewed and analyzed Plaintiff's notice re Chris B. Withdrawal and dereliction to the court.; Drafted opposition to same |
| Laura Bennett Weber | 05/21/2025 | 0.40 | $ 106.00 | Submit response to plaintiffs notice regarding Chris Barraza |

| TIMEKEEPER TIME SUMMARY: | | | | |
|---|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | **Value** | |
| Natalia Marte, Esq | 3.20 | $ 450.00 | $ | 1,440.00 |
| Karen Kawczynski | 0.60 | $ 255.00 | $ | 153.00 |
| Laura Bennett Weber | 0.40 | $ 265.00 | $ | 106.00 |
| **TOTAL:** | | | $ | 1,699.00 |

| June 2025 | | | | | |
|---|---|---|---|---|---|
| **Name** | **Date** | **Hours** | **Cost** | | **Narrative** |
| Natalia Marte, Esq. | 06/2/2025 | 0.40 | $ | 180.00 | Reviewed and analyzed Plaintiff's email communications against co-defendants and client; Drafted summary of Plaintiff's email communication to client |
| Natalia Marte, Esq. | 06/9/2025 | 0.30 | $ | 135.00 | Reviewed and analyzed Plaintiff's correspondences with co-defendants re litigation holds and notices to chambers re same |
| Natalia Marte, Esq. | 06/13/2025 | 0.10 | $ | 45.00 | Reviewed and analyzed Plaintiff's emails to co-defendants to identify any items related to clients |
| Natalia Marte, Esq. | 06/16/2025 | 1.20 | $ | 540.00 | Reviewed and analyzed Plaintiff's email correspondence and notice regarding second ECF notification of electronic filing, and motions for disqualification of firm representation and Chris B.; Reviewed and analyzed case law cited within motion; Drafted proposed response for J-g5 review |
| Natalia Marte, Esq. | 06/20/2025 | 0.40 | $ | 180.00 | Reviewed and analyzed Plaintiff's notice of non-compliance against co-defendants, reply to co-defendant's opposition to motion, notice of withdrawal of appointment of counsel, to identify any matters related to clients |
| Natalia Marte, Esq. | 06/22/2025 | 0.30 | $ | 135.00 | Reviewed and analyzed Plaintiff's email correspondences and notice of motion for sanction and production against co-defendant and email correspondence notifying possible motion against the City of Toronto |
| Natalia Marte, Esq. | 06/23/2025 | 0.10 | $ | 45.00 | Reviewed and analyzed Plaintiff's motion to compel against co-defendant to analyze any discussions regarding clients |
| Natalia Marte, Esq. | 06/26/2025 | 0.20 | $ | 90.00 | Reviewed and analyzed Plaintiff's supplemental briefs in further support of his motion to compel and disqualify co-defendant counsel and former Phillips Lytle attorney Chris B., to identify claims against client, specifically relevant to our response to initial motion to disqualify client's representation |

| Natalia Marte, Esq. | 06/27/2025 | 5.90 | $ 2,655.00 | Reviewed and analyzed cases concerning the standard to strike pleadings, disqualify counsel for dual representation in conjunction with D.C. Rule of Professional Conduct, and standards regarding imposing sanctions; Drafted opposition to Plaintiff's motion for sanctions and to disqualify counsel and supplemental brief in further support of same |
| Amanda Steinbacher | 06/30/2025 | 2.50 | $ 612.50 | Review and revise memorandum of law to verify quotes, validity of cases, and Bluebook citation format |
| Natalia Marte, Esq. | 06/30/2025 | 0.40 | $ 180.00 | Revised opposition to Plaintiff's motion for disqualification and sanctions by revising citations |

| TIMEKEEPER TIME SUMMARY: | | | |
| --- | --- | --- | --- |
| Timekeeper | Hours | Rate | Value |
| Natalia Marte, Esq | 9.30 | $ 450.00 | $ 4,185.00 |
| Amanda Steinbacher | 2.50 | $ 245.00 | $ 612.50 |
| TOTAL: | | | $ 4,797.50 |

