UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRENT KIDECKEL,

        Plaintiff,

    v.                                                                Civ. A. No. 24-2907 (CJN)

CANADA, et al.,,

        Defendants.

### [PROPOSED] ORDER

UPON CONSIDERATION of the Toronto Defendants Application for Attorneys' Fees, and the entire record herein, it is hereby

ORDERED that the Toronto Defendant's Application is GRANTED.

SO ORDERED:

_____
Date

                                                _____
                                                CARL J. NICHOLS
                                                United States District Judge