# EXHIBIT A



Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

May 13, 2025
Invoice #: 1198192

For Professional Services rendered through the period ending 04/30/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

Professional Services rendered as itemized in the attached detailed billing report.

Professional Services:

Less 10% Courtesy Reduction

**Total Current Fees**

Disbursements

**Total This Invoice**



**PAYMENT IS DUE ON OR BEFORE June 12, 2025**
**PLEASE INCLUDE INVOICE # 1198192 ON YOUR CHECK**



Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

May 13, 2025
Invoice #: 1198192
Page: 2

For Professional Services rendered through the period ending 04/30/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

**PROFESSIONAL SERVICES DETAIL**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|

**PAYMENT IS DUE ON OR BEFORE June 12, 2025**
**PLEASE INCLUDE INVOICE # 1198192 ON YOUR CHECK**



Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Attorneys at Law

Lawyers Professional Indemnity Company                    May 13, 2025
250 Yonge Street, Suite 3101                              Invoice #: 1198192
P.O. Box 3                                                Page: 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

For Professional Services rendered through the period ending 04/30/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|



**PAYMENT IS DUE ON OR BEFORE June 12, 2025**
**PLEASE INCLUDE INVOICE # 1198192 ON YOUR CHECK**



Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

May 13, 2025
Invoice #: 1198192
Page: 4

For Professional Services rendered through the period ending 04/30/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

| Date | Timekeeper | Description | Hours | Amount |
| --- | --- | --- | --- | --- |

**PAYMENT IS DUE ON OR BEFORE June 12, 2025**
**PLEASE INCLUDE INVOICE # 1198192 ON YOUR CHECK**



EPSTEIN
BECKER
GREEN

Attorneys at Law

Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

May 13, 2025
Invoice #: 1198192
Page: 5

For Professional Services rendered through the period ending 04/30/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|



**PAYMENT IS DUE ON OR BEFORE June 12, 2025**
**PLEASE INCLUDE INVOICE # 1198192 ON YOUR CHECK**



EPSTEIN
BECKER
GREEN

Attorneys at Law

Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

May 13, 2025
Invoice #: 1198192
Page: 6

For Professional Services rendered through the period ending 04/30/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|



**PAYMENT IS DUE ON OR BEFORE June 12, 2025**
**PLEASE INCLUDE INVOICE # 1198192 ON YOUR CHECK**



EPSTEIN
BECKER
GREEN

Attorneys at Law

Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

May 13, 2025
Invoice #: 1198192
Page: 7

For Professional Services rendered through the period ending 04/30/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|



**PAYMENT IS DUE ON OR BEFORE June 12, 2025**
**PLEASE INCLUDE INVOICE # 1198192 ON YOUR CHECK**



Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

May 13, 2025
Invoice #: 1198192
Page: 8

For Professional Services rendered through the period ending 04/30/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/02/25 | E.A. Harris | Research and review TRO and preliminary injunction standards, and strategize and review plaintiff's emergency motion for TRO and limited discovery | 3.50 | 2,170.00 |

**PAYMENT IS DUE ON OR BEFORE June 12, 2025**
**PLEASE INCLUDE INVOICE # 1198192 ON YOUR CHECK**



Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

May 13, 2025
Invoice #: 1198192
Page: 9

For Professional Services rendered through the period ending 04/30/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/04/25 | J.C. Velasquez | Draft and research case law supporting argument for opposition to Plaintiff's emergency motion for TRO that an injunction is not in the public interest | 0.50 | 182.50 |
| 04/04/25 | J.C. Velasquez | Draft and research case law supporting argument in opposition to Plaintiff's emergency motion for TRO that Plaintiff cannot establish immediate and irreparable harm | 2.60 | 949.00 |
| 04/04/25 | J.C. Velasquez | Draft and research case law supporting argument in opposition to Plaintiff's emergency motion for TRO that Plaintiff cannot demonstrate likelihood of success on the merits | 1.80 | 657.00 |
| 04/05/25 | J.C. Velasquez | Draft and revise background and procedural sections of opposition to Plaintiff's emergency motion for temporary restraining order | 0.90 | 328.50 |

**PAYMENT IS DUE ON OR BEFORE June 12, 2025**
**PLEASE INCLUDE INVOICE # 1198192 ON YOUR CHECK**



Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

May 13, 2025
Invoice #: 1198192
Page: 10

For Professional Services rendered through the period ending 04/30/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/05/25 | J.C. Velasquez | Draft and revise opposition to Plaintiff's emergency motion for temporary restraining order | 2.30 | 839.50 |
| 04/07/25 | E.A. Harris | Review and revise opposition to plaintiff's emergency motion for TRO and limited discovery, and strategize regarding same | 3.70 | 2,294.00 |
| 04/07/25 | G. Breen | Review draft opposition to TRO motion | 0.30 | 285.00 |



Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

May 13, 2025
Invoice #: 1198192
Page: 11

For Professional Services rendered through the period ending 04/30/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|



**PAYMENT IS DUE ON OR BEFORE June 12, 2025**
**PLEASE INCLUDE INVOICE # 1198192 ON YOUR CHECK**



Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

May 13, 2025
Invoice #: 1198192
Page: 12

For Professional Services rendered through the period ending 04/30/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | | | |
| 04/11/25 | E.A. Harris | Research and review case law for opposition to plaintiff's motion for targeted discovery, and strategize regarding same | 2.20 | 1,364.00 |
| | | | | |
| 04/11/25 | J.C. Velasquez | Draft and research case law regarding fourth element of reasonable test opposing Plaintiff's expedited discovery motion | 1.50 | 547.50 |
| 04/11/25 | J.C. Velasquez | Draft and research case law regarding third element of reasonable test opposing Plaintiff's expedited discovery motion | 0.50 | 182.50 |
| 04/11/25 | J.C. Velasquez | Draft and research case law regarding second element of reasonable test opposing Plaintiff's expedited discovery motion | 1.60 | 584.00 |
| 04/11/25 | J.C. Velasquez | Draft and research additional case law regarding first element of reasonable test opposing Plaintiff's expedited discovery motion | 2.10 | 766.50 |
| | | | | |
| 04/13/25 | E.A. Harris | Strategize and revise opposition to plaintiff's motion for limited | 4.10 | 2,542.00 |

**PAYMENT IS DUE ON OR BEFORE June 12, 2025**
**PLEASE INCLUDE INVOICE # 1198192 ON YOUR CHECK**



EPSTEIN
BECKER
GREEN

Attorneys at Law

Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

May 13, 2025
Invoice #: 1198192
Page: 13

For Professional Services rendered through the period ending 04/30/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | discovery | | |
| | | ███████████████ | | |
| 04/14/25 | G. Breen | Review opposition to plaintiffs motion for limited discovery and suggest edits thereto | 0.30 | 285.00 |

**PAYMENT IS DUE ON OR BEFORE June 12, 2025**
**PLEASE INCLUDE INVOICE # 1198192 ON YOUR CHECK**



EPSTEIN
BECKER
GREEN

Attorneys at Law

Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

May 13, 2025
Invoice #: 1198192
Page: 14

For Professional Services rendered through the period ending 04/30/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|



**PAYMENT IS DUE ON OR BEFORE June 12, 2025**
**PLEASE INCLUDE INVOICE # 1198192 ON YOUR CHECK**



Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

May 13, 2025
Invoice #: 1198192
Page: 15

For Professional Services rendered through the period ending 04/30/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| ████████ | ████████ | ████████████████████████████ | ███ | ██████ |
| 04/24/25 | E.A. Harris | Review and analyze plaintiff's proposed motion for default judgment against Aram Simovonian, and strategize and prepare opposition to same | 3.30 | 2,046.00 |
| ████████ | ████████ | ████████████████████████████ | ███ | ██████ |
| 04/29/25 | E.A. Harris | Strategize and prepare opposition to plaintiff's motion for entry of default judgment | 3.20 | 1,984.00 |

**PAYMENT IS DUE ON OR BEFORE June 12, 2025**
**PLEASE INCLUDE INVOICE # 1198192 ON YOUR CHECK**



Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

May 13, 2025
Invoice #: 1198192
Page: 16

For Professional Services rendered through the period ending 04/30/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

| Date | Timekeeper | Description | Hours | Amount |
| --- | --- | --- | --- | --- |

**PAYMENT IS DUE ON OR BEFORE June 12, 2025**
**PLEASE INCLUDE INVOICE # 1198192 ON YOUR CHECK**



Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

May 13, 2025
Invoice #: 1198192
Page: 17

For Professional Services rendered through the period ending 04/30/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

**ATTORNEY / PARALEGAL SUMMARY**

| Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| G. Breen | | 950.00 | |
| E. Sibley Bahnsen | | 685.00 | |
| E.A. Harris | | 620.00 | |
| J.C. Velasquez | | 365.00 | |
| **Total All Timekeepers** | | | |

**DISBURSEMENTS MADE ON BEHALF OF CLIENT:**



**PAYMENT IS DUE ON OR BEFORE June 12, 2025**
**PLEASE INCLUDE INVOICE # 1198192 ON YOUR CHECK**



Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

May 13, 2025
Invoice #: 1198192
Page: 18

For Professional Services rendered through the period ending 04/30/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907



