# EXHIBIT B





# George B. Breen

### Member of the Firm

Washington, DC
T: 202-861-1823
F: 202-861-3523
gbreen@ebglaw.com

Litigation attorney George Breen protects individuals and organizations involved in the health care and life sciences industries at the first sign of government inquiry into alleged violations of the federal and various state False Claims Acts, privacy rules, civil monetary penalty laws, and other obligations.

Clients value his long-game defense strategies, which reflect decades of regulatory counsel and high-impact advocacy before government agencies, judges, and juries. When business disputes arise, clients also look to George to resolve commercial litigation threats, like claims of fraud and breach of contract and fiduciary duty. During federal and state government investigations, clients rely on George's many years of litigation experience in addressing demands and advancing arguments. He positions clients well before the U.S. Department of Justice, U.S. Department of Health and Human Services Office of Inspector General, and other regulators, where he is known as reliable and knowledgeable. Should negotiations turn unproductive, George is trial ready and tested. His continuity of counsel has prevented clients from suffering the imposition of enormous costs, business destruction, and exclusion from health care programs.

With a collaborative and practical approach, George works to reduce the stress and limit the disruption that he knows investigations and litigation can bring. Recognizing the challenges that regulatory compliance brings to all his clients—insurers, health systems, providers, drug and device

manufacturers and suppliers alike—whether in conducting internal investigations or addressing daily operations, George strives to find compliance solutions to align with business goals.

George also serves the industry and profession as an arbitrator and mediator for the American Health Law Association and through his pro bono practice.

He is a frequent lecturer and author on issues related to health care fraud and abuse, corporate compliance, and trial practice. He has served as a member of *Law360'* s Health Editorial Advisory Board, and his commentaries have been published in newspapers and other publications, including *The Wall Street Journal*, *Modern Healthcare,* and *Law360,* and also by *Bloomberg* and *Reuters*.

George holds several leadership positions within Epstein Becker Green, including as a Chair of both the National Health Care & Life Sciences Steering Committee and the Washington, DC, office's Pro Bono Committee. He has also served on the firm's Board of Directors.

In addition to his professional activities, George devotes significant time to charitable and nonprofit organizations and is active in his community. He has served as a member of the Parish Pastoral Council and the Strategic Planning Committee for the Good Shepherd Catholic Church, and he has coached in the Fort Hunt Little League and the Northern Virginia Junior CYO Basketball Program.

# Focus Areas

Services

**Commercial and Contract Litigation**

**Corporate Compliance Program Development, Implementation, and Effectiveness**

**Data Breach/Cybersecurity Investigations & Litigation**

**Federal and State False Claims Act (Including Qui Tam)**

**Fraud and Abuse Compliance Counseling and Defense**

**Government and Commercial Coding, Coverage, and Payment**

**Health Care**

**Health Care and Life Sciences Investigations and Enforcement**

Health Care Litigation

Life Sciences

Litigation & Business Disputes

Managed Care

Medical Staff, Peer Review

Opioids

Privacy, Cybersecurity & Data Asset Management

Trade Secrets & Employee Mobility

Whistleblowing and Compliance

White Collar Defense and Internal Investigations


Industries

Artificial Intelligence

Health Care Industry

Health Plans and Other Insurers

Home Health, Hospice & Community-Based Providers

Hospitals and Health Systems

Life Sciences Industry

Post-Acute and Long-Term Care Providers

Suppliers & Distributors


Trending Issues

Agency Action Challenges


# Experience

## HEALTH CARE



DEA Fee-Waiver Rule

## MERGERS, ACQUISITIONS & DIVESTITURES



Represented Health Insurer in Sale of Its Nonmedical Home Care and Private Duty Services Subsidiary

- Defended a nonprofit health system and affiliated entities in a False Claims Act litigation brought by the U.S. Department of Justice and a *qui tam* relator concerning physician compensation arrangements that allegedly violated the Stark Law and the Anti-Kickback Statute.

