# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-7201**  **September Term, 2025**

**1:24-cv-02907-CJN**

**Filed On: February 12, 2026**

In re: Brent Kideckel,

    Petitioner

**O R D E R**

Upon consideration of petitioner's motion for voluntary dismissal of this petition for writ of mandamus, it is

**ORDERED** that the motion be granted and this petition be dismissed.

No mandate will issue.

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

    BY:    /s/
          Laura M. Morgan
          Deputy Clerk