UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRENT KIDECKEL,

    Plaintiff,

    v.                                        Civ. A. No. 24-2907 (CJN)

CANADA, et al.,

    Defendants.

**TORONTO DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR COSTS**

Defendants the City of Toronto and Detective David Wilson (collectively, the "Toronto Defendants") submit this response to "Plaintiff's Opposition to Defendants' Motion for Costs." (Dkt. 165).

Plaintiff opposes Defendants' motion for attorneys' costs, arguing that the motions should be denied or held in abeyance on three grounds: (a) that the Court of Appeals for the District of Columbia Circuit is presently reviewing Plaintiff's appeal from this Court's January 16, 2026 order; (b) that Plaintiff's prior motions were not properly adjudicated, and; (c) that alleged issues of integrity remain outstanding. None of these arguments have merit. Accordingly, the Court should grant Defendants' motion for attorneys' costs.

First, pursuant to Local Civil Rule 54.2(b), the Court has the discretion to determine "whether, in the interest of justice, the fee issues, should be considered or be held in abeyance pending the outcome of the appeal." *Id.* Here, considerations of judicial economy and fairness weigh against holding Defendants' motion for attorneys' fees in abeyance. *See, e.g.*, *United States v. Pryer*, 715 F. Supp. 3d 72, 83-84 (D.D.C. Feb. 2, 2025). Placing Defendants' motion for costs in abeyance would only further delay Plaintiff's

accountability. *Whitehead v. Paramount Pictures Corp.*, 145 F. Supp. 2d 3, 5 (D.D.C. 2001), *aff'd* 2001 WL 936260 (D.C. Cir. July 27, 2001). Additionally, contrary to Plaintiff's arguments, this Court properly adjudicated Plaintiff's motions and rejected his claims. (Dkt. 145; 157). Similarly, Plaintiff's contention that issues remain outstanding is likewise without merit insofar as this Court fully adjudicated all claims presented. (*See* Dkt. 145; 157).

Accordingly, the Court should grant Defendants' motion for attorneys' fees.

Dated: Washington, D.C.
February 17, 2026

PHILLIPS LYTLE LLP

By: */s/ Natalia Marte*
Natalia Marte (9006283)
Attorney for Defendants
*The City of Toronto and David Wilson*
601 Pennsylvania Avenue NW
South Building, Suite 900
Washington, DC 20004
(202) 617-2712
nmarte@phillipslytle.com