**Gmail**

Sam Bracamonte

## Brent Kideckel - Judgement & Endorsements Against Brent

**David Kideckel** <kideckel.david@gmail.com>  Fri, Nov 7, 2025 at 3:42 PM
To: Sam Bracamonte <

Samuel,

I am forwarding you a number of recent Judgement Endorsements and Orders, within Canada and the US. You may have not been informed. There will be more to come as additional Orders and Endorsements are released. Recall, that these and future endorsements are all enforceable. I have every intention of enforcing on these and subsequent Orders.

Apparently, your husband is not deterred by any of this. Any rational person should and would be.

Thank you,
David

Appeal_J.Monahan_M56325 (COA-25-CV-1156)_03OCTOBER2025.pdf, Kideckel Costs Endorsement.pdf, Kideckel v Kideckel Reasons for Judgment Jul 25 2025].pdf, Judgment re Kideckel (25-JULY-2025).pdf, ENDORSEMENT - KIDECKEL v. KIDECKEL et al - CV-24-00719990-0000.pdf, SIGNED ORDER - PAPAGEORGIOU, J - RE-KIDECKEL-6-aug-2025.pdf, 2025.08.12 #145 Order(1169825.1).pdf