UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRENT KIDECKEL,

                        Plaintiff,                              **NOTICE OF
                                                                **APPEARANCE**

        v
                                                                Civil Action No.:
CANADA, et al.,                                                 24-2907 (CJN)


                        Defendants.

        PLEASE TAKE NOTICE that Joshua Glasgow, Esq. of the law firm Phillips

Lytle LLP hereby enters an appearance in these proceedings as counsel of record for

defendants The City of Toronto and David Wilson, and hereby requests that all papers and

electronic filings in this action be served upon the undersigned electronically through the

Court's CM/ECF filing system.

Dated:  Buffalo, New York                    PHILLIPS LYTLE LLP
        April 2, 2026


                                             By:   _/s/ Joshua Glasgow_____
                                                     Joshua Glasgow
                                             Attorney for Defendants
                                             *The City of Toronto and David Wilson*
                                             One Canalside
                                             125 Main Street
                                             Buffalo, New York 14203
                                             Telephone No. (716) 847-8400
                                             jglasgow@phillipslytle.com


TO:    All Counsel of Record via CM/ECF