**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BRENT KIDECKEL,
Plaintiff,
v. Civil Action No. 1:24-cv-02907 (CJN)
FOREIGN NATION OF CANADA et al.,
Defendants.

---

**AMENDED NOTICE OF APPEAL**

This Amended Notice of Appeal amends and supersedes the Notice of Appeal filed August 25, 2026, solely to add the designation in paragraph (e) below. Paragraphs (a) through (d) restate, without substantive change, the designations made in the original Notice of Appeal.

Notice is hereby given that Brent Kideckel, Plaintiff, appearing self-represented, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order entered in this action on August 25, 2026 (ECF No. 177), and from each and every part thereof, including without limitation:

(a) the portion of the Order denying Plaintiff's Cross Motion for Recusal under 28 U.S.C. § 455(a) (ECF No. 166);

(b) the portion of the Order granting the Motions for Attorneys' Fees (ECF Nos. 161 and 163) and directing Plaintiff to pay $37,972.50 to the Toronto Defendants, $89,915.00 to Defendant Aram Simovonian, and $138,530.00 to Defendants David Kideckel and Dahlia Saibil;

(c) the determination that Plaintiff's conduct was sanctionable under Federal Rule of Civil Procedure 11, and the determination that a blanket award of all fees incurred in the litigation was warranted; and

RECEIVED
AUG 30 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

(d) the sanctions imposed by the Order and Memorandum Opinion entered January 16, 2026 (ECF Nos. 157 and 158), to the extent that those sanctions became final and appealable upon the entry of the August 25, 2026 Order fixing the amount of attorneys' fees to be awarded. *See Kideckel v. Foreign Nation of Canada*, No. 26-7006 (D.C. Cir. June 11, 2026) (holding that the portion of the January 2026 Order imposing sanctions under Rule 11 was not then appealable because the district court had not yet determined the amount of attorneys' fees to be awarded); and

(e) the portion of the Order and Memorandum Opinion entered January 16, 2026 (ECF No. 157) barring Plaintiff "from any future filings against these defendants, or arising from these claims, in this Court without leave of the Court," to the extent that restriction became final and appealable upon the entry of the August 25, 2026 Order.

This Notice of Appeal is filed pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure. To the extent any leave of court is required by the Order entered January 16, 2026, Plaintiff respectfully submits that no such leave is required for the filing of a notice of appeal, and requests leave in the alternative.

Dated: August 28, 2026
Floral Park, New York

Respectfully submitted,

Brent Kideckel
Plaintiff, Self-Represented
P.O. Box 20901
Floral Park, NY 11002
(917) 634-0637
brentkideckel@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2026, I caused the foregoing Amended Notice of Appeal to be filed with the Clerk of Court, and that a copy will be served upon counsel of record for all Defendants by electronic mail and, where required, by first-class mail.

Brent Kideckel