UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRENT KIDECKEL,

Plaintiff,

v. Civ. A. No. 24-2907 (CJN)

CANADA, et al.,

Defendants.

---

**TORONTO DEFENDANTS' OPPOSITION TO PLANTIFF'S MOTION TO STAY ENFORCEMENT OF THE AUGUST 25, 2026 JUDGMENT PENDING APPEAL**

Defendants the City of Toronto and Detective David Wilson (collectively, the "Toronto Defendants") submit that Plaintiff's Motion to Stay Enforcement of the August 25, 2026 Judgment Pending Appeal (Dkt. 185) should be denied for the reasons set forth in the Memorandum of Law in Opposition filed by Defendants David Kideckel and Dahlia Saibil (Dkt. 187) and Defendant Aram Simovonian's Memorandum of Points and Authorities in Opposition (Dkt. 188).

Dated: Buffalo, NY
September 10, 2026

PHILLIPS LYTLE LLP

By: */s/ Joshua Glasgow*___

Joshua Glasgow
Attorney for Defendants
*The City of Toronto and David Wilson*
One Canalside
125 Main Street
Buffalo, New York 14203
Telephone No. (716) 847-8400
jglasgow@phillipslytle.com