**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BRENT KIDECKEL,
Plaintiff,
v.
FOREIGN NATION OF CANADA, et al.,
Defendants.

Civil Action No. 1:24-cv-02907 (CJN)

---

**PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**

Plaintiff Brent Kideckel, appearing self-represented, respectfully moves for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

In support of this motion, Plaintiff refers the Court to his affidavit and supporting exhibits submitted in camera and under seal in the related appeal, No. 26-7172, at Document #2190786.

Plaintiff respectfully requests that the Court take judicial notice of the sealed affidavit and supporting exhibits filed in the related appeal, No. 26-7172, at Document #2190786, and in particular of the September 14, 2026 date referenced therein, and grant leave to proceed in forma pauperis. As a courtesy, a copy of that sealed submission has been provided directly to chambers.

Dated: September 12, 2026

Respectfully submitted,

Brent Kideckel
Plaintiff, Self-Represented
P.O. Box 20901
Floral Park, NY 11002
(917) 634-0637
brentkideckel@gmail.com

RECEIVED
SEP 12 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**CERTIFICATE OF SERVICE**

I certify that on September 12, 2026, I caused the foregoing to be filed with the Clerk of Court and served upon counsel of record for all Defendants.

Brent Kideckel