| July 2025 | | | | | |
|---|---|---|---|---|---|
| **Name** | **Date** | **Hours** | **Cost** | | **Narrative** |
| Natalia Marte, Esq. | 07/7/2025 | 0.50 | $ | 225.00 | Reviewed and analyzed Plaintiff's reply to client opposition to Plaintiff's motion for disqualification and sanctions, as well as co-defendant Kideckel and Saibal opposition to identify any items concerning clients |
| Natalia Marte, Esq. | 07/24/2025 | 0.30 | $ | 135.00 | Reviewed and analyzed Plaintiff's notice of in-camera submission and conferred with J-g5 regarding the same |
| Natalia Marte, Esq. | 07/25/2025 | 0.90 | $ | 405.00 | Reviewed and analyzed Plaintiff's motion for sanction against clients and motion for oral argument and protective scheduling relief, communication to chambers, and decision rendered in Ontario action; Drafted update of same for client's review |

| TIMEKEEPER TIME SUMMARY: | | | | |
|---|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | | **Value** |
| Natalia Marte, Esq | 1.70 | $ 450.00 | $ | 765.00 |
| **TOTAL:** | | | $ | 765.00 |

| August 2025 | | | | |
|---|---|---|---|---|
| **Name** | **Date** | **Hours** | **Cost** | **Narrative** |
| Natalia Marte, Esq. | 08/5/2025 | 3.20 | $ 1,440.00 | Reviewed and analyzed Plaintiff's notice of submission for in camera review, notice and emergency motion for oral argument and procedural relief, notice of adoption of fraud, and motion for sanctions against Toronto Defendants; Drafted opposition to Plaintiff's motion for sanctions against the Toronto Defendants; Conducted legal research on personal liability of officers and exceptions to sovereign immunity |
| Elizabeth Lederer | 08/6/2025 | 1.00 | $ 245.00 | Review and revise Toronto Defs' Reply to Plaintiff's Mot. for Sanctions to verify quotes, validity of cases, and Bluebook citation format for N-M |
| Natalia Marte, Esq. | 08/7/2025 | 0.20 | $ 90.00 | Revised opposition to Plaintiff's motion for sanctions pursuant to library's feedback on citations |
| Natalia Marte, Esq. | 08/8/2025 | 0.40 | $ 180.00 | Reviewed and analyzed co-defendant's opposition to Plaintiff's motion to compel and motion for oral argument and procedural relief |
| Natalia Marte, Esq. | 08/12/2025 | 0.80 | $ 360.00 | Reviewed and analyzed Plaintiff's motion for sanctions against managing partner and COO of the firm, and co-defendants; Reviewed and analyzed court's order dismissing Plaintiff's claims against client and summarized same for client report |
| Natalia Marte, Esq. | 08/28/2025 | 0.90 | $ 405.00 | Reviewed and analyzed Plaintiff's request for relief from court's order and case law cited |

| TIMEKEEPER TIME SUMMARY: | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | **Value** |
| Natalia Marte, Esq | 5.50 | $ 450.00 | $ 2,475.00 |
| Elizabeth Lederer | 1.00 | $ 245.00 | $ 245.00 |
| **TOTAL:** | | $ | 2,720.00 |

| September 2025 | | | | |
|---|---|---|---|---|
| **Name** | **Date** | **Hours** | **Cost** | **Narrative** |
| Elizabeth Lederer | 09/5/2025 | 0.50 | $ 122.50 | Review and revise Defs Opp to Pltf's Mot. to alter amend judgment to verify quotes, validity of cases, and Bluebook citation format for N-M |
| Natalia Marte, Esq. | 09/5/2025 | 2.80 | $ 1,260.00 | Reviewed and analyzed Plaintiff's motion to alter judgment and grant relief under rule 60(b); Conducted legal research regarding standard for Rule 59(e), 15(a), and 60(b); Drafted opposition to Plaintiff's motion |
| Laura Bennett Weber | 09/8/2025 | 0.20 | $ 53.00 | Submit opposition to Plaintiff's motion |
| Natalia Marte, Esq. | 09/8/2025 | 0.10 | $ 45.00 | Revised opposition pursuant to feedback from library team and coordinated filing of opposition |
| Natalia Marte, Esq. | 09/8/2025 | 0.40 | $ 180.00 | Reviewed and analyzed co-defendant's opposition to Plaintiff's motion to alter/amend judgment to identify any items related to client |
| Natalia Marte, Esq. | 09/15/2025 | 0.70 | $ 315.00 | Reviewed and analyzed Plaintiff's reply to client's and co-defendant's opposition to Plaintiff's motion for leave to amend judgment |