## PAYMENT INSTRUCTIONS

*Remit Check Payments to:*

Epstein Becker & Green, P.C
P.O. Box 30036
New York, NY 10087-0036
Phone: (212) 351-4500
Fax: (212) 661-0989
Reference: Inv# 1198192

*Remit Wire Payments to:*

*Direct Credit Card Inquiries to:*



**PAYMENT IS DUE ON OR BEFORE June 12, 2025**
**PLEASE INCLUDE INVOICE # 1198192 ON YOUR CHECK**
**Restrictive endorsements on payment instruments are of no legal effect as to the Firm**



Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

June 27, 2025
Invoice #: 1202922

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

For Professional Services rendered through the period ending 05/31/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

Professional Services rendered as itemized in the attached detailed billing report.

Professional Services:

Disbursements

    **Total This Invoice**

Prior Balance

Total This Invoice

    **Total Amount Due**



**PAYMENT IS DUE ON OR BEFORE July 27, 2025**
**PLEASE INCLUDE INVOICE # 1202922 ON YOUR CHECK**



EPSTEIN
BECKER
GREEN

Attorneys at Law

Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

June 27, 2025
Invoice #: 1202922
Page: 2

For Professional Services rendered through the period ending 05/31/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

**PROFESSIONAL SERVICES DETAIL**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/01/25 | J.C. Velasquez | Review and analyze Plaintiff's motion for default case law for opposition | 3.60 | 1,314.00 |
| 05/01/25 | J.C. Velasquez | Evaluate and prepare opposition to motion for default judgment | 1.90 | 693.50 |
| 05/07/25 | J.C. Velasquez | Evaluate and prepare additional arguments for opposition to | 2.10 | 766.50 |

**PAYMENT IS DUE ON OR BEFORE July 27, 2025**
**PLEASE INCLUDE INVOICE # 1202922 ON YOUR CHECK**



EPSTEIN
BECKER
GREEN

Attorneys at Law

Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

June 27, 2025
Invoice #: 1202922
Page: 3

For Professional Services rendered through the period ending 05/31/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | default judgment | | |
| 05/07/25 | E.A. Harris | Review and revise opposition to motion for entry of default judgment, and strategize and prepare declarations, exhibits, and proposed order in support of same | 3.40 | 2,108.00 |
| | | ███████████████████████████████████████ | | |
| 05/08/25 | G. Breen | Review opposition and associated declaration | 0.40 | 380.00 |
| | | ███████████████████████████████████████ | | |
| 05/09/25 | E.A. Harris | Strategize and finalize opposition to motion for entry of default, declarations, and exhibits | 2.90 | 1,798.00 |
| | | ███████████████████████████████████████ | | |

**PAYMENT IS DUE ON OR BEFORE July 27, 2025**
**PLEASE INCLUDE INVOICE # 1202922 ON YOUR CHECK**



Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Attorneys at Law

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

June 27, 2025
Invoice #: 1202922
Page: 4

For Professional Services rendered through the period ending 05/31/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
|      |           |             |       |        |
|      |           | **Total Hours** |       |        |
|      |           | **Total For Services** |       |        |

**PAYMENT IS DUE ON OR BEFORE July 27, 2025**
**PLEASE INCLUDE INVOICE # 1202922 ON YOUR CHECK**



Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

June 27, 2025
Invoice #: 1202922
Page: 5

For Professional Services rendered through the period ending 05/31/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

**ATTORNEY / PARALEGAL SUMMARY**

| Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| G. Breen | | 950.00 | |
| E. Sibley Bahnsen | | 685.00 | |
| E.A. Harris | | 620.00 | |
| J.C. Velasquez | | 365.00 | |
| **Total All Timekeepers** | | | |

**DISBURSEMENTS MADE ON BEHALF OF CLIENT:**



**PAYMENT IS DUE ON OR BEFORE July 27, 2025**
**PLEASE INCLUDE INVOICE # 1202922 ON YOUR CHECK**



# EPSTEIN
# BECKER
# GREEN

Attorneys at Law

Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

June 27, 2025
Invoice #: 1202922
Page: 6

For Professional Services rendered through the period ending 05/31/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907



---

PAYMENT INSTRUCTIONS

---

*Remit Check Payments to:*

Epstein Becker & Green, P.C
P.O. Box 30036
New York, NY 10087-0036
Phone: (212) 351-4500
Fax: (212) 661-0989
Reference: Inv# 1202922



**PAYMENT IS DUE ON OR BEFORE July 27, 2025**
**PLEASE INCLUDE INVOICE # 1202922 ON YOUR CHECK**
**Restrictive endorsements on payment instruments are of no legal effect as to the Firm**



Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

July 24, 2025
Invoice #: 1205874

For Professional Services rendered through the period ending 06/30/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

Professional Services rendered as itemized in the attached detailed billing report.