- Secured dismissal with prejudice of all claims brought against a regional health care system in a case brought under federal and state False Claims Acts. The case alleged improper admission of emergency room patients, resulting in the provision of unnecessary medical services and the submission of false claims.

- Defended a provider client in a multidefendant case brought under federal and multistate False Claims Acts, alleging fraudulent submissions in connection with the Medicare Risk Adjustment Program. George concluded the case prior to trial, with his client responsible for only for a small fraction of the settlement.

- Obtained summary judgment on behalf of a hospital outpatient clinic against allegations that services provided were not supervised in accordance with Centers for Medicare & Medicaid Services regulations in a matter brought under federal and state False Claims Acts. Additionally, George obtained judgment in his client's favor on the retaliation claims pursued by the whistleblower.

- Attained a judgment of dismissal, with prejudice, in his defense of a nationwide home health company in a case brought under federal and multistate False Claims Acts. Allegations involved upcoding of services billed to federal and state government health care programs.

- Defended providers in a coordinated Department of Justice False Claims Act investigation alleging participation in an effort to generate inflated risk adjustment scores. The representation concluded without any action being taken by the Department of Justice with respect to George's clients.

- Represented a hospice company in a state and federal False Claims Act litigation alleging billing for services not provided and not reimbursable under the hospice benefit. The litigation strategy George developed resulted in the relator voluntarily dismissing all False Claims Act allegations against his client.

- Concluded a federal government investigation into the marketing practices of a pharmaceutical client with the matter closing without any finding of wrongdoing.

- Persuaded the government to conclude its investigation—without charging his physician clients with criminal health care fraud—related to false diagnosis allegations in a matter stemming from the filing of a *qui tam* action.

- Achieved a complete victory for a regional health insurer in a hotly contested commercial litigation with a hospital provider over reimbursement rates for hospital services. In securing a defense verdict, all rates proposed by George's client were ordered to be paid by the hospital.

- Represented a regional health care system in a multiyear investigation by the U.S. Department of Health and Human Services Office for Civil Rights (OCR) involving allegations of failure to comply with HIPAA, leading to the disclosure of protected patient information. After producing significant documentary and testimonial evidence, the case was closed by OCR without a finding of liability, or imposition of any sanction or requirement of any remedial conduct.

- Represented numerous clients in challenging claimed overpayments identified by Medicare Administrative Contractors; many matters concluded in complete victories for clients, with tribunal determinations that there was no overpayment.

- Represented a Disproportionate Share Hospital in an affirmative action seeking declaratory, injunctive, and mandamus relief challenging the Health Resources and Services Administration's decision to exclude his client from participation in the 340B Drug Pricing Program. George successfully obtained injunctive relief and ultimately secured his client's continued participation in the 340B program.

- Defended multiple health systems and other health care providers in medical malpractice actions, as well as other entities in negligence and product liability matters across the country. These experiences included securing summary judgments prior to trial and litigating matters to both defense verdicts and favorable jury outcomes.

# Recognition

- *The Best Lawyers in America,* Health Care Law (2023 to 2026)

- *Chambers USA: The World's Leading Lawyers for Business*: District of Columbia—Healthcare, "Leader in Their Field" (2020 to 2025); "Recognised Practitioner" (2019)

  **George Breen** is head of the department and regularly defends healthcare providers involved in complex FCA litigation and investigations. According to a healthcare client, *"George has vast experience and is a really good strategist."*
  *— Chambers USA* (2024)

  As noted by a source, *"George gives valuable advice from his wealth of experience."* Another source says, *"He does absolutely phenomenal work. He handles complex cases very well. George is very impressive, well prepared and professional."*
  *— Chambers USA* (2022)

- *The Legal 500 United States,* Healthcare: Advice to Service Providers and Healthcare: Advice to Health Insurers categories (2014, 2015, 2017 to 2025); M&A Middle Market (Sub $500 Million) category (2023 to 2025)

- Litigation Counsel of America, Senior Fellow

- Martindale-Hubbell, AV Preeminent Rated (2002 to 2025)

- *Washington, DC, Super Lawyers*, Health Care and Civil Litigation: Defense (2012 to 2025)

- American Health Lawyers Association, Health Care Liability and Litigation Practice Group, Chair; AHLA Pro Bono Champion (2013)

- *Nightingale's Healthcare News*, "Outstanding Healthcare Litigator" (2010)

# Credentials

### Education  —

- Catholic University of America, Columbus School of Law (J.D.)