| TIMEKEEPER TIME SUMMARY: | | | | |
|---|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | | **Value** |
| Natalia Marte, Esq | 4.00 | $ 450.00 | $ | 1,800.00 |
| Elizabeth Lederer | 0.50 | $ 245.00 | $ | 122.50 |
| Laura Bennett Weber | 0.20 | $ 265.00 | $ | 53.00 |
| **TOTAL:** | | | $ | 1,975.50 |

| October 2025 | | | | |
|---|---|---|---|---|
| **Name** | **Date** | **Hours** | **Cost** | **Narrative** |
| Natalia Marte, Esq. | 10/21/2025 | 0.10 | $ 45.00 | Reviewed and analyzed Plaintiff's correspondence to the court |
| Natalia Marte, Esq. | 10/31/2025 | 0.80 | $ 360.00 | Reviewed and analyzed Plaintiff's supplemental filing |

| TIMEKEEPER TIME SUMMARY: | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | **Value** |
| Natalia Marte, Esq | 0.90 | $ 450.00 | $                                              405.00 |
| **TOTAL:** | | $ | 405.00 |

| November 2025 | | | | | |
|---|---|---|---|---|---|
| **Name** | **Date** | **Hours** | **Cost** | | **Narrative** |
| Natalia Marte, Esq. | 11/5/2025 | 0.30 | $ | 135.00 | Reviewed and analyzed Plaintiff's filing and letter to the court, and co-defendants supplemental authority filing |
| Natalia Marte, Esq. | 11/5/2025 | 0.20 | $ | 90.00 | Reviewed and analyzed Plaintiff's notice regarding cross motion |
| Natalia Marte, Esq. | 11/6/2025 | 0.20 | $ | 90.00 | Drafted email update to the client concerning Plaintiff's recent filings |
| Natalia Marte, Esq. | 11/12/2025 | 0.20 | $ | 90.00 | Reviewed and analyzed correspondence by Plaintiff; Drafted update for client re Plaintiff's Petition for Writ of Mandamus |
| Natalia Marte, Esq. | 11/14/2025 | 0.20 | $ | 90.00 | Drafted update re consent to service for client; Communicated with Plaintiff regarding consent to service via email re Petition to United States Court of Appeals for the District of Columbia Circuit |
| Natalia Marte, Esq. | 11/24/2025 | 0.10 | $ | 45.00 | Reviewed and analyzed Plaintiff's filing regarding co-defendant counsel's representation of clients in US Court of Appeals matter |

| TIMEKEEPER TIME SUMMARY: | | | | |
|---|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | | **Value** |
| Natalia Marte, Esq | 1.20 | $    450.00 | $ | 540.00 |
| **TOTAL:** | | | $ | 540.00 |

| December 2025 | | | | | |
|---|---|---|---|---|---|
| **Name** | **Date** | **Hours** | **Cost** | | **Narrative** |
| Natalia Marte, Esq. | 12/10/2025 | 0.10 | $ | 45.00 | Communicated with Plaintiff concerning emails to clients |
| Natalia Marte, Esq. | 12/10/2025 | 0.30 | $ | 135.00 | Reviewed and analyzed Plaintiff's emails re LBKM disclaimer |
| Natalia Marte, Esq. | 12/10/2025 | 0.10 | $ | 45.00 | Drafted update for client |

| TIMEKEEPER TIME SUMMARY: | | | | |
|---|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | | **Value** |
| Natalia Marte, Esq | 0.50 | $ 450.00 | $ | 225.00 |
| **TOTAL:** | | | $ | 225.00 |

| Timekeeper Total Summary: | | | |
|---|---|---|---|
| Natalia Marte, Esq. (N-m) | 71.00 | $ 450.00 | $ 31,950.00 |
| Christopher Barraza, Esq. (CDB) | 0.80 | $ 695.00 | $ 556.00 |
| Karen Kawczynski (KAK) | 3.60 | $ 255.00 | $ 918.00 |
| Sharon Matheny (SLM) | 9.40 | $ 280.00 | $ 2,632.00 |
| Elizabeth Lederer (EL) | 3.70 | $ 245.00 | $ 906.50 |
| Laura Bennett Weber (LB) | 1.50 | $ 265.00 | $ 397.50 |
| Amanda Steinbacher (AMS) | 2.50 | $ 245.00 | $ 612.50 |
| TOTAL | | | $ 37,972.50 |