Professional Services:

Less 10% Courtesy Reduction

    **Total Current Fees**

Disbursements

    **Total This Invoice**



**PAYMENT IS DUE ON OR BEFORE August 23, 2025**
**PLEASE INCLUDE INVOICE # 1205874 ON YOUR CHECK**



Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

July 24, 2025
Invoice #: 1205874
Page: 2

For Professional Services rendered through the period ending 06/30/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

**PROFESSIONAL SERVICES DETAIL**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|

**PAYMENT IS DUE ON OR BEFORE August 23, 2025**
**PLEASE INCLUDE INVOICE # 1205874 ON YOUR CHECK**



EPSTEIN
BECKER
GREEN

Attorneys at Law

Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

July 24, 2025
Invoice #: 1205874
Page: 3

For Professional Services rendered through the period ending 06/30/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
|  |  |  |  |  |
| 06/16/25 | E.A. Harris | Review and analyze plaintiff's Motions to Disqualify Counsel and for Sanctions and Notice Regarding ECF Filing | 1.50 | 930.00 |
|  |  |  |  |  |
| 06/16/25 | G. Breen | Review and consider motion for disqualification filed by plaintiff | 1.00 | 950.00 |
|  |  |  |  |  |

**PAYMENT IS DUE ON OR BEFORE August 23, 2025**
**PLEASE INCLUDE INVOICE # 1205874 ON YOUR CHECK**



Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

July 24, 2025
Invoice #: 1205874
Page: 4

For Professional Services rendered through the period ending 06/30/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | | | |
| 06/25/25 | J.C. Velasquez | Review plaintiff's motion regarding attorney disqualification and sanctions in preparation for opposition to same | 0.50 | 182.50 |
| 06/26/25 | J.C. Velasquez | Research and draft opposition to Plaintiff's motion to disqualify counsel and for sanctions | 1.30 | 474.50 |
| 06/27/25 | J.C. Velasquez | Conduct additional case law research regarding standards for | 1.20 | 438.00 |

**PAYMENT IS DUE ON OR BEFORE August 23, 2025**
**PLEASE INCLUDE INVOICE # 1205874 ON YOUR CHECK**



EPSTEIN
BECKER
GREEN

Attorneys at Law

Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

July 24, 2025
Invoice #: 1205874
Page: 5

For Professional Services rendered through the period ending 06/30/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | attorney disqualification and 28 U.S. Code § 1927 for opposition to plaintiff's motion to disqualify counsel and for sanctions | | |
| 06/27/25 | J.C. Velasquez | Strategize and research authority regarding 28 U.S.C. § 1927 sanctions for opposition to plaintiff's motion to disqualify counsel and for sanctions | 0.90 | 328.50 |
| 06/27/25 | J.C. Velasquez | Draft opposition to plaintiff's motion to disqualify counsel and for sanctions | 1.50 | 547.50 |
| | | ███████████████████████████████████████ | | |
| 06/27/25 | E.A. Harris | Review and analyze cases and authority cited by plaintiff in motion to disqualify and for sanctions, and strategize and prepare opposition to same | 2.10 | 1,302.00 |
| | | ███████████████████████████████████████ | | |
| 06/28/25 | E.A. Harris | Strategize and prepare opposition to plaintiff's motion to disqualify and for sanctions | 2.90 | 1,798.00 |
| 06/29/25 | E.A. Harris | Strategize and prepare opposition to plaintiff's motion to disqualify and for sanctions | 1.20 | 744.00 |
| 06/29/25 | G. Breen | Review, revise and edit draft opposition to motion for sanctions and strategy relative to the same and in connection with seeking a ruling on the motion to dismiss | 2.00 | 1,900.00 |
| | | ███████████████████████████████████████ | | |

**PAYMENT IS DUE ON OR BEFORE August 23, 2025**
**PLEASE INCLUDE INVOICE # 1205874 ON YOUR CHECK**



EPSTEIN
BECKER
GREEN

Attorneys at Law

Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

July 24, 2025
Invoice #: 1205874
Page: 6

For Professional Services rendered through the period ending 06/30/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/30/25 | E.A. Harris | Strategize and finalize opposition to plaintiff's motion to disqualify and for sanctions and proposed order in support of same | 1.90 | 1,178.00 |
| | | | | |
| 06/30/25 | G. Breen | Review and suggest potential revision to opposition to motion for sanctions in consideration of potential next steps | 0.50 | 475.00 |
| | | **Total Hours** | | |
| | | **Total For Services** | | |
| | | Less 10% Courtesy Reduction | | |
| | | **Total Current Fees** | | |