- Connecticut College (B.A.)

## Bar Admissions  —

- District of Columbia

- Maryland

- Virginia

## Court Admissions  +

- U.S. Court of Appeals for the District of Columbia Circuit

- U.S. Court of Appeals for the Federal Circuit

- U.S. Court of Appeals for the Fourth Circuit

- U.S. Court of Appeals for the Second Circuit

- U.S. Court of Appeals for the Sixth Circuit

- U.S. District Court, District of Columbia

- U.S. District Court, District of Maryland

- U.S. District Court, Eastern District of New York

- U.S. District Court, Eastern District of Virginia

- U.S. District Court, Western District of Virginia

## Professional & Community Involvement  —

- American Health Law Association – Chair, Health Care Liability and Litigation Practice Group

- District of Columbia Defense Lawyers Association, Past President and Board Member

- Good Shepherd Catholic Church – Member, Parish Pastoral Council and Strategic Planning Committee

- International Lawyers Network, Ambassador

- *Law360* Health Care Editorial Advisory Board, Member

- Litigation Counsel of America

    - Trial Law Institute

    - Diversity Law Institute

- Washington Lawyers' Committee for Civil Rights and Urban Affairs, Board Member

## Media



Down Goes *Chevron:* A 40-Year Precedent Overturned by the Supreme Court

LEARN MORE



PLAY ▶

What to Do If the Government Knocks on Your Company's Door ... or Breaks It Down

LEARN MORE

# Events

# Insights

### PUBLICATIONS

False Claims Act Recoveries Reach Historic Highs in FY 2025: What It Signals for Health Care and Life Sciences Companies in ...

January 20, 2026

🕐 7 MINUTE READ

### BLOGS

Eleventh Circuit Hears Arguments in Case Addressing Constitutionality of False Claims Act's *Qui Tam* Provisions ...

December 22, 2025

🕐 6 MINUTE READ

## PUBLICATIONS

Eleventh Circuit to Weigh the Constitutionality of the False Claims Act's *Qui Tam* Provisions

December 10, 2025

🕐 17 MINUTE READ

## PUBLICATIONS

How 11th Circ.'s *Qui Tam* Review Could Affect FCA Litigation

December 10, 2025

🕐 4 MINUTE READ

## FIRM ANNOUNCEMENTS

Epstein Becker Green Recognized Among the 2026 Listing of "Best Law Firms" by *Best Lawyers*©

November 6, 2025

🕐 6 MINUTE READ

## BLOGS

Eleventh Circuit Allows *Qui Tam* Relators to Avoid Complaint Dismissal by Using Information Obtained in Discovery ...

November 5, 2025

🕐 11 MINUTE READ


BLOGS

No Remuneration Plus No "But-For" Causation (Between an Alleged Kickback and Claims Submitted to the Government) Means No ...

October 9, 2025

🕐 6 MINUTE READ


BLOGS

DOJ Creates Civil Division Enforcement & Affirmative Litigation Branch: Implications for Health Care and Beyond ...

October 6, 2025

🕐 6 MINUTE READ


BLOGS

Imports and the DOJ's Trade Fraud Task Force: Considerations for the Health Care and Life Sciences Industries ...

September 24, 2025

🕐 8 MINUTE READ

**BLOGS**

DOJ False Claims Act Priorities: Cybersecurity Is Still on the Radar

September 8, 2025

🕐 4 MINUTE READ

**FIRM ANNOUNCEMENTS**

Epstein Becker Green Attorneys Honored for Excellence in the Legal Profession by *Best Lawyers* 2026

August 21, 2025

🕐 12 MINUTE READ

**BLOGS**

Complex Billing and Reasonable Interpretations: Jury Was Entitled to Find Fraud in Doctor's Upcoding of Speedy COVID-19 ...