**PAYMENT IS DUE ON OR BEFORE August 23, 2025**
**PLEASE INCLUDE INVOICE # 1205874 ON YOUR CHECK**



Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

July 24, 2025
Invoice #: 1205874
Page: 7

For Professional Services rendered through the period ending 06/30/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

**ATTORNEY / PARALEGAL SUMMARY**

| Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| G. Breen | | 950.00 | |
| E.A. Harris | | 620.00 | |
| J.C. Velasquez | | 365.00 | |
| **Total All Timekeepers** | | | |

**DISBURSEMENTS MADE ON BEHALF OF CLIENT:**



**PAYMENT IS DUE ON OR BEFORE August 23, 2025**
**PLEASE INCLUDE INVOICE # 1205874 ON YOUR CHECK**



Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

July 24, 2025
Invoice #: 1205874
Page: 8

For Professional Services rendered through the period ending 06/30/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907



## PAYMENT INSTRUCTIONS

*Remit Check Payments to:*

Epstein Becker & Green, P.C
P.O. Box 30036
New York, NY 10087-0036
Phone: (212) 351-4500
Fax: (212) 661-0989
Reference: Inv# 1205874



**PAYMENT IS DUE ON OR BEFORE August 23, 2025**
**PLEASE INCLUDE INVOICE # 1205874 ON YOUR CHECK**
**Restrictive endorsements on payment instruments are of no legal effect as to the Firm**



Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Attorneys at Law

August 26, 2025
Invoice #: 1208783

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

For Professional Services rendered through the period ending 07/31/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

Professional Services rendered as itemized in the attached detailed billing report.

Professional Services:

**Total This Invoice**

**PAYMENT IS DUE ON OR BEFORE September 25, 2025
PLEASE INCLUDE INVOICE # 1208783 ON YOUR CHECK**



EPSTEIN
BECKER
GREEN

Attorneys at Law

Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

August 26, 2025
Invoice #: 1208783
Page: 2

For Professional Services rendered through the period ending 07/31/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

**PROFESSIONAL SERVICES DETAIL**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|

**PAYMENT IS DUE ON OR BEFORE September 25, 2025**
**PLEASE INCLUDE INVOICE # 1208783 ON YOUR CHECK**



EPSTEIN
BECKER
GREEN

Attorneys at Law

Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

August 26, 2025
Invoice #: 1208783
Page: 3

For Professional Services rendered through the period ending 07/31/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | | | |
| 07/25/25 | E.A. Harris | Review and analyze plaintiff's motions to compel, and strategize response to same | 1.50 | 930.00 |
| | | | | |
| 07/29/25 | E.A. Harris | Review and analyze cases cited by plaintiff in motion to compel certification or disavowal, and strategize and prepare opposition | 2.40 | 1,488.00 |

**PAYMENT IS DUE ON OR BEFORE September 25, 2025**
**PLEASE INCLUDE INVOICE # 1208783 ON YOUR CHECK**



Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

August 26, 2025
Invoice #: 1208783
Page: 4

For Professional Services rendered through the period ending 07/31/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | to same | | |
| | | ███████████████ | | |
| 07/30/25 | E.A. Harris | Strategize and prepare opposition to plaintiff's motion to compel certification or disavowal | 1.20 | 744.00 |
| | | ███████████████ | | |
| 07/31/25 | E.A. Harris | Strategize and prepare opposition to plaintiff's motion to compel certification or disavowal | 1.10 | 682.00 |

**Total Hours**

**Total For Services**

**PAYMENT IS DUE ON OR BEFORE September 25, 2025**
**PLEASE INCLUDE INVOICE # 1208783 ON YOUR CHECK**



EPSTEIN
BECKER
GREEN

Attorneys at Law

Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

August 26, 2025
Invoice #: 1208783
Page: 5

For Professional Services rendered through the period ending 07/31/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

**ATTORNEY / PARALEGAL SUMMARY**

| Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| G. Breen | | 950.00 | |
| E.A. Harris | | 620.00 | |
| J.C. Velasquez | | 365.00 | |
| **Total All Timekeepers** | | | |
| **Total This Invoice** | | | |

**PAYMENT IS DUE ON OR BEFORE September 25, 2025**
**PLEASE INCLUDE INVOICE # 1208783 ON YOUR CHECK**



EPSTEIN
BECKER
GREEN

Attorneys at Law

Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

August 26, 2025
Invoice #: 1208783
Page: 6

For Professional Services rendered through the period ending 07/31/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907