August 12, 2025

🕐 8 MINUTE READ

**BLOGS**

From Best Practices to Enforcement: Decoding DOJ's July 29 Anti-Discrimination Guidance

August 8, 2025

🕐 7 MINUTE READ

**MEDIA COVERAGE**

Epstein Becker Green's *Health Law Advisor* Blog Quoted in "HHS, DOJ Form Joint Working Group to Crack Down on Fraud" ...

July 9, 2025

🕐 2 MINUTE READ

**BLOGS**

DOJ, HHS Announce Revamped False Claims Act Working Group

July 3, 2025

🕐 5 MINUTE READ

**BLOGS**

DOJ Civil Division Announces 2025 Priorities: Promises "Aggressive" False Claims Act Enforcement of Civil Rights ...

June 20, 2025

🕐 6 MINUTE READ

**FIRM ANNOUNCEMENTS**

Epstein Becker Green Earns Top Honors in *Legal 500* 2025 for Excellence in Client Service and Achievements Across Key Health ...

June 18, 2025

🕐 3 MINUTE READ

**FIRM ANNOUNCEMENTS**

Epstein Becker Green Recognized by *Chambers USA* 2025 for Delivering Excellence on Behalf of Healthcare, Labor & Employment ...

June 5, 2025

🕐 5 MINUTE READ

### FIRM ANNOUNCEMENTS

Thirteen Epstein Becker Green Attorneys Named to the 2025 *Washington, DC Super Lawyers* and *Rising Stars* Lists

May 29, 2025

🕐 6 MINUTE READ

### BLOGS

DOJ Civil Rights Fraud Initiative: FCA Enforcement Expanding Into Alleged Discrimination

May 22, 2025

🕐 6 MINUTE READ

### BLOGS

DOJ Announces Initiative to Expand FCA Enforcement Into Alleged Discrimination

May 22, 2025

🕐 6 MINUTE READ

### BLOGS

Eleventh Circuit Addresses Rule 9(b) Heightened Pleading Standard in False Claims Act Case

May 12, 2025

🕐 5 MINUTE READ

**MEDIA COVERAGE**

Post on "But-For Causation" Standard in AKS-Based FCA Case Featured in Florida Bar Newsletter

March 2025

🕐 2 MINUTE READ

**PUBLICATIONS**

What Does the Phrase "Resulting From" Mean? Circuit Courts Split on Standard for Determining When an AKS Violation Is a ...

March 10, 2025

🕐 16 MINUTE READ

**BLOGS**

First Circuit Joins Sixth and Eighth Circuits in Adopting "But-For" Causation Standard Under the Federal ...

February 26, 2025

🕐 3 MINUTE READ

**MEDIA COVERAGE**

George Breen Quoted in "Trump's Anti-DEI Push Poses New FCA Risks for Healthcare"

February 11, 2025

🕐 2 MINUTE READ

**BLOGS**

False Claims Act Exposure in Focus: President Trump Signs Executive Order Targeting DEI Programs

February 5, 2025

🕐 9 MINUTE READ

**BLOGS**

In Confirmation Hearings, AG Nominee Pledges to Defend the Constitutionality of the False Claims Act

January 27, 2025

🕐 8 MINUTE READ

**BLOGS**

Massachusetts District Court Applies "But-For Causation" Standard, Dismisses AKS-Based FCA Case After Evaluating …

January 21, 2025

🕐 6 MINUTE READ

**MEDIA COVERAGE**

George Breen Quoted in "DOJ Secured $1.7B from Healthcare False Claims Settlements, Judgments in 2024"

January 17, 2025

🕐 5 MINUTE READ

**BLOGS**

DOJ's False Claims Act Recoveries Top $2.9 Billion in FY 2024, but Health Care Numbers Dip—What Could FY 2025 Hold for ...