---

PAYMENT INSTRUCTIONS

---

*Remit Check Payments to:*

Epstein Becker & Green, P.C
P.O. Box 30036
New York, NY 10087-0036
Phone: (212) 351-4500
Fax: (212) 661-0989
Reference: Inv# 1208783



**PAYMENT IS DUE ON OR BEFORE September 25, 2025**
**PLEASE INCLUDE INVOICE # 1208783 ON YOUR CHECK**
**Restrictive endorsements on payment instruments are of no legal effect as to the Firm**



Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

September 24, 2025
Invoice #: 1211478

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

For Professional Services rendered through the period ending 08/31/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

Professional Services rendered as itemized in the attached detailed billing report.

Professional Services:

Disbursements

**Total This Invoice**



**PAYMENT IS DUE ON OR BEFORE October 24, 2025
PLEASE INCLUDE INVOICE # 1211478 ON YOUR CHECK**



EPSTEIN
BECKER
GREEN

Attorneys at Law

Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

September 24, 2025
Invoice #: 1211478
Page: 2

For Professional Services rendered through the period ending 08/31/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

### PROFESSIONAL SERVICES DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/01/25 | E.A. Harris | Strategize and prepare opposition to plaintiff's emergency motion for oral argument and protective order | 2.90 | 1,798.00 |
| 08/04/25 | E.A. Harris | Prepare and update opposition to plaintiff's motion to compel based on additional filings from plaintiff | 0.30 | 186.00 |
| 08/04/25 | E.A. Harris | Review and analyze cases cited by plaintiff in emergency motion for oral argument and protective order, and strategize and prepare opposition to same | 5.60 | 3,472.00 |
| 08/04/25 | G. Breen | Additional edits to opposition to plaintiff's motion to compel | 0.50 | 475.00 |
| 08/05/25 | E.A. Harris | Research and prepare opposition to plaintiff's emergency motion | 6.20 | 3,844.00 |

**PAYMENT IS DUE ON OR BEFORE October 24, 2025**
**PLEASE INCLUDE INVOICE # 1211478 ON YOUR CHECK**



Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

September 24, 2025
Invoice #: 1211478
Page: 3

---

For Professional Services rendered through the period ending 08/31/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| | | for oral argument and protective order | | |
| 08/06/25 | J.C. Velasquez | Research and incorporate United States law regarding prior restraint in the defamation context for opposition to plaintiff's emergency motion for oral argument | 0.70 | 255.50 |
| 08/06/25 | J.C. Velasquez | Research and incorporate findings on jurisdiction of Ontario courts regarding defamation injunction for opposition to plaintiff's emergency motion for oral argument | 0.50 | 182.50 |
| 08/06/25 | J.C. Velasquez | Research and incorporate Canadian law regarding prior restraint in the defamation context for opposition to plaintiff's emergency motion for oral argument | 0.60 | 219.00 |
| 08/06/25 | G. Breen | Review updated opposition to plaintiff's motion to compel and offer comments relative to the same | 0.40 | 380.00 |

**PAYMENT IS DUE ON OR BEFORE October 24, 2025**
**PLEASE INCLUDE INVOICE # 1211478 ON YOUR CHECK**



**EPSTEIN
BECKER
GREEN**

Attorneys at Law

Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

September 24, 2025
Invoice #: 1211478
Page: 4

For Professional Services rendered through the period ending 08/31/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

| **Date** | **Timekeeper** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 08/07/25 | E.A. Harris | Strategize and update opposition to plaintiff's motion to compel certification or disavowal | 1.20 | 744.00 |
| 08/07/25 | E.A. Harris | Strategize and prepare opposition to plaintiff's emergency motion for oral argument and protective order | 5.60 | 3,472.00 |
| 08/07/25 | G. Breen | Initial receipt and review of opposition to plaintiff's emergency motion for oral argument and protective scheduling relief | 0.50 | 475.00 |
| 08/07/25 | G. Breen | Review draft declaration in connection with opposition to motion to compel | 0.20 | 190.00 |
| 08/08/25 | E.A. Harris | Strategize and finalize opposition to plaintiff's emergency motion for oral argument and protective order | 2.90 | 1,798.00 |
| 08/08/25 | G. Breen | Review and suggest revisions to opposition to plaintiff's emergency motion; add and suggest edits thereto | 0.40 | 380.00 |

**PAYMENT IS DUE ON OR BEFORE October 24, 2025
PLEASE INCLUDE INVOICE # 1211478 ON YOUR CHECK**



Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

September 24, 2025
Invoice #: 1211478
Page: 5

---

For Professional Services rendered through the period ending 08/31/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/26/25 | E.A. Harris | Review and analyze plaintiff's motion to amend or alter judgment, request for leave to amend the complaint, written response to Court's order to show cause, and proposed amended | 3.50 | 2,170.00 |