January 17, 2025

🕐 4 MINUTE READ

**BLOGS**

Second Circuit Adopts "At Least One Purpose" Rule for False Claims Act Cases Premised on Anti-Kickback Statute ...

January 10, 2025

🕐 8 MINUTE READ

**MEDIA COVERAGE**

George Breen Featured in "Medtech 2025: Deregulation, Tariffs Anticipated from New US Administration"

January 5, 2025

🕐 3 MINUTE READ

## MEDIA COVERAGE

## George Breen Featured in "Medtech 2025: 'Moving Forward, No Matter What'"

January 5, 2025

🕐 3 MINUTE READ

## BLOGS

## Supreme Court Denies Two Certiorari Petitions on Federal Anti-Kickback Statute's Willfulness Standard

October 31, 2024

🕐 7 MINUTE READ

## BLOGS

## United States' Complaint-in-Intervention Highlights Continuing Effort to Use the False Claims Act to Pursue Alleged …

September 24, 2024

🕐 5 MINUTE READ

## FIRM ANNOUNCEMENTS

## Epstein Becker Green Attorneys Honored for Excellence in the Legal Profession by *Best Lawyers* 2025

August 15, 2024

🕐 14 MINUTE READ

## BLOGS

Affordable Care Act Overpayments in the CY 2025 Medicare Physician Fee Schedule Proposed Rule: Implications for False ...

August 13, 2024

🕐 10 MINUTE READ

## MEDIA COVERAGE

George Breen Quoted in "High Court Petition Asks Justices: What's a 'Willful' Kickback?"

June 18, 2024

🕐 3 MINUTE READ

## FIRM ANNOUNCEMENTS

Epstein Becker Green Receives National Recognition and Top Rankings in the 2024 Edition of *Legal 500*

June 12, 2024

🕐 3 MINUTE READ

## FIRM ANNOUNCEMENTS

Epstein Becker Green Honored for Exceptional Performance in Key Practice Areas by *Chambers USA* 2024

June 6, 2024

🕐 5 MINUTE READ

**MEDIA COVERAGE**

George Breen Quoted in "Custom Drug Makers Stay on DOJ Radar in Fla. Fraud Case"

May 21, 2024

🕐 2 MINUTE READ

**MEDIA COVERAGE**

*Law360*'s Hottest Firms and Stories Features Epstein Becker Green Insight on False Claims Act Enforcement Trends ...

May 10, 2024

🕐 1 MINUTE READ

**PUBLICATIONS**

Mid-2024 FCA Enforcement and Litigation Trends to Watch

May 7, 2024

🕐 3 MINUTE READ

**MEDIA COVERAGE**

George Breen Quoted in "Supreme Court Ruling Changes View of Wrongful Intent"

May 1, 2024

🕐 5 MINUTE READ

**FIRM ANNOUNCEMENTS**

George Breen | Health Care Investigations | Epstein Becker Green

Fourteen Epstein Becker Green Attorneys Named to the 2024 *Washington, DC, Super Lawyers* and *Rising Stars* Lists

April 22, 2024

🕐 7 MINUTE READ

## BLOGS

DOJ's FY 2023 Statistics: Highest Number of Settlements, Judgments, and Civil Investigative Demands in History and a ...

February 26, 2024

🕐 7 MINUTE READ

## FIRM ANNOUNCEMENTS

Epstein Becker Green Attorneys Recognized by 2024 *Best Lawyers* for Excellence in the Legal Profession

August 17, 2023

🕐 12 MINUTE READ

## MEDIA COVERAGE

George Breen Quoted in "Conservative Justices Cast Constitutional Cloud Over False Claims Act Decision"

June 21, 2023

🕐 7 MINUTE READ

## FIRM ANNOUNCEMENTS

Epstein Becker Green Earns National Recognition and High Rankings in the 2023 Edition of *Legal 500*

June 7, 2023

🕓 3 MINUTE READ