**PAYMENT IS DUE ON OR BEFORE October 24, 2025**
**PLEASE INCLUDE INVOICE # 1211478 ON YOUR CHECK**



Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

September 24, 2025
Invoice #: 1211478
Page: 6

For Professional Services rendered through the period ending 08/31/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | complaint, and strategize responses to same | | |
| | | | | |
| 08/29/25 | J.C. Velasquez | Research and review Plaintiff's inability to amend his complaint to cure subject matter jurisdictional deficiencies for opposition to request for leave to amend complaint | 2.40 | 876.00 |
| | | | | |
| 08/29/25 | E.A. Harris | Research and review authority for oppositions to plaintiff's motion to amend or alter judgment and order to show cause response, and strategize and prepare same | 2.90 | 1,798.00 |

**PAYMENT IS DUE ON OR BEFORE October 24, 2025**
**PLEASE INCLUDE INVOICE # 1211478 ON YOUR CHECK**



Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

September 24, 2025
Invoice #: 1211478
Page: 7

---

For Professional Services rendered through the period ending 08/31/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 08/31/25 | E.A. Harris | Strategize and prepare opposition to Plaintiff's combined motions to alter or amend judgment, for leave to amend complaint, and OSC response | 5.70 | 3,534.00 |
| | | **Total Hours** | | |
| | | **Total For Services** | | |

**PAYMENT IS DUE ON OR BEFORE October 24, 2025**
**PLEASE INCLUDE INVOICE # 1211478 ON YOUR CHECK**



Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

September 24, 2025
Invoice #: 1211478
Page: 8

For Professional Services rendered through the period ending 08/31/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

**ATTORNEY / PARALEGAL SUMMARY**

| Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|------------|--------------|-----------------|-------------|
| G. Breen | | 950.00 | |
| E.A. Harris | | 620.00 | |
| J.C. Velasquez | | 365.00 | |
| **Total All Timekeepers** | | | |

**DISBURSEMENTS MADE ON BEHALF OF CLIENT:**



**PAYMENT IS DUE ON OR BEFORE October 24, 2025**
**PLEASE INCLUDE INVOICE # 1211478 ON YOUR CHECK**



Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

September 24, 2025
Invoice #: 1211478
Page: 9

For Professional Services rendered through the period ending 08/31/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907



### PAYMENT INSTRUCTIONS

*Remit Check Payments to:*

Epstein Becker & Green, P.C
P.O. Box 30036
New York, NY 10087-0036
Phone: (212) 351-4500
Fax: (212) 661-0989
Reference: Inv# 1211478



**PAYMENT IS DUE ON OR BEFORE October 24, 2025**
**PLEASE INCLUDE INVOICE # 1211478 ON YOUR CHECK**
**Restrictive endorsements on payment instruments are of no legal effect as to the Firm**



EPSTEIN
BECKER
GREEN

Attorneys at Law

Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

October 24, 2025
Invoice #: 1214541

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

For Professional Services rendered through the period ending 09/30/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

Professional Services rendered as itemized in the attached detailed billing report.

Professional Services:

Less 10% Courtesy Discount

    **Total Current Fees**

Disbursements

    **Total This Invoice**



Prior Balance

Total This Invoice

    **Total Amount Due**

**PAYMENT IS DUE ON OR BEFORE November 23, 2025**
**PLEASE INCLUDE INVOICE # 1214541 ON YOUR CHECK**



Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

October 24, 2025
Invoice #: 1214541
Page: 2

For Professional Services rendered through the period ending 09/30/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

**PROFESSIONAL SERVICES DETAIL**

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 09/02/25 | J.C. Velasquez | Research additional case law in support of legal standard for opposition to plaintiff's combined motion | 1.30 | 474.50 |
| 09/03/25 | J.C. Velasquez | Draft opposition to plaintiff's motion for leave to amend addressing that proposed amended complaint does not create subject matter jurisdiction | 1.30 | 474.50 |
| 09/03/25 | J.C. Velasquez | Strategize and prepare argument section on pre-filing injunctions for opposition to plaintiff's combined motion | 0.90 | 328.50 |
| 09/04/25 | J.C. Velasquez | Conduct additional research regarding jurisdictional deficiency arguments to opposite Plaintiff's leave to amend complaint | 1.60 | 584.00 |
| 09/04/25 | E.A. Harris | Strategize and prepare opposition to Plaintiff's combined motions to alter or amend judgment, for leave to amend complaint, and OSC response | 1.20 | 744.00 |
| 09/05/25 | E.A. Harris | Research, strategize, and prepare opposition to plaintiff's combined motion to amend or alter judgment, for leave to amend, and OSC response | 3.20 | 1,984.00 |

**PAYMENT IS DUE ON OR BEFORE November 23, 2025**
**PLEASE INCLUDE INVOICE # 1214541 ON YOUR CHECK**



**EPSTEIN
BECKER
GREEN**

Attorneys at Law

Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

October 24, 2025
Invoice #: 1214541
Page: 3

For Professional Services rendered through the period ending 09/30/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

| **Date** | **Timekeeper** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| | | | | |
| 09/07/25 | E. Sibley Bahnsen | Research regarding dismissal of RICO claims in First Amended Complaint | 2.00 | 1,370.00 |
| | | | | |
| 09/07/25 | E.A. Harris | Strategize and prepare opposition to plaintiff's combined motion to amend or alter judgment, for leave to amend, and OSC response | 6.10 | 3,782.00 |
| | | | | |
| 09/08/25 | E. Sibley Bahnsen | Draft response to plaintiff's motion for leave to file a FAC | 8.50 | 5,822.50 |
| 09/08/25 | E.A. Harris | Strategize and finalize opposition to plaintiff's combined motion to amend or alter judgment, for leave to amend, and OSC response | 9.90 | 6,138.00 |

**PAYMENT IS DUE ON OR BEFORE November 23, 2025
PLEASE INCLUDE INVOICE # 1214541 ON YOUR CHECK**



Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

October 24, 2025
Invoice #: 1214541
Page: 4

For Professional Services rendered through the period ending 09/30/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 09/08/25 | G. Breen | Review and suggest edits to opposition to plaintiff's combined motion | 1.00 | 950.00 |

**PAYMENT IS DUE ON OR BEFORE November 23, 2025**
**PLEASE INCLUDE INVOICE # 1214541 ON YOUR CHECK**



EPSTEIN
BECKER
GREEN

Attorneys at Law

Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

October 24, 2025
Invoice #: 1214541
Page: 5

For Professional Services rendered through the period ending 09/30/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

| **Date** | **Timekeeper** | **Description** | **Hours** | **Amount** |
|----------|----------------|-----------------|-----------|------------|
| | | | | |

| | | |
|---|---|---|
| **Total Hours** | | |
| **Total For Services** | | |
| Less 10% Courtesy Discount | | |
| **Total Current Fees** | | |

**PAYMENT IS DUE ON OR BEFORE November 23, 2025**
**PLEASE INCLUDE INVOICE # 1214541 ON YOUR CHECK**



Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

October 24, 2025
Invoice #: 1214541
Page: 6

For Professional Services rendered through the period ending 09/30/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907

**ATTORNEY / PARALEGAL SUMMARY**

| Timekeeper | Hours Worked | Billed Per Hour | Bill Amount |
|------------|--------------|-----------------|-------------|
| G. Breen | | 950.00 | |
| E. Sibley Bahnsen | | 685.00 | |
| E.A. Harris | | 620.00 | |
| J.C. Velasquez | | 365.00 | |
| **Total All Timekeepers** | | | |

**DISBURSEMENTS MADE ON BEHALF OF CLIENT:**



**PAYMENT IS DUE ON OR BEFORE November 23, 2025**
**PLEASE INCLUDE INVOICE # 1214541 ON YOUR CHECK**



Epstein Becker & Green
875 Third Avenue
New York, NY 10022
t 212-351-4500
f 212-878-8600
Fed. I.D. No. 13-3031033
ebglaw.com

Lawyers Professional Indemnity Company
250 Yonge Street, Suite 3101
P.O. Box 3
Toronto, ON M5B 2L7
CANADA
Attn: Treasa O'Loghlin
treasa.ologhlin@lawpro.ca

October 24, 2025
Invoice #: 1214541
Page: 7

For Professional Services rendered through the period ending 09/30/2025:

095749-00002
Kideckel v. The Foreign Nation of Canada, et al U.S. Dist. Ct. Dist of Columbia 1:24-cv-02907



## PAYMENT INSTRUCTIONS

*Remit Check Payments to:*

Epstein Becker & Green, P.C
P.O. Box 30036
New York, NY 10087-0036
Phone: (212) 351-4500
Fax: (212) 661-0989
Reference: Inv# 1214541




**PAYMENT IS DUE ON OR BEFORE November 23, 2025**
**PLEASE INCLUDE INVOICE # 1214541 ON YOUR CHECK**
**Restrictive endorsements on payment instruments are of no legal effect as to the Firm**